UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE GUZMAN

                                                                         Case No. 16-cv-3499 (GBD)

                     Plaintiff,

-against-                                     **NOTICE OF APPEARANCE**

MEL S. HARRIS AND ASSOCIATES, LLC
LR CREDIT 13, LLC
MEL S. HARRIS
DAVID WALDMAN
KERRY H. LUTZ
TODD FABACHER
MICHAEL YOUNG
SAMSERV, INC.
JOHN ANDINO
WILLIAM MLOTOK

                     Defendants.
------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Adam M. Marshall, an attorney duly admitted to practice law before this Court, hereby enters his appearance as counsel for Defendants MEL S. HARRIS AND ASSOCIATES, LLC, MEL S. HARRIS, DAVID WALDMAN, TODD FABACHER, and MICHAEL YOUNG in the above-captioned action. Please forward copies of all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
        August 8, 2016

                                    **KAUFMAN DOLOWICH & VOLUCK LLP**

                         By:    /s/ Adam M. Marshall
                                 Adam M. Marshall, Esq.
                                 135 Crossways Park Drive, Suite 201
                                 Woodbury, New York 11797
                                 (516) 681-1100
                                 amarshall@kdvlaw.com

To: All counsel via ECF

4818-4625-5158, v. 1