UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOSE GUZMAN

                                          **Plaintiff,**

                                -against-

Case No.: 1:16-cv-03499-GBD

MEL S. HARRIS AND ASSOCIATES, LLC
LR CREDIT 13, LLC
MEL S. HARRIS
DAVID WALDMAN
KERRY H. LUTZ
TODD FABACHER
MICHAEL YOUNG
SAMSERV, INC
JOHN ANDINO
WILLIAM MLOTOK

                                          **Defendants.**



-----------------------------------------------------------X

**AGREED ORDER OF DISMISSAL *ONLY* AS TO DEFENDANTS MEL S. HARRIS AND ASSOCIATES, LLC, MEL S. HARRIS, KERRY H. LUTZ, DAVID WALDMAN, MICHAEL YOUNG, and TODD FABACHER**

Plaintiff, JOSE GUZMAN, hereby voluntarily dismisses this action against *only as to* Defendants MEL S. HARRIS AND ASSOCIATES, LLC, MEL S. HARRIS, KERRY H. LUTZ, DAVID WALDMAN, MICHAEL YOUNG, and TODD FABACHER, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(2). Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties. This dismissal does not prejudice Plaintiff's rights as to the remaining Defendants. An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

SO ORDERED this _____ day of _____, 2016.

*George B. Daniels*     OCT 14 2016
George B. Daniels
United States District Judge

Last saved 9/22/2016 1:21 PM

AGREED BY:

_____   Dated: 9/28/2016
Ahmad Keshavarz
Attorney for Plaintiff Jose Guzman

_____   Dated: 10/6/16
Brett A. Scher, Esq.
Yale Pollack, Esq.
Kaufman Dolowich & Voluck LLP
Attorneys for Defendants:
    Mel S. Harris And Associates, LLC
    Mel S. Harris
    David Waldman
    Kerry H. Lutz
    Todd Fabacher
    Michael Young