UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
JOSE GUZMAN

                                            Case No.: Case No. 1:16-cv-03499-GBD

                    **Plaintiff,**

     -against-

MEL S. HARRIS AND ASSOCIATES, LLC
LR CREDIT 13, LLC
MEL S. HARRIS
DAVID WALDMAN
KERRY H. LUTZ
TODD FABACHER
MICHAEL YOUNG
SAMSERV, INC
JOHN ANDINO
WILLIAM MLOTOK

                    **Defendants.**
---------------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF MOTION OBJECTING IN PART TO MAGISTRATE ORAL ORDER DENYING PLAINTIFF'S MOTION TO COMPEL [DE 76]**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff's Partial Objection to Magistrate Oral Ruling Denying Plaintiff's Motion To Compel [DE 76] pursuant to Fed. R. Civ. P. 72(a), the Keshavarz Declaration in Support dated November 23, 2016 and all Exhibits attached thereto, Plaintiff will move this Honorable Court before United States District Judge George B. Daniels, located at United States District Court, Southern District of New York, 500 Pearl St., New York, NY 10007, Courtroom 11A, at a time to be determined by the Court for an Order granting Plaintiff's aforesaid motion.

                                    Respectfully submitted,
                                    /s/
                                    Ahmad Keshavarz
                                    Attorney for Plaintiff

                                    The Law Office of Ahmad Keshavarz

16 Court St., 26th Floor
Brooklyn, NY 11241-1026

Phone: (718) 522-7900
Fax:     (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Defendant LR Credit 13, LLC
By and through its attorneys of record
Scott Sonny Balber
David Wayne Leimbach
Herbert Smith Freehills NY LLP
450 Lexington Ave, 14th Floor
New York, NY 10017
(917) 542-7600
Fax: (917) 542-7601
Email: scott.balber@hsf.com
Email: David.Leimbach@hsf.com

Defendants Samserv, Inc. and William Mlotok
By and through their attorneys of record
Jeffrey S. Lichtman
O'hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005
(212)-425-1401
Fax: (212)-425-1425
Email: jlichtman@ohareparnagian.com

Date:  November 23, 2016
       Brooklyn, NY
        /s/
        Ahmad Keshavarz
        Attorney for Plaintiff