UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JOSE GUZMAN

                            Case No.: Case No.  1:16-cv-03499-GBD

                **Plaintiff,**

      -against-

**MEL S. HARRIS AND ASSOCIATES, LLC**
**LR CREDIT 13, LLC**
**MEL S. HARRIS**
**DAVID WALDMAN**
**KERRY H. LUTZ**
**TODD FABACHER**
**MICHAEL YOUNG**
**SAMSERV, INC**
**JOHN ANDINO**
**WILLIAM MLOTOK**

                **Defendants.**

-------------------------------------------------------------------X

## DECLARATION OF AHMAD KESHAVARZ
## IN SUPPORT OF OBJECTION TO MAGISTRATE ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

I, Ahmad Keshavarz, declare under penalty of perjury, as provided or by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. My name is Ahmad Keshavarz. I am of sound mind and capable of giving this declaration.

2. Attached as Exhibit A is a true and correct copy of Plaintiff's motion to compel SAMSERV.

3. Attached as Exhibit B is a true and correct copy of Defendant SAMSERV's opposition to motion to compel.

4. Attached as Exhibit C is a true and correct copy of transcript of hearing on motion to compel, with the exception of the redacting of the amount of a putative offer of judgment made by LRC. The reason for the redaction are comments by Magistrate Ellis (p. 6:10-17) suggesting

1

he did not wish the information to be disclosed to Judge Daniels ("Certainly I wouldn't expect you to discuss that [offers of judgment] with -- before Judge Daniels…")

5.  Attached as Exhibit D is a true and correct copy of Plaintiff's First-Amended Initial Disclosures.

6.  Attached as Exhibit E is a true and correct copy of Plaintiff's First-Amended Initial Disclosures.

7.  Attached as Exhibit F is a true and correct copy of "Sykes III," the order granting class certification.

Dated: Brooklyn, New York
       November 23, 2016

       /s/
       _____
       Ahmad Keshavarz