## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOSE GUZMAN,

                Plaintiff,

    -against-

MEL S. HARRIS AND ASSOCIATES, LLC
LR CREDIT 13, LLC
MEL S. HARRIS
DAVID WALDMAN
KERRY H. LUTZ
TODD FABACHER
MICHAEL YOUNG
SAMSERV, INC
JOHN ADINO
WILLIAM MLOTOK

                Defendants.

Case No. 16-cv-03499-GBD-RLE

## NOTICE OF WITHDRAWAL OF DEFENDANT LR CREDIT 13, LLC'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

On November 28, 2016, Defendant LR Credit 13, LLC filed a Motion for Partial Judgment on the Pleadings (ECF No. 93).  LR Credit 13, LLC now files this Notice to inform the Court that it is withdrawing its previously filed Motion for Partial Judgment on the Pleadings and filing an Amended Motion for Partial Judgment on the Pleadings.

Dated: New York, New York
December 16, 2016

Respectfully submitted,

HERBERT SMITH FREEHILLS NEW YORK LLP

By:     */s/ Scott S. Balber*
       Scott S. Balber
       David W. Leimbach
       450 Lexington Ave, 14th Floor
       New York, New York 10017
       Tel:  (917) 542-7600
       Fax:  (917) 542-7601
       Scott.Balber@hsf.com
       *Attorneys for Defendant LR Credit 13, LLC*