UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE GUZMAN,<br><br>                     Plaintiff,<br><br>  -against-<br><br>MEL S. HARRIS AND ASSOCIATES, LLC<br>LR CREDIT 13, LLC<br>MEL S. HARRIS<br>DAVID WALDMAN<br>KERRY H. LUTZ<br>TODD FABACHER<br>MICHAEL YOUNG<br>SAMSERV, INC<br>JOHN ADINO<br>WILLIAM MLOTOK<br><br>                    Defendants. | Case No. 16-cv-03499-GBD-RLE |

**NOTICE OF DEFENDANT LR CREDIT 13, LLC'S
(AMENDED) MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and upon all prior proceedings, pleadings, and filings in this action, Defendant LR Credit 13, LLC will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 11A, New York, New York, before the Honorable George B. Daniels, United States District Judge, for partial judgment on the pleadings with respect to Plaintiff Jose Guzman's claim against LR Credit 13, LLC for punitive damages in excess of $1000.00. Defendant LR Credit 13, LLC brings this motion pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

Dated: New York, New York
December 16, 2016

                                              Respectfully submitted,

                                              HERBERT SMITH FREEHILLS NEW YORK LLP

                                              By:    */s/ Scott S. Balber*
                                                       Scott S. Balber
                                                       David W. Leimbach
                                                       450 Lexington Ave, 14th Floor
                                                       New York, New York 10017
                                                       Tel:  (917) 542-7600
                                                       Fax:  (917) 542-7601
                                                       Scott.Balber@hsf.com
                                                       *Attorneys for Defendant LR Credit 13, LLC*