# AHMAD KESHAVARZ
## Attorney at Law

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

www.NewYorkConsumerAttorney.com
E-mail: ahmad@NewYorkConsumerAttorney.com

PHONE: (718) 522-7900
FAX: (877) 496-7809

*USDC SDNY DOCUMENT ELECTRONICALLY FILED JAN 18 2017*

January 18, 2017

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

JAN 18 2017

**SO ORDERED**
The conference is adjourned to February 9, 2017 at 9:45 a.m.
/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: Adjournment of January 19, 2017 status conference.

Case No 1:16-cv-03499-GBD, Southern District of New York,
Guzman v. Mel S. Harris & Associates, LLC, et al

Dear Judge Daniels:

The undersigned represents Plaintiff in this Fair Debt Collection Practices Act suit.

Chambers called the undersigned to inquire whether the parties wanted to go forward with the upcoming status conference—which is currently scheduled for January 19, 2017 at 9:45 AM—given that there did not appear to be anything on the docket for Judge Daniels to decide. The undersigned conferred with all counsel and all counsel requests the court to adjourn the January 19 status conference.

Defendants request the status conference be reset to February 8, a request Plaintiff does not oppose.

All parties thank the court for its consideration and apologize for the late nature of this request for adjournment.

Respectfully,
/s/
Ahmad Keshavarz
cc: all attorneys of record via ECF

1