
HERBERT
SMITH
FREEHILLS

Hon. Ronald L. Ellis
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Herbert Smith Freehills New York LLP
450 Lexington Avenue, 14th floor
New York, NY 10017
USA
T +1 917 542 7600
F +1 917 542 7601
D +1 917 542 7810
E scott.balber@hsf.com
www.herbertsmithfreehills.com

Our ref
30991826
Your ref

Date
April 10 2017

By ECF

**Re:**   *Guzman v. Mel S. Harris and Associates, LLC, et al.*
**Case No. 1:16-cv-03499-GBD-RLE**
**Defendant LR Credit 13, LLC's Letter Regarding Plaintiff's Non-Compliance with Discovery Order**

Dear Judge Ellis:

This firm represents Defendant LR Credit 13, LLC ("LRC") in the above-captioned action.  LRC respectfully advises that Plaintiff has failed to comply with this Court's March 16, 2107 order directing the production of Plaintiff's financial records.   By letter to the Court dated March 23, 2017 (Dk. No. 136), Plaintiff represented that the "large majority" of responsive documents would be produced by April 6. However, as of the date of this letter no responsive documents have been produced.

Accordingly, LRC respectfully requests that this Court direct Plaintiff to produce all responsive documents immediately.

Respectfully submitted,

*/s/ Scott S. Balber*

Scott S. Balber

cc: all counsel of record (by ECF)

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.