**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

**JOSE GUZMAN**

                                                  **Case No.: 1:16-cv-03499-GBD-RLE**

                        **Plaintiff,**

           **-against-**

**MEL S. HARRIS & ASSOCIATES, LLC**
**LR CREDIT 13, LLC**
**SAMSERV, INC**
**JOHN ANDINO**
**WILLIAM MLOTOK**

                        **Defendants.**

------------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AS TO**
**LIABILITY FOR DEFENDANT LR CREDIT 13, LLC**

PLEASE TAKE NOTICE THAT, upon the accompanying: Declaration of Ahmad

Keshavarz and annexed exhibits; Local Rule 56.1 Statement of Material Facts; Memorandum of

Law, and upon all of the proceedings heretofore had herein, Plaintiff Jose Guzman will move

this Court before United States District Judge George B. Daniels, located at the United States

District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007-

1312, at a time to be determined by the Court, for an Order granting Plaintiff's aforesaid motion.

Dated: Brooklyn, New York
      July 19, 2017

Respectfully submitted,
/s/
_____

Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
ATTORNEY FOR PLAINTIFF
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900

Fax:     (877) 496-7809

Email: Ahmad@newyorkconsumerattorney.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

          SAMSERV, INC
          WILLIAM MLOTOK
          by and through their attorneys of record
          Jeffrey S. Lichtman
          O'Hare Parnagian LLP
          82 Wall Street, Suite 300
          New York,  NY 10005-3683
          Phone: 212-425-1401
          Fax: 212-425-1421 (fax)
          Email: jlichtman@ohareparnagian.com

          LR CREDIT 18, LLC
          Scott S. Balber
          Benjamin Mills
          Herbert Smith Freehills New York LLP
          450 Lexington Avenue, 14th Floor
          New York, NY 10017
          Email: Scott.Balber@hsf.com
        Email: benjamin.mills@hsf.com

Dated:  Brooklyn, NY
       July 19, 2017
       /s/
       Ahmad Keshavarz
       Attorney for Plaintiff