# EXHIBIT E TO BE FILED UNDER SEAL PURSUANT TO JUDGE ELLIS' JULY 14, 2017 ORDER