NYS DEPARTMENT OF STATE

| FILING RECEIPT | CERTIFICATE OF ASSUMED NAME | | 93 |
|---|---|---|---|

**CORPORATION NAME**

SAMSERV, INC.

| DATE FILED | DURATION & COUNTY CODE | FILM NUMBER | CASH NUMBER |
|---|---|---|---|
| 11/17/95 | | C229003-2 | 885762 |

| NUMBER AND KIND OF SHARES | LOCATION OF PRINCIPAL OFFICE |
|---|---|
| | |

39

M. FRISCH PROCESS SERVICE

| ADDRESS FOR PROCESS | REGISTERED AGENT |
|---|---|
| REMSEN ST. | |
| BROOKLYN   NY  11201 | |

**FEES AND/OR TAX PAID AS FOLLOWS:**

AMOUNT OF CHECK $ 00135.00      AMOUNT OF MONEY ORDER $_____      AMOUNT OF CASH $_____

$ 00100.00 DOLLAR FEE TO COUNTY

$ 025.00  FILING
$         TAX
$ 10.00   CERTIFIED COPY
$         CERTIFICATE

**FILER NAME AND ADDRESS**

LOUIS SROKA
PO BOX 180
OYSTER BAY      NY  11771

TOTAL PAYMENT $  0000135.00
REFUND OF $
TO FOLLOW

DOS-281 (8/84)           ALEXANDER F TREADWELL — SECRETARY OF STATE

Guzman 2502