0929611
40512593



**NYC Department of Consumer Affairs**

42 Broadway
5th Floor
New York, NY 10004

Dial 311
(212-NEW-YORK)

nyc.gov/consumers

## ROSTER OF PROCESS SERVERS

| Process Serving Agency Name: | SAMSERV INC |
|---|---|
| Process Serving Agency's DCA License Number (if applicable): | 0929611 |
| Business Address: | 85 Willis Ave Mineola NY 11501 |

Process serving agencies must submit a list of all process server individuals who will serve process on behalf of the agency. Please provide required information below. Attach additional papers as necessary.

| Process Server Individual's Name | Process Server Individual's Address | DCA License Number | Does this individual serve process exclusively as an employee of the agency? |
|---|---|---|---|
| WILLIAM MLOTOK | [redacted] | 0920935 | ☒ Yes ☐ No |
| RAED IBRAHIM | 1681 77 St Brooklyn NY 11214 | 1326602 | ☐ Yes ☒ No |
| BENJAMIN LAMB | 537 W 149 St New York NY 10031 | 1071492 | ☐ Yes ☒ No  ater |
| ASSMAT ABDELRAHMAN | 6818 20 Ave Brooklyn NY 11204 | 1115274 | ☐ Yes ☒ No |
| Nassen H ATAASH | 1460 Outpson Ave Brooklyn NY 11219 | 1295969 | ☐ Yes ☒ No Stop |

**IMPORTANT REQUIREMENTS ABOUT UPDATING INFORMATION:**

- Process serving agencies must submit an updated Roster of Process Servers to the Department of Consumer Affairs (DCA) within five (5) days of assigning service to new process server individuals.

- If a process server ceases to serve process exclusively for the agency as an employee, the agency must notify DCA within five (5) days of the change in writing. The notification must include the process server's name, address, and DCA license number.

- Agencies that do not provide updated information are subject to fines or other sanctions.

I understand that falsification of any statement made herein is an offense punishable by a fine or imprisonment or both.

Signature

Pres
Title (if any)

William Mlotok
Print Name

12/9/11
Date

Guzman 2524