DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK, FIRST DISTRICT, RONKONKOMA

-----------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES. LLC AS
ASSIGNEE OF CAVARLY SPV I, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

                Index No. CEC 7028-10

          Plaintiff,

                AFFIRMATION IN REPLY
                TO PLAINTIFF'S
      -against-         AFFIRMATION IN
                OPPOSITION TO
                DEFENDANT'S MOTION
                TO DISMISS

ANTHONY J MARMO

            Defendant.
-----------------------------------------------------------X
State of New York  )
           ss.
County of Nassau  )

     JONATHAN A, SCHWARTZ, ESQ., an attorney admitted to the practice of law

in the Courts of the State of New York, hereby affirms pursuant to CPLR § 2106 and

under penalties of perjury that:

     1.     I am a staff attorney with Nassau/Suffolk Law Services Committee, Inc.,

attorneys for Defendant Anthony J. Marmo (hereinafter "Defendant") herein, and as such,

I am fully familiar with the facts and circumstances of this case, and the proceedings

heretofore had herein.

     2.     I submit this Affirmation in Reply to Plaintiff's Affirmation in Opposition

to Defendant's Motion to Dismiss (hereinafter "Plaintiff's Opposition") seeking to

dismiss the instant action as personal jurisdiction was not obtained over the Defendant

pursuant to CPLR 3211 (a)(8) and 308, and Plaintiff lacks legal capacity and/or standing

pursuant to CPLR 3211 (a)(3). At this time your Affirmant requests leave of the Court to cite law in lieu of submitting a separate memorandum of law.

3.      The procedural posture of the instant action is as follows: The instant case was commenced by Plaintiff with the filing of the Summons and Verified Complaint. Defendant filed a Motion to Dismiss the instant action due to lack of personal jurisdiction pursuant to CPLR (a)(8) and/or lack of legal capacity and/or standing pursuant to CPLR 3211 (a)(3). Plaintiff's Counsel served an Affirmation in Opposition (Hereinafter referred to as "Plaintiff's Opposition"). This Affirmation is in reply to Plaintiff's Opposition. It should be noted that Plaintiff's Counsel is incorrect with her assertion in paragraph 4 of Plaintiff's Opposition stating that Defendant's Motion seeks to vacate a judgment; no judgment exists at the present time, and accordingly, cannot be vacated. Defendant's instant Motion seeks to dismiss the instant action.

## PERSONAL JURISDICTION WAS NOT OBTAINED OVER THE DEFENDANT

4.      Plaintiff's Counsel predicates her argument that service was proper in the instant action even if the process server misstated the color of the skin of the person who alleged received service pursuant to CPLR § 308(2). Plaintiff's Counsel also stated in paragraph 7 of Plaintiff's Opposition "...that individuals of every race can appear to have brown skin." Defendant, in his Affidavit in Support of the instant Motion, affirmatively denied being told "that any legal papers were dropped off for [him]." The Defendant also stated that the sole method whereby he became aware of the instant action was by receiving copies of the Summons and Verified Complaint in the mail. This affirmative denial

triggers the necessity of a traverse hearing (See <u>Dime Sav. Bank of New York v.</u>
<u>Steinman</u>, 206 A.D.2d 404, 405, 613 N.Y.S.2d 945, 946 (N.Y.A.D. 2nd Dept, 1994,
holding that "The sworn denials of the appellants that they had been served with process
pursuant to CPLR 308(2), as alleged by the plaintiff's process server, requires a hearing
to determine whether they were in fact properly served..."). In addition, as discussed
below in paragraph 6, there are factual issues which raises serious concerns about this
process server which your Affirmant believes must be considered.

5.    I would like to reiterate a point made in the Memorandum of Law in support of
Defendant's Motion to Dismiss: It is irrelevant that the Defendant received actual notice
of the instant action; if service was not made in accordance with statute, personal
jurisdiction has not been acquired over the Defendant (See <u>Macchia v. Russo</u>, 67 N.Y.2d
592, 505 N.Y.S.2d 591 (N.Y., 1986), holding "Notice received by means other than those
authorized by statute does not bring a defendant within the jurisdiction of the court."
[citing <u>Feinstein v Bergner</u>,48 NY2d 234, 241; <u>McDonald v Ames Supply Co.</u>,22 NY2d
111, 115]). I would also like to note that in order for service to be completed via CPLR
308(2), the summons must be delivered "...to a person of suitable age and discretion ...
<u>and</u> by either mailing the summons to the person to be served at his or her last known
residence or by mailing the summons by first class mail to the person to be served at his
or her actual place of business..." (emphasis added).

