ATTY REF NO: ## 13546308 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500469
Batch:   20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

```
------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.
                                    Plaintiff

        -against-
ROSEANN PROVISIERO

                                    Defendant
------------------------------------------------------X
```

**Affidavit of Service**   **ORIGINAL**

**Attorney:**   Thomas Law

**IndexNumber:**   CEC10-317

**Index Date:**   3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 30th day of March, 2010, at approximately the time of 8:05 am deponent served the within Summons and Complaint at 298 LAKE POINTE DR , MIDDLE ISLAND, NY, 119532041 a Private Residence on defendant ROSEANN PROVISIERO (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Thursday, the 8th day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 298 LAKE POINTE DR , MIDDLE ISLAND, NY, 119532041.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ⟨6⟩ day of _____ 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13669825 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number:   500481
Batch:   20100205

---------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**

**ORIGINAL**

**Plaintiff**

-against-

WILLIAM C WUNSCH SR

**Defendant**

---------------------------------------------------------X

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3489

**Index Date:**   3/5/2010

State of New York

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 30th day of March, 2010, at approximately the time of 8:21 am deponent served the within Summons and Complaint at 145 MORICHES MIDDLE ISLAND RD , SHIRLEY, NY, 119671243 a Private Residence on defendant WILLIAM C WUNSCH SR (herein after referred to as recipient)

by delivering there at a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Thursday, the 8th day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 145 MORICHES MIDDLE ISLAND RD , SHIRLEY, NY, 119671243. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this   8   day of   april   , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13589151 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number: 500490
Batch: 20100205

-----------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

WILLIAM C WUNSCH SR

**Defendant**

-----------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:** Thomas Law

**IndexNumber:** CEC10-3197

**Index Date:** 3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 30th day of March, 2010, at approximately the time of 8:21 am deponent served the within Summons and Complaint at 145 MORICHES MIDDLE ISLAND RD , SHIRLEY, NY, 119671243 a Private Residence on defendant WILLIAM C WUNSCH SR (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Thursday, the 8th day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 145 MORICHES MIDDLE ISLAND RD , SHIRLEY, NY, 119671243. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 8 day of April, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13564335 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number:  500488
Batch:  20100205

--·-------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**

# ORIGINAL

**Plaintiff**

-against-

NICOLE LIVIGNI

**Defendant**

-----------------------------------------------------X

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-3196

**Index Date:**  3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 30th day of March, 2010, at approximately the time of 8:39 am deponent served the within Summons and Complaint at 19 HARRISON AVE , BELLPORT, NY, 117131115 a Private Residence on defendant NICOLE LIVIGNI (herein after referred to as recipient)

by delivering therat a true copy of each to MS. ITTY LIVIGNI, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Red hair and White skin, 51-65 years old, 5'9"-6'0",131-160 Lbs.

On Thursday, the 8th day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 19 HARRISON AVE , BELLPORT, NY, 117131115.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___8___ day of april, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13550474 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number:  500461

Batch:  20100205

------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

VENTRICIA V VICTOR

**Defendant**

------------------------------------------------------X

**Affidavit of Service**

# ORIGINAL

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3169

**Index Date:**  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 30th day of March, 2010, at approximately the time of 9:45 am deponent served the within Summons and Complaint at 17 YARDLEY DR , DIX HILLS, NY, 117466037 a Private Residence on defendant VENTRICIA V VICTOR (herein after referred to as recipient)

by delivering therat a true copy of each to MR. VICTOR, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Thursday, the 8th day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 17 YARDLEY DR , DIX HILLS, NY, 117466037. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  8  day of                  , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13541652 ##



Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   500482
Batch:   20100205

-----------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**     ORIGINAL

**Plaintiff**

-against-

RACHEL D MANGANO

**Defendant**

-----------------------------------------------------X

**Attorney:** Thomas Law

**IndexNumber:** CEC10-3188

**Index Date:** 3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Friday, the 9th day of April, 2010, at approximately the time of 9:32 am deponent served the within Summons and Complaint at 138 E LA BONNE VIE DR W , EAST PATCHOGUE, NY, 11772 a Private Residence on defendant RACHEL D MANGANO (herein after referred to as recipient)

by delivering there at a true copy of each to MR. MANGANO, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 14th day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 138 E LA BONNE VIE DR W , EAST PATCHOGUE, NY, 11772. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 15 day of april, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295966

APR 21  3 35 PM '10
SUFFOLK COUNTY
DISTRICT COURT

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977718-1 ##





File Number: 187493

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

Batch: 37884

-------------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

BRITTANY CUIFFO

**Defendant**

-------------------------------------------------------X

**Affidavit of Service**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 005585

**Index Date:**  4/21/2010

ORIGINAL

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 7:45 am deponent served the within Summons and Complaint at 303 15TH AVE , WEST BABYLON, NY, 11704 a Private Residence on defendant BRITTANY CUIFFO (herein after referred to as recipient)
by delivering therat a true copy of each to MR. CUIFFO, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 303 15TH AVE , WEST BABYLON, NY, 11704. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 25 day of may, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 982957-1 ##





File Number: 187591

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

Batch: 37888

-------------------------------------------------------X

NORTH STAR CAPITAL ACQUISITIONS LLC

**Plaintiff**

-against-

JACKIE D TAYLOR

**Defendant**

-------------------------------------------------------X

**ORIGINAL**

**Affidavit of Service**

**Attorney:**   Mel S. Harris

**IndexNumber:**   CEC10 / 005569

**Index Date:**   4/21/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 8:36 am deponent served the within Summons and Complaint at 43 LOUIS AV , PATCHOGUE, NY, 11772 a Private Residence on defendant JACKIE D TAYLOR (herein after referred to as recipient)
by delivering thereat a true copy of each to JACKIE D TAYLOR personally: deponent knew said person so served to be the person described as said recipient therein.
The person served was Female with Black hair and White skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

_____
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 987810-1 ##





File Number: 187557

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

Batch: 37886

ORIGINAL

--------------------------------------------------------X

LR CREDIT 21, LLC

              **Plaintiff**

       -against-

JAMES M MILTON

            **Defendant**

--------------------------------------------------------X

**Affidavit of Service**

**Attorney:** Mel S. Harris

**IndexNumber:** CEC10 / 005577

**Index Date:** 4/21/2010

SUFFOLK COUNTY DISTRICT COURT
May 28  12 04 PM '10

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 9:25 am deponent served the within Summons and Complaint at 50 PATCHOGUE AVE , MASTIC, NY, 11950 a Private Residence on defendant JAMES M MILTON (herein after referred to as recipient)
by delivering therat a true copy of each to MR. MIGUEL MILTON, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Black skin, 21-35 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 50 PATCHOGUE AVE , MASTIC, NY, 11950. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 28th day of may 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 987812-1 ##





File Number: 187556

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

Batch: 37886

## ORIGINAL

-------------------------------------------------------X

LR CREDIT 21, LLC

                                **Plaintiff**

           -against-

DEMETRA L ACCINNI

                              **Defendant**

-------------------------------------------------------X

**Affidavit of Service**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 005578

**Index Date:**  4/21/2010

*May 28  12 04 PM '10*
*SUFFOLK COUNTY*
*DISTRICT COURT*

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 9:36 am deponent served the within Summons and Complaint at 223 PAWNEE AVE , MASTIC, NY, 11950 a Private Residence on defendant DEMETRA L ACCINNI (herein after referred to as recipient)
by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Blonde hair and White skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 223 PAWNEE AVE , MASTIC, NY, 11950. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 987759-1 ##





**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number: 187554

Batch: 37886

------------------------------------------------X

LR CREDIT 21, LLC

**Plaintiff**

-against-

MARK WALSHIN

**Defendant**

------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:** Mel S. Harris

**IndexNumber:** CEC10 / 005580

**Index Date:** 4/21/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 10:06 am deponent served the within Summons and Complaint at 15 MADISON ST APT 2 , ROCKY POINT, NY, 11778 apartment 2 a Residence on defendant MARK WALSHIN (herein after referred to as recipient)

by delivering the at a true copy of each to REFUSED NAME, MR. JOHN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 51-65 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 15 MADISON ST APT 2 , ROCKY POINT, NY, 11778 apartment 2. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 987756-1 ##





File Number: 187553

Batch: 37886

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

```
----------------------------------------X
   LR CREDIT 21, LLC

                          Plaintiff

            -against-

   JAMIE L KEMP

                          Defendant

----------------------------------------X
```

**Affidavit of Service**           **ORIGINAL**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 005531

**Index Date:**  4/21/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is  over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the  11th  day of May, 2010, at approximately the time of 11:07 am deponent served the within Summons and Complaint at 673 HIGH ST , PORT JEFFERSON, NY, 11777 a  Private Residence on defendant JAMIE L KEMP (herein after referred to as recipient)
by delivering there at a true copy of each to MR. KEMP, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the  19th  day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 673 HIGH ST , PORT JEFFERSON, NY, 11777.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Milotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 987764-1 ##



