**Department of Consumer Affairs**

Jonathan Mintz
Commissioner

Juan L. Orozco Jr.
Director of Licensing
jorozco@dca.nyc.gov

42 Broadway
Licensing - 5th Floor
New York, NY 10004

+1 212 487 4082 tel
+1 718 935 6516 fax

nyc.gov/consumers

February 15, 2011

*Via Certified Mail*
Michael Mosquera
1436A 70th Street, Apt. 1B
Brooklyn, NY 11228

Re:   Michael Mosquera – Process Server License No. 0848736

Dear Mr. Mosquera,

As you know, your application for renewal of your Process Server Individual License No. 0848736 has been under review since last year. Your temporary operating letter expired on February 1, 2011. The Department of Consumer Affairs (the "Department") has completed its review of your renewal application. The Department has decided to deny the renewal application. As your last temporary operating letter expired on February 1, 2011, you have no authority to operate as a licensed process server after that date.

The determination is based on a review of your records and your violations of the Assurance of Discontinuance ("AOD") that you entered into with the Department on August 17, 2009. For instance, you failed to appear for a mandatory process server training on March 11, 2010. Your log books remain deficient in that you do not record the type of service and the full address of the person served. You also leave blank spaces between entries, you frequently fail to describe the door and hallway area when making conspicuous service, and you do not have a separate entry for previous service attempts in several instances. You also failed to take pictures of many of your conspicuous place services, as required under the AOD.

These are the same violations that you settled previously. In light of your continued failure to correct the problem, and your failure to come to the Department for mandatory training, the Department has determined that you lack the integrity, honesty, and fair dealing required of Department licensees. Accordingly, your license will not be renewed.

As you have already paid the fee for your license, you are entitled to a partial reimbursement from the Department. This reimbursement will be mailed to you.

Very truly yours,

[signature]

Guzman 2928