UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
MONIQUE SYKES, et al.,

                        Plaintiffs,

- against -

MEL S. HARRIS AND ASSOCIATES LLC, et al.

                        Defendants.
----------------------------------------------------------------- X

ECF Case
No. 09 Civ. 8486 (DC)

**ANDINO**
**AFFIDAVIT**

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

       **JOHN ANDINO**, being duly sworn, deposes and says:

       1.     I have worked with Samserv, Inc. as an Independent Contractor Process Server including during the start of the proposed class period, 2006.

       2.     During that period of time, I maintained Logbook(s) detailing the processes I served as well as instances of attempted service of process.

       3.     I have attempted to locate those Logbooks but have been unable to locate them at this time.

                                                                      JOHN ANDINO

Sworn to before me this
___ day of July, 2011.

_____
Notary Public

HOPE KLEIN-ANDINO
Notary Public - State of New York
No. 01KL6151635
Qualified in Westchester County
My Commission Expires Aug. 21, 2014

1