CITY OF NEW YORK
DEPARTMENT OF CONSUMER AFFAIRS

-------------------------------------------------------------------x

DEPARTMENT OF CONSUMER AFFAIRS,

                Complainant,

-against-

ASSMAT ABDELRAHMAN

                Licensee/Respondent

-------------------------------------------------------------------x

**NOTICE OF HEARING**

**LL # 2532626**

153 Washington Avenue
Brooklyn, NY 11205

Also mail to:
6818 20th Avenue, 3rd Fl
Brooklyn, NY 11204
**License # 1115274**

**(Process Server Individual)**

**TO THE ABOVE NAMED LICENSEE:**

In accordance with the powers of the Commissioner of the New York City Department of Consumer Affairs ("the Department") set forth in Section 2203(e) of Chapter 64 of the Charter of the City of New York and Section 20-104 of the Administrative Code of the City of New York ("the Code"), **YOU ARE HEREBY ORDERED TO APPEAR FOR A HEARING AT THE ADJUDICATION DIVISION OF THE DEPARTMENT OF CONSUMER AFFAIRS, 11TH FLOOR, 66 JOHN STREET, BOROUGH OF MANHATTAN, NEW YORK, NEW YORK 10038 on <u>March 30th, 2011 at 8:30am</u>** to: have charges against you heard concerning violations of the Code, found in Chapter 1 of the Code, beginning at Section 20-101 (known as the License Enforcement Law), Chapter 2 of the Code, Subchapter 23, beginning at Section 20-403 (known as the Process Servers Law), Title 6 of the Rules of the City of New York ("6 RCNY"), beginning at Section 1-01 (known as the License Enforcement Rules), Title 6 of the Rules of the City of New York, Chapter 2, Subchapter W, beginning at Section 2-231 (known as the Process Servers Rules);

**AND SHOW CAUSE** why your license to operate as an Individual Process Server should not be suspended or revoked, why monetary penalties should not be imposed on

you and why you should not be prohibited, based on lack of fitness, from holding any license issued by the Department on the grounds specified herein.

Complainant, The City of New York Department of Consumer Affairs, by its attorney, Jordan P. Cohen, Esq., as and for its complaint upon information and belief alleges the following:

## LICENSE STATUS

1. Respondent, Assmat Abdelrahman, holds an Individual Process Server license issued by the Department and has done so since on or about September 9, 2002.
2. A process server license is renewable in two-year intervals.
3. Respondent's process server license will expire on February 28, 2012.

## FACTS

### Respondent Served with Subpoena

4. On or about August 23, 2010 the Department issued to Respondent a subpoena duces tecum. The subpoena was returnable on September 20, 2010.

5. The subpoena called for certain of Respondent's appearance and for certain of books and records, including production of process serving logbooks that Respondent is required to maintain pursuant to 6 RCNY 2-233.

### FAILURE TO RESPOND TO SUBPOENA

6. Respondent failed to appear on September 20, 2010, the date that his subpoena was returnable.

7. Respondent has not contacted the Department regarding his subpoena.

## CHARGES

## FAILURE TO RESPOND TO SUBPOENA

### Count 1

1. The allegations of paragraphs **4 - 7** above are incorporated by reference as though fully realleged herein.

2. Respondent failed to answer a subpoena duces tecum in violation of the Rules of City of New York, Title 6, § 1-14.

## LACK OF FITNESS

3. The allegations of paragraphs **4 - 7** above are incorporated by reference as though fully realleged herein.

4. By virtue of the activities described above Respondent violated § 20-101 of the Code by failing to maintain the standards of integrity, honesty and fair dealing required of licensees.

**WHEREFORE,** the Department demands that an order issue: 1) finding Respondent unfit to hold future Department licenses for a period of no less than two (2) years; 2) imposing maximum fines on Respondent for each and every charge set forth herein; and 3) granting such other relief as is deemed just and proper.

## IMPORTANT INFORMATION FOR RESPONDENTS

**You have been charged with violating Laws and Rules of the New York City Department of Consumer Affairs.**

***FAILURE TO APPEAR AT THE HEARING:*** If you do not appear on the scheduled hearing date, a default decision will be issued in which you will be found guilty of the charges and ordered to pay a fine, and your DCA license(s) may be revoked.

***ADJOURNMENTS:*** Requests for adjournments must be received at least three (3) business days prior to the hearing date. **You may submit your request by e-mail to adjournmentrequests@dca.nyc.gov (preferred method)**; by fax to 212-361-7766; or by mail to: DCA Administrative Tribunal, 66 John Street, 11th Floor, New York, NY 10038. Make sure to include the violation number in your request. In addition, you must send a copy of your request to JCohen@dca.nyc.gov.

***SETTLEMENTS:*** If you wish to discuss a possible settlement of the charges in this Notice of Hearing, contact JCohen@dca.nyc.gov at least 1 week prior to the hearing date.

***REPRESENTATION:*** Although it is not required, you may choose to bring a lawyer or authorized representative to the hearing.

***TRANSLATION SERVICES:*** DCA will provide translation services at the hearing for you and your witnesses. You may not use your own interpreter at the hearing.

