CIVIL COURT OF THE CITY OF NEW YORK - COUNTY OF BRONX

LR CREDIT 13, LLC
          Plaintiff,        Index No. 43405BCV07
                                       INFORMATION SUBPOENA
    -AGAINST-                AND QUESTIONNAIRE
JOSE GUZMAN
          Respondent(s)

To: Siena Marble & Tile -Payroll Department
250 E Jericho Tpke
Huntington Station, NY 11746
631- 385-5017

                                                  LAST KNOWN ADDRESS:
                                                  JOSE GUZMAN
THE PEOPLE OF THE STATE OF NEW YORK    1304 BOSTON RD
                                                  BRONX, NY 10456

WHEREAS, in an action in the CIVIL COURT OF THE CITY OF NEW YORK - COUNTY OF BRONX between LR CREDIT 13, LLC, as plaintiff and JOSE GUZMAN , as defendant(s), who are all the parties named in said action, judgment was entered on 9/21/2007 in favor of LR CREDIT 13, LLC as judgment creditor and against defendant(s) as judgment debtor in the amount of $7821.01, of which $7821.01 together with interest thereon from 9/21/2007 remains due and unpaid;

NOW, THEREFORE WE COMMAND YOU, that you answer in writing under oath, separately and fully, each question in the questionnaire portion of this subpoena, each answer referring to the question to which it responds, and that you return the answers together with original of the questions within 7 days after receipt of this subpoena.

**TAKE NOTICE:** False swearing or failure to comply with this subpoena is punishable as a contempt of court.

WE HAVE REASON TO BELIEVE THAT YOUR FIRM MAINTAINS NECESSARY INFORMATION OF THE ABOVE NAMED JUDGMENT DEBTOR. PLEASE PROVIDE THE FOLLOWING INFORMATION:

```
SSN: [REDACTED]      HOME TEL: _____
HOME ADDRESS: _____
EMPLOYER _____ TEL: _____
WORK ADDRESS _____
PAYROLL ADDRESS _____
CURR SAL: _____   EVERY _____   POSITION: _____
ACTIVE GARNISHMENT _____  CHILD SUPPORT: ☐ BALANCE: _____
BANK: _____  DIRECT DEPOSIT [Y/N]: ___  ACCOUNT: _____
☐ Terminated: _____   ☐ I have no information on Defendant. Please mail back.
```

RESPONSE FORM IN LIEU OF THIS QUESTIONNAIRE ACCEPTABLE PROVIDING ALL QUESTIONS ANSWERED.

CIVIL PRACTICE LAW AND RULES

*Excerpt from CPLR Section 5224(a)3 "...Answers shall be made in writing under oath by the person upon whom served, if an individual or an officer, director, agent or employee having the information, if a corporation, partnership or sole proprietorship. Each question shall be answered separately and fully and each answer shall refer to the question to which it responds. Answers shall be returned together with the original of the questions within seven days after receipt." *Excerpt from CPLR 5224(b) "A judgment debtor served with a subpoena under this section and any other person served with an information subpoena shall not be entitled to any fee...

6/29/2015

By: _____
Attorneys for Judgment Creditor
**Return Mail Address:** Mel S. Harris and Associates, LLC
5 Hanover Square, 8th FL
New York, NY 10004
FAX: (212) 660-1031
(212) 571-4900 EXT 3996

I hereby certify that this information subpoena complies with rule 5224 of the civil practice law and rules and section 601 of the general business law that i have a reasonable belief that the party receiving this subpoena has in their possession information about the debtor that will assist the creditor in collecting the judgment.

ID. 750476-1