# CONSUMER CREDIT TRANSACTION
## IMPORTANT!! You Are Being Sued!! This is a Court Paper - A SUMMONS.

Don't throw it away!! Talk to a Lawyer right away. Part of your pay can be taken from you (Garnisheed) if you do not bring this to court, or see a Lawyer. Your property can be taken and your credit rating can be hurt!! You may have to pay other costs too!! If you can't pay for your own Lawyer bring these papers to this court right away. The clerk (personal appearance) will help you.

CIVIL COURT OF THE CITY OF NEW YORK - COUNTY OF BRONX         043405

---

LR CREDIT 13, LLC
              Plaintiff,              Index No.

      -AGAINST-                       **SUMMONS - ORIGINAL**

                                      Plaintiff's Residence
                                      C/O L-CREDIT, LLC  315 PARK AVE SOUTH
                                      NEW YORK, NY 10010

JOSE GUZMAN
1304 BOSTON RD
BRONX, NY 10456
                                      Defendant(s)
                          The Basis of Venue is: Defendant's Residence

To the above named defendant(s):
YOU ARE HEREBY SUMMONED to appear in the CIVIL COURT OF THE CITY OF NEW YORK - COUNTY OF BRONX, at the office of the clerk of the said Court at 851 GRAND CONCOURSE in the county of BRONX, City and State of New York, within the time provided by law as noted below and to file your answer to the annexed complaint with the clerk; upon your failure to answer, judgment will be taken against you for the sum of $8666.00 with interest on the sum of $5809.51 from date of the filing of complaint, and the costs of this action.

**Dated 5/25/2007**

By: Mel S. Harris
Mel S. Harris and Associates, LLC
Attorneys for Plaintiff
116 John Street Suite 1510
New York, NY 10038
(212)571-4900 ext. 3998

Note the law provides that:
a) If this summons served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY DAYS after such service: or  b) If this summons is served by it's delivery to any person other than you personally or is served outside the City of New York, or by publication, or by any other means other than personal delivery to you within the City of New York, you are allowed THIRTY DAYS after the proof of service is filed with the Clerk of this Court within which to appear and answer.



750476-1 / LRCR13 / 4225811720234690        21922/40

# TRANSACCION de CREDITO del CONSUMIDOR
## IMPORTANTE! USTED. A SIDO DEMANDADO!

ESTE ES UN DOCUMENTO LEGAL: UNA CITACION - ORIGINAL NO LA BOTE! CONSULTE CON SU ABOGADO ENSEGUIDA! PUEDEN QUITAR PARTE DE SU SALARIO (EMBARGARLO). SI USTED. NO SE PRESENTA EN LA CORTE CON ESTA CITACION LE PUEDEN CONFISCAR SUS BIENES, (PROPIEDAD)! Y PERJUDICAR SU CREDITO! TAMBIEN ES POSIBLE QUE TENGA QUE PAGAR OTROS GASTOS LEGALES (COSTAS)! SI UD. NO TIENE DINERO PARA UN ABOGATO TRAIGA ESTOS PAPELES A LA CORTE IMMEDIATAMENTE. VENGA EN PERSONA Y EL SECRETARIO DE LA CORTE LE AYUDARA.

CORTE CIVIL, DE LA CIUDAD DE NUEVA YORK CONDADO DE BRONX,

---

LR CREDIT 13, LLC

               Demandante,         No. de Epigrafe

    -against-        **CITACION**

                          La razon de haber designado esta Corte es:
                          C/O L-CREDIT, LLC  315 PARK AVE SOUTH
                          NEW YORK, NY 10010

JOSE GUZMAN

                    Demandado(s)

La transaccion de su creito tuvo lugar en el Condado de Residencia del Demandado

Residencia del Demandado
1304 BOSTON RD
BRONX, NY 10456

Al demandado(s) arriba mencionado(s): USTED ESTA CITADO a comparecer en la Corte Civil de la Ciudad de Nueva York, Condado de BRONX a la oficina del jefe Principal de dicha Corte en 851 GRAND CONCOURSE en Condado BRONX Ciudad y Estado de Nueva York, dentro del tiempo provisto por la ley segun abajo indicado y presentar su respuesta a la demanda adjunta al Jefe de la Corte; si usted no comparece a contestar se dictara sentencia contra usted por la cantidad de $8666.00 con intereses sobre $5809.51 de la fetcha del inicio de la citation, incluyendo los costos de esta causa.

**Dated 5/25/2007**

By: Mel S. Harris
Mel S. Harris and Associates, LLC    **Enviar Pagos a:**
Attorneys for Plaintiff
116 John Street Suite 1510
New York, NY 10038
(212)571-4900 ext. 3998

NOTA: La ley provee que:
a) Si esta citacion es entregada a usted personalmente en la Cuidad de Nueva York, usted debe comparecer y responderia dentro de VEINTE dais despues de la entrega; o b) Si esta citacion es entregada a otra persona que no fuera usted personalmente, o si fuera entregada afuera de la Cuidad de Nueva York, o por medio de publicacion, o por otros medios, que no fueran entrega personal a usted en la Cuidad de Nueva York, usted, tiene TREINTA dias para comparecer y responder la demanda, despues de haberae presentado prueba de entrega de la citacion al Jefe de este Corte.

750476-1 / LRCR13 / 4225811720234690    21922/40



CIVIL COURT OF THE CITY OF NEW YORK - COUNTY OF BRONX

LR CREDIT 13, LLC
                PLAINTIFF(S)                          Index No.

## COMPLAINT

-AGAINST-

JOSE GUZMAN

                DEFENDANT(S)

Plaintiff by its attorneys, Mel S. Harris and Associates LLC, complaining of the defendant(s) respectfully allege upon information and belief as follows:

1. Plaintiff, LR CREDIT 13, LLC a LIMITED LIABILITY COMPANY doing business within the State of NY.
2. Upon information and belief defendant(s) resides or is employed in the county in which this action is brought; or that the defendant(s) transacted business within the county in which this action is brought in person or through an agent and that the instant cause of action arose out of said transaction.
3. Upon information and belief that the defendant(s) entered into a Retail Charge Account Agreement, with FIRST USA BANK, wherein defendant agreed to pay FIRST USA BANK all amounts charged to said account by the authorized use thereof.
4. Upon information and belief the agreement containing the terms and conditions governing the use of the charge account, including terms of payment was mailed to defendant(s).
5. Plaintiff, as purchaser and assignee of the account herein, owns and retains all beneficial rights and interests therein.
6. Upon information and belief thereafter defendant incurred charges by use of the said Charge Account in the sum of $7535.65 no part of which sum has been paid, although duly demanded.
7. Defendant(s) having defaulted in payment under the terms of the agreement has incurred thereby agreed upon reasonable attorney fees of 15.00%, to wit: $1130.35.
8. There is now due and owing to plaintiff from defendant(s) the agreed total sum of $8666.00 with interest on $5809.51 from date of the filing of complaint.

WHEREFORE, Plaintiff demands judgment against the defendant(s) for the sum of $8666.00 together with interest on $5809.51 from date of the filing of complaint, plus the costs of this action.

**Dated 5/25/2007**

Mel S. Harris and Associates LLC
Attorneys for Plaintiff
116 John Street Suite 1510
New York, NY 10038
(212)571-4900 ext. 3998

750476-1 / LRCR13 / 422581172023469O        21922/40