6.    The process server utilized by Plaintiff (Nassar Atrash of Samserv) for service of
the Summons and Verified Complaint in the instant action has demonstrated a pattern of
alleged service of process which raises serious questions. The attached sixty-five (65)
Affidavits of Service (all from Nassar Atrash) (copies attached as Exhibit "A") were

reviewed and copied by your Affirmant and another attorney on September 15, 2010 and September 16, 2010.  Your Affirmant believes that the annexed Affidavits raise questions serious enough to warrant at least a traverse hearing.

7.      Mr. Atrash, the process server, swore that he spoke with a person at the defendant's residence on every attempt made in all sixty-five (65) cases.  However, the process server only achieved personal service on two (2) cases, with the remaining sixty-three (63) being served on a person of suitable age and discretion.  In none of the sixty-five (65) cases was it stated that no one was home to accept service, which would have required "nail and mail" service.  Additionally, the process server claimed to have found an individual at home during the first service attempt on all of the cases  (emphasis added).  Mr. Atrash swore in fifty-seven (57) Affidavits that the person spoken to had black hair and swore in forty-five (45) Affidavits that the person spoken to had brown skin.  Additionally, he swore in fifty (50) cases that the person he spoke to either refused to divulge their name or he listed them as "Mr./Ms./Mrs. [last name of defendant]".  A review of the affidavits indicates that on  March 24, 2010, Mr. Atrash swore to having served twenty-two (22) Affidavits in four (4) hours and forty-two (42) minutes, beginning at 6:11 A.M., travelled 84.7 miles (printout of Google Maps route information with times added by Affirmant attached as Exhibit "B"), and spoke with individuals at all of the residences, as well as presumably complying with requirements such as filling out a logbook.  On March 30, 2010, during rainy conditions (as indicated in Exhibit "D" for Shirley, NY), Mr. Atrash swore that he served six (6) defendants over three (3) hours and twelve (12) minutes, beginning at 6:33 A.M., travelled 74.4 miles (printout of Google Maps route information with times added by Affirmant and "Weather Underground"

(wunderground.com) weather history page with specific times noted by Affirmant for Shirley, NY attached as Exhibits "C" and "D", respectively), and spoke with individuals at all of the residences, as well as presumably complying with requirements such as filling out a logbook.  <u>It raises concerns that not only the timing appears implausible, but that in sixty-three (63) of the sixty-five (65) cases, the defendant was not home; yet in none of the cases was the home empty requiring "nail and mail" service.  When combined with the other issues raised by names, description, etc., at the very minimum, should this matter not be dismissed outright, a traverse hearing is warranted.</u> (emphasis added)

## <u>PLAINTIFF HAS FAILED TO ATTACH DOCUMENTATION DEMONSTRATING LEGAL CAPACITY AND/OR STANDING TO COMMENCE THE INSTANT ACTION</u>

8.     The documents attached by Plaintiff in attempt to demonstrate proper standing to commence the instant action fail to demonstrate same.  Plaintiff introduces an "Affidavit of Claim" allegedly executed by an employee of Plaintiff. Said Affidavit of Claim is irrelevant as it is virtually impossible, based on the information in said Affidavit, that she has any personal knowledge of any alleged account that she alleges that Defendant had with Plaintiff's alleged predecessor-in-interest. (See <u>Rushmore Recoveries X, LLC v. Skolnick</u>, 15 Misc.3d 1139(A), 841 N.Y.S.2d 823 (District Court, Nassau County, New York 2007), holding "While [Affiant] attempts to portray himself as one who is "personally familiar with, and hav[ing] knowledge of, the facts and proceedings relating

to the within action" ([Affiant] Affidavit 3/14/07, ¶ 1), it is readily apparent from a reading of his affidavit that his claimed personal familiarity with this matter is taken from the documents and records ostensibly created by Citibank, and/or assignees who have preceded the Plaintiff, which have now come into the Plaintiff's possession. Clearly, [Affiant] has no personal knowledge of the retail charge account agreement between the Defendant and Citibank. Similarly, counsel's affirmation is of no probative value on this motion." [citing Zuckerman v. City of New York, supra.; Heifets v. Lefkowitz, 271 A.D.2d 490, 706 N.Y.S.2d 438 (2nd Dept.2000); Warrington v. Ryder Truck Rental, Inc., 35 AD3d 455, 826 N.Y.S.2d 152 (2nd Dept.2006]).  Accordingly, Plaintiff's "Affidavit of Claim" should be disregarded as it is of no probative value.