**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number: 187555

Batch: 37886

------------------------------------------------X

LR CREDIT 21, LLC

**Plaintiff**

-against-

LASZLO G KOLLATH

**Defendant**

------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:** Mel S. Harris

**IndexNumber:** CEC10 / 005579

**Index Date:** 4/21/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 11:51 am deponent served the within Summons and Complaint at 236 SPRINGDALE DR , RONKONKOMA, NY, 11779 a Private Residence on defendant LASZLO G KOLLATH (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 236 SPRINGDALE DR , RONKONKOMA, NY, 11779. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Milotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 978009-1 ##





File Number: 187496

Batch: 37884

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

-------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

DINA ALVARADO

**Defendant**

-------------------------------------------------X

**Affidavit of Service**    ORIGINAL

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 005582

**Index Date:**  4/21/2010

Mar 28  12 04 PM '10
SUFFOLK COUNTY
DISTRICT COURT

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 12:22 pm deponent served the within Summons and Complaint at 36 RIDGEWOOD AVE , BRENTWOOD, NY, 11717 a Private Residence on defendant DINA ALVARADO (herein after referred to as recipient)
by delivering therat a true copy of each to MS. ALVARADO, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 36 RIDGEWOOD AVE , BRENTWOOD, NY, 11717.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ⟨25th⟩ day of may , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977934-1 ##




**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number: 187495

Batch: 37884

-----------------------------------------------------X

LR CREDIT 20, LLC

                   **Plaintiff**

         -against-

DARIO ACOSTA

                   **Defendant**

-----------------------------------------------------X

**Affidavit of Service**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 005583

**Index Date:**  4/21/2010

ORIGINAL

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 12:28 pm deponent served the within Summons and Complaint at 14 ARTHUR ST , BRENTWOOD, NY, 11717 a Private Residence on defendant DARIO ACOSTA (herein after referred to as recipient)
by delivering therat a true copy of each to MR. ACOSTA, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 14 ARTHUR ST , BRENTWOOD, NY, 11717. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____ 2010

_____
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13274752 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 501584
Batch: Manual 200

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF NAVY FEDERAL CREDIT UNION

                          **Plaintiff**

        -against-

KARLA CARMONA

                         **Defendant**

------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3167

**Index Date:**  3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 1:21 pm deponent served the within SUMMONS AND VERIFIED COMPLAINT at 137 HAWTHORNE AVE APT 285, CENTRAL ISLIP, NY, 11722 apartment 285 a Residence on defendant KARLA CARMONA (herein after referred to as recipient)

by delivering therat a true copy of each to MR. CARMONA, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 21-35 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 137 HAWTHORNE AVE APT 285, CENTRAL ISLIP, NY, 11722 apartment 285.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___ day of _____, 2010

**William Wlotok**
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13557492 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5677
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:  501481

Batch:   20100422

---------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

                         **Plaintiff**

          -against-

JOHN C BECK

                       **Defendant**

---------------------------------------------------------X

**Affidavit of Service**

*ORIGINAL*

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-7053

**Index Date:**  5/24/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is  over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the  22nd  day of  June, 2010, at approximately the time of 6:34 am deponent served the within Summons and Complaint at 25 PLEASANTVIEW CT , COPIAGUE, NY, 117263917 a  Private Residence on defendant JOHN C BECK (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the  30th  day of  June, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 25 PLEASANTVIEW CT , COPIAGUE, NY, 117263917. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  1  day of  July 2010

William Mlotek
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13636098 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   S01477
Batch:   20100422

----------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

                                    **Plaintiff**

                -against-

MAYRA R RIVERA

                                    **Defendant**

----------------------------------------------------------X

**Affidavit of Service**

# ORIGINAL

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-7049

**Index Date:**  5/24/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 22nd day of June, 2010, at approximately the time of 7:25 am deponent served the within Summons and Complaint at 18 KENNETH LN , NORTH BABYLON, NY, 117032312 a Private Residence on defendant MAYRA R RIVERA (herein after referred to as recipient)

by delivering therat a true copy of each to MR. RIVERA, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",161-200 Lbs.

On Wednesday, the 30th day of June, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 18 KENNETH LN , NORTH BABYLON, NY, 117032312. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of ___July___ , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Jul 2 4 03 PM '10
SUFFOLK COUNTY DISTRICT COURT

ATTY REF NO: ## 13643623 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:  501466
Batch:  20100422

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

**ORIGINAL**

```
-----------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK
                              Plaintiff

              -against-
DEMETRIUS HOWARD
                              Defendant
-----------------------------------------------------X
```

**Affidavit of Service**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-7059

**Index Date:**  5/24/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 22nd day of June, 2010, at approximately the time of 9:18 am deponent served the within Summons and Complaint at 11 E SYCAMORE ST , CENTRAL ISLIP, NY, 117224701 a Private Residence on defendant DEMETRIUS HOWARD (herein after referred to as recipient)

by delivering therat a true copy of each to MR. HOWARD, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 30th day of June, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 11 E SYCAMORE ST , CENTRAL ISLIP, NY, 117224701.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___ day of _____, 2010

William Miciotek
NOTARY PUBLIC, State of New York
No. 0MML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

JUL 2 4 03 PM '10
SUFFOLK COUNTY DISTRICT COURT

ATTY REF NO: ## 13592761 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5677
License #: 0929611

File Number: 501498
Batch: 20100422

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

-----------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

                                    **Plaintiff**

                -against-
CHRISTINE L PARISI

                                    **Defendant**
-----------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:** Thomas Law

**Index Number:** CEC10-7027

**Index Date:** 5/24/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 22nd day of June, 2010, at approximately the time of 9:26 am deponent served the within Summons and Complaint at 71 CASEMENT AVE , CENTRAL ISLIP, NY, 117225001 a Private Residence on defendant CHRISTINE L PARISI (herein after referred to as recipient)

by delivering there at a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and White skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Friday, the 2nd day of July, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 71 CASEMENT AVE , CENTRAL ISLIP, NY, 117225001. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ 6 day of July, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13632691 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number: 501484
Batch: 20100422

------------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

**Affidavit of Service**   **ORIGINAL**

                                    **Plaintiff**

                 -against-

CAROLYN B MEGUIN

                                    **Defendant**

**Attorney:** Thomas  Law

**IndexNumber:** CEC10-7055

**Index Date:** 5/24/2010

------------------------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is  over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the  22nd  day of June, 2010, at approximately the time of 9:48 am deponent served the within Summons and Complaint at 19 STORM DR , HOLTSVILLE, NY, 117421905 a  Private Residence on defendant CAROLYN B MEGUIN (herein after referred to as recipient)

by delivering therat a true copy of each to MR. MEGUIN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the  30th  day of June, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 19 STORM DR , HOLTSVILLE, NY, 117421905.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this   1   day of    July  2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295203

Jul 2 4 03 PM '10
SUFFOLK COUNTY DISTRICT COURT

ATTY REF NO: ## 13646987 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number:  501470
Batch:  20100422

----------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

**Affidavit of Service**

ORIGINAL

**Plaintiff**

-against-

DEBORAH JOHNSON

**Defendant**

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-7057

**Index Date:**  5/24/2010

----------------------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 23rd day of June, 2010, at approximately the time of 6:05 am deponent served the within Summons and Complaint at 15 GRAND PL , HUNTINGTON STATION, NY, 117462408 a Private Residence on defendant DEBORAH JOHNSON (herein after referred to as recipient)

by delivering therat a true copy of each to MS. TINA JOHNSON, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Black skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 30th day of June, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 15 GRAND PL , HUNTINGTON STATION, NY, 117462408.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  1  day of  July , 2010

William Motok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13642002 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #:  0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   501510
Batch:   20100422

----------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

**Affidavit of Service**

**ORIGINAL**

                                        **Plaintiff**

**Attorney:**   Thomas  Law

              -against-

MICHAEL VALLONE

**IndexNumber:**   CEC10-7020

**Index Date:**   5/24/2010

                                        **Defendant**
----------------------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is  over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the  23rd  day of June, 2010, at approximately the time of 8:18 am deponent served the within Summons and Complaint at 21 GARDEN ST , NESCONSET, NY, 117673217 a  Private Residence on defendant MICHAEL VALLONE (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 30th  day of June, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 21 GARDEN ST , NESCONSET, NY, 117673217.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____ , 2010

William Motok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13642806 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number: 501483
Batch: 20100422

```
-------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK
                              Plaintiff

              -against-

MICHAEL ROLLERO
                              Defendant
-------------------------------------------------------X
```

**Affidavit of Service**

ORIGINAL

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-7047

**Index Date:**  5/24/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 23rd day of June, 2010, at approximately the time of 9:21 am deponent served the within Summons and Complaint at 43 WEBSTER AVE , RONKONKOMA, NY, 117791623 a Private Residence on defendant MICHAEL ROLLERO (herein after referred to as recipient)

by delivering therat a true copy of each to MR ROLLERO, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and White skin, 21-35 years old, 5'4"-5'8",161-200 Lbs.