For additional information, visit DCA's website at www.nyc.gov/consumers or call 311.

Dated: March 16, 2011
       New York, New York

                            For:    Jonathan Mintz
                                       Commissioner

                            By:    Jordan P. Cohen, Esq.
                                       Staff Counsel

                                       Department of Consumer Affairs
                                       Legal Services Division
                                       42 Broadway, 9th Floor
                                       New York, NY 10004
                                       Phone: (212) 487-6279



# THE CITY OF NEW YORK DEPARTMENT OF CONSUMER AFFAIRS

**NOTICE OF HEARING**

☒ LL  ☐ WH  ☐ IP  ☐ OL  ☐ GL  ☐ HC  ☐ WO  ☐ _____

DATE MAILED: / /    1 OF

THE BELOW ENTITY IS HEREBY CHARGED WITH THE FOLLOWING VIOLATION(S) OF:
- ☐ TITLE 20 of the N.Y.C. ADMINISTRATIVE CODE (see column 1, 2, & 3)
- ☐ TITLE 6 of the RULES of the CITY OF NEW YORK (see column 4)
- ☐ NY AGRICULTURE & MARKETS LAW ARTICLE 16 (see column 3)
- ☐ TITLE 1 of the NY CODES, RULES and REGULATIONS (see column 4)
- ☐ NEW YORK GENERAL BUSINESS LAW (see column 3)
- ☐ Other _____ (see column 3)

| 1 CH | 2 SUBCH | 3 SECTION | 4 REG./RULE NO. | NATURE OF VIOLATION | COUNTS |
|---|---|---|---|---|---|
| | | | | See Attached | |
| | | | | | |
| | | | | | TOTAL |

I/WE AFFIRM UNDER PENALTY OF PERJURY THAT I/WE OBSERVED THE ABOVE AND, ON THE DATE AND TIME LISTED ABOVE, SERVED UPON THE PERSON LISTED BELOW A TRUE COPY OF THIS DOCUMENT

| CAMIS ID # | TAX ID # | LICENSE NO. | START TIME | END/SERVED TIME | CERT. # |
|---|---|---|---|---|---|
| 40906690 | | 1115274 | | | 2532626 |

NAME (INDIVIDUAL, PARTNERSHIP, CORPORATION): Assmat Abdelrchman
D.B.A.:
TELEPHONE NO.:

ADDRESS: 153 Washington Avenue
BORO: 03
ZIP: 11205
INSPECTION DATE: / /
BUS. CODE:

TYPE OF INSPECTION (CHECK ONE):
☐ PATROL (PTL)  ☐ REQUEST (REQ)  ☐ SUSPENSION (SUS)  ☐ REVOCATION (REV)  ☐ CONSENT JUDGEMENT ORDER (CJO)  ☐ POSTING ORDER (POO)  ☐ POSTING ORDER FOLLOW-UP (POF)  ☐

INSPECTION RESULT:
☐ VIOLATION ISSUED  ☐ LICENSED  ☐ NO EVIDENCE OF ACTIVITY  ☐ RESULT PENDING  ☐ REINSPECTION  ☐ BUSINESS PADLOCKED  ☐ OBT. EVIDENCE OF ACTIVITY
☐ NO VIOLATION  ☐ OOB  ☐ NO LICENSE REQUIRED  ☐ WARNING  ☐ CONFISCATION  ☐ W & M ORDER  ☐

INSPECTOR'S NAME | INSPECTOR'S SIGNATURE | DIV. | UNIT | I.D. | BADGE

IN ACCORDANCE WITH THE POWERS OF THE COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS, SET FORTH IN SECTION 2203(e) OF CHAPTER 64 OF THE N.Y.C. CHARTER AND SECTION 20-104, TITLE 20 OF N.Y.C. ADMINISTRATIVE CODE, YOU ARE HEREBY ORDERED TO APPEAR FOR A HEARING OR SETTLEMENT ON THE ABOVE CHARGES ON THIS DATE AND TIME AT EITHER: ☒ THE ADJUDICATION DIVISION, 66 JOHN STREET, 11th FLOOR, NEW YORK, NY 10038, OR ☐ LEGAL COMPLIANCE AND FITNESS DIVISION, 9th FLOOR, NEW YORK, NY 10004

March 30, 2011 AT 8:30 (A.M.) OR P.M.

READ THE BACK OF THIS FORM FOR IMPORTANT INFORMATION
A COPY OF THIS NOTICE WAS RECEIVED BY ME

VENDOR'S NAME (PRINT) | VENDOR'S SIGNATURE | POSITION | DATE

PRE-HEARING DISPOSITION

| RECIDIVIST | PLEADING LETTER | DATE SENT | BY: | DATE SETTLED | FINE | ☐ PAID ☐ PAR ☐ DNP | SETTLEMENT OFFICER |
|---|---|---|---|---|---|---|---|
| ☐ Y ☐ N | $ | / / | | / / | $ | | |

PLEASE BRING THIS NOTICE WITH YOU. SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

DCA COPY