9.     Plaintiff's alleged "Bill of Sale" should be disregarded for three (3) reasons.  First, said document references an alleged transaction between "HSBC CARD SERVICES (III) INC. ("Seller")" and "Cavalry SPV, I, LLC ("Purchaser")". The Plaintiff references "HSBC BANK NEVADA, N.A" in the caption to the instant action; however, nowhere in the Summons or Complaint does Plaintiff mention "HSBC CARD SERVICES (III) INC.".  Second, the document at issue is not notarized, and accordingly, is not credible. Third, said document fails to mention any account allegedly held by Defendant by name (and the attached spreadsheet appears to have been created by an entity other than an original credit card issuer).

10.     Additionally, the "Assignment" allegedly executed between "Cavalry Investments, LLC ("Assignor")" and "Cavalry Portfolio Services, LLC" should be disregarded for three (3) reasons.  First, the aforementioned alleged "Bill of Sale" references a transaction between "HSBC CARD SERVICES (III) INC. ("Seller")" and

"Cavalry SPV, I, LLC ("Purchaser")".  The alleged "Assignment" at issue does not reference "Cavalry SPV, I, LLC"; instead it mentions "Cavalry Investments, LLC ("Assignor") and "Cavalry Portfolio Services, LLC".  Second, the document at issue is not notarized, and accordingly, is not credible.  Third, said document fails to mention any account allegedly held by Defendant by name (and the attached spreadsheet appears to have been created by an entity other than an original credit card issuer).

Wherefore, Affirmant respectfully requests that this motion be granted in its entirety dismissing the instant action, or in the alternative scheduling a traverse hearing, or in the alternative permitting Defendant thirty (30) days to serve and file a Verified Answer, together with such other and further relief as to the Court may seem just.

Dated:  September 17, 2010
      Hempstead, New York

                                      Jeffrey A. Seigel, Esq.
                                      By: Jonathan A. Schwartz, of counsel
                                      Nassau/Suffolk Law Services Comm.
                                      Attorneys for Defendant Anthony J Marmo
                                      1 Helen Keller Way, 5th Floor
                                      Hempstead, New York 11550
                                      (516) 292-8100

Exhibit A

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 979366-1 ##





File Number: 186501

Batch: 37507

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

--------------------------------------------------------X

LR CREDIT 20, LLC

                  **Plaintiff**

-against-

PAT AMMIRATI

                  **Defendant**

--------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001534

**Index Date:**  1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Monday, the 1st day of March, 2010, at approximately the time of 1:22 pm deponent served the within Summons and Complaint at 1 WHEELRIGHT WAY , SMITHTOWN, NY, 11787 a Private Residence on defendant PAT AMMIRATI (herein after referred to as recipient)
by delivering therat a true copy of each to MS. PAT, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Brown hair and White skin, 51-65 years old, 5'4"-5'8",131-160 Lbs.

On Friday, the 12th day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 1 WHEELRIGHT WAY , SMITHTOWN, NY, 11787. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977006-1 ##





## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number: 186359

Batch: 37452

------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

JOSE GONZALEZ

**Defendant**

------------------------------------------------X

**Affidavit of Service**

**Attorney:**  Mel S. Harris

**IndexNumber:**  · CEC10 / 001518

**Index Date:**   1/29/2010

# ORIGINAL

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Monday, the 1st day of March, 2010, at approximately the time of 3:44 pm deponent served the within Summons and Complaint at 24 CASE AVE , PATCHOGUE, NY, 11772 a Private Residence on defendant JOSE GONZALEZ (herein after referred to as recipient)
by delivering therat a true copy of each to MR. PEDRO GONZALEZ, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 21-35 years old, 5'4"-5'8",161-200 Lbs.

On Friday, the 12th day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 24 CASE AVE , PATCHOGUE, NY, 11772. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____ ,2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH ;
License No. 1295969

MAR 19 2010

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 980017-1 ##





File Number: 186494

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

Batch: 37507

------------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

YESEENIA ARGIROS

**Defendant**

------------------------------------------------------X

**Affidavit of Service**

# ORIGINAL

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001527

**Index Date:**  1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 3rd day of March, 2010, at approximately the time of 7:06 am deponent served the within Summons and Complaint at 89 BELLEROSE AVE , EAST NORTHPORT, NY, 11731 a Private Residence on defendant YESEENIA ARGIROS (herein after referred to as recipient)
by delivering therat a true copy of each to MR. ARGIROS, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and White skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Friday, the 12th day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 89 BELLEROSE AVE , EAST NORTHPORT, NY, 11731. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 16 day of march, 2010