On Wednesday, the 30th day of June, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 43 WEBSTER AVE , RONKONKOMA, NY, 117791623. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___ day of _July_ 2010

William Mietok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13640006 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number:  501474
Batch:  20100422

-----------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

**Plaintiff**

-against-

JOHN FRANCIS

**Defendant**

-----------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-70652

**Index Date:**  5/24/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 29th day of June, 2010, at approximately the time of 12:53 pm deponent served the within Summons and Complaint at 186 PARKWAY BLVD , WYANDANCH, NY, 117984306 a Private Residence on defendant JOHN FRANCIS (herein after referred to as recipient)

by delivering therat a true copy of each to MS. LISA FRANCIS, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Black skin, 36-50 years old, 5'4"-5'8",Over 200 Lbs.

On Friday, the 2nd day of July, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 186 PARKWAY BLVD , WYANDANCH, NY, 117984306.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  6  day of July  , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13644624 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   501473
Batch:   20100422

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

**ORIGINAL**

```
------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK
```

**Affidavit of Service**

**Plaintiff**

-against-

TEOFILO DELGADO

**Defendant**
```
------------------------------------------------------X
```

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-7064

**Index Date:**  5/24/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is  over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the  30th  day of June, 2010, at approximately the time of 8:18 am deponent served the within Summons and Complaint at 9 COLBY DR , CORAM, NY, 117272245 a  Private Residence on defendant TEOFILO DELGADO (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MR. JOHN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Friday, the  2nd  day of  July, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 9 COLBY DR , CORAM, NY, 117272245. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  6  day of July, 2010

William Miotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13593187 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:  501505
Batch:  20100422

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

---------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

MARIA T ZAFFARESE

**Defendant**

---------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:** Thomas Law

**IndexNumber:** CEC10-7036

**Index Date:** 5/24/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 30th day of June, 2010, at approximately the time of 8:30 am deponent served the within Summons and Complaint at 8 HOLLINGWOOD DR , CORAM, NY, 117273028 a Private Residence on defendant MARIA T ZAFFARESE (herein after referred to as recipient)

by delivering thereat a true copy of each to MARIA T ZAFFARESE personally: deponent knew said person so served to be the person described as said recipient therein.

The person served was Female with Black hair and White skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 6th day of July 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13594105 ##



Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   501507
Batch:   20100422

----------------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

                                                    **Plaintiff**

                        -against-

SCOTT V CACOPARDO

                                                    **Defendant**
----------------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-7022

**Index Date:**  5/24/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 30th day of June, 2010, at approximately the time of 9:36 am deponent served the within Summons and Complaint at 78 VALLEY DR , SOUND BEACH, NY, 117891739 a Private Residence on defendant SCOTT V CACOPARDO (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Friday, the 2nd day of July, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 78 VALLEY DR , SOUND BEACH, NY, 117891739.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___6___ day of __July__ , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13636207 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:  501487
Batch:  20100422

```
-----------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK
                                    Plaintiff

              -against-
CHRISTOPHER P MURRAY
                                    Defendant
-----------------------------------------------------X
```

**Affidavit of Service**

# ORIGINAL

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-7038

**Index Date:**  5/24/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 7th day of July, 2010, at approximately the time of 6:56 am deponent served the within Summons and Complaint at 12 RAILROAD AVE , EASTPORT, NY, 119411101 a Private Residence on defendant CHRISTOPHER P MURRAY (herein after referred to as recipient)

by delivering therat a true copy of each to MS. MURRAY, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Blonde hair and White skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Thursday, the 15th day of July, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 12 RAILROAD AVE , EASTPORT, NY, 119411101. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _15_ day of _July_, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

ATTY REF NO: ## 13630343 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   501467
Batch:   20100422

-------------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

Plaintiff

-against-

VARIOLA ARISTILDE

Defendant

-------------------------------------------------------------X

**Affidavit of Service**

## ORIGINAL

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-7060

**Index Date:**  5/24/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 7th day of July, 2010, at approximately the time of 9:02 am deponent served the within Summons and Complaint at 475 LAKE POINTE DR , MIDDLE ISLAND, NY, 119532044 a Private Residence on defendant VARIOLA ARISTILDE (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Thursday, the 15th day of July, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 475 LAKE POINTE DR , MIDDLE ISLAND, NY, 119532044. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 15 day of July 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Exhibit B

Google maps

Directions to 29 W White St, Brentwood, NY 11717
84.6 mi – about 3 hours 32 mins

3/24/10

Save trees. Go green!
Download Google Maps on your
phone at google.com/gmm



©2010 Google - Map data ©2010 Google -

**A** 24 Sunshine Ln, Amityville, NY 11701          *6:11 AM*

| | |
|---|---|
| 1. Head **southeast** on **Sunshine Ln** toward **Skylark Ln** | go 243 ft<br>total 243 ft |
| 2. Turn **right** to stay on **Sunshine Ln** | go 495 ft<br>total 0.1 mi |
| 3. Take the 1st **left** onto **Rainbow Ln** | go 0.2 mi<br>total 0.3 mi |
| 4. Turn **left** at **Albany Ave**<br>About 2 mins | go 0.5 mi<br>total 0.8 mi |
| 5. Turn **left** at **County Rd 28/New Hwy/Old New Hwy**<br>Continue to follow New Hwy/Old New Hwy<br>About 2 mins | go 0.6 mi<br>total 1.5 mi |
| 6. Slight **right** onto the **Southern State Pkwy E** ramp to **E Islip** | go 0.2 mi<br>total 1.7 mi |
| 7. Merge onto **Southern State Pkwy**<br>About 3 mins | go 3.0 mi<br>total 4.7 mi |
| 8. Take exit **37S** for **Belmont Ave** toward **W Babylon** | go 0.2 mi<br>total 4.9 mi |
| 9. Turn **right** at **Belmont Ave**<br>About 1 min | go 0.5 mi<br>total 5.3 mi |
| 10. Turn **left** at **Claremont Ave**<br>About 2 mins | go 0.4 mi<br>total 5.8 mi |
| 11. Turn **right** at **Lafayette Rd**<br>Destination will be on the left | go 164 ft<br>total 5.8 mi |

Total: **5.8 mi** – about **11 mins**

**B** 297 Lafayette Rd, West Babylon, NY 11704      *6:40 AM*          total 0.0 mi

| | |
|---|---|
| 12. Head **south** on **Lafayette Rd** toward **Chelsea Ave**<br>About 3 mins | go 0.6 mi<br>total 0.6 mi |
| 13. Turn **right** at **Neptune Ave** | go 0.1 mi<br>total 0.7 mi |
| 14. Take the 1st **left** onto **Hubbards Path**<br>About 1 min | go 0.2 mi<br>total 0.8 mi |
| 15. Turn **left** at **Sunrise Hwy Service Rd**<br>About 3 mins | go 1.5 mi<br>total 2.4 mi |
| 16. Turn **right** at **Henry St** | go 0.1 mi<br>total 2.5 mi |
| 17. Take the 1st **left** onto **Higbie Ln**<br>About 2 mins | go 0.5 mi<br>total 3.0 mi |
| 18. Turn **right** at **County Rd 82/Higbie Ln** | go 0.1 mi<br>total 3.1 mi |
| 19. Take the 2nd **left** onto **Paprocki Ave**<br>Destination will be on the right<br>About 1 min | go 0.2 mi<br>total 3.3 mi |

Total: **3.3 mi** – about **11 mins**

**46 Paprocki Ave, West Islip, NY 11795**        *6:49 AM*        total 0.0 mi

| | | |
|---|---|---|
| 20. | Head **east** on **Paprocki Ave** toward **W Islip Blvd** | go 0.1 mi<br>total 0.1 mi |
| 21. | Continue onto **W Islip Blvd** | go 390 ft<br>total 0.2 mi |
| 22. | Continue onto **Orinoco Dr**<br>About 5 mins | go 2.3 mi<br>total 2.5 mi |
| 23. | Continue onto **Ackerson St** | go 0.1 mi<br>total 2.6 mi |
| 24. | Turn **left** at **5th Ave/County Rd 13**<br>About 3 mins | go 0.8 mi<br>total 3.4 mi |
| 25. | Turn **right** at **Hansen St**<br>Destination will be on the right | go 157 ft<br>total 3.4 mi |

Total: **3.4 mi** – about **8 mins**

**6 Hansen St, Bay Shore, NY 11706**        *6:57 AM*        total 0.0 mi

| | | |
|---|---|---|
| 26. | Head **west** on **Hansen St** toward **5th Ave/County Rd 13** | go 157 ft<br>total 157 ft |
| 27. | Turn **right** at **5th Ave/County Rd 13**<br>About 3 mins | go 0.9 mi<br>total 0.9 mi |
| 28. | Turn **right** at **Spur Dr S**<br>About 2 mins | go 0.9 mi<br>total 1.8 mi |
| 29. | Turn **right** at **Newbrook Ln** | go 292 ft<br>total 1.9 mi |
| 30. | Keep **right** at the fork<br>Destination will be on the left | go 46 ft<br>total 1.9 mi |