_____
William Motok
NOTARY PUBLIC, State of New York
No. 01ML6045548
Qualified In Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 974815-1 ##




File Number: 186498

Batch: 37507

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

-------------------------------------------------------X

LR CREDIT 20, LLC

               **Plaintiff**

      -against-

JOSEPH J RUSCZYK

              **Defendant**

-------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001531

**Index Date:**  1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 3rd day of March, 2010, at approximately the time of 7:33 am deponent served the within Summons and Complaint at 6 PHYLLIS CT , KINGS PARK, NY, 11754 a Private Residence on defendant JOSEPH J RUSCZYK (herein after referred to as recipient)
by delivering therat a true copy of each to MR. DAVID, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Friday, the 12th day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 6 PHYLLIS CT , KINGS PARK, NY, 11754. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____,2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977015-1 ##





**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number: 186361

Batch: 37452

-----------------------------------------------------X

LR CREDIT 20, LLC

                            **Plaintiff**

        -against-

IRMA ROMERO

                        **Defendant**

-----------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001520

**Index Date:**  1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 3rd day of March, 2010, at approximately the time of 8:31 am deponent served the within Summons and Complaint at 3 ADAMS AVE , SELDEN, NY, 11784 a Private Residence on defendant IRMA ROMERO (herein after referred to as recipient)
by delivering therat a true copy of each to MR. ROMERO, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and White skin, 51-65 years old, 5'9"-6'0",161-200 Lbs.

On Friday, the 12th day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 3 ADAMS AVE , SELDEN, NY, 11784. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 16th day of _march_, 2010

William Musток
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 981311-1 ##

 

File Number: 186499

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

Batch: 37507

```
------------------------------------------------X
```

LR CREDIT 20, LLC

                              **Plaintiff**

              -against-

LARRY J SWEETSER

                              **Defendant**

```
------------------------------------------------X
```

**Affidavit of Service**          **ORIGINAL**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001532

**Index Date:**  1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 3rd day of March, 2010, at approximately the time of 9:33 am deponent served the within Summons and Complaint at 155 PATCHOGUE AVE , EAST PATCHOGUE, NY, 11772 a Private Residence on defendant LARRY J SWEETSER (herein after referred to as recipient)
by delivering therat a true copy of each to MR. SWEETSER, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Friday, the 12th day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 155 PATCHOGUE AVE , EAST PATCHOGUE, NY, 11772. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____, 2010

_____
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977030-1 ##





File Number: 186364

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

Batch: 37452

------------------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

JACKQUILIN SMITH

**Defendant**

------------------------------------------------------------X

**Affidavit of Service**     **ORIGINAL**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001523

**Index Date:**  1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 3rd day of March, 2010, at approximately the time of 11:19 am deponent served the within Summons and Complaint at 13 HILLTOP LN , WHEATLEY HEIGHTS, NY, 11798 a Private Residence on defendant JACKQUILIN SMITH (herein after referred to as recipient)
by delivering thereat a true copy of each to JACKQUILIN SMITH personally: deponent knew said person so served to be the person described as said recipient therein.
The person served was Female with Black hair and Black skin, 21-35 years old, 5'4"-5'8",131-160 Lbs.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  16th  day of march 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 974769-1 ##




**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number: 186497

Batch: 37507

-------------------------------------------------------X

LR CREDIT 20, LLC

                        **Plaintiff**

        -against-

MARIE SPITZER AKA MARIE MURPHY

                        **Defendant**

-------------------------------------------------------X

**Affidavit of Service**

**Attorney:** Mel S. Harris

**IndexNumber:** CEC10 / 001530

**Index Date:** 1/29/2010

**ORIGINAL**

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Friday, the 12th day of March, 2010, at approximately the time of 7:50 am deponent served the within Summons and Complaint at 59 ELLIOT ST , ISLIP, NY, 11751 a Private Residence on defendant MARIE SPITZER AKA MARIE MURPHY (herein after referred to as recipient)

by delivering therat a true copy of each to MS. MURPHY, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 21-35 years old, 5'4"-5'8",100-130 Lbs.