Total: **1.9 mi** – about **5 mins**

**53 Newbrook Ln, Bay Shore, NY 11706**        *7:12 AM*        total 0.0 mi

| | | |
|---|---|---|
| 31. | Head **north** on **Newbrook Ln** toward **Spur Dr S** | go 341 ft<br>total 341 ft |
| 32. | Turn **right** at **Spur Dr S**<br>About 1 min | go 0.3 mi<br>total 0.3 mi |
| 33. | Continue onto **Tennessee Ave** | go 295 ft<br>total 0.4 mi |
| 34. | Slight **left** at **Spur Dr S**<br>About 2 mins | go 0.8 mi<br>total 1.2 mi |
| 35. | Turn **right** at **Commack Rd**<br>About 2 mins | go 1.1 mi<br>total 2.3 mi |
| 36. | Turn **left** at **Taft Ave** | go 282 ft<br>total 2.3 mi |
| 37. | Turn **left** to stay on **Taft Ave** | go 0.1 mi<br>total 2.5 mi |
| 38. | **Taft Ave** turns **right** and becomes **3rd St/Yale St** | go 499 ft<br>total 2.5 mi |

| | | | |
|---|---|---|---|
| ← | 39. Turn **left** at **Freeman Ave**<br>About 1 min | go 0.2 mi<br>total 2.8 mi | |
| ↱ | 40. Take the 3rd **right** onto **6th St/Amherst St**<br>Destination will be on the right | go 253 ft<br>total 2.8 mi | |

**Total: 2.8 mi – about 8 mins**

📍 20 Amherst St, Islip, NY 11751    *7:22 AM*    total 0.0 mi

| | | |
|---|---|---|
| | 41. Head **east** on **6th St/Amherst St** toward **Whitman Ave** | go 233 ft<br>total 233 ft |
| ↱ | 42. Turn **right** at **Whitman Ave**<br>About 1 min | go 0.3 mi<br>total 0.3 mi |
| ← | 43. Take the 1st **left** onto **W Pine St** | go 0.2 mi<br>total 0.5 mi |
| ↱ | 44. Take the 1st **right** onto **Islip Ave**<br>About 1 min | go 0.2 mi<br>total 0.6 mi |
| ↱ | 45. Take the 2nd **right** onto **Bittermint St** | go 430 ft<br>total 0.7 mi |
| ↱ | 46. Turn **right** to stay on **Bittermint St** | go 243 ft<br>total 0.8 mi |
| | 47. Continue onto **Sunrise Hwy Service Rd**<br>About 2 mins | go 0.6 mi<br>total 1.3 mi |
| (27) | 48. Take the ramp on the left onto **NY-27 E**<br>About 6 mins | go 5.9 mi<br>total 7.3 mi |
| ↗ | 49. Take exit **50** for **Lincoln Ave** toward **Ronkonkoma/Sayville** | go 0.2 mi<br>total 7.5 mi |
| | 50. Merge onto **Sunrise Hwy Service Rd** | go 0.1 mi<br>total 7.6 mi |
| ← | 51. Turn **left** at **Lincoln Ave**<br>About 4 mins | go 1.3 mi<br>total 8.9 mi |
| (454) | 52. Turn **right** at **NY-454 E**<br>About 1 min | go 0.2 mi<br>total 9.1 mi |
| ↖ | 53. Slight **left** toward **Coates Ave** | go 427 ft<br>total 9.2 mi |
| ← | 54. Turn **left** at **Coates Ave**<br>About 2 mins | go 0.4 mi<br>total 9.6 mi |
| ← | 55. Turn **left** at **Helen St**<br>Destination will be on the left | go 0.1 mi<br>total 9.7 mi |

**Total: 9.7 mi – about 18 mins**

📍 158 Helen St, Holbrook, NY 11741    *7:38 AM*    total 0.0 mi

| | | |
|---|---|---|
| | 56. Head **east** on **Helen St** toward **Coates Ave** | go 0.1 mi<br>total 0.1 mi |
| ← | 57. Turn **left** at **Coates Ave**<br>Destination will be on the left<br>About 2 mins | go 0.9 mi<br>total 1.0 mi |

**Total: 1.0 mi – about 2 mins**

**1328 Coates Ave, Holbrook, NY 11741**    *7:45 AM*    total 0.0 mi

| | | |
|---|---|---|
| 58. | Head **north** on **Coates Ave** toward **Shelby Ave**<br>About 2 mins | go 0.9 mi<br>total 0.9 mi |
| 59. | Turn **right** at **Union Ave** | go 358 ft<br>total 1.0 mi |
| 60. | Take the 1st **left** onto **Main St/Old Patchogue-Holbrook Rd**<br>About 1 min | go 427 ft<br>total 1.0 mi |
| 61. | Turn **left** at **Patchogue Rd/Patchogue-Holbrook Rd** | go 0.2 mi<br>total 1.2 mi |
| 62. | Slight **left** to stay on **Patchogue Rd/Patchogue-Holbrook Rd**<br>About 2 mins | go 0.4 mi<br>total 1.6 mi |
| 63. | Turn **right** at **Ackerly Ln**<br>About 1 min | go 0.6 mi<br>total 2.2 mi |
| 64. | Turn **right** at **Walter St** | go 0.2 mi<br>total 2.4 mi |
| 65. | Take the 1st **left** onto **Lawrence Ave**<br>Destination will be on the right | go 0.1 mi<br>total 2.5 mi |

Total: **2.5 mi – about 8 mins**

**23 Lawrence Ave, Holbrook, NY 11741**    *7:56 AM*    total 0.0 mi

| | | |
|---|---|---|
| 66. | Head **north** on **Lawrence Ave** toward **Julius St** | go 299 ft<br>total 299 ft |
| 67. | Take the 1st **right** onto **Julius St** | go 492 ft<br>total 0.1 mi |
| 68. | Turn **left** at **Smith Ave** | go 0.1 mi<br>total 0.3 mi |
| 69. | Take the 1st **right** onto **County Rd 16/Portion Rd**<br>About 5 mins | go 1.8 mi<br>total 2.0 mi |
| 70. | Turn **left** at **College Rd**<br>About 3 mins | go 1.2 mi<br>total 3.3 mi |
| 71. | Continue onto **Mooney Pond Rd**<br>About 3 mins | go 1.2 mi<br>total 4.5 mi |
| 72. | Turn **right** at **S Bicycle Path**<br>About 2 mins | go 0.9 mi<br>total 5.3 mi |
| 73. | Turn **right** at **Overlook Dr** | go 223 ft<br>total 5.4 mi |
| 74. | Take the 1st **left** to stay on **Overlook Dr**<br>Destination will be on the right | go 0.1 mi<br>total 5.5 mi |

Total: **5.5 mi – about 14 mins**

**133 Overlook Dr, Farmingville, NY 11738**    *8:08 AM*    total 0.0 mi

| | | |
|---|---|---|
| 75. | Head **northeast** on **Overlook Dr** | go 0.1 mi<br>total 0.1 mi |
| 76. | Take the 1st **right** to stay on **Overlook Dr** | go 223 ft<br>total 0.2 mi |

| | | | |
|---|---|---|---|
| ← | 77. | Turn **left** at **S Bicycle Path**<br>About 2 mins | go 0.9 mi<br>total 1.0 mi |
| ← | 78. | Turn **left** at **Mooney Pond Rd/Paul's Path Mooney Pond Rd**<br>Continue to follow Mooney Pond Rd<br>About 3 mins | go 1.2 mi<br>total 2.2 mi |
| | 79. | Continue onto **College Rd** | go 0.3 mi<br>total 2.6 mi |
| ← | 80. | Turn **left** at **Waverly Ave**<br>About 1 min | go 0.3 mi<br>total 2.8 mi |
| ← | 81. | Take the 3rd **left** onto **Lehigh Ln**<br>Destination will be on the right | go 0.1 mi<br>total 2.9 mi |

Total: **2.9 mi** – about **8 mins**

| | | |
|---|---|---|
| **K** 16 Lehigh Ln, Farmingville, NY 11738 | *8:18 AM* | total 0.0 mi |

| | | | |
|---|---|---|---|
| | 82. | Head **north** on **Lehigh Ln** toward **Waverly Ave** | go 0.1 mi<br>total 0.1 mi |
| ← | 83. | Turn **left** at **Waverly Ave**<br>About 5 mins | go 1.7 mi<br>total 1.8 mi |
| ← | 84. | Turn **left** at **Expy Drive S**<br>About 3 mins | go 1.0 mi<br>total 2.8 mi |
| → | 85. | Turn **right** at **Woodycrest Dr**<br>Destination will be on the right<br>About 1 min | go 0.3 mi<br>total 3.1 mi |