On Tuesday, the 23rd day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 59 ELLIOT ST , ISLIP, NY, 11751.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _Ut_ day of _march_ 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977001-1 ##





**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number: 186358

Batch: 37452

-------------------------------------------------------X

LR CREDIT 20, LLC

                             **Plaintiff**

           -against-

DAVE L PHAFF

                          **Defendant**

-------------------------------------------------------X

**Affidavit of Service**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001517

**Index Date:**  1/29/2010

ORIGINAL

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Monday, the 15th day of March, 2010, at approximately the time of 7:48 am deponent served the within Summons and Complaint at 35 CLEVELAND ST , NESCONSET, NY, 11767 a Private Residence on defendant DAVE L PHAFF (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and White skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Tuesday, the 23rd day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 35 CLEVELAND ST , NESCONSET, NY, 11767. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _Sey_ day of _march_, 2010

_____
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977017-1 ##





## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number: 186362

Batch: 37452

-------------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

JOHN R MEYER

**Defendant**

-------------------------------------------------------X

**Affidavit of Service**

**Attorney:**   Mel S. Harris

**IndexNumber:**   CEC10 / 001521

**Index Date:**   1/29/2010

ORIGINAL

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Monday, the 15th day of March, 2010, at approximately the time of 8:48 am deponent served the within Summons and Complaint at 106 ADIRONDACK DR APT B , SELDEN, NY, 11784 apartment B a Residence on defendant JOHN R MEYER (herein after referred to as recipient)
by delivering therat a true copy of each to MR. MEYER, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 51-65 years old, 5'9"-6'0",161-200 Lbs.

On Tuesday, the 23rd day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 106 ADIRONDACK DR APT B , SELDEN, NY, 11784 apartment B.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____ 2010

_____
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 974747-1 ##





File Number: 186502

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

Batch: 37507

-----------------------------------------------X

LR CREDIT 20, LLC

                             **Plaintiff**

        -against-

JENNIFER M MORIARTY

                            **Defendant**

-----------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001535

**Index Date:**  1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Monday, the 15th day of March, 2010, at approximately the time of 10:31 am deponent served the within Summons and Complaint at 31 BROADWAY , SHIRLEY, NY, 11967 a Private Residence on defendant JENNIFER M MORIARTY (herein after referred to as recipient)
by delivering therat a true copy of each to MS. MARIA, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Tuesday, the 23rd day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 31 BROADWAY , SHIRLEY, NY, 11967.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13548352 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   500476
Batch:   20100205

---------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

                                        **Plaintiff**

                 -against-

JOSE GUZMAN

                                        **Defendant**

---------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC101285

**Index Date:**  3/5/2010

**State of New York**
**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 6:11 am deponent served the within Summons and Complaint at 24 SUNSHINE LN , AMITYVILLE, NY, 117011625 a Private Residence on defendant JOSE GUZMAN (herein after referred to as recipient)

by delivering there at a true copy of each to MR. RAMON GUZMAN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 24 SUNSHINE LN , AMITYVILLE, NY, 117011625.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13545554 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500484
Batch:   20100205

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

-------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

                                    **Plaintiff**

          -against-

MARK A MAURICE

                                    **Defendant**

-------------------------------------------------------X

**ORIGINAL**

**Affidavit of Service**

**Attorney:** Thomas Law

**IndexNumber:** CEC10-3

**Index Date:** 3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 6:40 am deponent served the within Summons and Complaint at 297 LAFAYETTE RD , WEST BABYLON, NY, 117044056 a Private Residence on defendant MARK A MAURICE (herein after referred to as recipient)

by delivering therat a true copy of each to MS. MARK, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 297 LAFAYETTE RD , WEST BABYLON, NY, 117044056.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
**NOTARY PUBLIC, State of New York**
**No. 01ML5045548**
**Qualified in Nassau County**
**Commission Expires June 19, 2011**

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13544161 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number:   500468
Batch:   20100205

-------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

SANDY MURATORE

**Defendant**

-------------------------------------------------X

**Affidavit of Service**

ORIGINAL

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3172

**Index Date:**  3/5/2010

SUFFOLK COUNTY DISTRICT COURT
APR 7  3 04 PM '10

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 6:49 am deponent served the within Summons and Complaint at 46 PAPROCKI AVE , WEST ISLIP, NY, 117952923 a Private Residence on defendant SANDY MURATORE (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 46 PAPROCKI AVE , WEST ISLIP, NY, 117952923. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  1st  day of  april , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13546534 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5677
License #: 0929611

File Number:   500475
Batch:   20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

-------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

CHARLOTTE MEYERS

**Defendant**

-------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:** Thomas Law

**IndexNumber:** CEC10-3186

**Index Date:** 3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 6:57 am deponent served the within Summons and Complaint at 6 HANSEN ST , BAY SHORE, NY, 117064115 a Private Residence on defendant CHARLOTTE MEYERS (herein after referred to as recipient)

by delivering therat a true copy of each to MR. MEYERS, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 6 HANSEN ST , BAY SHORE, NY, 117064115. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of ____, 2010

William Miotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13545210 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #:  0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:  500460
Batch:  20100205

```
----------------------------------------------------------X
```

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

                                 **Plaintiff**

              -against-

SABRINA MCCANN

                                **Defendant**

```
----------------------------------------------------------X
```

**Affidavit of Service**   ORIGINAL

**Attorney:**  Thomas Law

**Index Number:**  CEC10-3170

**Index Date:**  3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is  over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the  24th  day of  March, 2010, at approximately the time of 7:12 am deponent served the within Summons and Complaint at 53 NEWBROOK LN , BAY SHORE, NY, 117064416 a  Private Residence on defendant SABRINA MCCANN (herein after referred to as recipient)

by delivering therat a true copy of each to MR. MCCANN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the  31st  day of  March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 53 NEWBROOK LN , BAY SHORE, NY, 117064416. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____ , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13547559 ##



Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611



**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:  500464
Batch:  20100205

-------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

                     **Plaintiff**

       -against-

EDWARD CLARK

                     **Defendant**

-------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-3171

**Index Date:**  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 7:22 am deponent served the within Summons and Complaint at 20 AMHERST ST , ISLIP, NY, 117511402 a Private Residence on defendant EDWARD CLARK (herein after referred to as recipient)

by delivering therat a true copy of each to MR. CLARK, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 20 AMHERST ST , ISLIP, NY, 117511402. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13551875 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number: 500470
Batch: 20100205

-------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

DAVID K BUXBAUM

**Defendant**
-------------------------------------------------------X

**Affidavit of Service**

# ORIGINAL

**Attorney:** Thomas Law

**IndexNumber:** CEC10-317

**Index Date:** 3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 7:38 am deponent served the within Summons and Complaint at 158 HELEN ST , HOLBROOK, NY, 117414608 a Private Residence on defendant DAVID K BUXBAUM (herein after referred to as recipient)

by delivering thereat a true copy of each to REFUSED NAME, MR. JOHN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and White skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 158 HELEN ST , HOLBROOK, NY, 117414608. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 1 day of April, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13600173 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   500479
Batch:   20100205

```
-------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.
                                    Plaintiff

                    -against-

DANIEL P GAYLARDO
                                    Defendant
-------------------------------------------X
```

**Affidavit of Service**         **ORIGINAL**

**Attorney:**   Thomas Law

**IndexNumber:**   CEC10-3185

**Index Date:**   3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 7:45 am deponent served the within Summons and Complaint at 1328 COATES AVE , HOLBROOK, NY, 117412424 a Private Residence on defendant DANIEL P GAYLARDO (herein after referred to as recipient)

by delivering the at a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8", 131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 1328 COATES AVE , HOLBROOK, NY, 117412424.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13545633 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 500465

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

Batch: 20100205

-----------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

PAUL J PETTERSEN

**Defendant**

-----------------------------------------------------X

**Affidavit of Service**

ORIGINAL

**Attorney:** Thomas Law

**IndexNumber:** CEC10-3175

**Index Date:** 3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 7:56 am deponent served the within Summons and Complaint at 23 LAWRENCE AVE , HOLBROOK, NY, 117411008 a Private Residence on defendant PAUL J PETTERSEN (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Red hair and White skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 23 LAWRENCE AVE , HOLBROOK, NY, 117411008. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13545015 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201·
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500483
Batch:   20100205

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

```
--------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.
                                      Plaintiff

                -against-

RENEE W MORIN
                                      Defendant
--------------------------------------------------X
```

**Affidavit of Service**

# ORIGINAL

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3187

**Index Date:**  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the  24th  day of  March, 2010, at approximately the time of 8:08 am deponent served the within Summons and Complaint at 133 OVERLOOK DR APT 133 , FARMINGVILLE, NY, 117383109 apartment 133  a  Residence on defendant RENEE W MORIN (herein after referred to as recipient)

by delivering the at a true copy of each to MR. MORIN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the  31st  day of  March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 133 OVERLOOK DR APT 133 , FARMINGVILLE, NY, 117383109 apartment 133.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13600657 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   500472
Batch:   20100205

```
------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.
                                    Plaintiff

        -against-

COLLEEN MCKEEVER
                                    Defendant
------------------------------------------------X
```

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3

**Index Date:**  3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 8:18 am deponent served the within Summons and Complaint at 16 LEHIGH LN , FARMINGVILLE, NY, 117381426 a Private Residence on defendant COLLEEN MCKEEVER (herein after referred to as recipient)

by delivering therat a true copy of each to MR. ALVERY MCKEEVER, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and White skin, 21-35 years old, 5'4"-5'8",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 16 LEHIGH LN , FARMINGVILLE, NY, 117381426. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____ , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13547491 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500480
Batch:   20100205

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

------------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

DEBRA ANNESSA

**Defendant**

------------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**   Thomas  Law

**IndexNumber:**   CEC10-31900

**Index Date:**   3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the  24th  day of  March, 2010, at approximately the time of 8:28 am deponent served the within Summons and Complaint at 246 WOODYCREST DR , HOLTSVILLE, NY, 117421763 a  Private Residence on defendant DEBRA ANNESSA (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Red hair and White skin, 21-35 years old, 5'4"-5'8",161-200 Lbs.