Total: **3.1 mi** – about **9 mins**

| | | |
|---|---|---|
| **L** 246 Woodycrest Dr, Holtsville, NY 11742 | *8:28 AM* | total 0.0 mi |

| | | | |
|---|---|---|---|
| | 86. | Head **north** on **Woodycrest Dr** toward **Cherry Ave**<br>About 1 min | go 0.3 mi<br>total 0.3 mi |
| → | 87. | Turn **right** at **Expy Drive S**<br>About 2 mins | go 0.5 mi<br>total 0.7 mi |
| **495** | 88. | Take the ramp on the **left** onto **I-495 E**<br>About 2 mins | go 1.9 mi<br>total 2.7 mi |
| ↗ | 89. | Take exit **65** toward **Horse Block Rd/Centereach/Shirley** | go 0.2 mi<br>total 2.9 mi |
| | 90. | Merge onto **Expy Drive S/Long Island Expy South Srv Rd** | go 0.2 mi<br>total 3.1 mi |
| ← | 91. | Sharp **left** at **County Rd 16/Horseblock Rd**<br>About 2 mins | go 0.3 mi<br>total 3.4 mi |
| ↱ | 92. | Turn **right** at **Connecticut Ave** | go 0.2 mi<br>total 3.6 mi |
| ↱ | 93. | Take the 1st **right** onto **Knickerbocker Ave**<br>About 1 min | go 0.2 mi<br>total 3.8 mi |
| ← | 94. | Turn **left** at **Kane Ave**<br>Destination will be on the left | go 226 ft<br>total 3.9 mi |

Total: **3.9 mi** – about **9 mins**

| | | |
|---|---|---|
| **M** 2804 Kane Ave, Medford, NY 11763 | *8:53 AM* | total 0.0 mi |

| | | |
|---|---|---|
| | 95. Head **south** on **Kane Ave** toward **Knickerbocker Ave**<br>About 1 min | go 0.3 mi<br>total 0.3 mi |
| ↱ | 96. Turn **right** at **Expy Dr N/Long Island Expy North Srv Rd** | go 472 ft<br>total 0.4 mi |
| ↰ | 97. Take the 1st **left** onto **County Rd 16/Horseblock Rd**<br>About 3 mins | go 1.3 mi<br>total 1.7 mi |
| ↱ | 98. Turn **right** at **Station Rd** | go 0.2 mi<br>total 1.9 mi |
| ↱ | 99. Take the 1st **right** onto **E Patchogue Yaphank Rd/Sills Rd**<br>About 1 min | go 0.4 mi<br>total 2.4 mi |
| ↱ | 100. Take the 1st **right** onto **Southaven Ave**<br>About 1 min | go 0.4 mi<br>total 2.8 mi |
| ↰ | 101. Take the 3rd **left** onto **Crooked Pine Dr** | go 322 ft<br>total 2.9 mi |
| ↰ | 102. Take the 1st **left** onto **Red Pine Dr**<br>Destination will be on the left | go 0.1 mi<br>total 3.0 mi |

Total: **3.0 mi** – about **8 mins**

| | | |
|---|---|---|
| ◉ | 33 Red Pine Dr, Medford, NY 11763   *9:02 AM* | total 0.0 mi |
| | 103. Head **north** on **Red Pine Dr** toward **Crooked Pine Dr** | go 0.1 mi<br>total 0.1 mi |
| ↱ | 104. Turn **right** at **Crooked Pine Dr** | go 322 ft<br>total 0.2 mi |
| ↰ | 105. Turn **left** at **Southaven Ave**<br>About 5 mins | go 2.0 mi<br>total 2.2 mi |
| (112) | 106. Turn **right** at **NY-112 N/Medford Ave**<br>Continue to follow NY-112 N<br>About 10 mins | go 5.1 mi<br>total 7.3 mi |
| ↰ | 107. Turn **left** at **Old Town Rd**<br>About 2 mins | go 0.9 mi<br>total 8.3 mi |
| ↱ | 108. Turn **right** at **Howe Rd** | go 331 ft<br>total 8.3 mi |
| ↰ | 109. Turn **left** at **Holly Hill Ln**<br>Destination will be on the left | go 0.1 mi<br>total 8.5 mi |

Total: **8.5 mi** – about **18 mins**

| | | |
|---|---|---|
| ◉ | 30 Holly Hill Ln, Coram, NY 11727   *9:21 AM* | total 0.0 mi |
| | 110. Head **southeast** on **Holly Hill Ln** toward **Hillsdale Ln** | go 0.1 mi<br>total 0.1 mi |
| ↱ | 111. Turn **right** at **Howe Rd** | go 331 ft<br>total 0.2 mi |
| ↰ | 112. Turn **left** at **Old Town Rd** | go 361 ft<br>total 0.3 mi |
| ↱ | 113. Take the 2nd **right** onto **County Rd 83/Patchogue-Mt Sinai Rd**<br>About 1 min | go 0.5 mi<br>total 0.8 mi |
| ↱ | 114. Take the 1st **right** onto **Middle Country Rd**<br>About 3 mins | go 1.9 mi<br>total 2.7 mi |

| | | | |
|---|---|---|---|
| ↱ | **115.** Turn **right** at **Marshall Dr**<br>Destination will be on the right<br>About 2 mins | | go 0.5 mi<br>total 3.2 mi |

**Total: 3.2 mi – about 6 mins**

| 🅟 | 105 Marshall Dr, Selden, NY 11784 | *9:31 AM* | total 0.0 mi |
|---|---|---|---|

| | **116.** Head **south** on **Marshall Dr** toward **Henry Ave**<br>About 1 min | go 0.5 mi<br>total 0.5 mi |
|---|---|---|
| ↱ | **117.** Take the 2nd **right** onto **Middle Country Rd**<br>About 4 mins | go 2.9 mi<br>total 3.4 mi |
| ↱ | **118.** Turn **right** at **Stony Brook Rd**<br>About 2 mins | go 0.7 mi<br>total 4.1 mi |
| ↱ | **119.** Turn **right** at **Cherry Ln** | go 328 ft<br>total 4.1 mi |
| ↰ | **120.** Take the 1st **left** onto **Commonwealth Ave**<br>Destination will be on the left<br>About 1 min | go 0.3 mi<br>total 4.4 mi |

**Total: 4.4 mi – about 7 mins**

| 🅠 | 32 Commonwealth Ave, Lake Grove, NY 11755 | *9:49 AM* | total 0.0 mi |
|---|---|---|---|

| | **121.** Head **south** on **Commonwealth Ave** toward **Nassau St**<br>About 1 min | go 0.3 mi<br>total 0.3 mi |
|---|---|---|
| ↱ | **122.** Turn **right** at **Cherry Ln** | go 328 ft<br>total 0.4 mi |
| ↰ | **123.** Take the 1st **left** onto **Stony Brook Rd**<br>About 2 mins | go 0.7 mi<br>total 1.1 mi |
| ↱ | **124.** Turn **right** at **Middle Country Rd**<br>About 1 min | go 0.9 mi<br>total 1.9 mi |
| ↰ | **125.** Take the 3rd **left** onto **Moriches Rd**<br>About 2 mins | go 0.5 mi<br>total 2.5 mi |
| ↱ | **126.** Take the 1st **right** onto **Nichols Rd**<br>About 9 mins | go 3.6 mi<br>total 6.1 mi |
| | **127.** Continue onto **Nicolls Rd/Old Nichols Rd**<br>Continue to follow Old Nichols Rd<br>About 2 mins | go 0.6 mi<br>total 6.7 mi |
| ↱ | **128.** Turn **right** at **Halsey St** | go 0.1 mi<br>total 6.8 mi |
| | **129.** Continue onto **Serpentine Ln**<br>Destination will be on the left<br>About 1 min | go 0.4 mi<br>total 7.2 mi |

**Total: 7.2 mi – about 18 mins**

| 🅡 | 196 Serpentine Ln, Islandia, NY 11749 | *10:13 AM* | total 0.0 mi |
|---|---|---|---|

| | **130.** Head **south** on **Serpentine Ln** toward **Slate Ln**<br>About 1 min | go 0.4 mi<br>total 0.4 mi |
|---|---|---|
| | **131.** Continue onto **Halsey St** | go 0.1 mi<br>total 0.5 mi |

| | | | |
|---|---|---|---|
| ↱ | **132.** Turn **right** at **Nicholls Rd/Old Nichols Rd**<br>About 1 min | go 0.5 mi<br>total 1.0 mi |
| | **133.** Continue onto **County Rd 100/E Suffolk Ave**<br>About 3 mins | go 1.1 mi<br>total 2.1 mi |
| ↰ | **134.** Turn **left** at **Broadway Ave** | go 62 ft<br>total 2.2 mi |
| | **135.** Continue onto **Lowell Ave**<br>About 3 mins | go 1.4 mi<br>total 3.5 mi |
| ↖ | **136.** Slight **left** at **Cranberry St**<br>Destination will be on the right<br>About 1 min | go 0.2 mi<br>total 3.7 mi |

**Total: 3.7 mi – about 9 mins**

| Ⓢ | 36 Cranberry St, Central Islip, NY 11722 | *10:28 AM* | total 0.0 mi |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | **137.** Head **west** on **Cranberry St** toward **Greenlawn Ave** | go 0.2 mi<br>total 0.2 mi |
| ↗ | **138.** Slight **right** at **Lowell Ave**<br>About 3 mins | go 1.4 mi<br>total 1.5 mi |
| ↰ | **139.** Turn **left** at **County Rd 100/E Suffolk Ave**<br>About 8 mins | go 2.9 mi<br>total 4.5 mi |
| ↰ | **140.** Turn **left** at **Brentwood Rd**<br>About 1 min | go 0.2 mi<br>total 4.7 mi |
| ↰ | **141.** Turn **left** at **2nd Ave**<br>About 2 mins | go 0.5 mi<br>total 5.2 mi |
| ↱ | **142.** Turn **right** at **American Blvd**<br>Destination will be on the left<br>About 1 min | go 0.3 mi<br>total 5.5 mi |