On Wednesday, the  31st  day of  March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 246 WOODYCREST DR , HOLTSVILLE, NY, 117421763.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this    day of            , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13551682 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   500458
Batch:   20100205

------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Affidavit of Service ORIGINAL**

                                **Plaintiff**

-against-

JENNIFER A SMITH

                                **Defendant**

------------------------------------------------X

**Attorney:**   Thomas Law

**IndexNumber:**   CEC10-316

**Index Date:**   3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 8:53 am deponent served the within Summons and Complaint at 2804 KANE AVE , MEDFORD, NY, 117631905 a Private Residence on defendant JENNIFER A SMITH (herein after referred to as recipient)

by delivering therat a true copy of each to MR. SMITH, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 2804 KANE AVE , MEDFORD, NY, 117631905. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Motor
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13547097 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500471
Batch:   20100205

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

--------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

LYNNE S SCIORTINO

**Defendant**

--------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3176

**Index Date:**  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 9:02 am deponent served the within Summons and Complaint at 33 REDPINE DR , MEDFORD, NY, 117634326 a Private Residence on defendant LYNNE S SCIORTINO (herein after referred to as recipient)

by delivering there at a true copy of each to REFUSED NAME, MR. JOHN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 33 REDPINE DR , MEDFORD, NY, 117634326. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13673410 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number: 500487
Batch: 20100205

-------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

KRISTEN DESIDERI

**Defendant**

-------------------------------------------------------X

**Affidavit of Service**

## ORIGINAL

**Attorney:** Thomas Law

**IndexNumber:** CEC10-3192

**Index Date:** 3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 9:21 am deponent served the within Summons and Complaint at 30 HOLLY HILL LN , CORAM, NY, 117271824 a Private Residence on defendant KRISTEN DESIDERI (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8", 131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 30 HOLLY HILL LN , CORAM, NY, 117271824. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualifed In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13538840 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 500489

Batch: 20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

--------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

KATHERINE A FLOOD

**Defendant**

--------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:** Thomas Law

**IndexNumber:** CEC10-3195

**Index Date:** 3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 9:31 am deponent served the within Summons and Complaint at 105 MARSHALL DR , SELDEN, NY, 11784 a Private Residence on defendant KATHERINE A FLOOD (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 105 MARSHALL DR , SELDEN, NY, 11784. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____1____ day of ____april____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML6045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13304914 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   500456
Batch:   20100205

-----------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF FIA CARD SERVICES, N.A.

                    **Plaintiff**

      -against-

LAUREN HIRSCH

                   **Defendant**

-----------------------------------------------X

**Affidavit of Service**

## ORIGINAL

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3164

**Index Date:**  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 9:49 am deponent served the within Summons and Complaint at 32 COMMONWEALTH AVE # 1 , LAKE GROVE, NY, 117551723 a Private Residence on defendant LAUREN HIRSCH (herein after referred to as recipient)

by delivering therat a true copy of each to MR. HIRSCH, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the  31st  day of  March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 32 COMMONWEALTH AVE # 1 , LAKE GROVE, NY, 117551723.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

               William Mlotok
       **NOTARY PUBLIC, State of New York**
            **No. 01ML5045548**
         **Qualified in Nassau County**
     **Commission Expires June 19, 2011**

                                   NASSER ATRASH
                                     License No. 1295969

ATTY REF NO: ## 13542633 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number:  500462
Batch:  20100205

------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

PIERRE R ELIACIN

**Defendant**

------------------------------------------------------X

**Affidavit of Service**

# ORIGINAL

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-3168

**Index Date:**  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the  24th  day of  March, 2010, at approximately the time of 10:13 am deponent served the within Summons and Complaint at 196 SERPENTINE LN , ISLANDIA, NY, 117491621 a  Private Residence on defendant PIERRE R ELIACIN (herein after referred to as recipient)

by delivering there at a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 21-35 years old, 5'0"-5'3",131-160 Lbs.