**Total: 5.5 mi – about 14 mins**

| Ⓣ | 157 American Blvd, Brentwood, NY 11717 | *10:40 AM* | total 0.0 mi |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | **143.** Head **north** on **American Blvd** toward **Aljan Dr**<br>About 1 min | go 0.3 mi<br>total 0.3 mi |
| ↰ | **144.** Turn **left** at **2 Ave/2nd Ave**<br>Continue to follow 2nd Ave<br>About 2 mins | go 0.5 mi<br>total 0.8 mi |
| ↱ | **145.** Turn **right** at **Brentwood Rd** | go 0.2 mi<br>total 1.0 mi |
| | **146.** Continue onto **Washington Ave**<br>About 2 mins | go 1.0 mi<br>total 2.0 mi |
| ↰ | **147.** Turn **left** at **Morton St**<br>Destination will be on the right<br>About 1 min | go 0.3 mi<br>total 2.2 mi |

**Total: 2.2 mi – about 6 mins**

| Ⓤ | 55 Morton St, Brentwood, NY 11717 | *10:49 AM* | total 0.0 mi |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | **148.** Head **west** on **Morton St** toward **Madison Ave**<br>About 1 min | go 0.4 mi<br>total 0.4 mi |

| | 149. | **Turn right** at **Chapel Hill Dr**<br>About 2 mins | go 0.5 mi<br>total 0.8 mi |
|---|---|---|---|
| | 150. | Take the 3rd **left** onto **W White St**<br>Destination will be on the right<br>About 1 min | go 0.2 mi<br>total 1.1 mi |

Total: **1.1 mi** – about **4 mins**

 29 W White St, Brentwood, NY 11717          *10:53  AM*

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2010 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.

Exhibit C

**Google** maps

**Directions to 17 Yardley Dr, Dix Hills, NY 11746**
74.4 mi – about 1 hour 58 mins

3/30/10



Save trees. Go green!
Download Google Maps on your
phone at google.com/gmm



©2010 Google    Map data ©2010 Google

(A) 13 Timon Ct, Huntington, NY 11743          *6:33 AM*

| | | |
|---|---|---|
| 1. | Head **southeast** on **Timon Ct** toward **Robert Dr** | go 420 ft<br>total 420 ft |
| 2. | Turn **left** at **Robert Dr** | go 240 ft<br>total 0.1 mi |
| 3. | Turn **right** at **Park Ave**<br>About 2 mins | go 0.7 mi<br>total 0.9 mi |
| 4. | Turn **left** at **E Jericho Turnpike**<br>About 11 mins | go 8.4 mi<br>total 9.2 mi |
| 5. | Continue onto **W Main St/New York 25A E**<br>About 2 mins | go 1.3 mi<br>total 10.6 mi |
| 6. | Turn **left** at **New York 25A E/Nissequogue River Rd/River Rd**<br>Continue to follow New York 25A E<br>About 7 mins | go 5.0 mi<br>total 15.6 mi |
| 7. | Turn **right** at **N Country Rd/New York 25A E**<br>Continue to follow New York 25A E<br>About 6 mins | go 5.0 mi<br>total 20.6 mi |
| 8. | Turn **right** at **Main St/New York 25A E**<br>About 2 mins | go 1.4 mi<br>total 22.0 mi |
| 9. | Turn **left** at **Hallock Ave/New York 25A E**<br>Continue to follow New York 25A E<br>About 7 mins | go 4.9 mi<br>total 26.9 mi |
| 10. | Turn **left** toward **N Country Rd**<br>About 1 min | go 112 ft<br>total 26.9 mi |
| 11. | Turn **left** at **N Country Rd**<br>About 1 min | go 0.3 mi<br>total 27.2 mi |
| 12. | Take the 3rd **right** onto **Bayport Rd**<br>Destination will be on the right | go 180 ft<br>total 27.2 mi |

Total: **27.2 mi** – about **38 mins**

(B) 7 Bayport Rd, Sound Beach, NY 11789          *7:49 AM*          total 0.0 mi

| | | |
|---|---|---|
| 13. | Head **south** on **Bayport Rd** toward **N Country Rd** | go 180 ft<br>total 180 ft |
| 14. | Turn **left** at **N Country Rd**<br>About 1 min | go 0.3 mi<br>total 0.3 mi |
| 15. | Turn **right** at **New York 25A W** | go 39 ft<br>total 0.3 mi |
| 16. | Turn **left** at **New York 25A E**<br>About 2 mins | go 1.1 mi<br>total 1.4 mi |
| 17. | Turn **right** at **Rocky Point Yaphank Rd**<br>About 5 mins | go 2.6 mi<br>total 4.0 mi |
| 18. | Continue onto **Rocky Point Rd**<br>About 2 mins | go 0.9 mi<br>total 4.9 mi |

| | | |
|---|---|---|
| 19. | Continue onto **Yaphank Middle Island Rd** | go 0.3 mi<br>total 5.2 mi |
| 20. | Continue onto **Rocky Point Rd**<br>About 1 min | go 0.6 mi<br>total 5.8 mi |
| ↖ 21. | Turn **left** at **Middle Country Rd**<br>About 2 mins | go 0.7 mi<br>total 6.5 mi |
| ↱ 22. | Turn **right** at **Picasso Way**<br>About 1 min | go 0.4 mi<br>total 7.0 mi |
| ↖ 23. | Slight **left** at **Lake Pointe Dr**<br>Destination will be on the right | go 213 ft<br>total 7.0 mi |

**Total: 7.0 mi – about 15 mins**

📍 298 Lake Pointe Dr, Middle Island, NY 11953    *8:05 AM*    total 0.0 mi

| | | |
|---|---|---|
| 24. | Head **northeast** on **Lake Pointe Dr** toward **Picasso Way** | go 213 ft<br>total 213 ft |
| ↗ 25. | **Lake Pointe Dr** turns slightly **right** and becomes **Picasso Way**<br>About 2 mins | go 0.4 mi<br>total 0.5 mi |
| ↱ 26. | Turn **right** at **Middle Country Rd**<br>About 2 mins | go 1.4 mi<br>total 1.8 mi |
| ↱ 27. | Turn **right** at **Smith Rd**<br>About 3 mins | go 1.7 mi<br>total 3.6 mi |
| ↖ 28. | Turn **left** at **Longwood Rd**<br>About 1 min | go 0.3 mi<br>total 3.9 mi |
| ↱ 29. | Take the 1st **right** onto **Suffolk County 46 S/William Floyd Pkwy**<br>About 4 mins | go 2.3 mi<br>total 6.2 mi |
| ↖ 30. | Turn **left** at **Moriches-Middle Island Rd**<br>Destination will be on the left<br>About 2 mins | go 0.6 mi<br>total 6.7 mi |

**Total: 6.7 mi – about 14 mins**

📍 145 Moriches-Middle Island Rd, Shirley, NY 11967    *8:21 AM*    total 0.0 mi

| | | |
|---|---|---|
| 31. | Head **west** on **Moriches-Middle Island Rd** toward **Lockwood Dr**<br>About 1 min | go 0.6 mi<br>total 0.6 mi |
| ↖ 32. | Turn **left** at **Suffolk County 46 S/William Floyd Pkwy**<br>About 5 mins | go 2.3 mi<br>total 2.8 mi |
| ↱ 33. | Turn **right** at **Victory Ave**<br>About 1 min | go 0.4 mi<br>total 3.2 mi |
| ㉗ 34. | Turn **left** to merge onto **NY-27 W**<br>About 4 mins | go 3.6 mi<br>total 6.8 mi |
| ↗ 35. | Take exit **56** toward **Station Rd/Yaphank/Bellport** | go 466 ft<br>total 6.9 mi |
| ↖ 36. | Turn **left** at **N Sunrise Hwy/Sunrise Hwy North Service Rd** | go 0.1 mi<br>total 7.0 mi |
| ↱ 37. | Take the 1st **right** onto **Station Rd**<br>About 1 min | go 0.3 mi<br>total 7.3 mi |