On Wednesday, the  31st  day of  March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 196 SERPENTINE LN , ISLANDIA, NY, 117491621. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 12194817 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500455
Batch:   20100205

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

------------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF CITIFINANCIAL

**Plaintiff**

-against-

WILLIAM A POINTER

**Defendant**

------------------------------------------------------------X

**Affidavit of Service**

# ORIGINAL

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-3166

**Index Date:**  3/5/2010

SUFFOLK COUNTY
DISTRICT COURT
APR 7  3 03 PM '10

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 10:28 am deponent served the within Summons and Complaint at 36 CRANBERRY ST , CENTRAL ISLIP, NY, 11722 a Private Residence on defendant WILLIAM A POINTER (herein after referred to as recipient)

by delivering there at a true copy of each to MS. POINTER, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class mail post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 36 CRANBERRY ST , CENTRAL ISLIP, NY, 11722. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13566056 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 500467

Batch: 20100205

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

-----------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

CARLOS M RODRIGUEZ

**Defendant**

-----------------------------------------------------X

**Affidavit of Service**          ORIGINAL

**Attorney:** Thomas Law

**IndexNumber:** CEC10-3173

**Index Date:** 3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 10:40 am deponent served the within Summons and Complaint at 157 AMERICAN BLVD , BRENTWOOD, NY, 117175628 a Private Residence on defendant CARLOS M RODRIGUEZ (herein after referred to as recipient)

by delivering therat a true copy of each to MS. MARIA RODRIGUEZ, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'0"-5'3",100-130 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 157 AMERICAN BLVD , BRENTWOOD, NY, 117175628. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13549909 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number:   500478
Batch:   20100205

# ORIGINAL

------------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

FAUSTINO R QUISPE

**Defendant**

------------------------------------------------------------X

**Affidavit of Service**

**Attorney:**   Thomas Law

**IndexNumber:**   CEC10-3183

**Index Date:**   3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 10:49 am deponent served the within Summons and Complaint at 55 MORTON ST ; BRENTWOOD, NY, 117172220 a Private Residence on defendant FAUSTINO R QUISPE (herein after referred to as recipient)

by delivering there at a true copy of each to REFUSED NAME, MR. JOHN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 55 MORTON ST , BRENTWOOD, NY, 117172220. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Miotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13545670 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #:  0929611

File Number:  500477
Batch:  20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

---------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**

**ORIGINAL**

**Plaintiff**

-against-

DONNA BROWN

**Defendant**

---------------------------------------------------X

**Attorney:**  Thomas Law

**Index Number:**  CEC10-3184

**Index Date:**  3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 10:53 am deponent served the within Summons and Complaint at 29 W WHITE ST , BRENTWOOD, NY, 117171334 a Private Residence on defendant DONNA BROWN (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 29 W WHITE ST , BRENTWOOD, NY, 117171334.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  1  day of  april ,2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
· License No. 1295969

ATTY REF NO: ## 13637430 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5677
License #:  0929611

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number:   500474
Batch:   20100205

--------------------------------------------------------X

**CAVALRY PORTFOLIO SERVICES, LLC, AS ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF WASHINGTON MUTUAL BANK**

**Plaintiff**

-against-

HERBERT HERNANDEZ

**Defendant**

--------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3181

**Index Date:**  3/5/2010

**State of New York**
**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the  30th  day of  March, 2010, at approximately the time of 6:33 am deponent served the within Summons and Complaint at 13 TIMON CT , HUNTINGTON, NY, 117435349 a  Private Residence on defendant HERBERT HERNANDEZ (herein after referred to as recipient)

by delivering therat a true copy of each to MS. MARIA HERNANDEZ, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'0"-5'3",131-160 Lbs.

On Thursday, the  8th  day of  April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 13 TIMON CT , HUNTINGTON, NY, 117435349.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this   8   day of _____, 2010

William Miotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13551724 ##



Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number:  500459
Batch:  20100205

## ORIGINAL

```
---------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.
                                       Plaintiff

                  -against-

ERIN E ARGYRIS
                                      Defendant
---------------------------------------------------------X
```

**Affidavit of Service**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3162

**Index Date:**  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 30th day of March, 2010, at approximately the time of 7:49 am deponent served the within Summons and Complaint at 7 BAYPORT RD , SOUND BEACH, NY, 117893112 a Private Residence on defendant ERIN E ARGYRIS (herein after referred to as recipient)

by delivering therat a true copy of each to MR. ARGYRIS, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and White skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Thursday, the 8th day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 7 BAYPORT RD , SOUND BEACH, NY, 117893112. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___8___ day of _April_, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969