38. Take the 2nd **left** onto **Hollow St/Hollow Ct** — go 203 ft / total 7.4 mi

39. Turn **left** at **Michael Ave** — go 272 ft / total 7.4 mi

40. Take the 1st **right** onto **Harrison Ave**
Destination will be on the right — go 0.2 mi / total 7.6 mi

**Total: 7.6 mi – about 14 mins**

19 Harrison Ave, Bellport, NY 11713          *8 : 39 AM*          total 0.0 mi

41. Head **east** on **Harrison Ave** toward **Reiben St** — go 0.2 mi / total 0.2 mi

42. Turn **left** at **Michael Ave** — go 272 ft / total 0.2 mi

43. Take the 1st **right** onto **Hollow St/Hollow Ct** — go 203 ft / total 0.2 mi

44. Turn **left** at **Station Rd**
About 4 mins — go 1.4 mi / total 1.6 mi

45. Turn **left** at **County Rd 16/Horseblock Rd**
About 3 mins — go 1.3 mi / total 2.9 mi

46. Turn **left** at **Expy Dr N/Long Island Expy North Srv Rd**
About 1 min — go 0.2 mi / total 3.1 mi

47. Take the ramp on the **left** onto **I-495 W**
About 20 mins — go 20.6 mi / total 23.7 mi

48. Take exit **50** toward **Bagatelle Rd/Wyandanch/Dix Hills** — go 0.2 mi / total 23.9 mi

49. Merge onto **N Service Rd** — go 390 ft / total 24.0 mi

50. Turn **left** at **Bagatelle Rd**
About 1 min — go 0.1 mi / total 24.1 mi

51. Take the 1st **left** onto **S Service Rd**
About 1 min — go 0.3 mi / total 24.4 mi

52. Take the 1st **right** onto **Burrs Ln**
About 2 mins — go 1.2 mi / total 25.6 mi

53. Turn **right** at **Forge Ln** — go 0.1 mi / total 25.7 mi

54. Turn **left** at **Yardley Dr**
Destination will be on the right — go 0.2 mi / total 25.9 mi

**Total: 25.9 mi – about 34 mins**

17 Yardley Dr, Dix Hills, NY 11746          *9 : 45 AM*

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2010 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.

Exhibit D

# History for Shirley, NY

Tuesday, March 30, 2010

## Daily Summary

| | Actual: | Average (KISP): | Record (KISP): |
|---|---|---|---|
| **Temperature:** | | | |
| Mean Temperature | **48** °F | **44** °F | |
| Max Temperature | **54** °F | **53** °F | **72** °F (1998) |
| Min Temperature | **42** °F | **35** °F | **25** °F (2008) |
| **Degree Days:** | | | |
| Heating Degree Days | 17 | 21 | |
| Month to date heating degree days | | 761 | |
| Since 1 July heating degree days | | 4666 | |
| Cooling Degree Days | 0 | 0 | |
| Month to date cooling degree days | | 0 | |
| Year to date cooling degree days | | 0 | |
| **Moisture:** | | | |
| Dew Point | **44** °F | | |
| Average Humidity | 85 | | |
| Maximum Humidity | 88 | | |
| Minimum Humidity | 81 | | |
| **Precipitation:** | | | |
| Precipitation | **3.72** in | **0.15** in | **2.49** in (2001) |
| Month to date precipitation | | 4.61 | |
| Year to date precipitation | | 12.21 | |
| **Snow:** | | | |
| Snow | **0.00** in | - | **0.00** in (2006) |
| Month to date snowfall | | | |
| Since 1 July snowfall | | | |
| Snow Depth | - | | |
| **Sea Level Pressure:** | | | |
| Sea Level Pressure | **29.43** in | | |
| **Wind:** | | | |
| Wind Speed | **10** mph (NNE) | | |
| Max Wind Speed | **18** mph | | |
| Max Gust Speed | **29** mph | | |
| Visibility | **2** miles | | |
| Events | Fog , Rain | | |

Click here for data from the nearest station with official NWS data (KISP).

**T** = Trace of Precipitation, **MM** = Missing Value      **Source:** NWS Daily Summary



## Hourly Observations

| Time (EDT): | Temp.: | Dew Point: | Humidity: | Sea Level Pressure: | Visibility: | Wind Dir: | Wind Speed: | Gust Speed: | Precip: | Events: | Conditions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:03 AM | 51.8 °F | 46.4 °F | 82% | 29.68 in | 3.0 miles | NNE | 9.2 mph | - | 0.04 in | Rain | Heavy Rain |
| 12:42 AM | 51.8 °F | 46.4 °F | 82% | 29.68 in | 3.0 miles | NNE | 8.1 mph | 16.1 mph | 0.18 in | Rain | Rain |
| 12:56 AM | 51.1 °F | 46.9 °F | 86% | 29.68 in | 3.0 miles | NNE | 8.1 mph | 18.4 mph | 0.25 in | Rain | Rain |
| 1:56 AM | 51.1 °F | 46.0 °F | 83% | 29.68 in | 3.0 miles | NNE | 10.4 mph | 21.9 mph | 0.13 in | Rain | Light Rain |
| 2:07 AM | 51.8 °F | 46.4 °F | 82% | 29.67 in | 2.5 miles | NNE | 8.1 mph | - | 0.03 in | Rain | Light Rain |
| 2:16 AM | 51.8 °F | 46.4 °F | 82% | 29.67 in | 3.0 miles | NNE | 9.2 mph | 18.4 mph | 0.04 in | Rain | Light Rain |
| 2:56 AM | 51.1 °F | 46.0 °F | 83% | 29.65 in | 3.0 miles | NNE | 11.5 mph | - | 0.08 in | Rain | Rain |
| 3:03 AM | 51.8 °F | 46.4 °F | 82% | 29.64 in | 3.0 miles | NNE | 11.5 mph | 18.4 mph | 0.02 in | Rain | Light Rain |
| 3:16 AM | 51.8 °F | 46.4 °F | 82% | 29.63 in | 5.0 miles | North | 11.5 mph | 21.9 mph | 0.03 in | Rain | Light Rain |
| 3:23 AM | 51.8 °F | 46.4 °F | 82% | 29.63 in | 6.0 miles | North | 10.4 mph | 18.4 mph | 0.03 in | Rain | Light Rain |

| Time (EDT): | Temp.: | Dew Point: | Humidity: | Sea Level Pressure: | Visibility: | Wind Dir: | Wind Speed: | Gust Speed: | Precip: | Events: | Conditions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:34 AM | 51.8 °F | 46.4 °F | 82% | 29.62 in | 6.0 miles | NNE | 10.4 mph | 18.4 mph | 0.05 in | Rain | Rain |
| 3:56 AM | 52.0 °F | 46.9 °F | 83% | 29.62 in | 7.0 miles | North | 9.2 mph | 19.6 mph | 0.07 in | Rain | Light Rain |
| 4:15 AM | 51.8 °F | 46.4 °F | 82% | 29.61 in | 10.0 miles | North | 9.2 mph | - | 0.01 in | Rain | Light Rain |
| 4:56 AM | 46.9 °F | 42.1 °F | 83% | 29.60 in | 4.0 miles | North | 15.0 mph | 27.6 mph | 0.10 in | Rain | Rain |
| 5:16 AM | 46.4 °F | 42.8 °F | 87% | 29.58 in | 4.0 miles | North | 16.1 mph | 26.5 mph | 0.06 in | Rain | Rain |
| 5:56 AM | 46.9 °F | 42.1 °F | 83% | 29.58 in | 3.0 miles | North | 13.8 mph | 23.0 mph | 0.20 in | Rain | Rain |
| 6:43 AM | 46.4 °F | 42.8 °F | 87% | 29.55 in | 2.0 miles | North | 13.8 mph | 23.0 mph | 0.26 in | Rain | Heavy Rain |
| 6:56 AM | 46.9 °F | 42.1 °F | 83% | 29.54 in | 2.5 miles | NNE | 12.7 mph | 24.2 mph | 0.34 in | Rain | Heavy Rain |
| 7:27 AM | 46.4 °F | 42.8 °F | 87% | 29.52 in | 3.0 miles | North | 13.8 mph | 24.2 mph | 0.25 in | Rain | Rain |
| 7:35 AM | 46.4 °F | 42.8 °F | 87% | 29.52 in | 2.5 miles | NNE | 11.5 mph | 25.3 mph | 0.33 in | Rain | Heavy Rain |
| 7:49 AM | 48.2 °F | 42.8 °F | 82% | 29.51 in | 3.0 miles | North | 15.0 mph | 26.5 mph | 0.42 in | Rain | Heavy Rain |
| 7:56 AM | 48.0 °F | 43.0 °F | 83% | 29.51 in | 2.5 miles | North | 16.1 mph | 26.5 mph | 0.46 in | Rain | Heavy Rain |
| 8:06 AM | 46.4 °F | 42.8 °F | 87% | 29.49 in | 1.2 miles | North | 16.1 mph | 25.3 mph | 0.12 in | Rain | Heavy Rain |
| 8:56 AM | 48.9 °F | 44.1 °F | 83% | 29.45 in | 1.2 miles | NNE | 9.2 mph | 26.5 mph | 0.61 in | Rain | Heavy Rain |
| 9:20 AM | 48.2 °F | 44.6 °F | 87% | 29.44 in | 0.8 miles | North | 12.7 mph | 21.9 mph | 0.40 in | Rain | Heavy Rain |
| 9:56 AM | 48.9 °F | 44.1 °F | 83% | 29.43 in | 1.0 miles | NNE | 11.5 mph | 24.2 mph | 0.80 in | Rain | Heavy Rain |
| 10:30 AM | 48.2 °F | 44.6 °F | 87% | 29.41 in | 2.5 miles | NNE | 12.7 mph | 25.3 mph | 0.20 in | Rain | Rain |
| 10:56 AM | 48.0 °F | 44.1 °F | 86% | 29.37 in | 2.0 miles | North | 18.4 mph | 28.8 mph | 0.30 in | Rain | Rain |
| 11:09 AM | 48.2 °F | 44.6 °F | 87% | 29.38 in | 1.8 miles | NNE | 9.2 mph | 28.8 mph | 0.06 in | Rain | Rain |
| 11:15 AM | 48.2 °F | 44.6 °F | 87% | 29.37 in | 3.0 miles | NNE | 11.5 mph | 20.7 mph | 0.08 in | Rain | Rain |
| 11:24 AM | 48.2 °F | 44.6 °F | 87% | 29.36 in | 2.0 miles | North | 12.7 mph | 21.9 mph | 0.13 in | Rain | Rain |
| 11:32 AM | 48.2 °F | 44.6 °F | 87% | 29.35 in | 1.5 miles | NNE | 13.8 mph | 25.3 mph | 0.17 in | Rain | Rain |
| 11:56 AM | 48.9 °F | 45.0 °F | 86% | 29.35 in | 1.2 miles | North | 10.4 mph | 25.3 mph | 0.28 in | Rain | Rain |
| 12:30 PM | 48.2 °F | 44.6 °F | 87% | 29.31 in | 2.0 miles | North | 10.4 mph | 20.7 mph | 0.09 in | Rain | Light Rain |

| Time (EDT): | Temp.: | Dew Point: | Humidity: | Sea Level Pressure: | Visibility: | Wind Dir: | Wind Speed: | Gust Speed: | Precip: | Events: | Conditions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:54 PM | 48.2 °F | 44.6 °F | 87% | 29.30 in | 2.5 miles | North | 10.4 mph | 18.4 mph | 0.09 in | Rain | Light Rain |
| 12:56 PM | 48.9 °F | 45.0 °F | 86% | 29.30 in | 2.5 miles | North | 10.4 mph | 18.4 mph | 0.09 in | | Overcast |
| 1:22 PM | 50.0 °F | 46.4 °F | 87% | 29.29 in | 1.5 miles | NNE | 6.9 mph | - | N/A | | Overcast |
| 1:40 PM | 51.8 °F | 48.2 °F | 88% | 29.29 in | 1.2 miles | Variable | 3.5 mph | - | N/A | | Overcast |
| 1:56 PM | 52.0 °F | 48.0 °F | 86% | 29.27 in | 0.8 miles | Calm | Calm | - | N/A | | Overcast |
| 2:08 PM | 51.8 °F | 48.2 °F | 88% | 29.27 in | 1.0 miles | Variable | 5.8 mph | - | N/A | | Overcast |
| 2:15 PM | 51.8 °F | 48.2 °F | 88% | 29.27 in | 0.8 miles | Variable | 5.8 mph | - | N/A | | Overcast |
| 2:33 PM | 53.6 °F | 50.0 °F | 88% | 29.26 in | 1.2 miles | Variable | 4.6 mph | - | N/A | | Overcast |
| 2:45 PM | 53.6 °F | 50.0 °F | 88% | 29.26 in | 2.5 miles | Variable | 6.9 mph | - | N/A | | Overcast |
| 2:56 PM | 54.0 °F | 48.9 °F | 83% | 29.26 in | 1.2 miles | NE | 8.1 mph | - | N/A | | Haze |
| 3:37 PM | 51.8 °F | 48.2 °F | 88% | 29.25 in | 1.5 miles | Variable | 4.6 mph | 17.3 mph | 0.00 in | | Overcast |
| 3:54 PM | 51.8 °F | 46.4 °F | 82% | 29.26 in | 1.2 miles | East | 11.5 mph | 18.4 mph | 0.00 in | | Haze |
| 3:56 PM | 51.1 °F | 46.9 °F | 86% | 29.26 in | 1.2 miles | Variable | 6.9 mph | 18.4 mph | 0.00 in | | Overcast |
| 4:36 PM | 48.2 °F | 44.6 °F | 87% | 29.26 in | 0.5 miles | Variable | 6.9 mph | 19.6 mph | N/A | Fog | Fog |
| 4:56 PM | 46.9 °F | 43.0 °F | 86% | 29.27 in | 0.8 miles | East | 12.7 mph | 20.7 mph | N/A | | Overcast |
| 5:03 PM | 46.4 °F | 42.8 °F | 87% | 29.27 in | 1.0 miles | East | 9.2 mph | 20.7 mph | N/A | | Haze |
| 5:56 PM | 46.0 °F | 41.0 °F | 83% | 29.29 in | 1.0 miles | Variable | 6.9 mph | - | N/A | | Haze |
| 6:04 PM | 46.4 °F | 41.0 °F | 81% | 29.29 in | 0.8 miles | East | 5.8 mph | - | N/A | | Haze |
| 6:56 PM | 45.0 °F | 41.0 °F | 86% | 29.31 in | 0.8 miles | Variable | 5.8 mph | - | N/A | | Overcast |
| 7:11 PM | 44.6 °F | 41.0 °F | 87% | 29.31 in | 1.0 miles | Variable | 6.9 mph | - | N/A | | Overcast |
| 7:31 PM | 44.6 °F | 41.0 °F | 87% | 29.31 in | 2.5 miles | Variable | 5.8 mph | - | N/A | | Overcast |
| 7:56 PM | 45.0 °F | 41.0 °F | 86% | 29.33 in | 3.0 miles | Variable | 4.6 mph | - | N/A | | Overcast |
| 8:18 PM | 44.6 °F | 39.2 °F | 81% | 29.34 in | 2.5 miles | Variable | 3.5 mph | - | N/A | | Haze |
| 8:34 PM | 44.6 °F | 39.2 °F | 81% | 29.35 in | 3.0 miles | NE | 9.2 mph | - | N/A | | Overcast |

| Time (EDT): | Temp.: | Dew Point: | Humidity: | Sea Level Pressure: | Visibility: | Wind Dir: | Wind Speed: | Gust Speed: | Precip: | Events: | Conditions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8:51 PM | 44.6 °F | 39.2 °F | 81% | 29.37 in | 2.5 miles | Variable | 6.9 mph | - | N/A | | Overcast |
| 8:56 PM | 44.1 °F | 39.0 °F | 82% | 29.37 in | 2.5 miles | Variable | 5.8 mph | - | N/A | | Haze |
| 9:27 PM | 42.8 °F | 39.2 °F | 87% | 29.38 in | 1.2 miles | Variable | 4.6 mph | - | N/A | | Overcast |
| 9:56 PM | 43.0 °F | 39.0 °F | 86% | 29.40 in | 1.0 miles | Variable | 4.6 mph | - | N/A | | Overcast |
| 10:56 PM | 43.0 °F | 39.0 °F | 86% | 29.43 in | 0.8 miles | Variable | 5.8 mph | - | N/A | | Overcast |
| 11:17 PM | 42.8 °F | 39.2 °F | 87% | 29.44 in | 1.0 miles | East | 5.8 mph | - | 0.00 in | Rain | Light Rain |
| 11:56 PM | 43.0 °F | 39.0 °F | 86% | 29.45 in | 1.0 miles | Variable | 3.5 mph | - | 0.01 in | | Overcast |

 Copyright © 2010 Weather Underground, Inc.

DISTRICT COURT OF THE COUNTY OF SUFFOLK
FIRST DISTRICT: RONKONKOMA PART

Index No.: CEC 7028-10

------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES. LLC AS
ASSIGNEE OF CAVARLY SPV I, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

Index No. CEC 7028-10

          Plaintiff(s),

- against -

**AFFIRMATION IN REPLY
TO PLAINTIFF'S
AFFIRMATION IN
OPPOSITION TO
DEFENDANT'S MOTION
TO DISMISS**

ANTHONY J MARMO

          Defendant(s).

------------------------------------------------------X

---

**AFFIRMATION IN REPLY TO PLAINTIFF'S AFFIRMATION IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

---

Jonathan A. Schwartz, Of Counsel to
JEFFREY A. SEIGEL, ESQ.
Attorney for Defendant
Nassau/Suffolk Law Services, Committee Inc.
1 Helen Keller Way, 5th Floor
Hempstead, New York 11550
(516) 292-8100
FAX: 516-292-8274

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the Courts of New
York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in
the annexed document are not frivolous.*

Jonathan A. Schwartz

---

*Service of a copy of the within is hereby admitted.*

*Dated:* _____

*Attorney(s) for* CAVALRY PORTFOLIO SERVICES. LLC ASASSIGNEE OF CAVARLY SPV I, LLC,
AS ASSIGNEE OF HSBC BANK NEVADA, N.A.:

---

**PLEASE TAKE NOTICE**

---

❑ NOTICE OF ENTRY
That the within is a (certified) true copy of an AFFIRMATION IN REPLY TO PLAINTIFF'S
AFFIRMATION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS entered in the office of
the clerk of the within named Court on: