1

2       UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
3       ---------------------------------------X
        JOSE GUZMAN,
4
                                    Plaintiff,
5
                - against -
6                   Case No. 16-cv-03499(GBD)
7
        MEL S. HARRIS AND ASSOCIATES, LLC LR
8       CREDIT 13, LLC MEL S. HARRIS DAVID
        WALDMAN KERRY H. LUTZ TODD FABACHER
9       MICHAEL YOUNG SAMSERV, INC JOHN ADINO
        WILLIAM MLOTOK,
10
11                                  Defendants.
        ---------------------------------------X
12
13          DEPOSITION OF JOSE GUZMAN, taken by
14      Respective Parties, held at the Law Office of
15      Ahmad Keshavarz, 16 Court Street, Brooklyn,
16      New York 11241, on June 14th, 2017,
17      commencing at 12:30 p.m., before Gilbert J.
18      Bowles, Notary Public within and for the
19      State of New York.
20
21
22
23
24
25      Job No. 125287

Page 2

```
1
2    A P P E A R A N C E S :
3
4         LAW OFFICE OF AHMAD KESHAVARZ
          Attorneys for the Plaintiff
5         16 Court Street
          Brooklyn, New York 11241
6         By: AHMAD KESHAVARZ, ESQ.
7
8
          HERBERT SMITH FREEHILLS
9         Attorneys for the Defendants
          450 Lexington Avenue
10        New York, New York 10017
          By: ROBERT GROSSMAN, ESQ.
11
12
13        O'HARE PARNAGIAN
          Attorneys for the Defendants
14        82 Wall Street
          New York, New York 10005
15        BY:  JEFFREY LICHTMAN, ESQ.
16
17
18   ALSO PRESENT:  Ed Castaneda
                     Spanish Interpreter
19
20
21
22
23
24
25
```

Page 3

```
1
2            S T I P U L A T I O N S
3         IT IS HEREBY STIPULATED AND AGREED by
4    and between the attorneys for the respective
5    parties herein that the sealing, filing and
6    certification of the within examination
7    before trial be waived; that all objections
8    except as to form are reserved to the time of
9    trial.
10        IT IS FURTHER STIPULATED AND AGREED
11   that the transcript may be signed before any
12   Notary Public with the same force and effect
13   as if signed before a clerk or Judge of the
14   court.
15        IT IS FURTHER STIPULATED AND AGREED
16   that the examination before trial may be
17   utilized for all purposes as provided by the
18   CPLR.
19        IT IS FURTHER STIPULATED AND AGREED
20   that all rights provided to all parties by
21   the CPLR cannot be deemed waived and the
22   appropriate sections of the CPLR shall be
23   controlling with respect hereto.
24
25
```

Page 4

```
1                   J. GUZMAN
2    E D   C A S T A N E D A, a Spanish replace
3    interpreter, solemnly swore to translate the
4    following questions from English to Spanish
5    replace and answers from Spanish replace to
6    English:
7
8    J O S E   G U Z M A N, called a witness,
9    having been first duly sworn, through an
10   interpreter, by a Notary Public of the State
11   of New York, was examined and testified as
12   follows:
13   EXAMINATION BY
14   MR. GROSSMAN:
15        MR. GROSSMAN:  Mr. Guzman, thank
16   you for coming in today.  My name is
17   Robert Grossman.  I represent one of the
18   defendants in this case, LRC13.
19        If the other attorneys could
20   introduce themselves for the record.
21        MR. LICHTMAN:  My name is
22   Jeffrey Lichtman.  I'm an attorney at
23   O'Hare Parnagian.  We represent Samserv
24   Inc. and William Mlotok.
25        MR. KESHAVARZ:  And I think you
```

Page 5

```
1                   J. GUZMAN
2    know me.
3    BY MR. GROSSMAN:
4        Q.   Mr. Guzman, I'll be asking
5    questions throughout course of the
6    deposition.  After I conclude, the other
7    attorneys may have questions for you as well.
8        If at any time you don't
9    understand a question that I've asked, please
10   ask me to explain.  As I ask questions I ask
11   that you please give a verbal response.  The
12   court reporter won't be able to register if
13   you shake your head yes or no.
14        As I ask questions your counsel
15   may object.  You can still answer the
16   question, unless your counsel instructs you
17   not to answer.
18        MR. KESHAVARZ:  I'm sorry.  I want
19   to put on the record that we reserve the
20   right to review and revise the
21   transcript.  Sorry for interrupting.
22        Q.   Mr. Guzman, you've taken an oath
23   to tell the truth; do you understand that?
24        A.   Yes, of course.
25        Q.   Could you please state your
```

1                    J. GUZMAN
2    address for the record, current address?
3         A.    20 West Euclid Street, Valley
4    Stream, New York.
5         Q.    I have some questions for you
6    about your background.
7               Have you attended university?
8         A.    Just school.
9         Q.    Is that high school?
10        A.    Yes.
11        Q.    And what high school did you
12   attend?
13        A.    Secondary.
14        Q.    The name of the high school?
15        A.    Louis Carrado Del Castillo.
16        Q.    Where is that located?
17        A.    In the Dominican Republic.
18        Q.    Did you graduate?
19        A.    No.
20        Q.    And you were living in the
21   Dominican Republic at that time?
22        A.    Back then, yes.
23        Q.    When did you move to the United
24   States?
25        A.    1990.  In 1990, I was in Puerto

1                    J. GUZMAN
2    Rico.  In '93, I came to New York.
3         Q.    Were you born in the Dominican
4    Republic?
5         A.    Yes.
6         Q.    I'd like to talk a little bit
7    about your work history.
8               Was there a time you were employed
9    at Siena Marble & Tile?
10        A.    Yes.
11        Q.    During what time period?
12        A.    It's been one year, 2015, and part
13   of '16.
14        Q.    What is your title, your position?
15        A.    I drive a truck.
16        Q.    And what was your salary in that
17   position?
18        A.    My salary was $700.  $800.
19        Q.    Over what period of time?
20        A.    Every 15 days.
21        Q.    And did you have any other
22   employment at the same time you were working
23   at Siena Marble & Tile?
24        A.    No, no.
25        Q.    When you left Siena Marble & Tile,

1                    J. GUZMAN
2    where did you next work?
3         A.    Foodtown Supermarket, 3771 Boston
4    Road.  3471, sorry.
5         Q.    When did you begin your employment
6    at Foodtown?
7         A.    I don't remember the day, but it
8    was in July.
9         Q.    In 2016?
10        A.    Yes.
11        Q.    And how long did you work at
12   Foodtown?
13        A.    In the past or now, because that
14   was my job beforehand.
15        Q.    Do you still work at Foodtown?
16        A.    Yes.  I work there.  I'm still
17   working there.
18        Q.    There was also a time many years
19   ago or some years ago when you also worked at
20   Foodtown?
21        A.    In the past.
22        Q.    And in what approximate years was
23   your initial employment at Foodtown?
24        A.    The first time I worked was in
25   2007 forward.

1                    J. GUZMAN
2         Q.    And when did that period end?
3         A.    I don't remember that.
4         Q.    But sometime before 2015?
5         A.    Yes.
6         Q.    In the time since you started at
7    Foodtown in July 2016, have you had any other
8    employment?
9         A.    No.  No, I haven't worked at
10   another place.
11             MR. KESHAVARZ:  Mr. Guzman, I know
12   you understand some English, but just so
13   the record is clear because the other
14   Mr. Guzman is an official court
15   certified translator.
16             I understand that you understand
17   some English, but it's still important
18   for the court reporter to officially
19   finish translating before you start to
20   answer, so the record is a little clear,
21   okay?
22             THE WITNESS:  Okay.
23        Q.    And have you also worked at
24   La Marca Sansone LLC?
25        A.    Yes.  That was for a few weeks,

Page 10

J. GUZMAN

1
2  three weeks. I didn't mention that, because
3  it was something very short.
4      Q.  That was also in 2016?
5      A.  I don't remember the exact date.
6      Q.  Why was it such a short period?
7          MR. KESHAVARZ: Objection. Form.
8      A.  Because my ex-boss called me, and
9  he offered my old job again.
10      Q.  Your old job at Foodtown?
11      A.  At Foodtown.
12      Q.  So am I correct that you worked at
13  the La Marca Sansone after Siena Marble &
14  Tile but before Foodtown?
15      A.  It was after Siena Marble. After
16  Siena Marble.
17      Q.  Were you pleased to get the offer
18  to join Foodtown?
19      A.  Yes, of course.
20      Q.  It was a good opportunity?
21      A.  Yes, of course.
22      Q.  Have you also worked at Palma
23  Nueva Foods?
24      A.  It's the same store. It's just
25  that it changed names.

Page 11

J. GUZMAN

1
2      Q.  The same store as Foodtown?
3      A.  Yes.
4      Q.  And what's your title at Foodtown?
5      A.  Manager.
6      Q.  And what's your annual salary in
7  that position?
8      A.  Weekly, $1,000.
9      Q.  Have you also worked at
10  AC Roosevelt Food Corp.?
11      A.  Yeah. That's something that was a
12  short time, also. I lasted there about three
13  weeks or four weeks.
14      Q.  Was that also after Siena Marble &
15  Tile?
16      A.  After, yes.
17      Q.  Was it before or after you worked
18  at La Marca Sansone?
19      A.  Before working in La Marca
20  Sansone.
21      Q.  Why did you leave AC Roosevelt
22  Food Corp.?
23          MR. KESHAVARZ: Objection. Form.
24      A.  Because the owner of the store
25  accused me of something. It was the freezer.

Page 12

J. GUZMAN

1
2  He said I didn't check it the night before.
3      Q.  Were you dismissed?
4          MR. KESHAVARZ: Objection. Form.
5      A.  Yeah, I left.
6      Q.  Did the AC Roosevelt Food Corp.
7  ask that you leave?
8          MR. KESHAVARZ: Objection. Form.
9      A.  Yes, yes, because I got bothered
10  when they accused me of something that I
11  didn't do.
12      Q.  Was that in -- do you recall
13  whether that was in 2015 or 2016?
14      A.  I don't remember the exact date.
15      Q.  But it was after you left Siena
16  Marble & Tile?
17      A.  Yes, of course.
18      Q.  And before you started at Foodtown
19  in July of 2016?
20      A.  After I left there, I went to La
21  Marca Sansone.
22      Q.  Marca Sansone?
23      A.  Yes.
24      Q.  At any point since 2015, have you
25  been unemployed?

Page 13

J. GUZMAN

1
2          MR. KESHAVARZ: Objection. Form.
3      A.  In 2015, I don't remember. I
4  don't remember.
5      Q.  Do you remember whether you ever
6  collected Unemployment Insurance?
7          MR. KESHAVARZ: Objection. Form.
8      A.  Yes, I collected Unemployment.
9      Q.  Do you recall whether that was in
10  2015?
11      A.  No, I don't remember.
12          MR. GROSSMAN: We'll mark this as
13  Exhibit 1.
14          (Whereupon, the aforementioned New
15  York State Department of Labor and
16  Employment Insurance was marked as
17  Defendants' Exhibit 1 for identification
18  as of this date by the Reporter.)
19      Q.  Mr. Guzman, I'm showing you what's
20  been marked as Exhibit 1. I would like to
21  draw your attention to the second page,
22  although feel free to look at any portion of
23  the document that you wish.
24      A.  I left my glasses in the car.
25      Q.  This is a statement -- I don't

Page 14

```
1              J. GUZMAN
2   know whether you can read it.  But it reads,
3   "New York State Department of Labor and
4   Employment Insurance."  It's the second page.
5         MR. KESHAVARZ:  Let me --
6   Mr. Guzman, do you read English?
7         THE WITNESS:  No.
8   BY MR. GROSSMAN:
9      Q.   Mr. Guzman, have you lived at
10  20 West Euclid Street, Apartment 1?
11     A.   Yes.
12     Q.   Were you living there in 2015?
13     A.   Yes.
14     Q.   Do you recall receiving
15  Unemployment Insurance while you were living
16  at that address in 2015?
17     A.   Yes.
18     Q.   Was that after you left Siena
19  Marble & Tile?
20     A.   Yes.
21     Q.   Why did you leave Siena Marble &
22  Tile?
23         MR. KESHAVARZ:  Objection.  Form.
24     A.   I left Siena Marble & Tile because
25  I was very stressed.  I drove a truck, and I
```

Page 15

```
1              J. GUZMAN
2   was afraid I was going to have an accident.
3      Q.   How many hours a week do you
4   currently work at Foodtown?
5      A.   I worked nine hours daily,
6   including lunch hour.
7      Q.   Five days a week?
8      A.   Six days a week.
9      Q.   And you're married?  Are you
10  married?
11     A.   Yes.
12     Q.   Is your wife's name Lara Guzman?
13     A.   Yes, sir.
14     Q.   Do you have children?
15     A.   Yes, sir.
16     Q.   How many?
17     A.   Three.
18     Q.   And what ages?
19     A.   One is 18.  One is 15.  One is
20  five.
21     Q.   What do you like to do when you're
22  not working?
23     A.   Well, I'm a little bothered
24  because I'm not working, and I want to find
25  work.
```

Page 16

```
1              J. GUZMAN
2      Q.   You're currently not working?
3      A.   Now I'm working.
4      Q.   No, I'm sorry.  What do you like
5   to do when you're not working at Foodtown,
6   like in your free time?
7      A.   Free time, I like to be with my
8   family and do my personal things.
9      Q.   Since 2014, have you taken any
10  family vacations?
11     A.   Of course.
12     Q.   Where have you gone?
13     A.   To my country.
14     Q.   Dominican Republic?
15     A.   Yes.
16     Q.   When was the last time you
17  visited?
18     A.   2014.
19     Q.   Have you ever received any income
20  from any businesses that we have not already
21  discussed?
22         MR. KESHAVARZ:  Objection.  Form.
23     A.   Repeat the question.
24     Q.   Since 2015 have you received
25  income from any businesses, other than those
```

Page 17

```
1              J. GUZMAN
2   we've already discussed?
3         MR. KESHAVARZ:  Objection.  Form.
4         He just asked if you did.  You
5         don't disclose, if there was a
6         settlement, how much.  He's just asking
7         if you got money from any other
8         business.
9      A.   If it was in 2015, no, but if it
10  was --
11         THE INTERPRETER:  Interpreter has
12         to clarify.
13     A.   In 2016, yes.
14     Q.   And was that the settlement?
15     A.   Yes.
16     Q.   Apart from the settlement, what
17  was your approximate income in 2016?
18         MR. KESHAVARZ:  Objection.  Form.
19     A.   I don't remember.  I don't
20  remember.
21     Q.   Do you currently have a checking
22  account?
23     A.   Yes, sir, I do.
24     Q.   At which bank?
25     A.   At Chase.
```

Page 18

J. GUZMAN

1
2    Q.   Is that your only checking
3    account?
4         A.   I have another one at Citibank.
5         MR. KESHAVARZ: Mr. Guzman, again,
6    just wait for the translator to finish
7    translating. I know you understand some
8    English, so you would naturally want to
9    answer, but just so the record is clear
10   try to wait until he's done.
11   Q.   Do you have a savings account?
12   A.   Yes, sir.
13   Q.   At which bank?
14   A.   Citibank.
15   Q.   Do you have a credit card?
16   A.   Yes, sir.
17   Q.   How many credit cards do you have?
18   A.   I have three credit cards.
19   Q.   Do you have a Sears MasterCard?
20   A.   Yes, sir.
21   Q.   Do you have a Macy's credit card?
22   A.   Yes.
23   Q.   A Bank of America credit card?
24   A.   Yes.
25   Q.   Do you currently have any other

Page 19

J. GUZMAN

1
2    financial accounts or credit cards, other
3    than those we've listed?
4         MR. KESHAVARZ: Objection. Form.
5    A.   I don't remember.
6    Q.   You don't know whether you
7    currently have a bank account, other than
8    those you've already told me?
9         MR. KESHAVARZ: Objection. Form.
10   A.   Maybe I could, but I don't
11   remember.
12   Q.   Mr. Guzman, who set up your Chase
13   Bank checking account?
14   A.   What do you mean, who set it up?
15   Q.   Did you have to fill out an
16   application?
17   A.   Yes, I filled out an application.
18   Q.   You filled it out?
19   A.   My wife helped me.
20   Q.   But you were aware that -- you did
21   it together?
22   A.   Yes, we did it together.
23   Q.   She wouldn't have applied for a
24   credit card without your knowledge?
25        MR. KESHAVARZ: Objection. Form.

Page 20

J. GUZMAN

1
2    A.   I don't remember.
3    Q.   It's -- I'm not asking whether you
4    remember if she has.
5         Your wife wouldn't have applied
6    for a credit card without your knowledge,
7    would she?
8         MR. KESHAVARZ: Objection. Form.
9    A.   I can't give you the answer,
10   because I don't know.
11   Q.   Who completed the application for
12   your Citibank credit card?
13        MR. KESHAVARZ: Objection. Form.
14   Q.   Sorry. May I ask -- strike that.
15        Who completed the application for
16   your Citibank checking account?
17        MR. KESHAVARZ: Objection. Form.
18   A.   For Citibank, I filled it out.
19   Q.   And your Sears MasterCard, who
20   completed that application?
21   A.   I did.
22   Q.   And your Macy's credit card?
23   A.   I filled that out.
24   Q.   Bank of America credit card?
25   A.   I filled it out.

Page 21

J. GUZMAN

1
2    Q.   Do you recall filling out any
3    other credit card applications?
4         MR. KESHAVARZ: Objection. Form.
5    What time period? Actually, I just
6    withdraw it.
7         Objection. Form.
8         You may answer the question.
9    A.   What was the question?
10        MR. GROSSMAN: Can you read back
11   the question, please.
12        (Whereupon, the requested question
13   was read back by the Court Reporter.)
14   A.   No, I don't remember.
15        MR. KESHAVARZ: Excuse me.
16        Did you translate when I said for
17   what time period?
18        THE INTERPRETER: Yes. I told
19   him, yes.
20        MR. KESHAVARZ: Okay. I couldn't
21   tell. Sorry for interrupting.
22   BY MR. GROSSMAN:
23   Q.   At any time, do you recall
24   completing an application for a credit card,
25   other than those we've already discussed?

Page 22

J. GUZMAN

1
2    A.   No, I don't remember.
3    Q.   Are you currently carrying a
4    balance on any of your credit cards?
5         MR. KESHAVARZ: Objection. Form.
6    A.   In the ones that I have now, yes.
7    Q.   Do you usually try and pay your
8    bill in full every month?
9         MR. KESHAVARZ: Objection. Form.
10   A.   Of course.
11   Q.   Do you find it stressful carrying
12   a balance?
13        MR. KESHAVARZ: Objection. Form.
14        MR. GROSSMAN: Can you repeat the
15   question?
16        (Whereupon, the requested question
17   was read back by the Court Reporter.)
18        MR. KESHAVARZ: Objection. Form.
19   A.   No.  No, I don't feel stress.  If
20   I have something I owe, I have to pay them.
21   Q.   Is your current residence a house
22   or an apartment?
23   A.   It's a house.
24   Q.   Do you own or rent?
25   A.   I rent.

Page 23

J. GUZMAN

1
2    Q.   And how much do you pay in rent
3    per month?
4    A.   On round it off, it's 1,500.
5    Q.   How long have you lived in your
6    current residence?
7    A.   I don't remember well, but it's
8    about six -- five years.  I mean, five, six
9    years.
10   Q.   Have you ever lived at 1304 Boston
11   Road?
12   A.   Say it again.
13   Q.   Have you ever lived at 1304 Boston
14   Road?
15   A.   Never.
16   Q.   Have you ever been to 1304 Boston
17   Road?
18        MR. KESHAVARZ: Objection to the
19   form of the question.
20   A.   I was there once.  I was there
21   once.
22   Q.   Why were you there?
23   A.   Because I worked there.
24   Q.   What business is located at
25   1304 Boston Road?

Page 24

J. GUZMAN

1
2        MR. KESHAVARZ: Objection. Form.
3    A.   A grocery store.
4    Q.   Which grocery store?
5        MR. KESHAVARZ: Objection. Form.
6    A.   Grocery store.  I don't know the
7    name it has now.
8    Q.   How long did you work there?
9    A.   It wasn't even two years.
10   Q.   Have you ever received mail at
11   1304 Boston Road?
12   A.   No.
13   Q.   Have you ever represented that
14   1304 Boston Road was your address?
15        MR. KESHAVARZ: Objection to the
16   form of the question.
17   A.   No.
18   Q.   Have you ever had a financial
19   account that listed 1304 Boston Road as your
20   address?
21        MR. KESHAVARZ: Objection to the
22   form of the question.
23   A.   That I remember, no.
24        MR. GROSSMAN: Take a five-minute
25   break?

Page 25

J. GUZMAN

1
2        MR. KESHAVARZ: Sure.
3        (Recess taken.)
4    Q.   Mr. Guzman, do you currently have
5    health insurance?
6    A.   Yes, sir.
7    Q.   Is that through your employer?
8    A.   No.
9    Q.   How much do you pay a month for
10   your insurance?
11   A.   It's the State insurance.
12   Q.   Does your family have coverage?
13   A.   Yes.
14   Q.   Did your family have insurance
15   coverage in 2016?
16   A.   I don't know.  I don't remember.
17   Q.   Do you recall whether there were
18   any periods when your family didn't have
19   insurance coverage after 2015?
20   A.   I don't remember.
21   Q.   Do you have a car?
22   A.   I don't have a car.
23   Q.   Do you have any tax debt?
24   A.   No.
25   Q.   Do you have any debts, other than

Page 26

J. GUZMAN

1  your credit cards?
2      MR. KESHAVARZ: Objection. Form.
3      A.  I don't remember.  No, no.
4      Q.  Have you ever been contacted by a
5  debt collection agency?
6      MR. KESHAVARZ: Objection. Form.
7      A.  Yes, of course.  Of course, you
8  guys.  Yes, the ones who are after me.
9      Q.  Other than in connection with this
10 case, have you ever been contacted by a debt
11 collection agency?
12     MR. KESHAVARZ: Objection. Form.
13     A.  That I know, no.
14     Q.  Did there come a time when you
15 learned that a lawsuit to collect a debt from
16 you had been filed in Bronx County?
17     A.  No, sir.
18     Q.  Did there come a time when you
19 learned that my client had filed a lawsuit
20 against you to collect a debt?
21     A.  No, sir.
22     Q.  Are you aware that your counsel
23 filed a Complaint on your behalf in this
24 action?

Page 27

J. GUZMAN

1      MR. KESHAVARZ: Objection to the
2  form of the question.
3      He's not asking about any
4  communications.  He's just asking if you
5  know that I filed a Federal lawsuit, but
6  he's not asking about our
7  communications.
8      A.  I'm not sure.  I don't know.
9      Q.  Did you review a complaint filed
10 in this action?
11     MR. KESHAVARZ: Objection. Form.
12     A.  I don't remember.
13     Q.  I'm not asking for the content of
14 any communications, but can you explain how
15 you communicate with your counsel?
16     MR. KESHAVARZ:  Again, he's not
17 asking for what was said, just how we
18 communicated.
19     A.  I don't know.  I can't answer that
20 question.
21     Q.  Why can't you answer that
22 question?
23     A.  Yeah, because if I'm communicating
24 with my lawyer, he's defending me for

Page 28

J. GUZMAN

1  something I didn't do.
2      Q.  Right.  Does he show you the
3  documents that he's filing in this case?
4      MR. KESHAVARZ: Objection. Form.
5  Don't answer that question.
6      What I show him?
7      MR. GROSSMAN:  I would like to
8  know if he has read the complaint.
9      MR. KESHAVARZ:  Well, then ask him
10 that.  You know he doesn't speak
11 English.
12     Can you translate all of this
13 please?
14     THE INTERPRETER:  Sure.
15     A.  I can't answer that question.  I
16 don't know.
17     MR. GROSSMAN:  We'll mark this as
18 Exhibit 2.  You've seen this before.
19     (Whereupon, the aforementioned
20 document, was marked as Defendants'
21 Exhibit 2 for identification as of this
22 date by the reporter.)
23     Q.  Take as much time as you need.
24     MR. KESHAVARZ:  Objection.

Page 29

J. GUZMAN

1  My client has already testified he
2  doesn't read English.  You're giving him
3  a document written in English and you're
4  asking him to read it, so I'm not sure
5  -- go ahead and ask your question.
6      MR. GROSSMAN:  Can you
7  translate --
8      MR. KESHAVARZ:  Wait.  Can you
9  translate what I just said, too?
10     THE INTERPRETER:  If you want me
11 to translate everything you say, I will.
12     MR. KESHAVARZ:  Yes, please.
13     MR. GROSSMAN:  I don't understand
14 why he needs to hear the basis of your
15 speaking objection.
16     He should know whether he can read
17 it or not without your help.
18     MR. KESHAVARZ:  That's not what
19 you asked.  If you want to ask him to
20 read English, then you can ask him to
21 read English.
22     Q.  My question is:  Have you ever
23 seen this document before?
24     A.  I saw it now.  I have seen it when

Page 30

J. GUZMAN

1  they're following me.  Now I see it.
2      Q.   Have you ever seen this document
3  before today?
4          MR. KESHAVARZ:  Objection to the
5      form of the question.
6          If you know, you may answer.
7      A.   Yeah, before today.  Yes, of
8  course.
9      Q.   Did you review this document
10 before it was filed?
11         MR. KESHAVARZ:  Objection to the
12     form of the question.
13         You may answer.
14     A.   Yeah, I got it now, and that's why
15 I brought it to him to ask, "What is this
16 about?"
17     Q.   Mr. Guzman, this is the Complaint
18 filed by your attorney alleging claims
19 against my client.
20         Did you review this document
21 before it was filed?
22         MR. KESHAVARZ:  Objection to the
23     form of the question.
24         You may answer it.

Page 31

J. GUZMAN

1      A.   Yeah.  Before my lawyer sent it
2  in, yes, I looked at it.
3      Q.   Did he provide you with the
4  Spanish language translation?
5      A.   No.  Yeah, the person who could
6  read to me was the company in the Bronx,
7  because I didn't know what it was about.
8      Q.   So am I correct that someone read
9  this to you?
10     A.   Yeah.  The company, yeah, and the
11 company told me.  And that's why I -- so
12 immediately I reacted, and I said, "What is
13 this?"
14     Q.   I think we may have some confusion
15 here.  This is not the complaint my client
16 filed against you alleging you owe a debt.
17         This is a complaint that your
18 attorney filed on your behalf alleging claims
19 against my client.
20         Have you reviewed this document
21 before?
22         MR. KESHAVARZ:  Objection to the
23     form of the question.
24         You may answer.

Page 32

J. GUZMAN

1      A.   I don't know.  I don't know.
2      Q.   Thank you.
3          Do you know whether the
4  allegations in this document are accurate?
5          MR. KESHAVARZ:  Objection to the
6      form of the question.
7          He already said he didn't read it,
8      and he doesn't speak English.
9          I object.  It's an abusive
10     question.
11         But you may answer, if you know.
12     A.   No.
13     Q.   Okay.  Now, let's go back to the
14 complaint that my client filed against you,
15 which I think there was some confusion
16 before, or, rather, that was filed on behalf
17 of my client against you.
18         Did there come a time when you
19 became aware that a complaint had been filed
20 against you alleging you owed a debt?
21         MR. KESHAVARZ:  Objection.  Form.
22     A.   Yes, when I found out.
23     Q.   And when was that?
24     A.   When I found out is when they sent

Page 33

J. GUZMAN

1  a letter to my employer to retain my salary.
2      Q.   And to which employer was this
3  letter sent?
4      A.   The Siena Marble.
5      Q.   How did you find out that a letter
6  had been sent to La Siena Marble?
7      A.   Yeah, because my boss called me
8  and says, "Guzman, what is this?"
9      Q.   And what did you do after you had
10 that conversation with your boss?
11     A.   So I said, you know, "Give it to
12 me," but I couldn't read it.
13         So I asked, "Could you read it to
14 me?"  And he said that I owed this money.
15     Q.   What did you do then?
16     A.   Yeah.  At first I went crazy.  I
17 didn't know what to do.  I just said, "What
18 is this?"
19     Q.   And did you take any steps after
20 that?
21     A.   Yeah.  I called a few people that
22 might have known a little bit about this,
23 but, you know, basically they said, "You have
24 to go to court."

Page 34

J. GUZMAN

1
2    Q.   And did you go to court?
3    A.   Yes.
4    Q.   Which court?
5    A.   The court in the Bronx.
6    Q.   And how long after you became
7  aware of the letter to your employer did --
8  how much time passed before you went to Bronx
9  County Courthouse?
10    A.   About three or four days.  I was
11  nervous.  I didn't know what to do.
12    Q.   What did you do at the Bronx
13  County Courthouse?
14    A.   When I went there, I showed them
15  the letter, and I asked them what did it
16  signify and they said, "It's something you
17  have against you."
18    Q.   Did you review the court file?
19         MR. KESHAVARZ:  Objection to the
20  form of the question.
21    A.   To get to those documents I had to
22  go through Long Island and to the Court in
23  the Bronx four times.  And I almost lost my
24  job.
25    Q.   This was the court in the Bronx?

Page 35

J. GUZMAN

1
2    A.   Yes.  162 in the Grand Concourse.
3  161 in the Grand Concourse in the Bronx.
4    Q.   During one of those visits, were
5  you able to review any documents in the court
6  file?
7         MR. KESHAVARZ:  Objection to the
8  form of the question.
9    A.   How can I look at the files, you
10  know, lastly they gave them to me, but
11  they're in English.
12    Q.   What did you do then?
13    A.   Yeah.  Somebody suggested that I
14  find someone to -- you know, to interpret
15  what these documents were saying.
16         MR. GROSSMAN:  I'm sorry,
17  Interpreter.  He's using the word
18  "CLARO."  Do you know --
19         THE INTERPRETER:  Oh, I thought he
20  was saying, you know, "CLARO" as yes.
21  Of course.  CLARO is a person.
22    A.   Yeah, when I went to read the
23  documents -- oh, the people in CLARO.
24         MR. KESHAVARZ:  I heard the word
25  "CLARO" in the translation several

Page 36

J. GUZMAN

1
2  times.
3         Have you been using the word
4  "CLARO" during part of the deposition
5  testimony, Mr. Guzman?
6         THE WITNESS:  No, no.  CLARO.
7  CLARO was the one who helped me to
8  understand the documents.
9         MR. KESHAVARZ:  I may be able to
10  short circuit this a little bit.
11         What is CLARO if you know?
12         THE WITNESS:  CLARO is a company
13  that helps people.  They're in the court
14  to help with these types of frauds that
15  they do, that they make.
16         MR. GROSSMAN:  Mark this as
17  Exhibit 3.
18         (Whereupon, the aforementioned
19  English and Spanish Summons to the
20  Complaint, was marked as Defendants'
21  Exhibit 3 for identification as of this
22  date by the reporter.)
23    Q.   Take as much time to look at is as
24  you would like.
25    A.   (Witness complied.)

Page 37

J. GUZMAN

1
2    Q.   Do you recognize this document?
3    A.   Yes, of course.  Yes, of course.
4    Q.   Was this part of the court file
5  that you saw in Bronx County?
6    A.   Yes, sir.
7         MR. KESHAVARZ:  I just want the
8  record to be clear.  He's looking at the
9  Spanish side.  This is a double-sided
10  document.
11         MR. GROSSMAN:  Yes, this is the
12  English and Spanish language Summons to
13  the complaint.
14         MR. KESHAVARZ:  I know, but he's
15  only looking at the Spanish side when
16  he's asking that question.
17         MR. GROSSMAN:  Understood.
18         MR. KESHAVARZ:  I just want to
19  make sure the record is clear.  He's
20  only looking at the Spanish side, not
21  the English side.
22    A.   I left my glasses in the car.
23    Q.   Without disclosing any of the
24  content of your conversation with CLARO, what
25  was your reaction after reviewing the court

Page 38

J. GUZMAN

1
2  file?
3       A.    My reaction was, you know, "Who?"
4       And they said I owe money to
5  collection agency from a First USA Bank.
6  It's a debt that I never know of.  I haven't
7  any past with USA Bank.
8       Q.    Would it be accurate to say you
9  were upset?
10      A.    I was surprised.  I said, "What is
11  this?  I don't have any business with this
12  bank."
13      Q.    But you weren't upset?
14      MR. KESHAVARZ:  Objection to the
15  form.
16      A.    No.
17      Q.    It didn't brother you?
18      MR. KESHAVARZ:  Objection to the
19  form of the question.  It doesn't state
20  the time frame.
21      MR. GROSSMAN:  I think we're
22  talking about his reaction after
23  reviewing the court file.
24      MR. KESHAVARZ:  I don't think
25  that's what the question is.

Page 39

J. GUZMAN

1
2       MR. GROSSMAN:  Your objection
3  stands.
4       MR. KESHAVARZ:  The objection
5  doesn't say the time frame of being
6  upset.
7       You may answer.
8       Q.    I will rephrase it.
9       After you reviewed the court file,
10  were you upset?
11      MR. KESHAVARZ:  Objection to the
12  form of the question.
13      Q.    Were you upset?
14      MR. GROSSMAN:  It stands.
15      A.    What I wanted to know, what it
16  was, why is this.  Because if I'm responsible
17  for something, I'm responsible.  I have to
18  respond.
19      What bothers me is that, you know,
20  they're accusing me of something that I never
21  knew of.  I never received anything.
22      Q.    Were you brothered that you were
23  being asked to pay for a debt that, in your
24  mind, that you didn't owe?
25      MR. KESHAVARZ:  Objection.  Form.

Page 40

J. GUZMAN

1
2       A.    I wanted -- I wasn't upset.  I
3  wanted to investigate where is this coming
4  from.
5       Q.    After reviewing the court file,
6  you were interested in getting to the bottom
7  of this?
8       MR. KESHAVARZ:  Objection to the
9  form of the question.
10      A.    Yeah, I wanted to know what
11  happened, so I was looking for people that
12  know to find the answer.
13      Q.    And what did you do next?
14      MR. KESHAVARZ:  Objection.  Form.
15      A.    Then they told me, and they gave
16  me the information that my lawyer would be
17  able to help me.
18      (Whereupon, the aforementioned
19  Document to Vacate Judgment, was marked
20  as Defendants' Exhibit 4 for
21  identification as of this date by the
22  reporter.)
23      MR. LICHTMAN:  Can I just ask one
24  question?
25

Page 41

J. GUZMAN

1
2       You said they gave you information
3  that your lawyer would be able to help
4  you.  Who gave you that information?
5       THE WITNESS:  The lady at CLARO
6  said, "You have to find help for this."
7       And my wife and I looked and
8  looked, and we found him and he could
9  help us.
10  BY MR. GROSSMAN:
11      Q.    I would like to show you what has
12  been marked as Exhibit 4.
13      Do you recognize this document?
14      MR. KESHAVARZ:  Actually, I object
15  that he's not looking at the marked
16  document.  If you could show the witness
17  the actual exhibit.
18      MR. GROSSMAN:  Sure.
19      MR. KESHAVARZ:  I note that the
20  prior exhibits shown to the client
21  didn't actually have the sticker on it.
22  I'm not saying it was being deceptive or
23  anything.  I'm just noting that the
24  client wasn't being given the exhibit
25  with the sticker on it.

Page 42

J. GUZMAN

1
2    A.   I don't remember too well.
3    Q.   Can you look at the last page of
4    the document?  Sorry, apologize.  It looks
5    like the second-to-the-last page.
6         MR. LICHTMAN:  To be clear, that's
7    the one marked 8 of 8 on the bottom.
8         MR. GROSSMAN:  That's right.
9    Q.   Is that your signature?
10   A.   I can't tell you yes or no.  I
11   don't remember.
12   Q.   Do you recall filing a document
13   with the court that sought to vacate the
14   judgment entered against you?
15        MR. KESHAVARZ:  Objection.  Form.
16   A.   I don't remember well.
17   Q.   Do you recall whether the judgment
18   against you was vacated?
19        MR. KESHAVARZ:  Objection.  Form.
20   A.   Repeat, please.
21   Q.   Do you recall whether the judgment
22   entered against you was vacated?
23        MR. KESHAVARZ:  Objection.  Form.
24   A.   I don't remember well, also.
25   Q.   Do you recall whether you

Page 43

J. GUZMAN

1
2    represented to the Court that you did not owe
3    the debt on which the judgment against you
4    was based?
5         MR. KESHAVARZ:  Objection to the
6    form of the question.
7    A.   I don't remember, also.
8    Q.   Take a look again at Page 8 of 8.
9    A.   I don't see -- I don't see -- I
10   can't see it too well, and I can't read it in
11   English.
12   Q.   I'd like to draw your attention to
13   what appears to be a signature in both
14   English and in Spanish, "Jose D. Guzman"?
15   A.   I don't know.  I'm confused with
16   that signature.
17   Q.   Does this look like your
18   signature?
19   A.   It looks like mine, but I can't be
20   sure that it's mine.
21   Q.   This looks like your signature,
22   but you don't recall signing this specific
23   document?
24        MR. KESHAVARZ:  Objection.  Form.
25   A.   I don't remember.

Page 44

J. GUZMAN

1
2    Q.   Did you live at 20 West Euclid
3    Street on July 23, 2015?
4    A.   Yes.
5    Q.   Was your phone number (547)
6    339-8116?
7    A.   I don't remember.
8    Q.   But this appears to look like your
9    signature, and it's written above your
10   address?
11        MR. KESHAVARZ:  Objection to the
12   form of the question.  Asked and
13   answered three times.
14        Go ahead.
15   A.   It looks like my signature, but I
16   don't remember.  I don't remember.
17   Q.   I'd like to draw your attention
18   back to -- I'll just make sure you have the
19   marked copy -- Exhibit 3.
20        MR. KESHAVARZ:  Spanish-language
21   side.
22   Q.   I'd like to ask you questions
23   about the case file and the action filed
24   against you on behalf of my client.
25        Do you have a view on whether you

Page 45

J. GUZMAN

1
2    owed the debt on which this action was based?
3         MR. KESHAVARZ:  Objection to the
4    form of the question.
5    A.   I don't know.
6    Q.   Have you ever told anyone you
7    didn't owe the debt on which this judgment
8    was based?
9         MR. KESHAVARZ:  Objection to the
10   form of the question.
11        Before you answer, after he
12   translates, he's not asking about -- if
13   you told me anything.  He means someone
14   other than me.
15   A.   Yes, of course.
16   Q.   Who have you told that to other
17   than --
18   A.   My wife.  And Siena Marble, the
19   employer who received this letter.  Yeah, and
20   some of my fellow workers.  They saw, you
21   know, that I was upset and that I had
22   changed.
23   Q.   What did you tell them about
24   whether you owed the debt?
25        MR. KESHAVARZ:  Objection.  Form.

Page 46

J. GUZMAN

1

2    A.   They need a verbal response, you know,
3    "What's wrong with you?"
4         So I said that there's a company
5    who's, you know, trying to collect money from
6    me, and they're using my name and they're
7    asking for it.  I never got a letter to go to
8    a judge, and they said that they had given it
9    to me in my hands.  And that's a lie.
10        MR. GROSSMAN:  Can you please read
11   back my question?
12        (Whereupon, the requested question
13   was read back by the Court Reporter.)
14        MR. KESHAVARZ:  Objection to form.
15   A.   I told them I don't remember owing
16   anybody any money, and that I didn't know
17   that I owed that money.  I didn't know what
18   this was about.
19   Q.   Have you ever had a credit card
20   debt charged off, meaning the debt was
21   removed from your balance because you failed
22   to pay it for multiple months?
23        MR. KESHAVARZ:  Objection to the
24   form of the question.
25   A.   Did I remember?  That I remember?

Page 47

J. GUZMAN

1

2    Q.   Please, we need a verbal response.
3    A.   No, I don't remember.
4         (Whereupon, the aforementioned
5    Jose Guzman's Complaint, was marked as
6    Defendants' Exhibit 5 for identification
7    as of this date by the reporter.)
8    Q.   Please look through this document
9    take as much time as you would like.
10        MR. KESHAVARZ:  Objection.  He's
11   testified that he doesn't have his
12   reading glasses on.
13        MR. LICHTMAN:  Let's take a break.
14   Why don't you get your reading glasses.
15        MR. KESHAVARZ:  All right.  That's
16   fine.  Go off the record.
17        (Whereupon, there was a discussion
18   off the record.)
19   Q.   We talked earlier this afternoon
20   about your credit cards.
21        You said you currently have three
22   credit cards, correct?
23   A.   Yes.
24   Q.   And do you receive monthly
25   statements for those credit cards?

Page 48

J. GUZMAN

1

2    A.   Yes, of course.
3    Q.   Do you receive them at your home?
4    A.   Yes, sir.
5    Q.   What do you do with them when you
6    receive them?
7    A.   Yeah.  I open them and I check
8    them and then I do whatever I have to do.
9    Q.   You review them?
10   A.   Yes.
11   Q.   You check whether you owe money?
12   A.   Yes, of course.
13   Q.   And then you make a payment?
14   A.   Yes.
15   Q.   And how do you make your payments?
16   A.   Electronically.
17   Q.   Are these monthly account
18   statements for your Sears MasterCard?
19        MR. GROSSMAN:  Can we mark this.
20        (Whereupon, the aforementioned
21   Sears MasterCard Monthly Account
22   Statements was marked as Defendants'
23   Exhibit 6 for identification as of this
24   date by the Reporter.)
25        MR. KESHAVARZ:  Just note that

Page 49

J. GUZMAN

1

2    these are 30 pages.
3         MR. GROSSMAN:  We could
4    actually -- if we want to shortcut this,
5    maybe we can look at the first statement
6    only?
7         MR. KESHAVARZ:  Yeah.
8    Q.   Is this a monthly account
9    statement for your Sears MasterCard?
10        MR. KESHAVARZ:  Are you looking at
11   the first page?
12   Q.   Page Number 372.
13        MR. KESHAVARZ:  He's asking you
14   whether this first page of Exhibit 6 is
15   -- do you know if that is your Sears
16   MasterCard.  That's what he's asking
17   you.
18        MR. GROSSMAN:  I know there is no
19   nefarious attempt, but.
20        MR. KESHAVARZ:  Okay.  All right.
21        MR. GROSSMAN:  Thank you.
22   A.   I am a little confused.  I don't
23   know.
24   Q.   Do you -- the account statements
25   you receive in English or Spanish?

J. GUZMAN
A. In English. But my wife is the one that looks them over.
Q. Do you look them over together?
A. Yes, yeah. She explains it to me, and we do the payments.
Q. Do you always review them together, or does your wife sometimes review them herself?
MR. KESHAVARZ: Objection. Form.
A. There are times when she looks at them by herself.
Q. Would you say that generally you review them together?
A. Yes.
Q. Can we turn to Exhibit 5.
A. (Witness complied.)
Q. Is this your name at the top of the document?
A. I can't tell you. I don't know.
MR. KESHAVARZ: Can I help expedite it? Can I just read it into the record? I mean, do what you want, I'm just trying to help get the logistics out of the way.

J. GUZMAN
Q. Why can't you tell whether this is your name?
A. Because that last name -- I never use it. And that's I'm confused.
Q. Is it your mother's maiden name?
A. Yes.
Q. Is 1304 Boston Road an address you used to work at?
A. Yes.
Q. So this document has Jose Guzman Lara at the top, and has the address of your former employment; is that right?
A. Yes. Okay. But I can't affirm that that's my name.
Q. That's not my question.
A. Okay.
Q. There is Spanish language on each of the first eight pages.
MR. KESHAVARZ: That's not true. There's both English and Spanish.
Q. There's Spanish written on each of the first eight pages.
MR. KESHAVARZ: I object. They're both English and Spanish on the page.

J. GUZMAN
MR. GROSSMAN: Yes.
MR. KESHAVARZ: There's both English and Spanish on the pages. But go ahead.
Q. Can you please read the Spanish portion of these documents?
A. I can't read it, because I can't see it well.
Q. Because you didn't bring your reading glasses?
A. Yeah, because the glasses are at work at the supermarket, and I thought they were in the car.
Q. All right. Well, we'll have to -- there's an English translation written below it. We'll read each passage.
I'm on the first page. "You are two payments past due. Failure to pay promptly could seriously damage your credit rating. If you've already paid, thank you."
MR. GROSSMAN: Could you please also translate the statement closing date?
THE INTERPRETER: This one here?

J. GUZMAN
MR. GROSSMAN: Yes.
(Interpreter translates the statement closing date.)
MR. GROSSMAN: And can you also translate previous balance.
(Interpreter translates the previous balance.)
A. So what you are asking me about this? This is what I want to know.
Q. So I will ask you several questions. I would have just had you read it, but you didn't bring your glasses and are unable to read.
A. Okay.
Q. For that reason we'll go over it together, and then there will be questions.
A. Okay.
Q. On the next page.
A. (Witness complies.)
MR. GROSSMAN: Again, if you could translate the statement closing date.
(Interpreter translates the closing date.)
Q. Which is February 25, 2004.

Page 54

J. GUZMAN

1
2      MR. GROSSMAN:  And then the
3  previous balance.
4      (Interpreter translates the
5  previous balance.)
6      Q.  It's $4,869.40.
7      And then at the bottom it says,
8  "Your account is seriously delinquent.  We
9  want to work with you to resolve this matter.
10 Call now to discuss your payment options."
11     The next page.  The statement
12 closing date is March 25th, 2004.  Previous
13 balance is $5,607.91.
14     And then at the bottom it reads,
15 "Your account is closed, and the credit
16 bureaus have been notified.  Please pay the
17 minimum due now to avoid possible legal
18 action."
19     Next page.  Statement closing
20 date, April 26th, 2004.  Approximate previous
21 balance $5,243.72.
22     At the bottom it reads, "It's not
23 too late to resolve your serious delinquency.
24 Call us for your payment options that will
25 help you improve your credit rating."

Page 55

J. GUZMAN

1
2      Next page.  That's statement
3  closing date, May 26th, 2004.  Previous
4  balance is $5,434.71.
5      "This is the last chance to
6  prevent long-term damage to your credit
7  rating.  Contact us now to make immediate
8  payment arrangements."
9      Next page.  Statement closing
10 date, June 24th, 2004.  Previous balance,
11 $5,622.14.
12     And at the bottom it reads,
13 "Failure to make payment has damaged your
14 credit rating.  We want to work with you to
15 rebuild your credit.  Call today to get
16 started."
17     Next page.  Statement closing
18 date, June 25, 2004.  Previous balance,
19 $5,809.51.
20     At the middle of the page, it
21 reads, "Charge off account principles and
22 charge off account finance charges."
23     I would like to draw your
24 attention to --
25     MR. GROSSMAN:  Can you translate

Page 56

J. GUZMAN

1
2  account number?
3      (Interpreter translates account
4  number.)
5      Q.  Do you see the 16 digit account
6  number on these documents?
7      A.  Ah huh.
8      Q.  And I would like to draw your
9  attention back to Exhibit 3.
10     This is the Summons you reviewed
11 in the court file in Bronx County, correct?
12     A.  Okay.
13     Q.  This 16-digit number at the bottom
14 of the Summons is the same as the account
15 number on these statements, correct?
16     A.  This number here?
17     Q.  Yes.
18     A.  Yes, yes, the one that's here.  It
19 looks like it's the same.
20     Q.  The unpaid balance on the account
21 statement, $5,809.51 --
22     A.  Okay.
23     Q.  -- that's the same dollar figure
24 identified on the summons as well, correct?
25     MR. KESHAVARZ:  No.  Objection.

Page 57

J. GUZMAN

1
2      MR. GROSSMAN:  There are multiple
3  numbers on --
4      MR. KESHAVARZ:  Objection.  One
5  number out of the whole document.
6      MR. GROSSMAN:  Your speaking
7  objection is not necessary.
8      Q.  Is the unpaid balance of $5,809.51
9  also identified on the summons?
10     MR. KESHAVARZ:  Objection.  That's
11 not what the document says.  You're
12 misreading the document.  If you want to
13 the translator to read --
14     MR. GROSSMAN:  Can you please read
15 back the question?
16     (Whereupon, the requested question
17 was read back by the Court Reporter.)
18     MR. KESHAVARZ:  It doesn't say
19 that.
20     Q.  Is that number also identified on
21 the summons?
22     MR. KESHAVARZ:  Is the number
23 there somewhere on the summons?
24     MR. GROSSMAN:  It's exactly my
25 question.

Page 58

J. GUZMAN
1
2     MR. KESHAVARZ: Is the number
3  somewhere on the summons?
4     Go ahead.
5     Q.  Is $5,809.51 also identified on
6  the summons?
7     A.  I think there is something here I
8  don't understand.  There is something I don't
9  understand.
10    Q.  I would like an answer to my
11 question.
12    A.  How can I answer?  I don't
13 understand what you're asking me.
14    MR. KESHAVARZ: I can stipulate
15 that that number is on both documents.
16 I can stipulate to that.
17    What's the question?
18    MR. LICHTMAN: We're not asking
19 for your stipulation.  We're asking for
20 the witness to take a look at the
21 document, and answer whether the number
22 --
23    MR. GROSSMAN: It should be easy
24 in English or Spanish or French.  These
25 are numbers.

Page 59

J. GUZMAN
1
2     MR. KESHAVARZ: If the number is
3  the same on the two documents.  That's
4  the question.
5     MR. GROSSMAN: Can you please read
6  back the question?
7     Your objection obviously still
8  stands.
9     (Whereupon, the requested question
10 was read back by the Court Reporter.)
11    MR. KESHAVARZ: I object.  You're
12 taking -- is that --
13    MR. GROSSMAN: Are you directing
14 witness not to answer?
15    MR. KESHAVARZ: Go ahead.
16    You can answer if you know.
17    A.  I can't answer that question.  I
18 won't answer that question.
19    MR. GROSSMAN: The witness is
20 refusing to answer.
21    MR. KESHAVARZ: That's not what he
22 said.
23    MR. GROSSMAN: Can you please read
24 back the answer?
25    (Whereupon, the requested question

Page 60

J. GUZMAN
1
2  was read back by the Court Reporter.)
3     Q.  You can't, or you won't?
4     A.  No.  What I want to know is what
5  is this about.  My demand -- I want to know
6  who's demanding the money, the Chase Bank, or
7  the First Bank.
8     Q.  I would like an answer to my
9  question.
10    Is the unpaid balance identified
11 on this statement of $5,809.51 also
12 identified on the summons?
13    MR. KESHAVARZ: Objection. Form.
14 That's not what the document says.  You
15 want him to say if the number is the
16 same.
17    MR. LICHTMAN: No, no.  I'll tell
18 you what.  Let's call the judge.  If
19 you're going to continue speaking right
20 now, we're going to call the judge?
21    Re-state the question.
22    MR. GROSSMAN: Can you please read
23 back the question?
24    (Whereupon, the requested question
25 was read back by the Court Reporter.)

Page 61

J. GUZMAN
1
2     MR. KESHAVARZ: Why are we playing
3  games here?  The document says,
4  "Judgment will be taken."
5     MR. LICHTMAN: No, no, no.  We're
6  going to call the judge.
7     MR. KESHAVARZ: Call the judge.
8  What's the question?  What's the
9  question on the table?
10    Can you please read back the
11 question?
12    (Whereupon, the requested question
13 was read back by the Court Reporter.)
14    MR. KESHAVARZ: Objection.
15 Misstating the testimony of the summons.
16 Wait.
17    And the document says, "Judgment
18 will be taken against you for the sum of
19 $8,666 with interest on the sum of
20 $5,809.51" --
21    MR. GROSSMAN: Wait.
22    MR. KESHAVARZ: Wait, wait.  I'm
23 not done -- "from the date of the filing
24 of the complaint and cost of this
25 action."

Page 62

J. GUZMAN

1 
2 So you can ask your question.
3 MR. GROSSMAN: Okay.
4 MR. LICHTMAN: Let's call the
5 judge.
6 MR. KESHAVARZ: What's the
7 question on the table? What's the
8 question?
9 MR. LICHTMAN: No, I'm sorry. I'm
10 asking to call the judge right now.
11 MR. KESHAVARZ: To what end?
12 MR. LICHTMAN: To the end for you
13 to stop obstructing the deposition.
14 MR. KESHAVARZ: Ask the question.
15 
16 MR. LICHTMAN: We've asked the
17 question. You have given a very lengthy
18 speaking objection after we've asked you
19 not to.
20 MR. GROSSMAN: We've asked the
21 question, and we've read it back at
22 least six times.
23 MR. KESHAVARZ: Mr. Guzman, if you
24 understand the question, you can answer
25 the question.

Page 63

J. GUZMAN

1 
2 I'm sorry --
3 MR. GROSSMAN: You can be sorry
4 all you want.
5 MR. LICHTMAN: Well, we're going
6 to call the judge.
7 MR. KESHAVARZ: Mr. Guzman, do you
8 understand what the question is? Do you
9 want him to read back the question?
10 A. Read it again, because I'm
11 confused with the question.
12 MR. GROSSMAN: Your objection
13 stands. If there is another lengthy
14 speaking objection, we're calling the
15 judge.
16 Can you please read back the
17 question?
18 (Whereupon, the requested question
19 was read back by the Court Reporter.)
20 MR. KESHAVARZ: Objection to the
21 form of the question.
22 You may answer, if you know.
23 Q. Where's the amount? $5,809.51.
24 A. Okay. I see that the same
25 number's there. That's what I can see.

Page 64

J. GUZMAN

1 
2 Yeah, so what's up with that?
3 Q. So the bank names are different,
4 though.
5 You understood it to be a debt
6 from First USA Bank; is that correct?
7 MR. KESHAVARZ: Objection to the
8 form of the question.
9 You may answer, if you understand.
10 A. Why did this come for Chase? Is
11 it Chase, or is it First USA?
12 Q. Chase and First USA are different
13 bank names, correct?
14 MR. KESHAVARZ: Objection to the
15 form of the question.
16 A. For me, yes.
17 Q. But this 16-digit account number
18 is the same as the 16-digit number at the
19 bottom of the summons, correct?
20 A. You can present all you want to
21 me, but Chase is not First. Yeah, it's First
22 that's asking me for the money, not Chase. I
23 never received a file in court that says
24 Chase.
25 Q. So you didn't pay the debt because

Page 65

J. GUZMAN

1 
2 the file says First USA Bank, not Chase Bank?
3 MR. KESHAVARZ: Wait. Objection.
4 Form. If you want --
5 MR. GROSSMAN: You've objected.
6 That's enough.
7 MR. KESHAVARZ: Wait. Objection
8 to the form of the question.
9 If you can answer, you can answer.
10 Can you please translate that?
11 MR. GROSSMAN: Can you please read
12 back the question?
13 MR. KESHAVARZ: Wait.
14 (Interpreter translated the
15 objection.)
16 (Whereupon, the requested question
17 was read back by the Court Reporter.)
18 A. Yeah, I didn't pay the debt,
19 because I don't remember owing this to Chase
20 and much less to First.
21 Q. Did you have $5,809.51 in your
22 bank account in June of 2004?
23 MR. KESHAVARZ: Objection. Form.
24 A. Repeat the question, please.
25 MR. GROSSMAN: Can you read back

Page 66

J. GUZMAN

1  the question?
2  A.  No, sir.
3  Q.  So you couldn't have paid this
4  debt even you wanted to?
5  MR. KESHAVARZ:  Objection to the
6  form of the question.  It's abusive,
7  which we can instruct not to answer
8  because he says he doesn't know anything
9  about the debt.
10  But you can answer if you
11  understand.
12  A.  I don't remember nothing about
13  that account.  I don't remember having an
14  account with Chase, and much less with First.
15  MR. GROSSMAN:  Can you read back
16  the question?
17  (Whereupon, the requested question
18  was read back by the Court Reporter.)
19  A.  It's not that I couldn't pay it.
20  I didn't have that account.  I don't remember
21  having that account.
22  Q.  Didn't you just testify that you
23  didn't have $5,809.51 in your bank account in
24  June 2004?

Page 67

J. GUZMAN

1  A.  Yeah.  Even if I said I had it,
2  how am I going to pay something if I don't
3  know, you know, that account.
4  Q.  You explained that Lara was your
5  mother's maiden name.
6  Is it also your wife's name?
7  A.  Say it again.
8  Q.  Is Lara also your wife's name?
9  MR. KESHAVARZ:  Objection.
10  Objection.  Form.
11  A.  Yes.
12  MR. KESHAVARZ:  Objection.  Form.
13  Which spelling?
14  Q.  How do you spell your wife's first
15  name?
16  A.  Lara -- I don't know.
17  Q.  Do you recall having a Chase
18  credit card?
19  A.  That I remember, yes.  I had an
20  account with Chase.
21  Q.  Did you have that account in 2004?
22  A.  No, I don't remember.
23  MR. GROSSMAN:  Can we mark this as
24  Exhibit 7.

Page 68

J. GUZMAN

1  (Whereupon, the aforementioned
2  Chase Credit Card Application, was
3  marked as Defendants' Exhibit 7 for
4  identification as of this date by the
5  reporter.)
6  Q.  There is a nine-digit number at
7  the top beginning 598.
8  Do you recognize this number?
9  A.  Yes.  My Social Security number.
10  Q.  Have you ever lived at the address
11  listed on this document, 1339 Prospect
12  Avenue, Bronx, New York.
13  A.  I used to live there.
14  Q.  Did you live there in 2001?
15  A.  I don't remember if it was 2001.
16  Q.  Any reason to think it wasn't?
17  MR. KESHAVARZ:  Objection to the
18  form of the question.
19  A.  I don't remember.  It's been
20  awhile.
21  Q.  Do you recognize this date at the
22  top?
23  A.  That's my date of birth.
24  Q.  So this is a document that has

Page 69

J. GUZMAN

1  your Social Security number and your birth
2  date on it?
3  A.  Okay.
4  Q.  Do you recognize this signature?
5  A.  Yeah.  That signature, it's -- I
6  don't recognize it, because it's too
7  agitated.  It's not how I sign.
8  Q.  Is this your wife's signature?
9  MR. KESHAVARZ:  Objection to form.
10  A.  No.
11  Q.  I would like to read to you the
12  two paragraphs in the middle of the document.
13  Actually, I think even the first two
14  sentences, unless you think more is necessary
15  for completeness.
16  It says, "Yes, I want a Chase Visa
17  Classic Standard MasterCard with a $3,000
18  credit line and no annual fee."
19  Does this appear to be an
20  application for a Chase credit card?
21  MR. KESHAVARZ:  Objection to the
22  form of the question.
23  You may answer, if you know.
24  A.  I don't remember this.

J. GUZMAN

1
2      MR. GROSSMAN:  Can you repeat the
3  question?
4      (Whereupon, the requested question
5  was read back by the Court Reporter.)
6      MR. KESHAVARZ:  Objection to the
7  form of the question.
8      You may answer, if you know.
9      A.   It seems like it, but I don't
10  remember.  I don't remember applying, and
11  this signature is not mine.
12      Q.   And it's not your wife's?
13      MR. KESHAVARZ:  Objection to the
14  form of the question.
15      A.   What was that?
16      Q.   And it's not your wife's?
17      MR. KESHAVARZ:  Objection to the
18  form of the question.
19      A.   Impossible.
20      Q.   Do you have any reason to believe
21  someone other than you or your wife would
22  have applied for a credit card in your name?
23      MR. KESHAVARZ:  Objection to the
24  form of the question.
25      You may answer, if you know.

J. GUZMAN

1
2      A.   It could be, but I don't know.  I
3  can't say I know of anybody.
4      Q.   You have no idea?
5      A.   No.
6      Q.   Did you have any credit card in
7  2004?
8      A.   That I remember, no.
9      (Whereupon, an off-the-record
10  discussion was held.)
11      (Lunch recess taken.)
12      MR. GROSSMAN:  I would like to
13  mark this as Exhibit 8.
14      Q.   There are multiple copies, but
15  I'll show it to you first.
16      This is marked Guzman Second
17  Supplemental Production Number 11.
18      (Whereupon, the aforementioned
19  Guzman Second Supplemental Production
20  Number 11, was marked as Defendants'
21  Exhibit 8 for identification as of this
22  date by the reporter.)
23      MR. KESHAVARZ:  Okay.
24      Q.   Do you recognize this document?
25      A.   Yes, I recognize it.

J. GUZMAN

1
2      Q.   What is it?
3      A.   It's my driver's license.
4      Q.   Does this refresh your
5  recollection as to whether the signature on
6  Exhibit 7 is your signature?
7      A.   The signature on this document?
8      Q.   Right.  Does that refresh your
9  recollection as to whether you recognize the
10  signature on Exhibit 7?
11      A.   Okay.  I do have to remember, of
12  course.
13      Q.   What do you remember?
14      A.   You're asking me what signature is
15  on that document.
16      Q.   I'm asking if it refreshes your
17  recollection as to whether you recognize the
18  signature on this document, Exhibit 7.
19      MR. KESHAVARZ:  Objection.  Form.
20      A.   If it refreshes my memory.  Okay.
21  I'm confused.
22      Q.   Does seeing the signature on
23  Exhibit 8 cause you to change your answer
24  about whether you recognize the signature on
25  Exhibit 7?

J. GUZMAN

1
2      A.   I don't know.  I don't remember.
3      Q.   That's fine.  Thank you.
4      We talked earlier today about your
5  Chase checking account, not the Chase credit
6  card we've been talking about for the last
7  hour or so, but a Chase checking account.
8      Do you recall talking about your
9  Chase checking account?
10      A.   Yeah, yeah, we talked about the
11  checking account.
12      Q.   Do you know the last four digits
13  of that account number?
14      A.   No.
15      Q.   You said earlier that your wife
16  sometimes reviews credit card statements with
17  you; is that right?
18      A.   With me, yes.
19      Q.   And sometimes by herself?
20      A.   Sometimes alone.  She comes home.
21  She sees the mail.  You know, she's my wife.
22      Q.   Do you ever review them without
23  her?
24      A.   Yes.  I look at them because
25  they're mine.

Page 74

J. GUZMAN

Q.   Are you able to -- strike that.

Do you ever pay your monthly
credit card statements before consulting with
your wife?

A.   No, no.  I always speak to her
first.  I believe in her.

Q.   Does she read English?

A.   Not too good.

Q.   Is she able to read the credit
card statements?

MR. KESHAVARZ: Objection. Form.

A.   She looks at the accounts, yes.

Q.   Did she understand them?

MR. KESHAVARZ: Objection. Form.

A.   Yes.

Q.   When she reviews them, does she
tell you what the balance is?

A.   If I'm there, you know, she gives
it to me, but I check the balance myself.

Q.   I'm sorry.  How do you check the
balance?

A.   She can't do anything unless I
authorize her.

Q.   I'm just wondering how is he able

Page 75

J. GUZMAN

to check the balance without her?

A.   To look at the balance -- to look
at the balance of a card it's very simple.
You just look where it says "Balance."

But sometimes she helps me
understand what it says on the mail, you
know, whatever it says on top.

Q.   Let's turn back to Exhibit 5.

Can you identify where the balance
is on this document?

MR. KESHAVARZ: You're pointing to
Page 1?

MR. GROSSMAN:  Right.

A.   The balance on this document is --
the balance is here, $4,781.26 balance.

Q.   So you can read the balance on the
English-language credit card statement?

A.   Even if it's in English, I can
read it, of course.  Yeah, I'm not blind.

Q.   It had been represented that you
couldn't read these documents.

MR. KESHAVARZ: That's not --

A.   Okay.  Okay.

Q.   But can you also determine from

Page 76

J. GUZMAN

these documents how much you owe each month?

MR. KESHAVARZ: You're pointing to
the first page?

MR. GROSSMAN:  This is a general
question about any credit card
statement.

Q.   If you look at a credit card
statement, can you determine how much you
owe?

A.   When I see a card that I have to
pay and there is a minimum balance to pay, I
pay it.  And when I can pay more, I pay more.

MR. GROSSMAN:  Mark this as
Exhibit 9.

(Whereupon, the aforementioned
Lincoln Square Legal Services Document,
was marked as Defendants Exhibit 9 for
identification as of this date by the
reporter.)

Q.   Are you aware there came a time
when the debt collection judgment against you
was vacated?

A.   I don't remember about that.

Q.   Do you understand what is meant by

Page 77

J. GUZMAN

vacated?

A.   No.

Q.   Turn to the second page of this
document, and I will read Paragraph 1.

"The judgment entered in this
matter on September 21, 2007 for $7,821.01
and all resulting notices, restraints,
levies, and property or income executions are
hereby vacated and set aside."

And the paragraph says, second
paragraph, sorry, "This matter is
discontinued with prejudice and without cost
to either party."

Do you understand what was meant
by "set aside"?

A.   No.

Q.   This document is signed by
Marcella Silverman of Lincoln Square Legal
Services.

Do you know Marcella Silverman?

A.   No.

Q.   Are you aware that my client made
a request for documents in this case?

MR. KESHAVARZ:  Objection to the

Page 78

J. GUZMAN

1
2      form of the question.
3      A.   No.
4      Q.   Are you aware that at one point in
5  time my client requested all bank statements
6  from the years 2014, 2015, or 2016 for any
7  bank account, brokerage account, or
8  retirement account held by you in your name?
9      A.   No.
10     Q.   Are you aware that on May 4, 2017,
11  the Court ordered you to provide my client
12  with bank records through the close of
13  discovery, which at that time was May 31,
14  2017?
15         MR. KESHAVARZ:  Objection to the
16  form of the question.
17     A.   No.
18     Q.   Have you provided your counsel
19  with all of your bank statements from the
20  years 2014 through May 31, 2017?
21         MR. KESHAVARZ:  Objection.
22         Don't answer.
23         It's an attorney-client
24  communication.
25         You can ask him if he has all the

Page 79

J. GUZMAN

1
2  bank statements, if he gave you all the
3  bank statements, but you can't ask him
4  if he gave me bank statements.
5         MR. GROSSMAN:  It's part of his
6  document collection.
7         MR. KESHAVARZ:  I know.  But the
8  way you're asking it, you're asking if
9  he gave me bank statements.  I mean,
10  there are a lot of other ways you can
11  get around it.  I don't think that
12  particular phrasing is proper.
13         MR. GROSSMAN:  What I want to know
14  is when he gave them to you.
15         MR. KESHAVARZ:  I don't think you
16  can get into our communications.
17         MR. GROSSMAN:  I don't want to
18  know -- I don't want to know anything
19  that was said between you.
20         What we're trying to find out is
21  when you received the bank statements.
22         MR. KESHAVARZ:  But that's between
23  us.  That's a communication between us.
24  Besides you have them, so I'm not sure
25  what the relevance is.

Page 80

J. GUZMAN

1
2         But anyway, you're asking about a
3  communication between the two of us.  I
4  don't think that's proper.
5     Q.   Did the bank statements you
6  collected include statements from your
7  Citibank checking and savings account?
8         MR. KESHAVARZ:  Objection to the
9  form of the question.
10         You may answer, if you know.
11     A.   I don't remember.
12     Q.   Do you remember what bank records
13  you collected?
14         MR. KESHAVARZ:  Objection. Form.
15     A.   I don't know.  I don't remember
16  about the banks.
17     Q.   Do you remember collecting any
18  documents for this case?
19         MR. KESHAVARZ:  Objection to the
20  form.
21         He's not asking you if I asked you
22  to do anything.  He just asked you if
23  you remember gathering documents.
24     A.   Yeah.  I collected documents,
25  yeah, because I have to defend myself.

Page 81

J. GUZMAN

1
2     Q.   And when did you undertake that
3  document collection?
4         MR. KESHAVARZ:  Objection. Form.
5     A.   I don't remember.
6     Q.   Was it in the last month?
7     A.   I don't remember.
8     Q.   Was it six months ago?
9     A.   I don't remember.
10     Q.   Do you remember whether it was
11  closer to a week ago, or closer to six months
12  ago?
13         MR. KESHAVARZ:  Objection to the
14  form of the question.
15         You may answer.
16     A.   I don't remember exactly when I
17  collected.
18     Q.   I'm not asking exactly when you
19  collected it.
20     A.   I don't remember.
21     Q.   You don't remember anything that
22  you collected; is that right?
23         MR. KESHAVARZ:  Objection to the
24  form of the question.
25     A.   No, no, I don't remember.

Page 82

J. GUZMAN

1
2      Q.   You can't identify one document
3  that you collected?
4          MR. KESHAVARZ: Objection to the
5      form of the question.
6      A.   No.
7      Q.   And you can't give any estimate as
8  to when you undertook that collection?
9          MR. KESHAVARZ: Objection to the
10     form of the question.
11     A.   No.
12     Q.   Did you collect bank records on
13  one occasion?
14         MR. KESHAVARZ: Objection. Form.
15     A.   Yes.  For the same case, yes.
16     Q.   And you collected all the bank
17  records at the same time?
18         MR. KESHAVARZ: Objection. Form.
19     A.   That I remember, I don't know.
20     Q.   We spoke about two separate
21  periods when you worked at Foodtown earlier
22  today; do you recall?
23     A.   Yes.
24     Q.   I would like to talk about the
25  first period you worked at Foodtown.

Page 83

J. GUZMAN

1
2      A.   The first time I worked -- I don't
3  remember exactly the date.  2007, 2008.  I
4  don't remember exactly.
5      Q.   Where did you work before you
6  worked at Foodtown?
7          MR. KESHAVARZ: Objection. Form.
8      A.   Before Foodtown, I worked at
9  another supermarket.
10     Q.   Do you recall the name of the
11  supermarket you worked at immediately before
12  coming to Foodtown in 2007 or 2008?
13     A.   Fine Fare.
14     Q.   And approximately what dates did
15  you work at Fine Fare?
16     A.   I don't remember exactly.  It's
17  been a lot of years.
18     Q.   But it was before coming to
19  Foodtown in 2007 or 2008.
20     A.   It was the same owners, the same
21  people.  It's the same people, because they
22  only changed the names.
23     Q.   And you were working at Fine Fare
24  before you moved to Foodtown in 2007 or 2008;
25  is that correct?

Page 84

J. GUZMAN

1
2          MR. KESHAVARZ: Objection. Form.
3
4      A.   Yes.
5      Q.   Did there come a time in
6  November 2016 when you received a significant
7  payment from sources outside of your
8  employment?
9          MR. KESHAVARZ: Objection. Form.
10     He's not asking about an amount.
11     A.   Yes.
12     Q.   And how much did you receive?
13         MR. KESHAVARZ: Objection.
14     Instruct not to answer.  That amount,
15     that's confidential.
16         MR. GROSSMAN: The amount is
17     confidential?
18         MR. KESHAVARZ: Yes.
19     Q.   Putting aside the amount, which
20  your attorney has instructed you not to
21  answer, how much did you receive personally?
22         MR. KESHAVARZ: Objection.
23     If you can translate, and then
24     wait.
25         (Interpreter translated the

Page 85

J. GUZMAN

1
2  objection.)
3          MR. GROSSMAN: Sorry.
4          MR. KESHAVARZ: Wait.  Objection.
5      (Interpreter translated the
6  objection.)
7          MR. KESHAVARZ: Instruct not to
8  answer.  Attorney-client work product.
9          MR. GROSSMAN: Work product.
10     You're asserting work product?
11         MR. KESHAVARZ: Probably not work
12     product.  It's confidential.
13         MR. GROSSMAN: It's probably not
14     work product.
15     Let's mark this.
16         (Whereupon, the aforementioned
17     Bank Statements, was marked as
18     Defendants' Exhibit 10 for
19     identification as of this date by the
20     reporter.)
21     Q.   Do you know when you collected
22  these documents, these bank statements?
23         MR. KESHAVARZ: Objection to the
24     form of the question.
25         You may answer.

Page 86

J. GUZMAN

1
2    A.    Yes, I remember.
3    Q.    Approximately, when was that?
4    A.    I don't remember.
5    Q.    You remember doing it.  You don't
6    remember when?
7    A.    I don't remember the date.
8    Q.    Was it last week?
9    A.    I don't remember.
10   Q.    You don't remember if you
11   collected the bank statements in Exhibit 10
12   last week?
13         MR. KESHAVARZ:  Objection.
14   Objection to the form.
15   A.    I don't remember.
16   Q.    Can you turn to the second page of
17   this document?  It's Bates Stamp Number 517.
18         MR. GROSSMAN:  Can you
19   translate -- let's translate the top
20   bar, "Checking Activity."  Then there is
21   a first transaction with a date of
22   November 8, 2016, and then there is a
23   column labeled amount added and then the
24   number 20,000.
25         (Interpreter translated.)

Page 87

J. GUZMAN

1
2    Q.    Do you recall having $20,000 added
3    to your account in November 2008?
4         MR. KESHAVARZ:  Mr. Guzman, it's a
5    yes or no question.
6    A.    Yes.
7    Q.    Memorable event?
8    A.    Yes.  Yes, I remember.
9    Q.    You were happy to have these funds
10   added to your account?
11         MR. KESHAVARZ:  Objection to the
12   form of the question.
13   A.    Happy?  Why the question?
14   Q.    I ask the questions.
15   A.    I think that doesn't pertain.
16   Q.    It's not relevant whether you
17   think it pertains.
18         MR. KESHAVARZ:  He just asked you
19   if you're happy you had -- it's either
20   yes or no --
21         MR. GROSSMAN:  Actually, we can
22   perhaps stipulate if you're willing to
23   withdraw the emotional distress claim,
24   that we don't have to ask questions
25   about whether he was happy.

Page 88

J. GUZMAN

1
2         MR. KESHAVARZ:  I'm just trying to
3    help you here.
4         So can you translate?
5         (Interpreter translated as
6    requested.)
7    A.    I wasn't happy.  I wasn't sad, to
8    tell you the truth.  This has given me a lot
9    of frustration, this whole case.
10   Q.    Have you ever received $20,000
11   lump-sum payment before?
12   A.    Yes.
13   Q.    When?
14         MR. KESHAVARZ:  Objection.  Form.
15   A.    It's been a long time.
16   Q.    When was the last time?
17   A.    That was in 2010.
18   Q.    What happened in 2010?
19   A.    A car accident.  Somebody hit me
20   from the rear.  I was waiting at a red light.
21   Q.    How much did you receive following
22   that accident?
23   A.    I don't remember.
24   Q.    It was more than $20,000?
25   A.    Yes.

Page 89

J. GUZMAN

1
2    Q.    Did you receive that from your
3    insurance company?
4    A.    Yeah.  The insurance from the
5    people who banged into me.
6    Q.    Since 2010, you haven't received
7    any payments of $20,000 or greater, is that
8    correct, until November 2008?  November 8th,
9    2016?
10   A.    I don't remember, no.
11   Q.    Have you made any significant
12   purchases since you received the $20,000
13   payment?
14         MR. KESHAVARZ:  Objection to the
15   form of the question.
16   A.    No.
17   Q.    Were you able to pay off any
18   debts?
19   A.    No, no.  I never owed anything
20   here that I remember.  Only what you have
21   brought to light here.
22   Q.    What have I brought to light?
23   A.    All these things here that I don't
24   know -- I don't know where they came from.
25   This is a debt that I got, you know, in the

Page 90

J. GUZMAN

1
2  mail through a correspondence, and I had to
3  go to court.
4      Q.   Do you recall whether you were
5  carrying a balance of approximately $1,700 on
6  your Sears MasterCard in October 2016?
7      A.   I don't remember.
8      Q.   Do you recall paying off a balance
9  of approximately $1,700 on your Sears credit
10 card after October 2016?
11     A.   I didn't understand what you said.
12     Q.   Did you pay off a $1,700 balance
13 on your Sears credit card after October 2016?
14     A.   If I paid it, it's because I owed
15 the money.
16     Q.   Yes?
17     A.   Okay.
18         MR. GROSSMAN:  I have misplaced my
19 exhibit.  You want to take five minutes?
20         MR. LICHTMAN:  Do you want me to
21 help you with that or --
22         MR. GROSSMAN:  It's here.
23         MR. KESHAVARZ:  Yes, let's take a
24 break.
25         (Recess taken.)

Page 91

J. GUZMAN

1
2          MR. GROSSMAN:  Can we mark this as
3  Exhibit 11?
4              (Whereupon, the aforementioned
5          Rule 68 Offer of Judgment, was marked as
6          Defendants' Exhibit 11 for
7          identification as of this date by the
8          Reporter.)
9      Q.   I'll read you the title of the
10 document in the first two sentences.  What
11 I'd like to know is if you've seen this
12 document before.  The document is entitled
13 "Rule 68 Offer of Judgment."  It begins,
14 "Pursuant to Rules 68 of the Federal Rules of
15 Civil Procedure Defendant, LR Credit 13 LLC,
16 by its attorneys Herbert Smith Freehills New
17 York LLP offers to allow judgment to be
18 entered against it in this action in the
19 amount of $8,000.  This offer of judgment is
20 made for the purposes specified in Federal
21 Rules of Civil Procedure 68, and shall not be
22 construed as either an admission that
23 LR Credit 13 is liable in this action, or
24 that Plaintiff has suffered any damage."
25          Have you seen this document

Page 92

J. GUZMAN

1
2  before?
3      A.   Yes.
4      Q.   So you're aware my client offered
5  to allow judgment to be entered against him
6  in this action in the amount of $8,000 in an
7  effort to resolve your claim?
8          MR. KESHAVARZ:  Objection.  Form.
9      A.   Yes.
10     Q.   And you understand that money
11 would have been paid to you on top of the
12 $20,000 you already received?
13         MR. KESHAVARZ:  Wait a second.
14 You can translate, and then I'm
15 going to instruct him not to answer.
16         (Interpreter translated the
17 question.)
18         MR. KESHAVARZ:  Instruct not to
19 answer.  It suggests that -- it's
20 essentially asking what the settlement
21 amounts with the other defendants were.
22 I don't think that's proper.
23         Instruct not to answer.
24     Q.   And you understand that this
25 $8,000 would have been on top of any other

Page 93

J. GUZMAN

1
2  moneys received from any other defendants in
3  a settlement?
4          MR. KESHAVARZ:  Objection.  Form.
5      A.   I don't know.
6      Q.   Have you ever been divorced?
7          MR. KESHAVARZ:  Objection.  Form.
8      A.   Yes, I have been divorced.
9      Q.   When did your divorce occur?
10     A.   It's been a lot of years in the
11 past.  I don't remember the exact date.
12     Q.   Have you ever been separated from
13 your current spouse?
14         MR. KESHAVARZ:  Objection to the
15 form of the question.
16     A.   No.
17     Q.   Have you seen a doctor since 2014?
18         MR. KESHAVARZ:  Objection.  Form.
19     A.   That I remember, no.
20     Q.   Other than the two lawsuits we've
21 talked about today, the collections lawsuit
22 against you, and your lawsuit against my
23 client, have you been involved in any other
24 legal action since 2014?
25         MR. KESHAVARZ:  Objection to the

J. GUZMAN
1  J. GUZMAN
2  form of the question.
3       You may answer.
4       A.   No.
5       Q.   Have you ever been a witness in
6  any legal action since 2014?
7       A.   No.
8       Q.   Has any of your family been
9  involved in any legal action since 2014?
10      A.   That I know, no.
11      Q.   You were born in the Dominican
12  Republic, correct?
13      A.   Yes, sir.
14      Q.   Have you been naturalized?
15      A.   Yes, sir.
16      Q.   When was that?
17      A.   It's been 15 years.  I don't
18  remember exactly.
19      Q.   Is your wife also a U.S. citizen
20  or has been naturalized?
21      MR. KESHAVARZ:  Objection to the
22  form of the question.
23      A.   No.
24      Q.   Have you or anyone in your
25  extended family have any contact with the

1       J. GUZMAN
2  U.S. Customs and Immigration Service since
3  2014?
4       MR. KESHAVARZ:  Objection.
5  Instruct not to answer.
6       Magistrate Ellis has the exact
7  ruling on this issue.  Immigration
8  status is improper for questioning.  I
9  will give you the case.
10      MR. GROSSMAN:  If it's an
11  instruction not to answer, that's fine.
12  We can stop it.
13      MR. LICHTMAN:  Yeah, I'd like to
14  see the case.
15      MR. KESHAVARZ:  Wait.  Don't
16  answer that question.
17      (Interpreter translated the
18  objection.)
19      MR. KESHAVARZ:  It's 210 FRD 76 --
20  210 FRD 76 TOPO versus EHIR.
21      MR. GROSSMAN:  I may be just about
22  done.  Can I have a couple of minutes --
23  chat and look through my notes?
24      MR. KESHAVARZ:  All right.  Sounds
25  good.

1       J. GUZMAN
2       MR. GROSSMAN:  I don't have
3  anything further.
4       MR. KESHAVARZ:  Okay.
5  EXAMINATION BY
6  MR. LICHTMAN:
7  EXAMINATION
8       Q.   Good afternoon.  Again, my name is
9  Jeffrey Lichtman.  I represent Samserv and
10  Mr. Mlotok in this case.  I'm going to ask
11  you some questions.
12      You're still under oath; you
13  understand that?
14      A.   Okay.
15      Q.   And if there is any question that
16  you don't understand ask me to explain it,
17  and I'll try my best to clarify.
18      A.   Very good.
19      Q.   Okay.  And I might go over a
20  little bit some of the questions that were
21  asked before in order to just lay a
22  foundation for asking more about that topic.
23      A.   You can ask me anything you would
24  like.
25      Q.   Thank you.

1       J. GUZMAN
2       So going back on your educational
3  history you said before that you attended
4  high school in the Dominican Republic,
5  correct?
6       A.   Yeah, secondary school, and I
7  didn't get to finish, not -- not completely.
8       Q.   So how many years of secondary
9  school did you attend?
10      A.   Eight years.
11      Q.   Did you attend any courses of any
12  type after the eighth grade?
13      A.   No.
14      Q.   In Puerto Rico, did you have any
15  formal education?
16      A.   No, no.
17      Q.   And when you moved from Puerto
18  Rico, you moved directly to New York?
19      A.   No.  I went to New Jersey.
20      Q.   Because I believe you said before
21  that you came to New York in 1993.  So let's
22  just take it step by step.
23      I understand that you moved from
24  the Dominican Republic to Puerto Rico in
25  1990; is that right?

Page 98

J. GUZMAN

1
2      A.    Yes.
3      Q.    After you moved from Puerto Rico,
4   you moved to New Jersey?
5      A.    I went to New Jersey.
6      Q.    Where in New Jersey?
7      A.    Passaic.
8      Q.    How long did you live in Passaic?
9      A.    It was about a month or month in a
10  half, more or less.
11     Q.    And after you moved from Passaic,
12  where did you move?
13     A.    580 West 162nd Street, New York,
14  New York.
15     Q.    In Manhattan?
16     A.    Yes.
17     Q.    And this was an apartment?
18     A.    Apartment.
19     Q.    Do you remember the apartment
20  number?
21     A.    5-E.
22     Q.    So just to back up again, when did
23  you first get married?
24     A.    The first time I got married?
25     Q.    Yes.

Page 99

J. GUZMAN

1
2      A.    In 1990 in Puerto Rico.
3      Q.    And your birthday is what?  When
4   is your birthday?
5      A.    4/5/68.  04/05/68.
6      Q.    Is that April 5th or May 4th?
7      A.    April 5th.
8      Q.    April 5th, 1968?
9      A.    Yes.
10     Q.    So you were born in 1968, and
11  first married in 1990?
12     A.    In 1968, yes.
13     Q.    You were born in 1968, and 22
14  years later, in 1990, you got married; is
15  that right?
16     A.    I got married.
17     Q.    Okay.  What was the name of that
18  wife?
19     MR. KESHAVARZ:  Objection to the
20  form of the question.  What's the
21  relevance of his first wife's name?
22     Q.    You can answer.
23     MR. KESHAVARZ:  That's getting
24  into very personal matters.
25     MR. LICHTMAN:  The name of a wife?

Page 100

J. GUZMAN

1
2      MR. KESHAVARZ:  In 1990, what does
3   that have to do -- wait, wait.
4      MR. LICHTMAN:  Please.
5      MR. KESHAVARZ:  But I will let you
6   answer.
7      MR. LICHTMAN:  Thank you for your
8   graciousness.
9      MR. KESHAVARZ:  You're welcome.
10     A.    I don't remember that anymore.  I
11  don't remember.
12     Q.    How long you were married to her?
13     A.    Five years.
14     Q.    Five years, and you don't remember
15  her name?
16     A.    I don't remember.  It's passed
17  already.  I don't remember.
18     Q.    So you lived with her in Passaic;
19  is that right?
20     A.    No, I didn't live in Passaic with
21  her.
22     Q.    You got married in 1990, and you
23  then the marriage ended about five years
24  later?
25     A.    Yes.

Page 101

J. GUZMAN

1
2      Q.    How long did you live together
3   with your first wife?
4      MR. KESHAVARZ:  Objection to the
5   form of the question.
6      A.    Together, we lived four years.
7   But I had asked for her to come.
8      Q.    What do you mean by you asked for
9   her to come?
10     MR. KESHAVARZ:  Objection to the
11  form of the question.  Why is this not
12  getting abusive?  What is the relevance
13  of anything about this, how long he was
14  together with the first one?
15     MR. LICHTMAN:  Are you directing
16  him not to answer?
17     MR. KESHAVARZ:  I'm asking you a
18  question.
19     MR. LICHTMAN:  Are you taking the
20  position it's abusive?
21     MR. KESHAVARZ:  Well, if you
22  provide me a basis --
23     MR. LICHTMAN:  I don't need to
24  provide you --
25     MR. KESHAVARZ:  I let the last

Page 102

J. GUZMAN

1
2   couple go, but how long he lived with
3   his first wife is getting very far
4   afield of anything.
5       MR. LICHTMAN:  This is --
6       MR. KESHAVARZ:  Wait.
7       If you can translate --
8       MR. GROSSMAN:  Translate this long
9   speaking objection for him.
10      MR. LICHTMAN:  Let's do it.  We're
11  going to call the judge in a few
12  minutes.
13      MR. KESHAVARZ:  That's fine.
14      A.   I don't understand what he's
15  asking, just because this a private thing.
16  It happened awhile ago.
17      MR. KESHAVARZ:  Exactly.  Well --
18      MR. GROSSMAN:  What do you mean,
19  "exactly"?  He's just repeating what you
20  told him.
21      MR. LICHTMAN:  I am just trying to
22  find out for the record -- I'm trying to
23  find out the man's history, basic
24  history.
25      MR. KESHAVARZ:  But for what?

Page 103

J. GUZMAN

1
2       MR. LICHTMAN:  I'm interested in
3   finding out the person's educational
4   history, personal history.
5       MR. KESHAVARZ:  You asked that.
6       MR. LICHTMAN:  Work history.
7       MR. KESHAVARZ:  You asked that.
8       MR. LICHTMAN:  I'm in the process
9   of asking.  I'm sorry.  If you object to
10  any more questions on this -- you can
11  object.  And if we need to call the
12  judge because I'm not allowed to ask him
13  about the previous people who have lived
14  together with him, and who might have
15  some personal information about him, or
16  might have some relevance with regard to
17  his emotional state at different times.
18      MR. KESHAVARZ:  In 1990?
19      MR. LICHTMAN:  This is the first
20  --
21      MR. KESHAVARZ:  Wait.
22      MR. LICHTMAN:  Listen, you've had
23  plenty of opportunity to meet with your
24  client.  I have one opportunity to ask
25  your client questions.  I am certainly

Page 104

J. GUZMAN

1
2   entitled to ask him about a prior
3   marriage that has to only do with the
4   facts.  You're not even letting me ask
5   the name and the dates and where he
6   lived beforehand.
7       MR. KESHAVARZ:  You asked that,
8   and he answered that.
9       MR. LICHTMAN:  No, I'm sorry.  You
10  had told him -- let him answer.
11      MR. KESHAVARZ:  You're getting
12  really close to -- you're getting very
13  extremely close to being abusive.  So
14  what's the question?
15      MR. LICHTMAN:  I am not even in
16  the same county as being abusive.
17      MR. KESHAVARZ:  So you want it for
18  background.
19      What's the question on the table?
20      MR. LICHTMAN:  Can you read my
21  last question, please?
22      (Whereupon, the requested question
23  was read back by the Court Reporter.)
24      MR. KESHAVARZ:  This is the last
25  question I'm going to allow on this line

Page 105

J. GUZMAN

1
2   of testimony.
3       You may answer.
4       MR. LICHTMAN:  You haven't even
5   heard my next question.
6       A.   Yeah.  I didn't ask for her to
7   come.  I brought her.  I got money, so that I
8   could bring her over.
9       Q.   When did she come over?
10      MR. KESHAVARZ:  Objection.
11      A.   I don't remember.
12      Q.   Did she live with you at
13  162nd Street in New York?
14      MR. KESHAVARZ:  Objection to the
15  form of the question.
16      A.   I don't remember.
17      Q.   How long did you live at
18  West 162nd Street in New York?
19      A.   I don't remember.
20      Q.   Was it more than one year?
21      A.   I don't remember.
22      Q.   Was it more than ten years?
23      A.   I don't remember.
24      Q.   Where did you live after you moved
25  from 162nd Street?

Page 106

J. GUZMAN

1
2       A.   I don't remember.
3       Q.   When did you move into your Valley
4   Stream address on Euclid Street?
5       A.   I don't remember.
6       Q.   How long have you lived at the
7   Valley Stream address?
8       A.   I don't remember.
9       MR. KESHAVARZ:  I think it --
10  let's take a break.  We're going off the
11  record.  And I don't appreciate you
12  rolling your eyes at my client's
13  testimony.
14      MR. GROSSMAN:  What testimony?
15  (Recess taken.)
16      MR. KESHAVARZ:  Back on the
17  record.
18      My client would like to amend his
19  testimony to the last answer about his
20  address, how long he's lived at his
21  current address.
22      You would like to amend your
23  testimony?
24      THE WITNESS:  Yes.
25      MR. KESHAVARZ:  How long have you

Page 107

J. GUZMAN

1
2   lived at your current address?
3       THE WITNESS:  What was the last
4   one?
5       MR. KESHAVARZ:  The last one was
6   about how long have you lived at your
7   current address.
8       THE WITNESS:  Six years.
9       MR. KESHAVARZ:  Before then, do
10  you recall where you lived, if you
11  recall?
12      THE WITNESS:  Before I lived
13  there, I lived in the Bronx.
14      Q.   When did you move to Valley
15  Stream?
16      MR. LICHTMAN:  Could you just read
17  back the answer?
18      A.   Not exactly the amount of years,
19  that I remember.  I don't remember exactly.
20  It's about six years.
21      Q.   So you moved to Valley Stream in
22  approximately 2011; is that right?
23      A.   Yes.
24      Q.   And your current's wife's name is
25  Lara?

Page 108

J. GUZMAN

1
2       A.   Yes.
3       Q.   When did you marry her?
4       A.   We got married in 2010.
5       Q.   Did you live with her before 2010?
6       A.   No.
7       Q.   When did you meet her?
8       MR. KESHAVARZ:  Objection.  Form.
9       A.   We got to know each other at work.
10      Q.   Which work was that?
11      A.   In Foodtown.  In the store.  It
12  was Fine Fare before, and then they changed
13  name.
14      Q.   Okay.  So you got to know -- you
15  met her when the Foodtown was called Fine
16  Fare?
17      A.   When Fine Fare changed to
18  Foodtown.
19      Q.   Okay.  So what I'd like to do now
20  is go backward in your work history to find
21  out when you were at different places, if we
22  can, okay?
23      MR. KESHAVARZ:  Objection.  Form.
24      Asked and answered.
25      Q.   You currently work where?

Page 109

J. GUZMAN

1
2       A.   Foodtown now.
3       Q.   In the Bronx?
4       A.   Yes.
5       Q.   What's the address?
6       A.   3471 Boston Road.
7       Q.   You don't have a car, right?
8       MR. KESHAVARZ:  Objection to the
9       form of the question.
10      A.   No.
11      Q.   You don't own a car?
12      A.   I don't own a car.  I don't own
13  the car.
14      Q.   How do you get back and forth to
15  work?
16      A.   I go in my wife's car.
17      Q.   Does she travel with you?
18      A.   No.
19      Q.   How long have you worked at
20  3471 Boston Road at that Foodtown?
21      A.   When I went back to work again, it
22  would be a year now.
23      Q.   Approximately.
24      A.   Yes.
25      Q.   Okay.  So from sometime in 2016

Page 110

J. GUZMAN

1
2  until now?
3      A.   Yes.
4      Q.   Before Foodtown on Boston Road,
5  you worked where?
6      A.   Sansone.  I don't remember well.
7  He told me a while ago.  Sansone.
8      Q.   What type of business --
9      A.   Sansone.  I'm sorry.  I'm
10  confused.  La Marca Sansone.
11      Q.   What type of work did you do there
12  at La Marca Sansone?
13      A.   I was a helper to a driver, and
14  they were going to put me to make deliveries.
15      Q.   How long did you work at La Marca
16  Sansone?
17      A.   It was approximately three weeks,
18  more or less.  I don't remember exactly.
19      Q.   Where did you work before La Marca
20  Sansone?
21      A.   Roosevelt.
22      Q.   That's AC Roosevelt?
23      A.   Yes.
24      Q.   How long were you at AC Roosevelt?
25      A.   A month and a half, more or less.

Page 111

J. GUZMAN

1
2      Q.   That still would be in 2016?
3      A.   I think so, yes.
4      Q.   Before AC Roosevelt, where did you
5  work?
6      A.   I worked in the C-Town
7  Supermarket, also, in Greenpoint.
8      Q.   How long did you work at C-Town in
9  Greenpoint?
10      A.   About two months.
11      Q.   Was that also in 2016, or maybe
12  2015?
13      A.   I don't remember well.
14      Q.   What type of work did you do in
15  AC Roosevelt?
16      A.   Assistant to the manager.  One
17  second.  Can you ask the question again?
18      Q.   Sure.  What type of work did you
19  do when you were working at AC Roosevelt?
20      A.   Manager.  I was a manager there.
21      Q.   And at C-Town -- what was your job
22  at C-Town?
23      A.   Assistant to manager.
24      Q.   Where did you work before you
25  worked at C-Town?

Page 112

J. GUZMAN

1
2      A.   Before C-Town, I worked -- there
3  was something where I jumped because I worked
4  at Siena Marble, and it was before C-Town.
5  But I'm a little confused with everything
6  you've asked me.
7          Yeah, everything was very close,
8  because I then go back to the Bronx.  I
9  didn't really concentrate on a job, and
10  that's where I was in many different places.
11      Q.   In the Bronx, you were in many
12  different places?
13      A.   No, no.  In Queens and in
14  Brooklyn.
15      Q.   So when you were at Siena Marble,
16  what was your job at Siena Marble?
17      A.   I drove a truck.
18      Q.   How long did you work at Siena
19  Marble?
20      A.   One year, I think --
21      Q.   And what --
22      A.   -- or more.  I don't remember
23  exactly the amount of time.
24      Q.   What was your title at Siena
25  Marble?

Page 113

J. GUZMAN

1
2      A.   I drive a truck.
3      Q.   So you were a driver, or did you
4  have a specific name?  A delivery person?
5      A.   Delivery man.
6      Q.   When you would drive the truck to
7  do deliveries, were you the only person on
8  the truck, or were there sometimes more than
9  one person?
10      A.   I was alone.
11      Q.   Was that the only job you did at
12  Siena Marble?
13      A.   Yes.
14      Q.   Who was your boss at Siena Marble?
15      A.   Pablo Comuzzi was the boss there
16  at Siena Marble.
17      Q.   Comuzzi?
18      A.   Yes.
19      Q.   What was his job?
20      A.   His job?
21      Q.   Yes, what was his job at Siena
22  Marble?
23      A.   He was the president, the
24  representative of the company.
25      Q.   So would he give you your

Page 114

```
1              J. GUZMAN
2    assignments every day?
3        A.  Yes.  There was a person under him
4    who would send me with the orders for a
5    delivery.
6        Q.  Who was that person?
7        A.  Saul.
8        Q.  Is Saul the first name?
9        A.  First name.
10       Q.  What's his last name?
11       A.  I think it's Cantana.
12           MR. KESHAVARZ:  The person was
13   identified in the disclosures for the
14   spelling and address and so forth.
15           MR. LICHTMAN:  Yeah, let's just
16   take a look.
17           I just want to mark this now as
18   Exhibit Number 12.
19           (Whereupon, the aforementioned
20   Plaintiff's Fourth Amended Rule 26(a)(1)
21   Disclosure was marked as Defendants'
22   Exhibit 12 for identification as of this
23   date by the Reporter.)
24           MR. LICHTMAN:  And I represent
25   this is the Plaintiff's Fourth Amended
```

Page 115

```
1              J. GUZMAN
2    Rule 26(a)(1) Disclosure, which was
3    handed to us today upon request at the
4    beginning of the deposition, and was
5    served on us at 11:44 by e-mail.
6        Q.  Have you ever seen this document
7    before, sir?
8            MR. KESHAVARZ:  Objection to the
9    form.  He doesn't read English.
10           If you know.
11           MR. LICHTMAN:  You know you would
12   object if I don't show him the document,
13   and you'll object if do him show him the
14   document.  So I'm giving you the benefit
15   of the doubt to see whether or not he's
16   seen it before.
17           MR. KESHAVARZ:  Whatever.
18           If you know the answer, you may
19   answer.
20       A.  Yes.
21       Q.  So when have you seen this
22   document?
23       A.  That document, I saw it when they
24   sent the letters to my employer.
25       Q.  Okay.  So let me just -- I guess
```

Page 116

```
1              J. GUZMAN
2    just for clarity, it says on the last page of
3    the document that this was served on July 20,
4    2016.
5            MR. KESHAVARZ:  July?
6            MR. LICHTMAN:  Well, not only
7    July.  It's 2016.  So I just wanted to
8    --
9            MR. KESHAVARZ:  So it was e-mailed
10   to you this morning.  Sorry about that.
11           MR. LICHTMAN:  I just want to make
12   sure for the purposes of making sure we
13   have the right record that Exhibit 12
14   was actually served on June 14, 2017,
15   not July 20, 2016, right?
16           MR. KESHAVARZ:  That's right.
17           MR. LICHTMAN:  Okay.
18       Q.  And this includes the name of
19   Mr. Cantana; is that right?
20       A.  Yes.
21       Q.  So you've known Mr. Cantana since
22   you worked at Siena Marble, right?
23       A.  Yes.
24       Q.  That was in approximately 2015; is
25   that right?
```

Page 117

```
1              J. GUZMAN
2        A.  Yes.
3        Q.  So I just want to show you
4    Plaintiff's Second Amended Initial Disclosure
5    Answers, which came to us by e-mail dated
6    November 7, 2016.
7            MR. LICHTMAN:  Let's mark this as
8    Exhibit 13, please.
9            MR. KESHAVARZ:  Do you have a copy
10   for me?
11           MR. LICHTMAN:  I do.
12           (Whereupon, the aforementioned
13   Plaintiff's Second Amended Initial
14   Disclosure Answers was marked as
15   Defendants' Exhibit 13 for
16   identification as of this date by the
17   Reporter.)
18       Q.  Now, you see how in Exhibit 12
19   that Mr. Cantana is listed on the same page
20   where Mr. Caballero is listed, you see this?
21           MR. KESHAVARZ:  If you --
22           What exhibit?  Excuse me.
23           MR. LICHTMAN:  Exhibit 12.
24       Q.  Looking on the second page, or the
25   -- the second page --
```

Page 118

J. GUZMAN

1
2      MR. KESHAVARZ:  The second page of
3  the exhibit, not the --
4      MR. LICHTMAN:  I'm sorry.  I am --
5  I'm looking at Exhibit 12 on the second
6  page, the Fourth Amended.
7      MR. KESHAVARZ:  The Fourth Amended
8  Disclosures.  Okay.
9      MR. LICHTMAN:  The ones we got
10  this morning.
11      MR. KESHAVARZ:  Yes.
12      MR. LICHTMAN:  Okay.
13  Q.   Please take a look and you see
14  that Mr. Cantana's name is listed where you
15  have Mr. Caballero also listed on the same
16  page?
17  A.   Okay.
18  Q.   And it's also listed on the same
19  plage as Mr. Eduardo Sanchez Solsona; you see
20  that?
21  A.   Um-hum.
22  Q.   Okay.  Now, I'd like you to look
23  at Exhibit 13, which is the -- I'd like to
24  direct your attention to the third page, and
25  you see that we have Mr. Caballero listed

Page 119

J. GUZMAN

1
2  here --
3  A.   Yeah.
4  Q.   -- and Mr. Sanchez Solsona is
5  listed here?
6  A.   Okay.
7  Q.   Is Mr. Cantana listed here?
8      MR. KESHAVARZ:  Objection to the
9  form of the question.  He doesn't read
10  English.
11      But if you can recognize that,
12  then go ahead and answer.
13  Q.   Can you read English letters and
14  English words?
15      MR. KESHAVARZ:  Objection.
16  Objection to the form of the question.
17  Q.   In other words, you can see here
18  that this says "Franciso Caballero"?
19  A.   Yes.
20  Q.   Okay.  Thank you.
21      So can you see whether or not it
22  refers to Mr. Cantana on this page?
23      MR. KESHAVARZ:  The paper says
24  that -- his name is not listed.  I'll
25  stipulate to that.  The paper says what

Page 120

J. GUZMAN

1
2  it says.
3      What's your question?
4  Q.   So in -- just also to be clear,
5  this was served on November 7, 2016, even
6  though the Certificate of Service on this
7  document also says July 20, 2016, can we
8  stipulate to that this that this was served on
9  November 7th, 2016 and not July 20th, 2016?
10      MR. KESHAVARZ:  It appears to be
11  since the e-mail says it's the Second
12  Amended Disclosure.
13  Q.   Okay.  On November 7th, 2016, did
14  you know Mr. Cantana?
15  A.   Yes.
16  Q.   And I'd like to show you now the
17  First Amended Initial Disclosure.
18      MR. LICHTMAN:  And we can mark
19  this with the next sequential number,
20  which is 14.
21      Exhibit 14 is the e-mail from
22  Ms. Moody at Mr. Keshavarz's office to
23  counsel for Defendants with a CC to
24  Mr. Keshavarz, and the e-mail is dated
25  October 31, 2016, saying that it is

Page 121

J. GUZMAN

1
2  attaching Plaintiff's First Amended
3  Initial Disclosures, and the
4  accompanying that document is the First
5  Initial Amended Disclosures.
6      Can you translate that?
7      (Interpreter translated Exhibit 14
8  description.)
9      MR. LICHTMAN:  We're marking as
10  Exhibit 14 the e-mail that we received
11  from Jessica Moody, who works with
12  Mr. Keshavarz, sending to the counsel
13  for the defendants the Plaintiffs
14  Amended Initial Disclosures.  And the
15  e-mail is dated October 31, 2016.
16      We'll give this to the court
17  reporter so he can mark it.
18      (Whereupon, the aforementioned
19  First Amended Initial Disclosures, was
20  marked as Defendants' Exhibit 14 for
21  identification as of this date by the
22  reporter.)
23  Q.   So turn to Page 2 of Exhibit 14 of
24  the -- actually, turn to the second page of
25  the actual disclosure.

J. GUZMAN

1
2    You see that Mr. Sanchez Salsona
3  is referred to there?
4    A.  Right.
5    Q.  And you see that Mr. Caballero is
6  referred to there as well?
7    A.  Yes.
8    Q.  Is Mr. Cantana referred to in
9  this?
10    MR. KESHAVARZ:  Stipulate
11    Mr. Cantana's name is not there.  The
12    document speaks for itself.
13    What's the next question?
14    Q.  In October 2016, you knew
15  Mr. Cantana, right?
16    A.  Yes.
17    MR. LICHTMAN:  And, again, just
18    for the record, just for the sake of
19    accuracy, the Certificate of Service on
20    this also indicates July 20, 2016.
21    I just would like counsel to
22    stipulate that this was served on
23    October 31, 2016.
24    MR. KESHAVARZ:  Based on the
25    e-mail attached to the first page, it

J. GUZMAN

1
2  appears to be, yes.
3    MR. LICHTMAN:  Okay.  Thank you.
4    Q.  And what was Mr. Cantana's job at
5  Siena Marble?
6    A.  He was a manager.  The dispatcher.
7    Q.  I apologize if you answered this
8  already, but why did you leave Siena Marble?
9  Why did you stop working at Siena Marble?
10    A.  I couldn't drive the truck.  I was
11  very stressed out to the point where I could
12  have an accident.
13    Q.  And when did you leave working
14  Siena Marble?  When did you stop?
15    A.  When I left is when I decided that
16  I have to stop working.  I couldn't work
17  anymore.
18    Q.  Was it in 2016, '15?
19    A.  I don't remember the exact date.
20  I don't remember the date.
21    Q.  Did you -- when you left Siena
22  Marble, did you speak to anybody about your
23  reasons?
24    MR. KESHAVARZ:  Objection.
25    Objection.

J. GUZMAN

1
2    Go ahead.
3    A.  I don't understand the question.
4    Q.  When you decided -- well, how did
5  you advise people at Siena Marble that you
6  were going to be leaving the job?
7    A.  I didn't tell them really that I
8  was leaving.  They saw me very tense, and I
9  said I couldn't continue working.  "I'm at
10  the point where I'm going to have an
11  accident."  And then they said, "Okay."
12    Q.  How much notice did you give them?
13    A.  I give them two occasions.
14    Q.  "Two occasions," I'm not sure what
15  that means.
16    Could you explain?
17    A.  I told them on two occasions that
18  I was going to go to find another chauffeur
19  for the truck.
20    Q.  How long did it take you to find
21  someone else to drive the truck?
22    A.  I don't remember the amount of
23  time.  I stayed there until someone appeared.
24    Q.  Was the time that you left more
25  than a few days after you gave them your

J. GUZMAN

1
2  second notice that you wanted to leave?
3    MR. KESHAVARZ:  Objection.  Form.
4    A.  I don't remember well.  I don't
5  remember.
6    Q.  And who did you tell that you
7  wanted to leave the job?
8    A.  I told my boss, my boss, the one
9  who gave me the job.  Pablo.  Yes.
10    Q.  Did you tell him why you wanted to
11  leave the job?
12    A.  Yep.  I told him on one occasion
13  that I was very tense, that I was very
14  stressed.  I was driving in fear.
15    Q.  And did you tell anybody else?
16    A.  No.
17    Q.  So how long was it between the
18  time you left Siena Marble and the time you
19  started working at C-Town?
20    A.  No, no.  In C-Town, no.  I worked
21  in C-Town before Siena Marble.
22    Q.  Okay.  So where did you work after
23  Siena Marble?  Was it AC Roosevelt?
24    A.  No.  That was after Siena Marble.
25    Q.  Right.  After Siena Marble, what

Page 126

J. GUZMAN

1
2 was your next job?
3     A.   I don't remember.  I had a lot of
4 jobs.  I don't remember.
5     Q.   Was it in the Bronx?
6     A.   No.  In Queens.
7     Q.   So you worked somewhere in Queens
8 after you left Siena Marble?
9     A.   No.  Before Siena Marble, I worked
10 in a few places in Queens.
11     Q.   Okay.  So let's -- the question
12 I'm asking is:  After you stopped working at
13 Siena Marble, was your next job, whatever it
14 was, in Queens?
15     A.   Yes.
16     Q.   So what do you remember that job
17 being?
18     A.   They said that they didn't treat
19 me too well because of my mistake of freezer
20 got damaged.
21     Q.   But what job was that?
22     A.   AC Roosevelt.
23     Q.   So they say that you damaged the
24 freezer?
25     A.   Yeah, because it was my fault.

Page 127

J. GUZMAN

1
2     Q.   It was.  Okay.
3     A.   I was supposed to check the
4 refrigerator before closing the store.
5     Q.   What type of store was it?
6     A.   Supermarket.
7     Q.   So, in your mind, was the damage
8 to the freezer your fault?
9     A.   No.  It was an old freezer
10 already, and people were saying, you know,
11 "You got to change the freezer.  You got to
12 change the freezer.  It's going to break
13 down."
14          The person who worked the freezer
15 said it needed to be changed, and nobody paid
16 attention to it.
17     Q.   What's the name of that person?
18     A.   Which person?
19     Q.   The person who said that the
20 freezer had to be changed.
21     A.   The people who worked in the
22 freezer.  Yeah.  The -- and the door that you
23 open and close, it always got full of ice,
24 and the door then didn't close well.  And one
25 day in the morning I opened the store all the

Page 128

J. GUZMAN

1
2 ice cream, all the vegetables were damaged.
3          The boss got angry at me thinking
4 it was my fault, because I didn't close the
5 refrigerator.  But the people were always
6 fixing the freezer, and they tell them they
7 would have to, you know, change the freezer.
8     Q.   What was the name of your boss in
9 AC Roosevelt?
10     A.   Antonio Collado, his name.
11     Q.   Antonio Collado, C-O-L-L-A-D-O?
12     A.   I believe it's spelled
13 C-O-L-L-A-D-O.
14     Q.   Is that the correct spelling, as
15 you understand it?
16     A.   Yes, yes, C-O-L-L-A-D-O.
17     Q.   Where was AC Roosevelt located in
18 Queens?  Where was it located?
19     A.   I don't remember the address.  I
20 don't remember.
21     Q.   What was the neighborhood?
22     A.   The name of the --
23     Q.   The name of the neighborhood.
24          Was it Elmhurst or Kew Garden
25 Hills?

Page 129

J. GUZMAN

1
2     A.   Sunnyside.  I think it's
3 Sunnyside.
4     Q.   How did you get to AC Roosevelt?
5 Did you live in Valley Stream at that time?
6     A.   Valley Stream.
7     Q.   So how did you get from Valley
8 Stream to your job at AC Roosevelt?
9     A.   In a car.
10     Q.   This was whose car?
11     A.   My wife's car.
12     Q.   Who drove?
13     A.   I did.
14     Q.   You drove back and forth to work
15 every day?
16     A.   Yes.
17     Q.   And that was a five-day-a-week job
18 or more?
19     A.   Six days.
20     Q.   And after you left AC Roosevelt,
21 where did you work next?
22     A.   La Marca Sansone.
23     Q.   Okay.  And that is located?
24     A.   Jericho Turnpike.
25     Q.   Jericho Turnpike in Garden City?

J. GUZMAN

1
2     A.   In Garden City.
3          (Whereupon, there was a discussion
4     off the record.)
5     Q.   So then you worked in Garden City.
6          How did you get back and forth
7     from Valley Stream to Garden City on your job
8     at Sansone?
9     A.   In a car.
10    Q.   And you drove?
11    A.   Yes.
12    Q.   When you went to AC Roosevelt in
13    the car, was anybody else in the car with
14    you?
15    A.   No.
16    Q.   You went back and forth by
17    yourself?
18    A.   Yes.
19    Q.   When you went back and forth from
20    Valley Stream to Garden City, did you have
21    any passengers in the car with you?
22    A.   No.
23    Q.   So you went by yourself in the car
24    then?
25    A.   Yes.

J. GUZMAN

1
2     Q.   Are you taking any medication now,
3     sir, any type of medicine at all?
4          MR. KESHAVARZ:  Objection to the
5     form of the question.
6     A.   Sometimes I have to take Motrin
7     because of pain in the back, but I really
8     don't take any medication.
9     Q.   How long have you had pain in the
10    back that you need to take Motrin for?
11    A.   Sometimes it could be how I'm
12    sleeping.
13    Q.   Do you take any medicine other
14    than Motrin?
15         MR. KESHAVARZ:  Objection.  Form.
16    A.   No.
17    Q.   In the last five years, have you
18    taken any medicine that was prescribed to you
19    by a doctor?
20         MR. KESHAVARZ:  Objection to the
21    form of the question.
22    A.   No.
23    Q.   You talked before about a car
24    accident that you were in where somebody hit
25    the rear of your car; do you remember that?

J. GUZMAN

1
2     A.   Yes.
3     Q.   Approximately, when did that
4     happen, that car accident?
5     A.   In 2010.  I don't know what month.
6     2010.
7     Q.   Where did the accident take place?
8     A.   Manhattan.
9     Q.   Who were you working for at the
10    time?
11    A.   For the same owner I'm working
12    right now.  Same place.
13    Q.   Okay.  So that's Foodtown?
14    A.   Yes.  Fine Fare before.
15    Q.   So let's go back to the history of
16    your employment.
17         MR. KESHAVARZ:  For the third
18    time.
19         MR. LICHTMAN:  No, not for the
20    third time.  I'm trying to make sure
21    that we get it.  We find out very often
22    that things that were before were after
23    and things that were after were before.
24         MR. KESHAVARZ:  I know.  You've
25    asked three times.

J. GUZMAN

1
2     Q.   Now, you said you worked at
3     Foodtown at 1304 Boston Road?
4          No, no, I'm sorry.  Strike that.
5          You said you worked at a grocery
6     at 1304 Boston Road?
7     A.   Yes.
8     Q.   And when did you work for that
9     grocery?
10    A.   I don't remember the dates.  I
11    think it was 2001 to 2004.
12    Q.   What was your job there?
13    A.   I was the manager there.
14    Q.   As a manager, what were your
15    responsibilities?
16    A.   The responsibility was for me to
17    attend to the store.
18    Q.   Opening and closing the store?
19    A.   Yes.
20    Q.   So one of your jobs was to open
21    and close the store.
22         You were also responsible for
23    ordering produce for the store?
24    A.   Yes.
25    Q.   And you would order inventory for

Page 134

J. GUZMAN

1   the store?
2       A.   Yes.
3       Q.   Would you have been responsible
4   for paying bills?
5       A.   Yes.
6       Q.   Who owned the store; do you
7   remember?
8       A.   I was the owner of the store.  I
9   was the management.
10       Q.   So you owned the store at
11   1304 Boston Road?
12       A.   Yes.
13       Q.   So you paid rent for that spot?
14       A.   Yes.
15       Q.   And if items came into that store,
16   they would often have to be paid for you?
17       A.   Of course.
18       Q.   You would be responsible for
19   making sure that the bills would be paid?
20       A.   Yes.
21       Q.   And you would be responsible for
22   going through the mail?
23       A.   Yes.
24       Q.   In connection with paying the

Page 135

J. GUZMAN

1   bills, did you have any bank accounts that
2   you would use to pay those bills?
3       A.   Not to pay.  Not to pay.
4       Q.   Did you use a bank account for
5   deposit?
6       A.   For deposit, yes, I had an
7   account.
8       Q.   Did you have an account at Chase?
9       A.   Yes.
10       Q.   And did you ever use a credit card
11   to pay for things in the store?
12       A.   No, I didn't use a credit card.  I
13   used debit cards.  Everything I bought for
14   that store was with a debit card or cash.
15       Q.   For your personal accounts,
16   separate from the store, did you have any
17   accounts at Chase at that time?
18       MR. KESHAVARZ:  Just wait for the
19   translator.
20       Q.   Okay.  Just to make sure that's
21   clear, your personal accounts, apart from the
22   store accounts, were with Chase at that time?
23       A.   Yeah, a personal account.  I had a
24   Chase account.

Page 136

J. GUZMAN

1       Q.   And that included a Chase credit
2   card for you personally?
3       MR. KESHAVARZ:  Objection.
4   Objection to the form of the question.
5       A.   I had a personal account, yes.
6       Q.   How many employees did you have --
7   strike that.
8       So you rented the store, you were
9   the manager and the owner.
10       Did you have employees?
11       A.   No.  I had a boy that would help
12   me sometimes.
13       Q.   Now, you say that you were at this
14   grocery store from about 2001 until 2004 --
15       MR. KESHAVARZ:  Objection to the
16   form of the question.
17       MR. LICHTMAN:  Actually, we're at
18   a comma in the question, and he was just
19   translating --
20       MR. KESHAVARZ:  You're right.
21   You're right.
22       MR. LICHTMAN:  We'll get to the
23   question mark soon.
24       Q.   In 2004, approximately, did you

Page 137

J. GUZMAN

1   close the store or sell the store or do
2   something else?
3       MR. KESHAVARZ:  Objection to the
4   form.
5       A.   I tried not to close it.  I sold
6   it to someone.
7       Q.   And do you remember who you sold
8   it to?
9       A.   No, I don't remember.
10       Q.   Okay.  Where were you living at
11   the time you owned the store at 1304 Boston
12   Road?
13       A.   379 Roosevelt Avenue.
14       Q.   That's in Queens?
15       A.   1339 Prospect Avenue.
16       Q.   1339 Prospect Avenue; is that
17   correct?
18       A.   Yes.
19       Q.   In the Bronx?
20       A.   In the Bronx.
21       Q.   Were you living alone at that
22   address?
23       A.   No.  I lived there with a
24   girlfriend I had, and with her I had two

Page 138

J. GUZMAN

1   children.
2
3      Q.   When did you move from
4   1339 Prospect Avenue, approximately?
5      A.   Around 2005.  I don't remember
6   exactly whether it was the end of '04.
7      Q.   So sometime at the end 2004, or
8   the beginning of 2005 you moved from
9   Prospect Avenue?
10     A.   Yes.
11     Q.   Where did you move to?
12     A.   I rented in Brooklyn.  I moved to
13  Brooklyn.
14     Q.   Where in Brooklyn?
15     A.   It was a very short time that I
16  lived there.  I don't remember the address.
17  Then I returned to the Bronx.
18     Q.   In 2005?
19     A.   In the same, 2005.
20     Q.   When you returned to the Bronx in
21  2005, where did you live?
22     A.   I don't remember exactly.  It was
23  735 163rd Street.
24     Q.   And when you say you don't
25  remember exactly, you mean you're not sure

Page 139

J. GUZMAN

1
2   that was the address?
3      A.   I don't remember exactly.
4      Q.   But it was somewhere around that
5   neighborhood?
6      A.   Yes.
7      Q.   How long were you at that address?
8      A.   Two years, more or less.
9      Q.   Was that an apartment?
10     A.   A studio.
11     Q.   Was anybody living with you at
12  that time?
13     A.   My brother.
14     Q.   What's your brother's name?
15     A.   Juan Guzman.
16        MR. KESHAVARZ:  I'm sorry.  What
17  was that address in the Bronx?
18        MR. LICHTMAN:  I have 73500 163rd.
19     Q.   Okay.  Let me ask you again.
20        When you were at this
21  neighborhood in the -- at this address in the
22  Bronx for about two years -- well, let me ask
23  you this, then:  Do you remember more
24  precisely what the address was where you were
25  living in the Bronx with your brother?

Page 140

J. GUZMAN

1
2      A.   I don't remember well.  I don't
3   remember well.
4      Q.   Do you remember the name of the
5   neighborhood it was in?
6      A.   I think it was Forest Houses.
7   There was a crossing street called Tinton.
8      Q.   You lived there from approximately
9   2005 to approximately 2007?
10     A.   I lived there approximately from
11  2005 until 2010, because 2010 is when I got
12  married, and I went to Valley Stream to live.
13     Q.   Okay.  When did you meet your
14  wife?  What year?
15     A.   I met her about three years before
16  we got married.  She worked with me.  One day
17  I fell in love with her, and I got married.
18     Q.   You were working together in the
19  same Foodtown store when you met?
20     A.   That was Fine Fare before, and my
21  boss has three stores, to be clear.  The same
22  company as Fine Fare, and there was one store
23  that he named C-Market.  That signifies
24  Christian Market, because he's Christian, but
25  it's the same chain as Fine Fare.  Now they

Page 141

J. GUZMAN

1
2   are all Foodtown.
3      Q.   Okay.  In 2007, what address were
4   you working at?
5      A.   I don't remember well.  I started
6   working at White Plains Road.  I don't
7   remember the name.
8      Q.   So one of these three stores was
9   located at White Plains Road?
10     A.   Yes, sir.
11     Q.   And was that in the Bronx or in
12  Westchester?
13     A.   In the Bronx.
14     Q.   Okay.  And the other two locations
15  were where?
16     A.   One is at 132 in Manhattan.
17     Q.   132nd Street?
18     A.   132 Frederick Douglas in
19  Manhattan.
20     Q.   So by 132 Frederick Douglas, do
21  you mean it's at the corner of Frederick
22  Douglas and 132nd Street?
23     A.   No.  It's in the middle of the
24  block.
25     Q.   On Frederick Douglas?

Page 142

J. GUZMAN
1
2    A.   Yes.
3    Q.   Okay.  And there's a third
4  location?
5    A.   Yes.
6    Q.   And that's the one on Boston Road?
7    A.   Yes.  That's the one where I'm at
8  now.
9    Q.   In 2007, though, you were at 1304?
10   A.   No, no, no, no, no.  That didn't
11 exist anymore.  It doesn't exist in my mind
12 anymore.  You're saying 1304.
13   Q.   I got it wrong.
14      MR. LICHTMAN:  Hold on.
15   Q.   3471?
16   A.   2007.  I think it was White Plains
17 Road.
18   Q.   Okay.  So your job was at one of
19 these Fine Fare or Foodtown supermarkets at
20 White Plains Road; is that correct?
21   A.   Yes, yes.
22   Q.   And you met your wife at that
23 location?
24   A.   Yes.
25   Q.   What was your job at that time?

Page 143

J. GUZMAN
1
2    A.   Manager.
3    Q.   And what was her job at that time?
4    A.   Bookkeeper.
5    Q.   Just to go back again to the sale
6  of your business in 2004, did you sign any
7  contract to sell the business?
8      MR. KESHAVARZ:  Objection.  Form.
9    A.   That I remember, no.
10   Q.   Do you remember when in 2004 you
11 stopped having -- stopped owning the store?
12   A.   I don't remember.  I don't
13 remember exactly.
14   Q.   Was it early in the year?  The
15 middle of the year?  The end of the year?
16   A.   I don't remember.  I don't
17 remember if it was at the beginning or the
18 middle.  I don't remember.
19   Q.   But at some point in 2004 you
20 transferred the ownership?
21   A.   Yes.  I sold it.
22   Q.   Let's go back to the car accident
23 for a second, the one where you were hit in
24 the back.
25   A.   Okay.

Page 144

J. GUZMAN
1
2    Q.   Was there any lawsuit that was
3  started in connection with that accident?
4    A.   Yes.
5    Q.   And where was that lawsuit filed,
6  if you know?
7    A.   Here in Manhattan.  This is
8  Brooklyn.
9    Q.   So you were a plaintiff in that
10 lawsuit; is that right?
11   A.   Yeah.  The car was almost new, and
12 they demolished it.
13   Q.   Did you have any injuries,
14 personal injuries, as a result of that
15 accident?
16   A.   Yeah.  I had a problem with my
17 disc in my back, and I had to do surgery.
18   Q.   So you had surgery on your back
19 after the accident?
20   A.   Yes.  There was a disc --
21 dislocated disc in my back.
22   Q.   You said you received a settlement
23 in that action; is that right?
24   A.   Yes.
25   Q.   When did you receive this

Page 145

J. GUZMAN
1
2  settlement, or when did the lawsuit settle?
3    A.   I don't remember the date.
4    Q.   Was it in 2011?  '12?  '13?
5    A.   I think it was around '12.  I
6  don't remember well.
7    Q.   Who was your lawyer in that
8  lawsuit?
9    A.   I don't remember.
10   Q.   Did you give a deposition in that
11 case?
12   A.   What is that?
13   Q.   So a deposition is what we're
14 doing today.
15   A.   No, no, no.
16   Q.   Did you claim in that lawsuit that
17 you had any other injuries, other than your
18 back?
19   A.   No, just the disc.
20   Q.   Have you ever seen a psychiatrist,
21 sir?
22      MR. KESHAVARZ:  Objection.  Form.
23   A.   No.
24   Q.   Let me rephrase that.
25      Have you ever been treated by a

1              J. GUZMAN
2    psychiatrist?
3              MR. KESHAVARZ: Objection. Form.
4         A.   No.
5         Q.   Have you ever been treated by a
6    psychologist?
7              MR. KESHAVARZ: Objection. Form.
8         A.   No, sir.
9         Q.   Other than the car accident that
10   was in 2010, were you involved in any other
11   car accidents?
12             MR. KESHAVARZ: Objection. Form.
13        A.   That I remember, no.
14        Q.   When you were at Siena Marble, was
15   there a time when you stopped driving for
16   them?
17        A.   Yeah.  I had to do it, but when I
18   stopped was when I left my job.
19        Q.   Did you ever get into any
20   accidents while driving at Siena Marble?
21        A.   Thank God, no, but I was to the
22   point of having one after I received the
23   letter that I owed the money.
24        Q.   What happened?
25             MR. KESHAVARZ: Objection. Form.

1              J. GUZMAN
2         A.   Yeah, because that was when I
3    wasn't well, you know.  I was worried about,
4    you know, who are these people, what is this
5    money.
6         Q.   Okay.  But what happened in --
7    explain the incident you're talking about,
8    sir, that you were just referring to.
9              MR. KESHAVARZ: Objection to the
10   form of the question.
11        A.   Yeah, because, you know, they sent
12   me this letter and, you know, I wanted to
13   know why was it, and that there was a judge.
14   And this letter never came to my hands, you
15   know, why were they doing this thing to me.
16   He didn't give me a chance to defend myself,
17   you know, to face these people.
18        Q.   So I'm asking --
19             MR. KESHAVARZ: Wait.
20             Were you done?
21        A.   No.  The problem -- that was the
22   problem.  That's what took me to the point of
23   having an accident, thinking about all of
24   this, because it was a lie.  It was an ugly
25   lie, and it was -- really, you know, affected

1              J. GUZMAN
2    me.  And that's where the problem is.  That's
3    where the damage was.
4         Q.   Did you get into an accident?
5         A.   I tell you, again, thank God, I
6    didn't have one.  No, I didn't have one.  God
7    was looking after me.
8              Yeah, I had to, you know, let go
9    of the truck.  Of course, the car is smaller
10   and it's easier to drive.
11        Q.   Did you come close to having an
12   accident while you were at Siena Marble?
13        A.   Of course, yes, because I couldn't
14   sleep at night.  This had me in a very bad
15   way.  It had me very tense.  Because in
16   reality if I did owe money, I would pay it,
17   but I don't remember owing any money to
18   anyone.
19             Yeah, and somebody affirmed in the
20   court that they gave me a letter in my hands,
21   at a commercial address where I never lived.
22   So that's what frustrated my mind.  So I
23   think somebody is responsible for that.
24             MR. LICHTMAN:  I move to strike
25   the nonresponsive portions of the

1              J. GUZMAN
2    answer.
3              I think this is probably a good
4    time to take a little break.
5              (Recess taken.)
6              MR. LICHTMAN:  We can go back on
7    the record, please.
8    BY MR. LICHTMAN:
9         Q.   You said before earlier in the day
10   that you went to the Court in the Bronx four
11   times; is that right?
12        A.   Yes.
13        Q.   When you --
14             MR. KESHAVARZ:  Wait.
15             Were you done?
16        A.   I went four times.  It was very
17   frustrating because every time I went they
18   didn't find the file.
19        Q.   And it was, you know, frustration
20   from all directions, and it was God who
21   helped me through it.  I don't want to
22   remember.  I don't want to remember.
23             MR. LICHTMAN:  Move to strike the
24   nonresponsive portion of the answer.
25        Q.   On the first time you went to

J. GUZMAN

1
2  court in the Bronx, did you see anyone from
3  CLARO?
4      A.   No.
5      Q.   At the second time you went to
6  court in the Bronx, did you meet anyone from
7  CLARO?
8      A.   No.
9      MR. KESHAVARZ:  Mr. Guzman, it's
10     important for you to wait until the
11     translator finishes.  I know you
12     understand a little bit of English and
13     want to jump in, but wait for the
14     translator.
15     A.   No.
16     Q.   On the third time you went to
17  court, did you get -- did you meet anyone
18  from CLARO?
19     A.   Yes.
20     Q.   So did you have any -- did you
21  sign any documents when you were there at the
22  third time?
23     A.   No.  No, I didn't sign, that I
24  remember, no.
25     MR. KESHAVARZ:  Wait until he

J. GUZMAN

1
2  finishes.
3      Q.   Did you have any meetings about
4  the -- well, strike that.
5      Let's get our terminology
6  straight.
7      You received -- your employer
8  received a notice that was asking your
9  employer to take part of your wages for a
10  judgment, right?
11     A.   Yes.  But part, no.  It was
12  everything.  Yeah.  I was frustrated because
13  now they are going to hold everything, and
14  how am I going to pay, you know, my family,
15  things I have to pay.  Rent.
16     MR. LICHTMAN:  Move to strike the
17     nonresponsive portion.
18     Q.   I'm not asking you, sir, about
19  everything you're alleging in the lawsuit.
20  I'm only asking you that at some time in 2015
21  your employer got a notice that someone
22  wanted to take part of your wages because of
23  a judgment; is that right?
24     A.   Yes.
25     Q.   And you went to court in the

J. GUZMAN

1
2  Bronx, you say, four times to try to clear
3  that up; is that right?
4      A.   Yes, sir.
5      Q.   And you met with attorneys to help
6  you clear that up; is that right?
7      A.   That was the third time when I
8  could have access to the file.
9      Q.   And at the third time was the
10  first time you started speaking to lawyers
11  about the case?
12     A.   Yeah.  The third time I had gotten
13  the file, but I didn't know what to do with
14  it, so it was on the fourth time that I went
15  to CLARO for them to help me.
16     Q.   Now -- so I just want to show you
17  what's been marked as Exhibit 4 already.  You
18  have been shown this document earlier today.
19     Do you see here on the back, Page
20  8 of 8, is some handwriting, right?  Is any
21  of that handwriting your handwriting?
22     A.   I don't remember.  I don't
23  remember.
24     Q.   Well, I'm not asking you if you
25  remember.  I'm asking if you recognize this

J. GUZMAN

1
2  handwriting as your handwriting.
3      A.   I do not remember.  I don't
4  remember.
5      Q.   I just want to be clear here.
6      I'm not asking if you remember
7  signing the document.  I'm asking if you look
8  at this handwriting, like you see where it
9  says "Valley Stream"?  Do you see that?
10     You see this line, these two
11  words, "Valley Stream"?
12     A.   I think it could be written by me.
13  I don't know.  I don't remember.
14     Q.   So you don't know one way or the
15  other if you wrote this?
16     A.   It could have been me, but I don't
17  remember well.  I was in a bad state.  I was
18  in a bad state.  I was very bad.
19     Q.   So now, let's just take a look at
20  what's been marked as Exhibit 9, which is the
21  stipulation and the cover letter.
22     A.   Okay.
23     Q.   Okay.  Now, do you remember --
24  strike that.
25     Is it your understanding that the

J. GUZMAN

judgment that was entered against you in the
Bronx has been cleared?

A.   I don't understand.

Q.   There is a judgment that you
learned about sometime in 2015, right?

A.   Okay.

Q.   And you went to see lawyers at
CLARO to help you with that judgment, right?

A.   Yes, because I don't understand
the English.  They're the ones who -- they
read the letter for me, and they told me what
it was.

Q.   And they worked on your behalf to
try to get rid of the judgment, right?

A.   They didn't help me.  What they
did is that they let me understand what it
was.  I didn't understand it.

Q.   Do you understand that you had
some lawyers working for you who were at the
Lincoln Square Legal Services?

A.   Maybe it happened, but, you know,
I really don't remember.  You know, a lot of
things were going on in my head, and I was
very frustrated.

J. GUZMAN

Q.   So I just want to show you the
address on the bottom of the second page of
Exhibit 9.

You see there's a name, "Marcella
Silverman," and there underneath her name it
says, "Lincoln Square Legal Services Inc."

Do you see that?

A.   I don't know.  They helped me to
understand something that I didn't
understand, but I don't remember.  But I
don't remember what happened in that moment.

MR. KESHAVARZ:  Mr. Guzman, the
lawyer pointed to something.

Can you read what he pointed to,
or are you able to --

MR. LICHTMAN:  I'm pointing to the
name "Lincoln Square Legal Services."

MR. KESHAVARZ:  Can you read that
from your own reading?  Are you able to
read that?

A.   This "Lincoln Square Legal
Service," yeah.

Q.   Thank you for reading that into
the record.  Thank you.

J. GUZMAN

And the address is 150 West 65th
Street, right?

A.   Um-hum.

Q.   62nd Street?

A.   Yes.

Q.   Okay.  On the ninth floor, right?

A.   Yes.

Q.   Did you ever attend that -- did
you ever go to that address?

A.   I don't remember.  Maybe I could
have gone.  I don't remember.

Q.   Do you remember any lawyer ever
telling you something to the effect of "We
got rid of the judgment against you in the
Bronx"?

A.   No, I don't remember.

Q.   Do you believe --

MR. KESHAVARZ:  Wait.

Were you done?  Were you going to
say something?

A.   Yes.  I remember that they helped
me, and the case was opened one more time.
And when they opened again, that's when I
could defend myself, and I had a date with

J. GUZMAN

the judge, again, to speak to him.

And when I had the appointment
with the judge and it was a lawyer, a lady
lawyer, from these people here, and they
treated me like garbage.

They got there two hours after
they were supposed to get there.  She ignored
me in front of everybody, and she made fun of
me because I couldn't speak English with the
judge.  And then she tried to talk to me in a
room by myself to force me to sign a document
not knowing what it contained.

And that all this just added to,
you know, all the problems I was having and
my mental state.

MR. KESHAVARZ:  Wait a minute.
Who?  Who?

THE WITNESS:  A lady lawyer from
there when I had the date.

MR. KESHAVARZ:  "There," you're
pointing to LR Credit?

THE WITNESS:  I don't know.

MR. LICHTMAN:  Objection.  This
is -- you can't testify.

Page 158

J. GUZMAN

1
2    MR. KESHAVARZ:  Go ahead to the
3  next question.
4    A.  I don't know.
5    Q.  Did you have a lawyer with you
6  when you went to the judge?
7    A.  That day, no.
8    Q.  Did you go back to the judge
9  another day?
10    A.  Yes.
11    Q.  That other day, did you have a
12  lawyer representing you in front of the
13  judge?
14    A.  No.  I went alone.
15    Q.  And what happened that second time
16  you were in front of the judge?
17    A.  I don't remember well what
18  happened on that second time.  I felt a
19  little relief, because then I realized that
20  was not me.  It wasn't meant for me.
21    Q.  This says on the first page -- I
22  just want to read, then, looking at Page 9 --
23  I mean, Exhibit 9, it says, "Court Date,
24  October 15, 2015."
25    Do you see that?

Page 159

J. GUZMAN

1
2    A.  Yes.
3    Q.  Okay.  Does that help you remember
4  whether you were in court on October 15th,
5  2015 regarding this issue?
6    MR. KESHAVARZ:  Objection.  Form.
7    A.  It helps me remember, but I really
8  can't say that it's the same day.  I don't
9  remember.
10    Q.  When you came -- at the end of the
11  court appearance for the second court
12  appearance, do you remember if there were
13  documents signed that got rid of your
14  lawsuit?
15    A.  I don't remember.
16    Q.  Do you understand, sir -- do you
17  have any understanding as to whether the
18  lawsuit that was brought against you still is
19  an open judgment against you?
20    MR. KESHAVARZ:  Objection.
21  Objection.  Form.
22    MR. LICHTMAN:  Let me withdraw the
23  question.
24    Q.  Do you understand, sir, that the
25  law -- that the judgment that was entered

Page 160

J. GUZMAN

1
2  against you has been vacated?
3    MR. KESHAVARZ:  Objection.  Form.
4    A.  I don't understand.
5    Q.  As a result of going to court and
6  having lawyers help you, did the judgment
7  that was entered against you get set aside?
8    A.  What do you mean, they put it
9  aside?
10    Q.  That the judgment no longer was
11  affective against you.
12    A.  So what you're saying -- they
13  eliminated it?
14    Q.  Yes.
15    A.  Okay.
16    Q.  Is that your understanding about
17  what happened to the judgment?
18    A.  That's what I understand, because
19  they didn't find any proof that I owed that
20  money.
21    Q.  So you understand that as a result
22  of going to court and having a lawyer
23  represent you that the judgment was
24  eliminated, right?
25    MR. KESHAVARZ:  Objection.  Form.

Page 161

J. GUZMAN

1
2    A.  Yes, I understand.  But, you know,
3  I don't remember.  I don't remember well.
4    Q.  When was the first time that you
5  met with Mr. Keshavarz?
6    MR. KESHAVARZ:  All he's asking
7  for is a date.
8    A.  Yes, I understand.  But I don't
9  remember.
10    Q.  Approximately when.
11    A.  I can't say approximately, because
12  I don't remember.
13    Q.  Did you meet Mr. Keshavarz at the
14  time you were going to the Court in the Bronx
15  to deal with the judgment that was entered
16  against you?
17    A.  No.
18    Q.  It was after that?
19    A.  Yeah.  It was after that myself
20  and my wife started looking and we saw the
21  name.
22    Q.  And why were you looking?
23    A.  Yeah.  So I wanted for the
24  accusers to know that they did something very
25  wrong, that it wasn't right, and that they

Page 162

J. GUZMAN

1  did this to a working person who, you know,
2  never did anything wrong.
3      Q.   When you were collecting -- let me
4  ask you this:  Let's go back to Exhibit 10.
5      So this reflects different
6  transactions in a Citibank savings account
7  and checking account; is that right?
8      A.   Yes.
9      Q.   Did you -- the first account says
10 "Statement Period" on the first page.
11     "November 8" is the beginning of
12 that period.
13     Do you see that?
14     A.   Yes.
15     Q.   Is that when you opened the
16 account, November 8, 2016?
17     A.   I don't remember.  I don't
18 remember when it was.
19     Q.   Was it about that time
20 approximately, late last year?
21     MR. KESHAVARZ:  Objection. Form.
22     A.   Maybe.  I don't know.
23     Q.   Now, at that time, you already had
24 an account at Chase, also, right?

Page 163

J. GUZMAN

1      A.   Yes, yes.
2      Q.   Is there a reason you didn't
3  deposit the money that you used to start this
4  account in Chase?
5      A.   No reason.  Yeah, because the City
6  Bank was more convenient for me, and that's
7  where I went.
8      Q.   So their branch is where?
9      A.   In Franklin Square, Valley Stream.
10 It's near my home.
11     Q.   Since you opened the account have
12 you made any deposits into this account,
13 other than the initial deposit that you made?
14     MR. KESHAVARZ:  It's a yes or no
15 question.
16     A.   No.
17     Q.   How many times have you visited
18 the branch that you opened the account in
19 since you opened it up?
20     A.   Citibank?  About three times.
21     Q.   Now, when you collected the
22 documents that were your bank account
23 statements, did you collect documents more
24 than one time, or only one time?

Page 164

J. GUZMAN

1      MR. KESHAVARZ:  Objection. Form.
2  Asked and answered.
3      A.   I don't remember how I did it.
4      Q.   Did you collect any bank account
5  documents in connection with this lawsuit in
6  the last month?
7      MR. KESHAVARZ:  Objection. Asked
8  and answered.
9      A.   No.  That, I don't remember.
10     Q.   Let me be clear here.
11     When you said "no," does that mean
12 you did not collect documents in the last
13 month that were branch records?
14     A.   I don't remember.  I don't
15 remember.  I'm still very stressed.  This is
16 very stressing.  I don't know what's going to
17 happen with my life from here forward.  I
18 don't know, you know, where this is going to
19 go.
20     Q.   Why are you stressed?
21     MR. KESHAVARZ:  Objection to the
22 form of the question.
23     A.   I'm very stressed since the letter
24 came to my employer in 2015.  It's been

Page 165

J. GUZMAN

1  around two years already.  My frustration and
2  everything that's going on in my head
3  continues to today.  I can't sleep at night.
4  I had to stay in the living room watching TV.
5      My wife has to come out at 3 in
6  the morning to shut off the TV, and I have to
7  work the next day.  I'm very tense.  And all
8  this, you know, makes me very frustrated and
9  very tense until this day, today.
10     Q.   Have you seen any healthcare
11 professional in connection with your tension
12 that you've described?
13     A.   Yeah.  Thank God, it hasn't
14 happened because I've been holding out.
15     Q.   Have you been involved with any
16 other lawsuits, other than -- strike that.
17     Have you been a defendant in any
18 lawsuit, other than the one that was the
19 underlying judgment here?
20     A.   What do you mean by "defendant"?
21     Q.   Where someone was suing you.
22     A.   No, never.  Never.  This is the
23 first time and history of my life.  Only
24 because, you know, I don't know.

Page 166

1          J. GUZMAN
2     Q.   What did you do, sir, to prepare
3  for your deposition today?
4          MR. KESHAVARZ:  He's not asking
5     about any conversations we had.  The
6     particulars other than that, you can
7     answer.  But other than that, you can
8     answer.
9     A.   Of course, I had to ask permission
10 on my job.  I lost today's work, and already
11 my boss said he's not going to pay me because
12 it's not the first time.  And I don't know
13 until when this is going to continue.
14     So that's my frustration.  I don't
15 know when this is going to end.  All this is
16 because somebody lied, and they lied to the
17 judge and, you know, I never received that
18 letter in my hands.
19          MR. LICHTMAN:  Move to strike the
20     nonresponsive portion of the testimony.
21          MR. KESHAVARZ:  What did you say?
22          MR. LICHTMAN:  I moved to strike
23     the nonresponsive portion of that
24     response.
25          MR. KESHAVARZ:  Mr. Guzman, it's

Page 167

1          J. GUZMAN
2  like when I say "Objection, form."
3  There is a legal reason for it.  You
4  don't have to worry about that.
5     A.   Okay.
6     Q.   You're currently a manager at your
7  job; is that right?
8     A.   Thank goodness that I still am.  I
9  think so.  I think I'm going to lose it.
10     Q.   What are your responsibilities in
11 that job?
12     A.   Everything, all the
13 responsibilities of the supermarket.  Manage
14 the workers, manage the hours, make the
15 orders for the store, and be on top of
16 everything because things can go wrong.  If
17 things go wrong, I pay.
18     Q.   So have things -- are you
19 responsible for hiring and firing?
20     A.   I have the responsibility that if
21 they are not doing their job, I suspend them
22 or I give them a notice.
23     Q.   How many -- continue if you want.
24     A.   So this is my problem; that my
25 boss could see that I'm very worried, and

Page 168

1          J. GUZMAN
2  that I'm not concentrating on what I have to
3  do.  I have to take off from work, and there
4  are days where I'm always falling asleep,
5  because I don't sleep at night.  I have to
6  drive to Valley Stream.  I have to go to the
7  Cross Island Parkway to get to the Bronx
8  every day.
9     And when it's late -- you know, I
10 have the key for the store, and sometimes
11 when I get there in the morning there could
12 be ten employees waiting for me.
13     All this joins itself to all the
14 tension that I have in my life, and that's
15 the reason I want to know how long is this
16 going to continue.  That's why this lie that
17 somebody fabricated to do bad towards me, and
18 to do it -- you know, to do this to me.
19     Q.   What type of things could go wrong
20 at work that you were referring to before?
21     A.   I just finished telling you things
22 that could go wrong because I'm not there
23 doing what I need to do, and there are
24 workers there who tell me, you know, "What's
25 wrong with you?  What's the matter with you?

Page 169

1          J. GUZMAN
2  You're not like that.  I know you from
3  before.  You're not like that."
4     And there will come the moment
5  where my boss would look at me and say, "Go
6  home."
7     Q.   Who is your boss?
8     A.   You want to know the name?
9     Q.   Yes.
10     A.   His name is Alejandro Collado.
11     Q.   How long has he been your boss?
12     A.   For many years.  I commented
13 before that I tried to leave in 2013 to try
14 new things, and I couldn't concentrate.  And
15 then when I was very concentrated working in
16 Siena Marble this happened, and then I went
17 to work at various places like Sansone.
18     And thank God I called him once
19 back, and he says that "I need you back.  I
20 need you to be manager."
21     And that's the reason I went back.
22 But, you know, this is the problem, you know,
23 I'm afraid I'm going to lose my job.
24     Q.   The name of your boss is Alejandro
25 Collado, C-O-L-L-A-D-O?

Page 170

J. GUZMAN

1
2     A.   Yes.
3     Q.   He was your boss at other jobs,
4  too?
5     A.   In the same company.  They have
6  three stores.
7     Q.   So he's known you in 2007?
8     A.   He knows me for many years from
9  2007 until now.
10    Q.   Have you filed your income tax
11 return that relates to the 2016 year?
12    A.   If I filled out the taxes for
13 2016?
14    Q.   Yes.
15    A.   Yes.
16    Q.   They have already been filed with
17 the government, right?
18    A.   I never had a problem with that.
19 I never had a problem.  Of course, I'm okay
20 with the government.  Or do you know
21 something that I don't know?
22    Q.   I think I was asking a more simple
23 question.
24         The question was:  Did you file
25 your income taxes for 2016?

Page 171

J. GUZMAN

1
2     A.   Yes.
3     Q.   Did you use an accountant to help
4  you prepare your taxes?
5     A.   Yes, sir.
6         MR. LICHTMAN:  So I want to mark a
7     document that's excerpted from the
8     document production as Exhibit 15.
9         (Whereupon, the aforementioned
10    2016 Tax Excerpt was marked as
11    Defendants' Exhibit 15 for
12    identification as of this date by the
13    Reporter.)
14    Q.   This is your only copy, but feel
15 free to look at it and to show it to your
16 counsel.
17         Now, it states that your taxable
18 income for 2016, which is Line 43 on Form
19 1040, equals $46,333.
20         Do you see that?
21         MR. KESHAVARZ:  That's actually --
22    it says "Line 34, Taxable Income,
23    subtract Line 42 from Line 41.  If Line
24    42 is more than line 41 enter," It says
25    "$46,333."

Page 172

J. GUZMAN

1
2         MR. LICHTMAN:  That's complete.
3     Q.   Does the $46,333 represent
4  anything other than the wages you earned that
5  year in 2016?
6         MR. KESHAVARZ:  Objection to the
7     form of the question.
8         You may answer, if you know.
9     A.   I don't know.
10    Q.   Approximately, how much did you
11 earn in wages in 2016?
12    A.   I can't answer that question
13 because in reality I don't know.
14    Q.   What was your salary in 2016 at
15 your full-time job?
16    A.   $900 weekly.
17    Q.   Were you employed for the full
18 year in 2016?
19    A.   No.  It couldn't be complete.
20 Yes.  I think I worked because, you know, one
21 job joined with the other, so yeah.  It's not
22 the same address.
23    Q.   Right.  But you were working full
24 time for the entire year of 2016; is that
25 correct, at one place or another?

Page 173

J. GUZMAN

1
2     A.   Yeah.  I can't answer that
3  because, you know, it might have been a
4  moment where I didn't work, or I only worked
5  part time.
6     Q.   But when you did work in 2016,
7  your wages were $900 a week; is that right?
8         MR. KESHAVARZ:  Objection.  Form.
9     A.   Nine hundred dollars, but not for
10 the whole year.
11         MR. LICHTMAN:  Let's just take a
12    short break, and we'll see where we're
13    at.
14         (Recess taken.)
15         MR. LICHTMAN:  No further
16    questions at this time.
17         MR. KESHAVARZ:  Mr. Guzman, let
18    me just go over a couple things.
19         THE WITNESS:  Okay.
20 EXAMINATION BY
21 MR. KESHAVARZ:
22    Q.   Do you remember when you testified
23 earlier about being in court and feeling like
24 you're being treated like a garbageman, and a
25 lawyer being in a room with you trying to

J. GUZMAN

1 trick you into signing something, do you
2 remember that testimony earlier?
3         MR. LICHTMAN:  Objection.
4 Objection.
5         MR. GROSSMAN:  Objection to form.
6     A.   Yeah, I felt very bad.
7         MR. LICHTMAN:  Objection.
8     A.   Because I didn't know how to speak
9 English, and they had to put an interpreter
10 to help me.  I didn't have a lawyer with me.
11 She was -- you know, she really played it
12 real ugly with me.  They really needed to put
13 a -- there was a -- she was treating a
14 professional, and she was not treating a
15 delinquent.
16         Yeah, she has to know that we're
17 not all delinquents, that we are workers,
18 also.
19     Q.   When you said that someone treated
20 someone like a professional, who did you
21 mean?  I think something got lost there.
22         MR. GROSSMAN:  Objection to form.
23         MR. LICHTMAN:  Objection.
24     A.   Yeah, you have to treat people

J. GUZMAN

1 like human beings, not like garbage.
2     Q.   And that's how you felt you were
3 treated?
4     A.   Yes.
5     Q.   You felt like you were treated
6 like that by who?
7     A.   The lawyer who was representing
8 the ones who were charging.
9     Q.   The lawyer who was representing
10 who again?  I'm sorry.  I didn't understand.
11     A.   The people who were collecting the
12 debt.
13     Q.   The lawyer for LR Credit; is that
14 your understanding?
15         MR. GROSSMAN:  Objection to form.
16     A.   Yes.
17         MR. KESHAVARZ:  Okay.  So that's
18 one thing.
19     Q.   And let me just point your
20 attention to Exhibits 2 and 12.
21         Okay.  Now, do you know what
22 lawsuit, if anything, this deals with, these
23 two papers, or do you know?
24         MR. GROSSMAN:  Objection to form.

J. GUZMAN

1     A.   I only know that their names
2 appear there.  Yeah, when I see the names, I
3 remember them.
4     Q.   So earlier when you were
5 identifying what Exhibits 2 and 12 are, you
6 were identifying based on the names at the
7 top of the papers; is that what you mean?
8         MR. GROSSMAN:  Objection to form.
9     A.   Yes, what I know is the names.
10     Q.   Okay.  Which names did you
11 remember?
12     A.   Amir Harris, LR Credit 13, Mel
13 Harris.  Those three.
14     Q.   Now, because those names are on
15 the top of Exhibits 12 and 2 with what we
16 call "caption," because those names are
17 there, what lawsuit, if any, does that make
18 you think that Exhibits 2 and 12 deal with?
19         MR. GROSSMAN:  Objection to form?
20     A.   Supposedly those are the ones
21 where I owed the money to, and these are the
22 ones who took the debt.  These are the people
23 who supposedly had told the lie that said
24 they affirmed to the judge that I had gotten

J. GUZMAN

1 that letter in my hands, and these are the
2 people who, you know, did a very wrong, wrong
3 to me, the third person, and these are the
4 ones that did the most wrong towards me.
5     Q.   Now, so because the names of these
6 people are on top of Exhibits 2 and 12, do
7 you know one way or the other if this is --
8 these pages are dealing with their lawsuit
9 against you, your lawsuit against them, or do
10 you know?
11         MR. GROSSMAN:  Objection to form.
12         MR. LICHTMAN:  Objection.
13     A.   All I know is that I remember
14 those names, and those are the names that I
15 remember and, you know, the names keep
16 following me.
17     Q.   Now, we talked earlier about your
18 language.
19         What ability do you have to read
20 English?
21     A.   Really, I can't read.  I don't
22 know how to read English.  I would always
23 focus to work in this country.  I was always
24 working.

Page 178

J. GUZMAN

1
2      Q.   So despite that you at least
3  recognize the names "Mel Harris," "LR Credit"
4  at the top of Exhibits 2 and 12, right?
5      A.   Of course, of course.
6      Q.   Because those are the people who
7  have been following you around, you think?
8          MR. GROSSMAN: Objection to form.
9          MR. LICHTMAN: Objection.
10     A.   Especially the one who lied,
11 because if they don't lie and tell the truth
12 I would have had the opportunity to defend
13 myself on that date, and I would have done
14 what the judge told me to do, but I couldn't
15 defend myself on that day.  That's what hurt
16 me.  That's why has my mind crazy.  I didn't
17 care if they were looking for me wherever I
18 was, but don't lie.
19     Q.   Other than the names on the top of
20 Exhibits 2 and 12, are you able to read
21 anything else or understand anything else
22 about Exhibits 2 or 12?
23         MR. GROSSMAN: Objection to form.
24     A.   No, because it's in English, I
25 don't understand.

Page 179

J. GUZMAN

1
2          MR. GROSSMAN:  Can the record show
3  that the witness didn't open either of
4  the documents or look through any of the
5  pages.
6  BY MR. KESHAVARZ:
7      Q.   Do you want to flip through --
8  just flip through the pages, and see if you
9  can read anything on Exhibits 2 or 12.
10         MR. KESHAVARZ:  No, never mind.  I
11 withdraw that.  Never mind.  All right.
12     A.   I can't.  I don't understand it.
13 I don't know.
14 BY MR. KESHAVARZ:
15     Q.   Any of the pages, other than the
16 top where the names are, right?
17     A.   The names, yes.
18         MR. KESHAVARZ:  All right.  That's
19 all the questions I have now.
20     A.   I think for the rest of my life I
21 will have to -- I believe that's what's going
22 to happen.  That's the frustration I have.
23 I'm going to be remembering these names for
24 the rest of my life.
25         MR. LICHTMAN:  Anything further,

Page 180

J. GUZMAN

1
2  counsel?
3          MR. KESHAVARZ:  No.  Pass the
4  witness.
5          MR. GROSSMAN:  Nothing.
6          MR. KESHAVARZ:  All right.  You're
7  free to go.
8          Off the record.
9          (Whereupon, at 7:22 p.m., the
10 Examination of this Witness was
11 concluded.)
12
13
       _____
14         JOSE GUZMAN
15 Subscribed and sworn to before me
16 this ____ day of _____, 2017.
17
18 _____
19    NOTARY PUBLIC
20
21
22
23
24
25

Page 181

E X H I B I T S

DEFENDANTS'   DESCRIPTION          PAGE
EXHIBITS

EXHIBIT 1    New York State        13
             Department of Labor and
             Employment Insurance
EXHIBIT 2    Document              28
EXHIBIT 3    English and Spanish   36
             Summons to the
             Complaint
EXHIBIT 4    Document to Vacate    40
             Judgment

EXHIBIT 5    Jose Guzman's Complaint  47

EXHIBIT 6    Sears MasterCard      48
             Monthly Account
             Statements

EXHIBIT 7    Chase Credit Card     68
             Application
EXHIBIT 8    Guzman Second         71
             Supplemental Production
             Number 11
EXHIBIT 9    Lincoln Square Legal  76
             Services Document

EXHIBIT 10   Bank Statements       85

EXHIBIT 11   Rule 68 Offer of      91
             Judgment
EXHIBIT 12   Plaintiff's Fourth    114
             Amended Rule 26(a)(1)
             Disclosure
EXHIBIT 13   Plaintiff's Second    117
             Amended Initial
             Disclosure Answers

Page 182

2          E X H I B I T S   C O N T I N U E D
3    DEFENDANTS'      DESCRIPTION         PAGE
     EXHIBITS
4

5

     EXHIBIT 14      First Amended Initial      121
6           Disclosures
7    EXHIBIT 15      2016 Tax Excerpt           171
8

9          I N D E X
10   EXAMINATION BY                    PAGE
11   MR. GROSSMAN              4
12   MR. LICHTMAN              96
13   MR. KESHAVARZ                 173
14

15

16

17

18

19

20

21

22

23

24

25

---

Page 183

2          C E R T I F I C A T I O N
3    STATE OF NEW YORK       )
4              : SS.:
5    COUNTY OF KINGS )
6        I, GILBERT J. BOWLES, a Notary Public
7    for and within the State of New York, do
8    hereby certify:
9        That the witness whose examination is
10   hereinbefore set forth was duly sworn and
11   that such examination is a true record of the
12   testimony given by that witness.
13       I further certify that I am not related
14   to any of the parties to this action by blood
15   or by marriage and that I am in no way
16   interested in the outcome of this matter.
17       IN WITNESS WHEREOF, I have hereunto set
18   my hand the 19th day of June, 2017.
19

20       _____

             GILBERT J. BOWLES
21

22

23

24

25

---

Page 184

2    *** ERRATA SHEET ***
3    NAME OF CASE:  JOSE GUZMAN v. MEL S. HARRIS
4    and ASSOCIATES, LLC
5    DATE OF DEPOSITION:  6/14/17
6    DEPONENT:  Jose Guzman
7

8    Page _____ Line _____ Reason _____
     From _____ to
9    _____

10   Page _____ Line _____ Reason _____
     From _____ to
11   _____

12   Page _____ Line _____ Reason _____
     From _____ to
13   _____

14   Page _____ Line _____ Reason _____
     From _____ to
15   _____

16   Page _____ Line _____ Reason _____
     From _____ to
17   _____

18   Page _____ Line _____ Reason _____
     From _____ to
19   _____

20   Page _____ Line _____ Reason _____
     From _____ to
21   _____

22   Page _____ Line _____ Reason _____
     From _____ to
23   _____

24          Jose Guzman
25

---

**A**

**$1,000 (1)**
11:8
**$1,700 (3)**
90:5,9,12
**$20,000 (6)**
87:2 88:10,24 89:7,12
92:12
**$3,000 (1)**
69:18
**$4,781.26 (1)**
75:16
**$4,869.40 (1)**
54:6
**$46,333 (3)**
171:19,25 172:3
**$5,243.72 (1)**
54:21
**$5,434.71 (1)**
55:4
**$5,607.91 (1)**
54:13
**$5,622.14 (1)**
55:11
**$5,809.51 (9)**
55:19 56:21 57:8 58:5
60:11 61:20 63:23
65:21 66:24
**$7,821.01 (1)**
77:7
**$700 (1)**
7:18
**$8,000 (3)**
91:19 92:6,25
**$8,666 (1)**
61:19
**$800 (1)**
7:18
**$900 (2)**
172:16 173:7
**ability (1)**
177:20
**able (12)**
5:12 35:5 36:9 40:17
41:3 74:2,10,25
89:17 155:16,20
178:20
**abusive (6)**
32:10 66:7 101:12,20
104:13,16
**AC (16)**
11:10,21 12:6 110:22
110:24 111:4,15,19
125:23 126:22
128:9,17 129:4,8,20
130:12

**access (1)**
152:8
**accident (16)**
15:2 88:19,22 123:12
124:11 131:24
132:4,7 143:22
144:3,15,19 146:9
147:23 148:4,12
**accidents (2)**
146:11,20
**accompanying (1)**
121:4
**account (59)**
17:22 18:3,11 19:7,13
20:16 24:19 48:17
48:21 49:8,24 54:8
54:15 55:21,22 56:2
56:3,5,14,20 64:17
65:22 66:14,15,21
66:22,24 67:4,21,22
73:5,7,9,11,13 78:7
78:7,8 80:7 87:3,10
135:5,8,9,24,25
136:6 162:7,8,10,17
162:25 163:5,12,13
163:19,23 164:5
181:13
**accountant (1)**
171:3
**accounts (7)**
19:2 74:13 135:2,16
135:18,22,23
**accuracy (1)**
122:19
**accurate (2)**
32:5 38:8
**accused (2)**
11:25 12:10
**accusers (1)**
161:24
**accusing (1)**
39:20
**action (14)**
26:25 27:11 44:23
45:2 54:18 61:25
91:18,23 92:6 93:24
94:6,9 144:23
183:14
**Activity (1)**
86:20
**actual (2)**
41:17 121:25
**added (4)**
86:23 87:2,10 157:14
**address (31)**
6:2,2 14:16 24:14,20

44:10 51:8,12 68:11
106:4,7,20,21 107:2
107:7 109:5 114:14
128:19 137:23
138:16 139:2,7,17
139:21,24 141:3
148:21 155:3 156:2
156:10 172:22
**ADINO (1)**
1:9
**admission (1)**
91:22
**advise (1)**
124:5
**affective (1)**
160:11
**affirm (1)**
51:14
**affirmed (2)**
148:19 176:25
**afield (1)**
102:4
**aforementioned (15)**
13:14 28:20 36:18
40:18 47:4 48:20
68:2 71:18 76:16
85:16 91:4 114:19
117:12 121:18
171:9
**afraid (2)**
15:2 169:23
**afternoon (2)**
47:19 96:8
**agency (3)**
26:6,12 38:5
**ages (1)**
15:18
**agitated (1)**
69:8
**ago (7)**
8:19,19 81:8,11,12
102:16 110:7
**AGREED (4)**
3:3,10,15,19
**Ah (1)**
56:7
**ahead (8)**
29:6 44:14 52:5 58:4
59:15 119:12 124:2
158:2
**Ahmad (3)**
1:15 2:4,6
**Alejandro (2)**
169:10,24
**allegations (1)**
32:5

**alleging (5)**
30:19 31:17,19 32:21
151:19
**allow (3)**
91:17 92:5 104:25
**allowed (1)**
103:12
**amend (2)**
106:18,22
**Amended (15)**
114:20,25 117:4,13
118:6,7 120:12,17
121:2,5,14,19
181:22,24 182:5
**America (2)**
18:23 20:24
**Amir (1)**
176:13
**amount (11)**
63:23 84:10,14,16,19
86:23 91:19 92:6
107:18 112:23
124:22
**amounts (1)**
92:21
**angry (1)**
128:3
**annual (2)**
11:6 69:19
**answer (70)**
5:15,17 9:20 18:9
20:9 21:8 27:20,22
28:6,16 30:7,14,25
31:25 32:12 39:7
40:12 45:11 58:10
58:12,21 59:14,16
59:17,18,20,24 60:8
62:24 63:22 64:9
65:9,9 66:8,11
69:24 70:8,25 72:23
78:22 80:10 81:15
84:14,21 85:8,25
92:15,19,23 94:3
95:5,11,16 99:22
100:6 101:16
104:10 105:3
106:19 107:17
115:18,19 119:12
149:2,24 166:7,8
172:8,12 173:2
**answered (6)**
44:13 104:8 108:24
123:7 164:3,9
**answers (4)**
4:5 117:5,14 181:25
**Antonio (2)**

128:10,11
**anybody (6)**
46:16 71:3 123:22
125:15 130:13
139:11
**anymore (4)**
100:10 123:17 142:11
142:12
**anyway (1)**
80:2
**apart (2)**
17:16 135:22
**apartment (6)**
14:10 22:22 98:17,18
98:19 139:9
**apologize (1)**
42:4 123:7
**appear (2)**
69:20 176:3
**appearance (2)**
159:11,12
**appeared (1)**
124:23
**appears (4)**
43:13 44:8 120:10
123:2
**application (9)**
19:16,17 20:11,15,20
21:24 68:3 69:21
181:15
**applications (1)**
21:3
**applied (3)**
19:23 20:5 70:22
**applying (1)**
70:10
**appointment (1)**
157:3
**appreciate (1)**
106:11
**appropriate (1)**
3:22
**approximate (3)**
8:22 17:17 54:20
**approximately (18)**
83:14 86:3 90:5,9
107:22 109:23
110:17 116:24
132:3 136:25 138:4
140:8,9,10 161:10
161:11 162:21
172:10
**April (4)**
54:20 99:6,7,8
**arrangements (1)**
55:8

**aside (5)**
77:10,16 84:19 160:7
160:9
**asked (24)**
5:9 17:4 29:20 33:14
34:15 39:23 44:12
62:16,18,20 80:21
80:22 87:18 96:21
101:7,8 103:5,7
104:7 108:24 112:6
132:25 164:3,8
**asking (45)**
5:4 17:6 20:3 27:4,5,7
27:14,18 29:5 37:16
45:12 46:7 49:13,16
53:9 58:13,18,19
62:10 64:22 72:14
72:16 79:8,8 80:2
80:21 81:18 84:10
92:20 96:22 101:17
102:15 103:9
126:12 147:18
151:8,18,20 152:24
152:25 153:6,7
161:6 166:4 170:22
**asleep (1)**
168:4
**asserting (1)**
85:10
**assignments (1)**
114:2
**Assistant (2)**
111:16,23
**ASSOCIATES (2)**
1:7 184:4
**attached (1)**
122:25
**attaching (1)**
121:2
**attempt (1)**
49:19
**attend (5)**
6:12 97:9,11 133:17
156:9
**attended (2)**
6:7 97:3
**attention (8)**
13:21 43:12 44:17
55:24 56:9 118:24
127:16 175:21
**attorney (4)**
4:22 30:19 31:19
84:20
**attorney-client (2)**
78:23 85:8
**attorneys (8)**

2:4,9,13 3:4 4:19 5:7
91:16 152:5
**authorize (1)**
74:24
**Avenue (7)**
2:9 68:13 137:14,16
137:17 138:4,9
**avoid (1)**
54:17
**aware (9)**
19:20 26:23 32:20
34:7 76:21 77:23
78:4,10 92:4
**awhile (2)**
68:21 102:16

———————
**B**

**B (2)**
181:2 182:2
**back (59)**
6:22 21:10,13 22:17
32:14 44:18 46:11
46:13 56:9 57:15,17
59:6,10,24 60:2,23
60:25 61:10,13
62:21 63:9,16,19
65:12,17,25 66:16
66:19 70:5 75:9
97:2 98:22 104:23
106:16 107:17
109:14,21 112:8
129:14 130:6,16,19
131:7,10 132:15
143:5,22,24 144:17
144:18,21 145:18
149:6 152:19 158:8
162:5 169:19,19,21
**background (2)**
6:6 104:18
**backward (1)**
108:20
**bad (6)**
148:14 153:17,18,18
168:17 174:7
**balance (31)**
22:4,12 46:21 53:6,8
54:3,5,13,21 55:4
55:10,18 56:20 57:8
60:10 74:18,20,22
75:2,3,4,5,10,15,16
75:16,17 76:12 90:5
90:8,12
**banged (1)**
89:5
**bank (40)**
17:24 18:13,23 19:7

19:13 20:24 38:5,7
38:12 60:6,7 64:3,6
64:13 65:2,2,22
66:24 78:5,7,12,19
79:2,3,4,9,21 80:5
80:12 82:12,16
85:17,22 86:11
135:2,5 163:7,23
164:5 181:19
**banks (1)**
80:16
**bar (1)**
86:20
**based (5)**
43:4 45:2,8 122:24
176:7
**basic (1)**
102:23
**basically (1)**
33:24
**basis (2)**
29:15 101:22
**Bates (1)**
86:17
**beginning (5)**
68:8 115:4 138:8
143:17 162:12
**begins (1)**
91:13
**behalf (5)**
26:24 31:19 32:17
44:24 154:14
**beings (1)**
175:2
**believe (6)**
70:20 74:7 97:20
128:12 156:18
179:21
**benefit (1)**
115:14
**best (1)**
96:17
**bill (1)**
22:8
**bills (4)**
134:5,20 135:2,3
**birth (2)**
68:24 69:2
**birthday (2)**
99:3,4
**bit (5)**
7:6 33:23 36:10 96:20
150:12
**blind (1)**
75:20
**block (1)**

141:24
**blood (1)**
183:14
**Bookkeeper (1)**
143:4
**born (4)**
7:3 94:11 99:10,13
**boss (16)**
33:8,11 113:14,15
125:8,8 128:3,8
140:21 166:11
167:25 169:5,7,11
169:24 170:3
**Boston (17)**
8:3 23:10,13,16,25
24:11,14,19 51:8
109:6,20 110:4
133:3,6 134:12
137:12 142:6
**bothered (2)**
12:9 15:23
**bothers (1)**
39:19
**bottom (9)**
40:6 42:7 54:7,14,22
55:12 56:13 64:19
155:3
**bought (1)**
135:14
**Bowles (3)**
1:18 183:6,20
**boy (1)**
136:12
**branch (3)**
163:9,19 164:14
**break (7)**
24:25 47:13 90:24
106:10 127:12
149:4 173:12
**bring (3)**
52:10 53:13 105:8
**brokerage (1)**
78:7
**Bronx (33)**
26:17 31:7 34:5,8,12
34:23,25 35:3 37:5
56:11 68:13 107:13
109:3 112:8,11
126:5 137:20,21
138:17,20 139:17
139:22,25 141:11
141:13 149:10
150:2,6 152:2 154:3
156:16 161:14
168:7
**Brooklyn (7)**

1:15 2:5 112:14
138:12,13,14 144:8
**brother (3)**
38:17 139:13,25
**brother's (1)**
139:14
**brothered (1)**
39:22
**brought (5)**
30:16 89:21,22 105:7
159:18
**bureaus (1)**
54:16
**business (6)**
17:8 23:24 38:11
110:8 143:6,7
**businesses (2)**
16:20,25

———————
**C**

**C (5)**
2:2 4:2 182:2 183:2,2
**C-Market (1)**
140:23
**C-O-L-L-A-D-O (4)**
113:13,16 169:25
**C-Town (10)**
111:6,8,21,22,25
112:2,4 125:19,20
125:21
**Caballero (5)**
117:20 118:15,25
119:18 122:5
**call (13)**
54:10,24 55:15 60:18
60:20 61:6,7 62:4
62:10 63:6 102:11
103:11 176:17
**called (7)**
4:8 10:8 33:8,22
108:15 140:7
169:18
**calling (1)**
63:14
**Cantana (9)**
114:11 116:19,21
117:19 119:7,22
120:14 122:8,15
**Cantana's (3)**
118:14 122:11 123:4
**caption (1)**
176:17
**car (27)**
13:24 25:21,22 37:22
52:14 88:19 109:7
109:11,12,13,16

129:9,10,11 130:9
130:13,13,21,23
131:23,25 132:4
143:22 144:11
146:9,11 148:9
**card (32)**
18:15,21,23 19:24
20:6,12,22,24 21:3
21:24 46:19 67:19
68:3 69:21 70:22
71:6 73:6,16 74:4
74:11 75:4,18 76:6
76:8,11 90:10,13
135:11,13,15 136:3
181:14
**cards (9)**
18:17,18 19:2 22:4
26:2 47:20,22,25
135:14
**care (1)**
178:17
**Carrado (1)**
6:15
**carrying (3)**
22:3,11 90:5
**case (16)**
1:6 4:18 26:11 28:4
44:23 77:24 80:18
82:15 88:9 95:9,14
96:10 145:11
152:11 156:23
184:3
**cash (1)**
135:15
**Castaneda (1)**
2:18
**Castillo (1)**
6:15
**cause (1)**
72:23
**CC (1)**
120:23
**certainly (1)**
103:25
**Certificate (2)**
120:6 122:19
**certification (1)**
3:6
**certified (1)**
9:15
**certify (2)**
183:8,13
**chain (1)**
140:25
**chance (2)**
55:5 147:16

**change (4)**
72:23 127:11,12
128:7
**changed (7)**
10:25 45:22 83:22
108:12,17 127:15
127:20
**charge (2)**
55:21,22
**charged (1)**
46:20
**charges (1)**
55:22
**charging (1)**
175:9
**Chase (29)**
17:25 19:12 60:6
64:10,11,12,21,22
64:24 65:2,19 66:15
67:18,21 68:3 69:17
69:21 73:5,5,7,9
135:9,18,23,25
136:2 162:25 163:5
181:14
**chat (1)**
95:23
**chauffeur (1)**
124:18
**check (7)**
12:2 48:7,11 74:20,21
75:2 127:3
**checking (11)**
17:21 18:2 19:13
20:16 73:5,7,9,11
80:7 86:20 162:8
**children (2)**
15:14 138:2
**Christian (2)**
140:24,24
**circuit (1)**
36:10
**Citibank (8)**
18:4,14 20:12,16,18
80:7 162:7 163:21
**citizen (1)**
94:19
**City (6)**
129:25 130:2,5,7,20
163:6
**Civil (2)**
91:15,21
**claim (3)**
87:23 92:7 145:16
**claims (2)**
30:19 31:19
**clarify (2)**

17:12 96:17
**clarity (1)**
116:2
**CLARO (17)**
35:18,20,21,23,25
36:4,6,7,11,12
37:24 41:5 150:3,7
150:18 152:15
154:9
**Classic (1)**
69:18
**clear (13)**
9:13,20 18:9 37:8,19
42:6 120:4 135:22
140:21 152:2,6
153:5 164:11
**cleared (1)**
154:3
**clerk (1)**
3:13
**client (18)**
26:20 29:2 30:20
31:16,20 32:15,18
41:20,24 44:24
77:23 78:5,11 92:4
93:23 103:24,25
106:18
**client's (1)**
106:12
**close (11)**
78:12 104:12,13
112:7 127:23,24
128:4 133:21 137:2
137:6 148:11
**closed (1)**
54:15
**closer (2)**
81:11,11
**closing (11)**
52:23 53:4,22,24
54:12,19 55:3,9,17
127:4 133:18
**Collado (4)**
128:10,11 169:10,25
**collect (7)**
26:16,21 46:5 82:12
163:24 164:5,13
**collected (13)**
13:6,8 80:6,13,24
81:17,19,22 82:3,16
85:21 86:11 163:22
**collecting (2)**
80:17 162:4 175:12
**collection (7)**
26:6,12 38:5 76:22
79:6 81:3 82:8

**collections (1)**
93:21
**column (1)**
86:23
**come (12)**
26:15,19 32:19 64:10
84:5 101:7,9 105:7
105:9 148:11 165:6
169:4
**comes (1)**
73:20
**coming (4)**
4:16 40:3 83:12,18
**comma (1)**
136:19
**commencing (1)**
1:17
**commented (1)**
169:12
**commercial (1)**
148:21
**communicate (1)**
27:16
**communicated (1)**
27:19
**communicating (1)**
27:24
**communication (3)**
78:24 79:23 80:3
**communications (4)**
27:5,8,15 79:16
**company (9)**
31:7,11,12 36:12 46:4
89:3 113:24 140:22
170:5
**complaint (14)**
26:24 27:10 28:9
30:18 31:16,18
32:15,20 36:20
37:13 47:5 61:24
181:9,11
**complete (2)**
172:2,19
**completed (3)**
20:11,15,20
**completely (1)**
97:7
**completeness (1)**
69:16
**completing (1)**
21:24
**complied (2)**
36:25 50:17
**complies (1)**
53:20
**Comuzzi (2)**

113:15,17
**concentrate (2)**
112:9 169:14
**concentrated (1)**
169:15
**concentrating (1)**
168:2
**conclude (1)**
5:6
**concluded (1)**
180:11
**Concourse (2)**
35:2,3
**confidential (3)**
84:15,17 85:12
**confused (7)**
43:15 49:22 51:5
63:11 72:21 110:10
112:5
**confusion (2)**
31:15 32:16
**connection (5)**
26:10 134:25 144:3
164:6 165:12
**construed (1)**
91:22
**consulting (1)**
74:4
**contact (2)**
55:7 94:25
**contacted (2)**
26:5,11
**contained (1)**
157:13
**content (2)**
27:14 37:24
**continue (5)**
60:19 124:9 166:13
167:23 168:16
**continues (1)**
165:4
**contract (1)**
143:7
**controlling (1)**
3:23
**convenient (1)**
163:7
**conversation (2)**
33:11 37:24
**conversations (1)**
166:5
**copies (1)**
71:14
**copy (3)**
44:19 117:9 171:14
**corner (1)**

141:21
**Corp (3)**
11:10,22 12:6
**correct (17)**
10:12 31:9 47:22
  56:11,15,24 64:6,13
  64:19 83:25 89:8
  94:12 97:5 128:14
  137:18 142:20
  172:25
**correspondence (1)**
90:2
**cost (2)**
61:24 77:13
**counsel (10)**
5:14,16 26:23 27:16
  78:18 120:23
  121:12 122:21
  171:16 180:2
**country (2)**
16:13 177:24
**county (7)**
26:17 34:9,13 37:5
  56:11 104:16 183:5
**couple (3)**
95:22 102:2 173:18
**course (25)**
  5:5,24 10:19,21 12:17
  16:11 22:10 26:8,8
  30:9 35:21 37:3,3
  45:15 48:2,12 72:12
  75:20 134:18 148:9
  148:13 166:9
  170:19 178:5,5
**courses (1)**
97:11
**court (55)**
1:2,15 2:5 3:14 5:12
  9:14,18 21:13 22:11
  33:25 34:2,4,5,18
  34:22,25 35:5 36:13
  37:4,25 38:23 39:9
  40:5 42:13 43:2
  46:13 56:11 57:17
  59:10 60:2,25 61:13
  63:19 64:23 65:17
  66:19 70:5 78:11
  90:3 104:23 121:16
  148:20 149:10
  150:2,6,17 151:25
  158:23 159:4,11,11
  160:5,22 161:14
  173:23
**Courthouse (2)**
34:9,13
**cover (1)**

153:21
**coverage (3)**
25:12,15,19
**CPLR (3)**
3:18,21,22
**crazy (2)**
33:17 178:16
**cream (1)**
128:2
**credit (51)**
1:8 18:15,17,18,21,23
  19:2,24 20:6,12,22
  20:24 21:3,24 22:4
  26:2 46:19 47:20,22
  47:25 52:20 54:15
  54:25 55:6,14,15
  67:19 68:3 69:19,21
  70:22 71:6 73:5,16
  74:4,10 75:18 76:6
  76:8 90:9,13 91:15
  91:23 135:11,13
  136:2 157:22
  175:14 176:13
  178:3 181:14
**Cross (1)**
168:7
**crossing (1)**
140:7
**current (7)**
6:2 22:21 23:6 93:13
  106:21 107:2,7
**current's (1)**
107:24
**currently (10)**
15:4 16:2 17:21 18:25
  19:7 22:3 25:4
  47:21 108:25 167:6
**Customs (1)**
95:2

_____

**D**

**D (5)**
4:2,2 43:14 182:2,9
**daily (1)**
15:5
**damage (5)**
52:20 55:6 91:24
  127:7 148:3
**damaged (4)**
55:13 126:20,23
  128:2
**date (43)**
10:5 12:14 13:18
  28:23 36:22 40:21
  47:7 48:24 52:24
  53:4,22,24 54:12,20

55:3,10,18 61:23
68:5,22,24 69:3
71:22 76:19 83:3
85:19 86:7,21 91:7
93:11 114:23
117:16 121:21
123:19,20 145:3
156:25 157:20
158:23 161:7
171:12 178:13
184:5
**dated (3)**
117:5 120:24 121:15
**dates (3)**
83:14 104:5 133:10
**DAVID (1)**
1:8
**day (16)**
8:7 114:2 127:25
129:15 140:16
149:9 158:7,9,11
159:8 165:8,10
168:8 178:15
180:16 183:18
**days (7)**
7:20 15:7,8 34:10
124:25 129:19
168:4
**deal (2)**
161:15 176:19
**dealing (1)**
177:9
**deals (1)**
175:23
**debit (2)**
135:14,15
**debt (24)**
25:23 26:6,11,16,21
31:17 32:21 38:6
39:23 43:3 45:2,7
45:24 46:20,20 64:5
64:25 65:18 66:5,10
76:22 89:25 175:13
176:23
**debts (2)**
25:25 89:18
**deceptive (1)**
41:22
**decided (2)**
123:15 124:4
**deemed (1)**
3:21
**defend (5)**
80:25 147:16 156:25
178:12,15
**defendant (3)**

91:15 165:18,21
**defendants (25)**
1:11 2:9,13 4:18
13:17 28:21 36:20
40:20 47:6 48:22
68:4 71:20 76:18
85:18 91:6 92:21
93:2 114:21 117:15
120:23 121:13,20
171:11 181:3 182:3
**defending (1)**
27:25
**Del (1)**
6:15
**delinquency (1)**
54:23
**delinquent (2)**
54:8 174:16
**delinquents (1)**
174:18
**deliveries (2)**
110:14 113:7
**delivery (3)**
113:4,5 114:5
**demand (1)**
60:5
**demanding (1)**
60:6
**demolished (1)**
144:12
**Department (3)**
13:15 14:3 181:5
**DEPONENT (1)**
184:6
**deposit (4)**
135:6,7 163:4,14
**deposition (9)**
1:13 5:6 36:4 62:13
115:4 145:10,13
166:3 184:5
**deposits (1)**
163:13
**described (1)**
165:13
**description (3)**
121:8 181:3 182:3
**despite (1)**
178:2
**determine (2)**
75:25 76:9
**different (7)**
64:3,12 103:17
108:21 112:10,12
162:6
**digit (1)**
56:5

**digits (1)**
73:12
**direct (1)**
118:24
**directing (2)**
59:13 101:15
**directions (1)**
149:20
**directly (1)**
97:18
**disc (4)**
144:17,20,21 145:19
**disclose (1)**
17:5
**disclosing (1)**
37:23
**disclosure (9)**
114:21 115:2 117:4
117:14 120:12,17
121:25 181:23,25
**disclosures (7)**
114:13 118:8 121:3,5
121:14,19 182:6
**discontinued (1)**
77:13
**discovery (1)**
78:13
**discuss (1)**
54:10
**discussed (3)**
16:21 17:2 21:25
**discussion (3)**
47:17 71:10 130:3
**dislocated (1)**
144:21
**dismissed (1)**
12:3
**dispatcher (1)**
123:6
**distress (1)**
87:23
**DISTRICT (2)**
1:2,2
**divorce (1)**
93:9
**divorced (2)**
93:6,8
**doctor (2)**
93:17 131:19
**document (64)**
13:23 28:21 29:4,24
30:3,10,21 31:21
32:5 37:2,10 40:19
41:13,16 42:4,12
43:23 47:8 50:19
51:11 57:5,11,12

58:21 60:14 61:3,17
68:12,25 69:13
71:24 72:7,15,18
75:11,15 76:17 77:5
77:18 79:6 81:3
82:2 86:17 91:10,12
91:12,25 115:6,12
115:14,22,23 116:3
120:7 121:4 122:12
152:18 153:7
157:12 171:7,8
181:7,10,18
**documents (24)**
28:4 34:21 35:5,15,23
36:8 52:7 56:6
58:15 59:3 75:22
76:2 77:24 80:18,23
80:24 85:22 150:21
159:13 163:23,24
164:6,13 179:4
**doing (5)**
86:5 145:14 147:15
167:21 168:23
**dollar (1)**
56:23
**dollars (1)**
173:9
**Dominican (7)**
6:17,21 7:3 16:14
94:11 97:4,24
**door (2)**
127:22,24
**double-sided (1)**
37:9
**doubt (1)**
115:15
**Douglas (4)**
141:18,20,22,25
**draw (5)**
13:21 43:12 44:17
55:23 56:8
**drive (7)**
7:15 113:2,6 123:10
124:21 148:10
168:6
**driver (2)**
110:13 113:3
**driver's (1)**
72:3
**driving (3)**
125:14 146:15,20
**drove (5)**
14:25 112:17 129:12
129:14 130:10
**due (2)**
52:19 54:17

**duly (2)**
4:9 183:10

**E**

**E (10)**
2:2,2 4:2,2,8 181:2
182:2,2,9 183:2
**e-mail (8)**
115:5 117:5 120:11
120:21,24 121:10
121:15 122:25
**e-mailed (1)**
116:9
**earlier (10)**
47:19 73:4,15 82:21
149:9 152:18
173:23 174:3 176:5
177:18
**early (1)**
143:14
**earn (1)**
172:11
**earned (1)**
172:4
**easier (1)**
148:10
**easy (1)**
58:23
**Ed (1)**
2:18
**Eduardo (1)**
118:19
**education (1)**
97:15
**educational (2)**
97:2 103:3
**effect (2)**
3:12 156:14
**effort (1)**
92:7
**EHIR (1)**
95:20
**eight (3)**
51:19,23 97:10
**eighth (1)**
97:12
**either (4)**
77:14 87:19 91:22
179:3
**Electronically (1)**
48:16
**eliminated (2)**
160:13,24
**Ellis (1)**
95:6
**Elmhurst (1)**

128:24
**emotional (2)**
87:23 103:17
**employed (2)**
7:8 172:17
**employees (3)**
136:7,11 168:12
**employer (10)**
25:7 33:2,3 34:7
45:19 115:24 151:7
151:9,21 164:25
**employment (10)**
7:22 8:5,23 9:8 13:16
14:4 51:13 84:8
132:16 181:6
**ended (1)**
100:23
**English (39)**
4:4,6 9:12,17 14:6
18:8 28:12 29:3,4
29:21,22 32:9 35:11
36:19 37:12,21
43:11,14 49:25 50:2
51:21,25 52:4,16
58:24 74:8 75:19
115:9 119:10,13,14
150:12 154:11
157:10 174:10
177:21,23 178:24
181:8
**English-language (1)**
75:18
**enter (1)**
171:24
**entered (9)**
42:14,22 77:6 91:18
92:5 154:2 159:25
160:7 161:15
**entire (1)**
172:24
**entitled (2)**
91:12 104:2
**equals (1)**
171:19
**ERRATA (1)**
184:2
**Especially (1)**
178:10
**ESQ (3)**
2:6,10,15
**essentially (1)**
92:20
**estimate (1)**
82:7
**Euclid (4)**
6:3 14:10 44:2 106:4

**event (1)**
87:7
**everybody (1)**
157:9
**ex-boss (1)**
10:8
**exact (5)**
10:5 12:14 93:11 95:6
123:19
**exactly (18)**
57:24 81:16,18 83:3,4
83:16 94:18 102:17
102:19 107:18,19
110:18 112:23
138:6,22,25 139:3
143:13
**examination (10)**
3:6,16 4:13 96:5,7
173:20 180:10
182:10 183:9,11
**examined (1)**
4:11
**Excerpt (2)**
171:10 182:7
**excerpted (1)**
171:7
**Excuse (2)**
21:15 117:22
**executions (1)**
77:9
**exhibit (72)**
13:13,17,20 28:19,22
36:17,21 40:20
41:12,17,24 44:19
47:6 48:23 49:14
50:16 56:9 67:25
68:4 71:3,21 72:6
72:10,18,23,25 75:9
76:15,18 85:18
86:11 90:19 91:3,6
114:18,22 116:13
117:8,15,18,22,23
118:3,5,23 120:21
121:7,10,20,23
152:17 153:20
155:4 158:23 162:5
171:8,11 181:5,7,8
181:10,11,12,14,16
181:18,19,20,22,24
182:5,7
**exhibits (12)**
41:20 175:21 176:6
176:16,19 177:7
178:4,20,22 179:9
181:3 182:3
**exist (2)**

142:11,11
**expedite (1)**
50:22
**explain (5)**
5:10 27:15 96:16
124:16 147:7
**explained (1)**
67:5
**explains (1)**
50:5
**extended (1)**
94:25
**extremely (1)**
104:13
**eyes (1)**
106:12

**F**

**F (1)**
183:2
**FABACHER (1)**
1:8
**fabricated (1)**
168:17
**face (1)**
147:17
**facts (1)**
104:4
**failed (1)**
46:21
**Failure (2)**
52:19 55:13
**falling (1)**
168:4
**family (8)**
16:8,10 25:12,14,18
94:8,25 151:14
**far (1)**
102:3
**Fare (11)**
83:13,15,23 108:12
108:16,17 132:14
140:20,22,25
142:19
**fault (3)**
126:25 127:8 128:4
**fear (1)**
125:14
**February (1)**
53:25
**Federal (3)**
27:6 91:14,20
**fee (1)**
69:19
**feel (3)**
13:22 22:19 171:14

feeling (1)
173:23
fell (1)
140:17
fellow (1)
45:20
felt (4)
158:18 174:7 175:3,6
figure (1)
56:23
file (15)
34:18 35:6 37:4 38:2
38:23 39:9 40:5
44:23 56:11 64:23
65:2 149:18 152:8
152:13 170:24
filed (16)
26:17,20,24 27:6,10
30:11,19,22 31:19
32:15,17,20 44:23
144:5 170:10,16
files (1)
35:9
filing (4)
3:5 28:4 42:12 61:23
fill (1)
19:15
filled (7)
19:17,18 20:18,23,25
31:17 170:12
filling (1)
21:2
finance (1)
55:22
financial (2)
19:2 24:18
find (15)
15:24 22:11 33:6
35:14 40:12 41:6
79:20 102:22,23
108:20 124:18,20
132:21 149:18
160:19
finding (1)
103:3
fine (15)
47:16 73:3 83:13,15
83:23 95:11 102:13
108:12,15,17
132:14 140:20,22
140:25 142:19
finish (3)
9:19 18:6 97:7
finished (1)
168:21
finishes (2)

150:11 151:2
firing (1)
167:19
first (52)
4:9 8:24 33:17 38:5
49:5,11,14 51:19,23
52:18 60:7 64:6,11
64:12,21,21 65:2,20
66:15 67:15 69:14
71:15 74:7 76:4
82:25 83:2 86:21
91:10 98:23,24
99:11,21 101:3,14
102:3 103:19 114:8
114:9 120:17 121:2
121:4,19 122:25
149:25 152:10
158:21 161:4
162:10,11 165:24
166:12 182:5
five (9)
15:7,20 23:8,8 90:19
100:13,14,23
131:17
five-day-a-week (1)
129:17
five-minute (1)
24:24
fixing (1)
128:6
flip (2)
179:7,8
floor (1)
156:7
focus (1)
177:24
following (5)
4:4 30:2 88:21 177:17
178:7
follows (1)
4:12
Food (3)
11:10,22 12:6
Foods (1)
10:23
Foodtown (34)
8:3,6,12,15,20,23 9:7
10:10,11,14,18 11:2
11:4 12:18 15:4
16:5 82:21,25 83:6
83:8,12,19,24
108:11,15,18 109:2
109:20 110:4
132:13 133:3
140:19 141:2
142:19

force (2)
3:12 157:12
Forest (1)
140:6
form (151)
3:8 10:7 11:23 12:4,8
13:2,7 14:23 16:22
17:3,18 19:4,9,25
20:8,13,17 21:4,7
22:5,9,13,18 23:19
24:2,5,16,22 26:3,7
26:13 27:3,12 28:5
30:6,13,24 31:24
32:7,22 34:20 35:8
38:15,19 39:12,25
40:9,14 42:15,19,23
43:6,24 44:12 45:4
45:10,25 46:14,24
50:10 60:13 63:21
64:8,15 65:4,8,23
66:7 67:11,13 68:19
69:10,23 70:7,14,18
70:24 72:19 74:12
74:15 78:2,16 80:9
80:14,20 81:4,14,24
82:5,10,14,18 83:7
84:2,9 85:24 86:14
87:12 88:14 89:15
92:8 93:4,7,15,18
94:2,22 99:20 101:5
101:11 105:15
108:8,23 109:9
115:9 119:9,16
125:3 131:5,15,21
136:5,17 137:5
143:8 145:22 146:3
146:7,12,25 147:10
159:6,21 160:3,25
162:22 164:2,23
167:2 171:18 172:7
173:8 174:6,23
175:16,25 176:9,20
177:12 178:8,23
formal (1)
97:15
former (1)
51:13
forth (7)
109:14 114:14 129:14
130:6,16,19 183:10
forward (2)
8:25 164:18
found (3)
32:23,25 41:8
foundation (1)
96:22

four (8)
11:13 34:10,23 73:12
101:6 149:10,16
152:2
fourth (6)
114:20,25 118:6,7
152:14 181:22
frame (2)
38:20 39:5
Franciso (1)
119:18
Franklin (1)
163:10
frauds (1)
36:14
FRD (2)
95:19,20
Frederick (4)
141:18,20,21,25
free (5)
13:22 16:6,7 171:15
180:7
Freehills (2)
2:8 91:16
freezer (12)
11:25 126:19,24
127:8,9,11,12,14,20
127:22 128:6,7
French (1)
58:24
front (3)
157:9 158:12,16
frustrated (4)
148:22 151:12 154:25
165:9
frustrating (1)
149:17
frustration (5)
88:9 149:19 165:2
166:14 179:22
full (4)
22:8 127:23 172:17
172:23
full-time (1)
172:15
fun (1)
157:9
funds (1)
87:9
further (7)
3:10,15,19 96:3
173:15 179:25
183:13

_____

G

G (1)

4:8
games (1)
61:3
garbage (2)
157:6 175:2
garbageman (1)
173:24
Garden (6)
128:24 129:25 130:2
130:5,7,20
gathering (1)
80:23
general (1)
76:5
generally (1)
50:13
getting (6)
40:6 99:23 101:12
102:3 104:11,12
Gilbert (3)
1:17 183:6,20
girlfriend (1)
137:25
give (12)
5:11 20:9 33:12 82:7
95:9 113:25 121:16
124:12,13 145:10
147:16 167:22
given (5)
41:24 46:8 62:17 88:8
183:12
gives (1)
74:19
giving (2)
29:3 115:14
glasses (7)
13:24 37:22 47:12,14
52:11,12 53:13
go (39)
29:6 32:14 33:25 34:2
34:22 44:14 46:7
47:16 52:5 53:16
58:4 59:15 90:3
96:19 102:2 108:20
109:16 112:8
119:12 124:2,18
132:15 143:5,22
148:8 149:6 156:10
158:2,8 162:5
164:20 167:16,17
168:6,19,22 169:5
173:18 180:7
God (6)
146:21 148:5,6
149:20 165:14
169:18

going (36)
15:2 60:19,20 61:6
63:5 67:3 92:15
96:10 97:2 102:11
104:25 106:10
110:14 124:6,10,18
127:12 134:23
151:13,14 154:24
156:20 160:5,22
161:14 164:17,19
165:3 166:11,13,15
167:9 168:16
169:23 179:21,23
good (6)
10:20 74:9 95:25 96:8
96:18 149:3
goodness (1)
167:8
gotten (2)
152:12 176:25
government (2)
170:17,20
graciousness (1)
100:8
grade (1)
97:12
graduate (1)
6:18
Grand (2)
35:2,3
greater (1)
89:7
Greenpoint (2)
111:7,9
grocery (6)
24:3,4,6 133:5,9
136:15
Grossman (92)
2:10 4:14,15,17 5:3
13:12 14:8 21:10,22
22:14 24:24 28:8,18
29:7,14 35:16 36:16
37:11,17 38:21 39:2
39:14 41:10,18 42:8
46:10 48:19 49:3,18
49:21 52:2,22 53:2
53:5,21 54:2 55:25
57:2,6,14,24 58:23
59:5,13,19,23 60:22
61:21 62:3,20 63:3
63:12 65:5,11,25
66:16 67:24 70:2
71:12 75:14 76:5,14
79:5,13,17 84:16
85:3,9,13 86:18
87:21 90:18,22 91:2

95:10,21 96:2 102:8
102:18 106:14
174:6,23 175:16,25
176:9,20 177:12
178:8,23 179:2
180:5 182:11
guess (1)
115:25
guys (1)
26:9
Guzman (211)
1:3,13 4:1,15 5:1,4,22
6:1 7:1 8:1 9:1,11
9:14 10:1 11:1 12:1
13:1,19 14:1,6,9
15:1,12 16:1 17:1
18:1,5 19:1,12 20:1
21:1 22:1 23:1 24:1
25:1,4 26:1 27:1
28:1 29:1 30:1,18
31:1 32:1 33:1,9
34:1 35:1 36:1,5
37:1 38:1 39:1 40:1
41:1 42:1 43:1,14
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
51:11 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1,23 63:1,7 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1,16
71:19 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1,4 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1,15 140:1
141:1 142:1 143:1
144:1 145:1 146:1

147:1 148:1 149:1
150:1,9 151:1 152:1
153:1 154:1 155:1
155:13 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
166:25 167:1 168:1
169:1 170:1 171:1
172:1 173:1,17
174:1 175:1 176:1
177:1 178:1 179:1
180:1,13 181:16
184:3,6,24
Guzman's (2)
47:5 181:11

H

H (3)
1:8 181:2 182:2
half (2)
98:10 110:25
hand (1)
183:18
handed (1)
115:3
hands (5)
46:9 147:14 148:20
166:18 177:2
handwriting (6)
152:20,21,21 153:2,2
153:8
happen (3)
132:4 164:18 179:22
happened (12)
40:11 88:18 102:16
146:24 147:6
154:22 155:12
158:15,18 160:17
165:15 169:16
happy (5)
87:9,13,19,25 88:7
Harris (6)
1:7,8 176:13,14 178:3
184:3
head (3)
5:13 154:24 165:3
health (1)
25:5
healthcare (1)
165:11
hear (1)
29:15
heard (2)
35:24 105:5
held (3)

1:14 71:10 78:8
help (20)
29:18 36:14 40:17
41:3,6,9 50:21,24
54:25 88:3 90:21
136:12 152:5,15
154:9,16 159:3
160:6 171:3 174:11
helped (5)
19:19 36:7 149:21
155:9 156:22
helper (1)
110:13
helps (3)
36:13 75:6 159:7
Herbert (2)
2:8 91:16
hereinbefore (1)
183:10
hereto (1)
3:23
hereunto (1)
183:17
high (4)
6:9,11,14 97:4
Hills (1)
128:25
hiring (1)
167:19
history (10)
7:7 97:3 102:23,24
103:4,4,6 108:20
132:15 165:24
hit (3)
88:19 131:24 143:23
hold (2)
142:14 151:13
holding (1)
165:15
home (4)
48:3 73:20 163:11
169:6
hour (2)
15:6 73:7
hours (4)
15:3,5 157:7 167:14
house (2)
22:21,23
Houses (1)
140:6
huh (1)
56:7
human (1)
175:2
hundred (1)
173:9

hurt (1)
178:15

I

ice (2)
127:23 128:2
idea (1)
71:4
identification (15)
13:17 28:22 36:21
40:21 47:6 48:23
68:5 71:21 76:19
85:19 91:7 114:22
117:16 121:21
171:12
identified (7)
56:24 57:9,20 58:5
60:10,12 114:13
identify (2)
75:10 82:2
identifying (2)
176:6,7
ignored (1)
157:8
immediate (1)
55:7
immediately (2)
31:13 83:11
Immigration (2)
95:2,7
important (2)
9:17 150:10
Impossible (1)
70:19
improper (1)
95:8
improve (1)
54:25
incident (1)
147:7
include (1)
80:6
included (1)
136:2
includes (1)
116:18
including (1)
15:6
income (8)
16:19,25 17:17 77:9
170:10,25 171:18
171:22
indicates (1)
122:20
information (4)
40:16 41:2,4 103:15

**initial (11)**
8:23 117:4,13 120:17
121:3,5,14,19
163:14 181:24
182:5
**injuries (3)**
144:13,14 145:17
**instruct (7)**
66:8 84:14 85:7 92:15
92:18,23 95:5
**instructed (1)**
84:20
**instruction (1)**
95:11
**instructs (1)**
5:16
**insurance (12)**
13:6,16 14:4,15 25:5
25:10,11,14,19 89:3
89:4 181:6
**interest (1)**
61:19
**interested (3)**
40:6 103:2 183:16
**interpret (1)**
35:14
**interpreter (25)**
2:18 4:3,10 17:11,11
21:18 28:15 29:11
35:17,19 52:25 53:3
53:7,23 54:4 56:3
65:14 84:25 85:5
86:25 88:5 92:16
95:17 121:7 174:10
**interrupting (2)**
5:21 21:21
**introduce (1)**
4:20
**inventory (1)**
133:25
**investigate (1)**
40:3
**involved (4)**
93:23 94:9 146:10
165:16
**Island (2)**
34:22 168:7
**issue (2)**
95:7 159:5
**items (1)**
134:16

**J**

**J (181)**
1:17 4:1,8 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
183:6,20
**Jeffrey (3)**
2:15 4:22 96:9
**Jericho (2)**
129:24,25
**Jersey (4)**
97:19 98:4,5,6

**Jessica (1)**
121:11
**job (36)**
1:25 8:14 10:9,10
34:24 111:21 112:9
112:16 113:11,19
113:20,21 123:4
124:6 125:7,9,11
126:2,13,16,21
129:8,17 130:7
133:12 142:18,25
143:3 146:18
166:10 167:7,11,21
169:23 172:15,21
**jobs (3)**
126:4 133:20 170:3
**JOHN (1)**
1:9
**join (1)**
10:18
**joined (1)**
172:21
**joins (1)**
168:13
**Jose (10)**
1:3,13 43:14 47:5
51:11 180:13
181:11 184:3,6,24
**Juan (1)**
139:15
**judge (23)**
3:13 46:8 60:18,20
61:6,7 62:5,10 63:6
63:15 102:11
103:12 147:13
157:2,4,11 158:6,8
158:13,16 166:17
176:25 178:14
**judgment (32)**
40:19 42:14,17,21
43:3 45:7 61:4,17
76:22 77:6 91:5,13
91:17,19 92:5
151:10,23 154:2,5,9
154:15 156:15
159:19,25 160:6,10
160:17,23 161:15
165:20 181:10,21
**July (11)**
8:8 9:7 12:19 44:3
116:3,5,7,15 120:7
120:9 122:20
**jump (1)**
150:13
**jumped (1)**
112:3

**June (7)**
1:16 55:10,18 65:22
66:25 116:14
183:18

**K**

**keep (1)**
177:16
**KERRY (1)**
1:8
**Keshavarz (298)**
1:15 2:4,6 4:25 5:18
9:11 10:7 11:23
12:4,8 13:2,7 14:5
14:23 16:22 17:3,18
18:5 19:4,9,25 20:8
20:13,17 21:4,15,20
22:5,9,13,18 23:18
24:2,5,15,21 25:2
26:3,7,13 27:2,12
27:17 28:5,10,18
29:9,13,19 30:5,12
30:23 31:23 32:6,22
34:19 35:7,24 36:9
37:7,14,18 38:14,18
38:24 39:4,11,25
40:8,14 41:14,19
42:15,19,23 43:5,24
44:11,20 45:3,9,25
46:14,23 47:10,15
48:25 49:7,10,13,20
50:10,21 51:20,24
52:3 56:25 57:4,10
57:18,22 58:2,14
59:2,11,15,21 60:13
61:2,7,14,22 62:6
62:11,14,23 63:7,20
64:7,14 65:3,7,13
65:23 66:6 67:10,13
68:18 69:10,22 70:6
70:13,17,23 71:23
72:19 74:12,15
75:12,23 76:3 77:25
78:15,21 79:7,15,22
80:8,14,19 81:4,13
81:23 82:4,9,14,18
83:7 84:2,9,13,18
84:22 85:4,7,11,23
86:13 87:4,11,18
88:2,14 89:14 90:23
92:8,13,18 93:4,7
93:14,18,25 94:21
95:4,15,19,24 96:4
99:19,23 100:2,5,9
101:4,10,17,21,25
102:6,13,17,25

103:5,7,18,21 104:7
104:11,17,24
105:10,14 106:9,16
106:25 107:5,9
108:8,23 109:8
114:12 115:8,17
116:5,9,16 117:9,21
118:2,7,11 119:8,15
119:23 120:10,24
121:12 122:10,24
123:24 125:3 131:4
131:15,20 132:17
132:24 135:19
136:4,16,21 137:4
139:16 143:8
145:22 146:3,7,12
146:25 147:9,19
149:14 150:9,25
155:13,19 156:19
157:17,21 158:2
159:6,20 160:3,25
161:5,6,13 162:22
163:15 164:2,8,22
166:4,21,25 171:21
172:6 173:8,17,21
175:18 179:6,10,14
179:18 180:3,6
182:13
**Keshavarz's (1)**
120:22
**Kew (1)**
128:24
**key (1)**
168:10
**KINGS (1)**
183:5
**knew (2)**
39:21 122:14
**know (157)**
5:2 9:11 14:2 18:7
19:6 20:10 24:6
25:16 26:14 27:6,9
27:20 28:9,11,17
29:17 30:7 31:8
32:2,2,4,12 33:12
33:18,24 34:11
35:10,14,18,20
36:11 37:14 38:3,6
39:15,19 40:10,12
43:15 45:5,21 46:2
46:5,16,17 49:15,18
49:23 50:20 53:10
59:16 60:4,5 63:22
66:9 67:4,4,17
69:24 70:8,25 71:2
71:3 73:2,12,21

74:19 75:8 77:21
79:7,13,18,18 80:10
80:15 82:19 85:21
89:24,24,25 91:11
93:5 94:10 108:9,14
115:10,11,18
120:14 127:10
128:7 132:5,24
144:6 147:3,4,11,12
147:13,15,17,25
148:8 149:19
150:11 151:14
152:13 153:13,14
154:22,23 155:9
157:15,23 158:4
161:2,24 162:2,23
164:17,19,19 165:9
165:25,25 166:12
166:15,17 168:9,15
168:18,24 169:2,8
169:22,22 170:20
170:21 172:8,9,13
172:20 173:3 174:9
174:12,17 175:22
175:24 176:2,10
177:3,8,11,14,16,23
179:13
**knowing (1)**
157:13
**knowledge (2)**
19:24 20:6
**known (3)**
33:23 116:21 170:7
**knows (1)**
170:8

———————
L
———————
**L (1)**
3:2
**La (11)**
9:24 10:13 11:18,19
12:20 33:7 110:10
110:12,15,19
129:22
**labeled (1)**
86:23
**Labor (3)**
13:15 14:3 181:5
**lady (3)**
41:5 157:4,19
**language (4)**
31:5 37:12 51:18
177:19
**Lara (6)**
15:12 51:12 67:5,9,17
107:25

**lasted (1)**
11:12
**lastly (1)**
35:10
**late (3)**
54:23 162:21 168:9
**law (3)**
1:14 2:4 159:25
**lawsuit (20)**
26:16,20 27:6 93:21
93:22 144:2,5,10
145:2,8,16 151:19
159:14,18 164:6
165:19 175:23
176:18 177:9,10
**lawsuits (2)**
93:20 165:17
**lawyer (18)**
27:25 31:2 40:16 41:3
145:7 155:14
156:13 157:4,5,19
158:5,12 160:22
173:25 174:11
175:8,10,14
**lawyers (4)**
152:10 154:8,20
160:6
**lay (1)**
96:21
**learned (3)**
26:16,20 154:6
**leave (9)**
11:21 12:7 14:21
123:8,13 125:2,7,11
169:13
**leaving (2)**
124:6,8
**left (15)**
7:25 12:5,15,20 13:24
14:18,24 37:22
123:15,21 124:24
125:18 126:8
129:20 146:18
**legal (12)**
54:17 76:17 77:19
93:24 94:6,9 154:21
155:7,18,22 167:3
181:18
**lengthy (2)**
62:17 63:13
**let's (20)**
32:14 47:13 60:18
62:4 75:9 85:15
86:19 90:23 97:21
102:10 106:10
114:15 117:7

126:11 132:15
143:22 151:5
153:19 162:5
173:11
**letter (16)**
33:2,4,6 34:7,15
45:19 46:7 146:23
147:12,14 148:20
153:21 154:12
164:24 166:18
177:2
**letters (2)**
115:24 119:13
**letting (1)**
104:4
**levies (1)**
77:9
**Lexington (1)**
2:9
**liable (1)**
91:23
**license (1)**
72:3
**Lichtman (79)**
2:15 4:21,22 40:23
42:6 47:13 58:18
60:17 61:5 62:4,9
62:12,16 63:5 90:20
95:13 96:6,9 99:25
100:4,7 101:15,19
101:23 102:5,10,21
103:2,6,8,19,22
104:9,15,20 105:4
107:16 114:15,24
115:11 116:6,11,17
117:7,11,23 118:4,9
118:12 120:18
121:9 122:17 123:3
132:19 136:18,23
139:18 142:14
148:24 149:6,8,23
151:16 155:17
157:24 159:22
166:19,22 171:6
172:2 173:11,15
174:4,8,24 177:13
178:9 179:25
182:12
**lie (7)**
46:9 147:24,25
168:16 176:24
178:11,18
**lied (3)**
166:16,16 178:10
**life (5)**
164:18 165:24 168:14

179:20,24
**light (3)**
88:20 89:21,22
**Lincoln (7)**
76:17 77:19 154:21
155:7,18,22 181:18
**line (17)**
69:19 104:25 153:10
171:18,22,23,23,23
171:24 184:7,9,11
184:13,15,17,19,21
**listed (12)**
19:3 24:19 68:12
117:19,20 118:14
118:15,18,25 119:5
119:7,24
**Listen (1)**
103:22
**little (11)**
7:6 9:20 15:23 33:23
36:10 49:22 96:20
112:5 149:4 150:12
158:19
**live (13)**
44:2 68:14,15 98:8
100:20 101:2
105:12,17,24 108:5
129:5 138:21
140:12
**lived (22)**
14:9 23:5,10,13 68:11
100:18 101:6 102:2
103:13 104:6 106:6
106:20 107:2,6,10
107:12,13 137:24
138:16 140:8,10
148:21
**living (8)**
6:20 14:12,15 137:11
137:22 139:11,25
165:5
**LLC (5)**
1:7,8 9:24 91:15
184:4
**LLP (1)**
91:17
**located (6)**
6:16 23:24 128:17,18
129:23 141:9
**location (2)**
142:4,23
**locations (1)**
141:14
**logistics (1)**
50:25
**long (28)**

8:11 23:5 24:8 34:6
34:22 88:15 98:8
100:12 101:2,13
102:2,8 105:17
106:6,20,25 107:6
109:19 110:15,24
111:8 112:18
124:20 125:17
131:9 139:7 168:15
169:11
**long-term (1)**
55:6
**longer (1)**
160:10
**look (25)**
13:22 35:9 36:23 42:3
43:8,17 44:8 47:8
49:5 50:4 58:20
73:24 75:3,3,5 76:8
95:23 114:16
118:13,22 153:7,19
169:5 171:15 179:4
**looked (3)**
31:3 41:7,8
**looking (13)**
37:8,15,20 40:11
41:15 49:10 117:24
118:5 148:7 158:22
161:20,22 178:17
**looks (8)**
42:4 43:19,21 44:15
50:3,11 56:19 74:13
**lose (2)**
167:9 169:23
**lost (3)**
34:23 166:10 174:22
**lot (6)**
79:10 83:17 88:8
93:10 126:3 154:23
**Louis (1)**
6:15
**love (1)**
140:17
**LR (7)**
1:7 91:15,23 157:22
175:14 176:13
178:3
**LRC13 (1)**
4:18
**lump-sum (1)**
88:11
**lunch (2)**
15:6 71:11
**LUTZ (1)**
1:8

**M**

**M (1)**
4:8
**Macy's (2)**
18:21 20:22
**Magistrate (1)**
95:6
**maiden (2)**
51:6 67:6
**mail (5)**
24:10 73:21 75:7 90:2
134:23
**making (2)**
116:12 134:20
**man (1)**
113:5
**man's (1)**
102:23
**manage (2)**
167:13,14
**management (1)**
134:10
**manager (12)**
11:5 111:16,20,20,23
123:6 133:13,14
136:10 143:2 167:6
169:20
**Manhattan (5)**
98:15 132:8 141:16
141:19 144:7
**Marble (42)**
7:9,23,25 10:13,15,16
11:14 12:16 14:19
14:21,24 33:5,7
45:18 112:4,15,16
112:19,25 113:12
113:14,16,22
116:22 123:5,8,9,14
123:22 124:5
125:18,21,23,24,25
126:8,9,13 146:14
146:20 148:12
169:16
**Marca (11)**
9:24 10:13 11:18,19
12:21,22 110:10,12
110:15,19 129:22
**Marcella (3)**
77:19,21 155:5
**March (1)**
54:12
**mark (15)**
13:12 28:18 36:16
48:19 67:24 71:13
76:14 85:15 91:2
114:17 117:7

120:18 121:17
136:24 171:6
**marked (23)**
13:16,20 28:21 36:20
40:19 41:12,15 42:7
44:19 47:5 48:22
68:4 71:16,20 76:18
85:17 91:5 114:21
117:14 121:20
152:17 153:20
171:10
**Market (1)**
140:24
**marking (1)**
121:9
**marriage (3)**
100:23 104:3 183:15
**married (13)**
15:9,10 98:23,24
99:11,14,16 100:12
100:22 108:4
140:12,16,17
**marry (1)**
108:3
**MasterCard (9)**
18:19 20:19 48:18,21
49:9,16 69:18 90:6
181:12
**matter (5)**
54:9 77:7,12 168:25
183:16
**matters (1)**
99:24
**mean (14)**
19:14 23:8 50:23 79:9
101:8 102:18
138:25 141:21
158:23 160:8
164:12 165:21
174:22 176:8
**meaning (1)**
46:20
**means (2)**
45:13 124:15
**meant (3)**
76:25 77:15 158:20
**medication (2)**
131:2,8
**medicine (3)**
131:3,13,18
**meet (6)**
103:23 108:7 140:13
150:6,17 161:13
**meetings (1)**
151:3
**Mel (5)**

1:7,8 176:13 178:3
184:3
**Memorable (1)**
87:7
**memory (1)**
72:20
**mental (1)**
157:16
**mention (1)**
10:2
**met (6)**
108:15 140:15,19
142:22 152:5 161:5
**MICHAEL (1)**
1:9
**middle (5)**
55:20 69:13 141:23
143:15,18
**mind (7)**
39:24 127:7 142:11
148:22 178:16
179:10,11
**mine (4)**
43:19,20 70:11 73:25
**minimum (2)**
54:17 76:12
**minute (1)**
157:17
**minutes (3)**
90:19 95:22 102:12
**misplaced (1)**
90:18
**misreading (1)**
57:12
**Misstating (1)**
61:15
**mistake (1)**
126:19
**Mlotok (3)**
1:9 4:24 96:10
**moment (3)**
155:12 169:4 173:4
**money (19)**
17:7 33:15 38:4 46:5
46:16,17 48:11 60:6
64:22 90:15 92:10
105:7 146:23 147:5
148:16,17 160:20
163:4 176:22
**moneys (1)**
93:2
**month (11)**
22:8 23:3 25:9 76:2
81:6 98:9,9 110:25
132:5 164:7,14
**monthly (6)**

47:24 48:17,21 49:8
74:3 181:13
**months (4)**
46:22 82:8,11 111:10
**Moody (2)**
120:22 121:11
**morning (5)**
116:10 118:10 127:25
165:7 168:11
**mother's (2)**
51:6 67:6
**Motrin (3)**
131:6,10,14
**move (10)**
6:23 98:12 106:3
107:14 138:3,11
148:24 149:23
151:16 166:19
**moved (12)**
83:24 97:17,18,23
98:3,4,11 105:24
107:21 138:8,12
166:22
**multiple (3)**
46:22 57:2 71:14

**N**

**N (8)**
2:2 3:2 4:2,8 182:2,2
182:9 183:2
**name (50)**
4:16,21 6:14 15:12
24:7 46:6 50:18
51:3,4,6,15 67:6,7,9
67:16 70:22 78:8
83:10 96:8 99:17,21
99:25 100:15 104:5
107:24 108:13
113:4 114:8,9,10
116:18 118:14
119:24 122:11
127:17 128:8,10,22
128:23 139:14
140:4 141:7 155:5,6
155:18 161:21
169:8,10,24 184:3
**named (1)**
140:23
**names (20)**
10:25 64:3,13 83:22
176:2,3,7,10,11,15
176:17 177:6,15,15
177:16 178:3,19
179:16,17,23
**naturalized (2)**
94:14,20

**naturally (1)**
18:8
**near (1)**
163:11
**necessary (2)**
57:7 69:15
**need (8)**
28:24 47:2 101:23
103:11 131:10
168:23 169:19,20
**needed (2)**
127:15 174:13
**needs (1)**
29:15
**nefarious (1)**
49:19
**neighborhood (5)**
128:21,23 139:5,21
140:5
**nervous (1)**
34:11
**never (18)**
23:15 38:6 39:20,21
46:7 51:4 64:23
89:19 147:14
148:21 162:3
165:23,23 166:17
170:18,19 179:10
179:11
**new (30)**
1:2,16,19 2:5,10,10
2:14,14 4:11 6:4 7:2
13:14 14:3 68:13
91:16 97:18,19,21
98:4,5,6,13,14
105:13,18 144:11
169:14 181:5 183:3
183:7
**night (4)**
12:2 148:14 165:4
168:5
**nine (2)**
15:5 173:9
**nine-digit (1)**
68:7
**ninth (1)**
156:7
**nonresponsive (5)**
148:25 149:24 151:17
166:20,23
**Notary (5)**
1:18 3:12 4:10 180:19
183:6
**note (2)**
41:19 48:25
**notes (1)**

95:23
**notice (5)**
124:12 125:2 151:8
151:21 167:22
**notices (1)**
77:8
**notified (1)**
54:16
**noting (1)**
41:23
**November (11)**
84:6 86:22 87:3 89:8
89:8 117:6 120:5,9
120:13 162:12,17
**Nueva (1)**
10:23
**number (31)**
44:5 49:12 56:2,4,6
56:13,15,16 57:5,20
57:22 58:2,15,21
59:2 60:15 64:17,18
68:7,9,10 69:2
71:17,20 73:13
86:17,24 98:20
114:18 120:19
181:17
**number's (1)**
63:25
**numbers (2)**
57:3 58:25

**O**

**O (4)**
3:2 4:8 182:2 183:2
**O'Hare (2)**
2:13 4:23
**oath (2)**
5:22 96:12
**object (9)**
5:15 32:10 41:14
51:24 59:11 103:9
103:11 115:12,13
**objected (1)**
65:5
**objection (189)**
10:7 11:23 12:4,8
13:2,7 14:23 16:22
17:3,18 19:4,9,25
20:8,13,17 21:4,7
22:5,9,13,18 23:18
24:2,5,15,21 26:3,7
26:13 27:2,12 28:5
28:25 29:16 30:5,12
30:23 31:23 32:6,22
34:19 35:7 38:14,18
39:2,4,11,25 40:8

40:14 42:15,19,23
43:5,24 44:11 45:3
45:9,25 46:14,23
47:10 50:10 56:25
57:4,7,10 59:7
60:13 61:14 62:18
63:12,14,20 64:7,14
65:3,7,15,23 66:6
67:10,11,13 68:18
69:10,22 70:6,13,17
70:23 72:19 74:12
74:15 77:25 78:15
78:21 80:8,14,19
81:4,13,23 82:4,9
82:14,18 83:7 84:2
84:9,13,22 85:2,4,6
85:23 86:13,14
87:11 88:14 89:14
92:8 93:4,7,14,18
93:25 94:21 95:4,18
99:19 101:4,10
102:9 105:10,14
108:8,23 109:8
115:8 119:8,15,16
123:24,25 125:3
131:4,15,20 136:4,5
136:16 137:4 143:8
145:22 146:3,7,12
146:25 147:9
157:24 159:6,20,21
160:3,25 162:22
164:2,8,22 167:2
172:6 173:8 174:4,5
174:6,8,23,24
175:16,25 176:9,20
177:12,13 178:8,9
178:23
**objections (1)**
3:7
**obstructing (1)**
62:13
**obviously (1)**
59:7
**occasion (2)**
82:13 125:12
**occasions (3)**
124:13,14,17
**occur (1)**
93:9
**October (9)**
90:6,10,13 120:25
121:15 122:14,23
158:24 159:4
**off-the-record (1)**
71:9
**offer (5)**

10:17 91:5,13,19
181:20
**offered (2)**
10:9 92:4
**offers (1)**
91:17
**office (3)**
1:14 2:4 120:22
**official (1)**
9:14
**officially (1)**
9:18
**oh (2)**
35:19,23
**okay (66)**
9:21,22 21:20 32:14
49:20 51:14,17
53:15,18 56:12,22
62:3 63:24 69:4
71:23 72:11,20
75:24,24 90:17 96:4
96:14,19 99:17
108:14,19,22
109:25 115:25
116:17 118:8,12,17
118:22 119:6,20
120:13 123:3
124:11 125:22
126:11 127:2
129:23 132:13
135:21 137:11
139:19 140:13
141:3,14 142:3,18
143:25 147:6
153:22,23 154:7
156:7 159:3 160:15
167:5 170:19
173:19 175:18,22
176:11
**old (3)**
10:9,10 127:9
**once (3)**
23:20,21 169:18
**ones (8)**
22:6 26:9 118:9
154:11 175:9
176:21,23 177:5
**open (5)**
48:7 127:23 133:20
159:19 179:3
**opened (7)**
127:25 156:23,24
162:16 163:12,19
163:20
**Opening (1)**
133:18

**opportunity (4)**
10:20 103:23,24
178:12
**options (2)**
54:10,24
**order (2)**
96:21 133:25
**ordered (1)**
78:11
**ordering (1)**
133:23
**orders (2)**
114:4 167:15
**outcome (1)**
183:16
**outside (1)**
84:7
**owe (10)**
22:20 31:17 38:4
39:24 43:2 45:7
48:11 76:2,10
148:16
**owed (10)**
32:21 33:15 45:2,24
46:17 89:19 90:14
146:23 160:19
176:22
**owing (3)**
46:15 65:19 148:17
**owned (3)**
134:7,11 137:12
**owner (4)**
11:24 132:11 134:9
136:10
**owners (1)**
83:20
**ownership (1)**
143:20
**owning (1)**
143:11

**P**

**P (3)**
2:2,2 3:2
**p.m (2)**
1:17 180:9
**Pablo (2)**
113:15 125:9
**page (49)**
13:21 14:4 42:3,5
43:8 49:11,12,14
51:25 52:18 53:19
54:11,19 55:2,9,17
55:20 75:13 76:4
77:4 86:16 116:2
117:19,24,25 118:2

118:6,16,24 119:22
121:23,24 122:25
152:19 155:3
158:21,22 162:11
181:3 182:3,10
184:7,9,11,13,15,17
184:19,21
**pages (8)**
49:2 51:19,23 52:4
177:9 179:5,8,15
**paid (8)**
52:21 66:4 90:14
92:11 127:15
134:14,17,20
**pain (2)**
131:7,9
**Palma (1)**
10:22
**paper (2)**
119:23,25
**papers (2)**
175:24 176:8
**paragraph (3)**
77:5,11,12
**paragraphs (1)**
69:13
**Parkway (1)**
168:7
**Parnagian (2)**
2:13 4:23
**part (8)**
7:12 36:4 37:4 79:5
151:9,11,22 173:5
**particular (1)**
79:12
**particulars (1)**
166:6
**parties (4)**
1:14 3:5,20 183:14
**party (1)**
77:14
**Pass (1)**
180:3
**passage (1)**
52:17
**Passaic (5)**
98:7,8,11 100:18,20
**passed (2)**
34:8 100:16
**passengers (1)**
130:21
**pay (29)**
22:7,20 23:2 25:9
39:23 46:22 52:19
54:16 64:25 65:18
66:20 67:3 74:3

76:12,12,13,13,13
89:17 90:12 135:3,4
135:4,12 148:16
151:14,15 166:11
167:17
**paying (3)**
90:8 134:5,25
**payment (8)**
48:13 54:10,24 55:8
55:13 84:7 88:11
89:13
**payments (4)**
48:15 50:6 52:19 89:7
**people (21)**
33:22 35:23 36:13
40:11 83:21,21 89:5
103:13 124:5
127:10,21 128:5
147:4,17 157:5
174:25 175:12
176:23 177:3,7
178:6
**period (9)**
7:11,19 9:2 10:6 21:5
21:17 82:25 162:11
162:13
**periods (2)**
25:18 82:21
**permission (1)**
166:9
**person (14)**
31:6 35:21 113:4,7,9
114:3,6,12 127:14
127:17,18,19 162:2
177:4
**person's (1)**
103:3
**personal (9)**
16:8 99:24 103:4,15
135:16,22,24 136:6
144:14
**personally (2)**
84:21 136:3
**pertain (1)**
87:15
**pertains (1)**
87:17
**phone (1)**
44:5
**phrasing (1)**
79:12
**place (4)**
9:10 132:7,12 172:25
**places (5)**
108:21 112:10,12
126:10 169:17

**plage (1)**
118:19
**Plains (4)**
141:6,9 142:16,20
**plaintiff (1)**
1:4 2:4 91:24 144:9
**Plaintiff's (7)**
114:20,25 117:4,13
121:2 181:22,24
**Plaintiffs (1)**
121:13
**played (1)**
174:12
**playing (1)**
61:2
**please (27)**
5:9,11,25 21:11 28:14
29:13 42:20 46:10
47:2,8 52:6,22
54:16 57:14 59:5,23
60:22 61:10 63:16
65:10,11,24 100:4
104:21 117:8
118:13 149:7
**pleased (1)**
10:17
**plenty (1)**
103:23
**point (8)**
12:24 78:4 123:11
124:10 143:19
146:22 147:22
175:20
**pointed (2)**
155:14,15
**pointing (4)**
75:12 76:3 155:17
157:22
**portion (6)**
13:22 52:7 149:24
151:17 166:20,23
**portions (1)**
148:25
**position (4)**
7:14,17 11:7 101:20
**possible (1)**
54:17
**precisely (1)**
139:24
**prejudice (1)**
77:13
**prepare (2)**
166:2 171:4
**prescribed (1)**
131:18
**present (2)**

2:18 64:20
**president (1)**
113:23
**prevent (1)**
55:6
**previous (10)**
53:6,8 54:3,5,12,20
55:3,10,18 103:13
**principles (1)**
55:21
**prior (2)**
41:20 104:2
**private (1)**
102:15
**probably (3)**
85:11,13 149:3
**problem (8)**
144:16 147:21,22
148:2 167:24
169:22 170:18,19
**problems (1)**
157:15
**Procedure (2)**
91:15,21
**process (1)**
103:8
**produce (1)**
133:23
**product (5)**
85:8,9,10,12,14
**production (4)**
71:17,19 171:8
181:16
**professional (3)**
165:12 174:15,21
**promptly (1)**
52:20
**proof (1)**
160:19
**proper (3)**
79:12 80:4 92:22
**property (1)**
77:9
**Prospect (5)**
68:12 137:16,17
138:4,9
**provide (4)**
31:4 78:11 101:22,24
**provided (3)**
3:17,20 78:18
**psychiatrist (2)**
145:20 146:2
**psychologist (1)**
146:6
**Public (5)**
1:18 3:12 4:10 180:19

183:6
**Puerto (6)**
6:25 97:14,17,24 98:3
99:2
**purchases (1)**
89:12
**purposes (3)**
3:17 91:20 116:12
**Pursuant (1)**
91:14
**put (5)**
5:19 110:14 160:8
174:10,13
**Putting (1)**
84:19

_____
**Q**
**Queens (7)**
112:13 126:6,7,10,14
128:18 137:15
**question (145)**
5:9,16 16:23 21:8,9
21:11,12 22:15,16
23:19 24:16,22 27:3
27:21,23 28:6,16
29:6,23 30:6,13,24
31:24 32:7,11 34:20
35:8 37:16 38:19,25
39:12 40:9,24 43:6
44:12 45:4,10 46:11
46:12,24 51:16
57:15,16,25 58:11
58:17 59:4,6,9,17
59:18,25 60:9,21,23
60:24 61:8,9,11,12
62:2,7,8,14,17,21
62:24,25 63:8,9,11
63:17,18,21 64:8,15
65:8,12,16,24 66:2
66:7,17,18 68:19
69:23 70:3,4,7,14
70:18,24 76:6 78:2
78:16 80:9 81:14,24
82:5,10 85:24 87:5
87:12,13 89:15
92:17 93:15 94:2,22
95:16 96:15 99:20
101:5,11,18 104:14
104:19,21,22,25
105:5,15 109:9
111:17 119:9,16
120:3 122:13 124:3
126:11 131:5,21
136:5,17,19,24
147:10 158:3
159:23 163:16

164:23 170:23,24
172:7,12
**questioning (1)**
95:8
**questions (17)**
4:4 5:5,7,10,14 6:5
44:22 53:12,17
87:14,24 96:11,20
103:10,25 173:16
179:19

_____
**R**
**R (2)**
2:2 183:2
**rating (4)**
52:21 54:25 55:7,14
**Re-state (1)**
60:21
**reacted (1)**
31:13
**reaction (3)**
37:25 38:3,22
**read (72)**
14:2,5 21:10,13 22:17
28:9 29:3,5,17,21
29:22 31:7,9 32:8
33:13,14 35:22
43:10 46:10,13
50:22 52:6,8,17
53:12,14 57:13,14
57:17 59:5,10,23
60:2,22,25 61:10,13
62:21 63:9,10,16,19
65:11,17,25 66:16
66:19 69:12 70:5
74:8,10 75:17,20,22
77:5 91:9 104:20,23
107:16 115:9 119:9
119:13 154:12
155:15,19,21
158:22 177:20,22
177:23 178:20
179:9
**reading (5)**
47:12,14 52:11
155:20,24
**reads (5)**
14:2 54:14,22 55:12
55:21
**real (1)**
174:13
**reality (2)**
148:16 172:13
**realized (1)**
158:19
**really (10)**

104:12 112:9 124:7
131:7 147:25
154:23 159:7
174:12,13 177:22
**rear (2)**
88:20 131:25
**reason (16)**
53:16 68:17 70:20
163:3,6 167:3
168:15 169:21
184:7,9,11,13,15,17
184:19,21
**reasons (1)**
123:23
**rebuild (1)**
55:15
**recall (20)**
12:12 13:9 14:14 21:2
21:23 25:17 42:12
42:17,21,25 43:22
67:18 73:8 82:22
83:10 87:2 90:4,8
107:10,11
**receive (9)**
47:24 48:3,6 49:25
84:12,21 88:21 89:2
144:25
**received (19)**
16:19,24 24:10 39:21
45:19 64:23 79:21
84:6 88:10 89:6,12
92:12 93:2 121:10
144:22 146:22
151:7,8 166:17
**receiving (1)**
14:14
**recess (6)**
25:3 71:11 90:25
106:15 149:5
173:14
**recognize (14)**
37:2 41:13 68:9,22
69:5,7 71:24,25
72:9,17,24 119:11
152:25 178:3
**recollection (3)**
72:5,9,17
**record (22)**
4:20 5:19 6:2 9:13,20
18:9 37:8,19 47:16
47:18 50:23 102:22
106:11,17 116:13
122:18 130:4 149:7
155:25 179:2 180:8
183:11
**records (5)**

78:12 80:12 82:12,17
164:14
**red (1)**
88:20
**referred (3)**
122:3,6,8
**referring (2)**
147:8 168:20
**refers (1)**
119:22
**reflects (1)**
162:6
**refresh (2)**
72:4,8
**refreshes (2)**
72:16,20
**refrigerator (2)**
127:4 128:5
**refusing (1)**
59:20
**regard (1)**
103:16
**regarding (1)**
159:5
**register (1)**
5:12
**related (1)**
183:13
**relates (1)**
170:11
**relevance (4)**
79:25 99:21 101:12
103:16
**relevant (1)**
87:16
**relief (1)**
158:19
**remember (184)**
8:7 9:3 10:5 12:14
13:3,4,5,11 17:19
17:20 19:5,11 20:2
20:4 21:14 22:2
23:7 24:23 25:16,20
26:4 27:13 42:2,11
42:16,24 43:7,25
44:7,16,16 46:15,25
46:25 47:3 65:19
66:13,14,21 67:20
67:23 68:16,20
69:25 70:10,10 71:8
72:11,13 73:2 76:24
80:11,12,15,17,23
81:5,7,9,10,16,20
81:21,25 82:19 83:3
83:4,16 86:2,4,5,6,7
86:9,10,15 87:8

88:23 89:10,20 90:7
93:11,19 94:18
98:19 100:10,11,14
100:16,17 105:11
105:16,19,21,23
106:2,5,8 107:19,19
110:6,18 111:13
112:22 123:19,20
124:22 125:4,5
126:3,4,16 128:19
128:20 131:25
133:10 134:8 137:8
137:10 138:5,16,22
138:25 139:3,23
140:2,3,4 141:5,7
143:9,10,12,13,16
143:17,18 145:3,6,9
146:13 148:17
149:22,22 150:24
152:22,23,25 153:3
153:4,6,13,17,23
154:23 155:11,12
156:11,12,13,17,22
158:17 159:3,7,9,12
159:15 161:3,3,9,12
162:18,19 164:4,10
164:15,16 173:22
174:3 176:4,12
177:14,16
**remembering (1)**
179:23
**removed (1)**
46:21
**rent (5)**
22:24,25 23:2 134:14
151:15
**rented (2)**
136:9 138:12
**repeat (5)**
16:23 22:14 42:20
65:24 70:2
**repeating (1)**
102:19
**rephrase (2)**
39:8 145:24
**replace (3)**
4:2,5,5
**reporter (31)**
5:12 9:18 13:18 21:13
22:17 28:23 36:22
40:22 46:13 47:7
48:24 57:17 59:10
60:2,25 61:13 63:19
65:17 66:19 68:6
70:5 71:22 76:20
85:20 91:8 104:23

114:23 117:17
121:17,22 171:13
**represent (6)**
4:17,23 96:9 114:24
160:23 172:3
**representative (1)**
113:24
**represented (3)**
24:13 43:2 75:21
**representing (3)**
158:12 175:8,10
**Republic (7)**
6:17,21 7:4 16:14
94:12 97:4,24
**request (2)**
77:24 115:3
**requested (15)**
21:12 22:16 46:12
57:16 59:9,25 60:24
61:12 63:18 65:16
66:18 70:4 78:5
88:6 104:22
**reserve (1)**
5:19
**reserved (1)**
3:8
**residence (2)**
22:21 23:6
**resolve (3)**
54:9,23 92:7
**respect (1)**
3:23
**respective (2)**
1:14 3:4
**respond (1)**
39:18
**response (3)**
5:11 47:2 166:24
**responsibilities (3)**
133:15 167:10,13
**responsibility (2)**
133:16 167:20
**responsible (8)**
39:16,17 133:22
134:4,19,22 148:23
167:19
**rest (2)**
179:20,24
**restraints (1)**
77:8
**result (3)**
144:14 160:5,21
**resulting (1)**
77:8
**retain (1)**
33:2

**retirement (1)**
78:8
**return (1)**
170:11
**returned (2)**
138:17,20
**review (11)**
5:20 27:10 30:10,21
34:18 35:5 48:9
50:7,8,14 73:22
**reviewed (3)**
31:21 39:9 56:10
**reviewing (3)**
37:25 38:23 40:5
**reviews (2)**
73:16 74:17
**revise (1)**
5:20
**Rico (6)**
7:2 97:14,18,24 98:3
99:2
**rid (3)**
154:15 156:15 159:13
**right (57)**
5:20 28:3 42:8 47:15
49:20 51:13 52:15
60:19 62:10 72:8
73:17 75:14 81:22
95:24 97:25 99:15
100:19 107:22
109:7 116:13,15,16
116:19,22,25 122:4
122:15 125:25
132:12 136:21,22
144:10,23 149:11
151:10,23 152:3,6
152:20 154:6,9,15
156:3,7 160:24
161:25 162:8,25
167:7 170:17
172:23 173:7 178:4
179:11,16,18 180:6
**rights (1)**
3:20
**Road (21)**
8:4 23:11,14,17,25
24:11,14,19 51:8
109:6,20 110:4
133:3,6 134:12
137:13 141:6,9
142:6,17,20
**Robert (2)**
2:10 4:17
**rolling (1)**
106:12
**room (3)**

157:12 165:5
173:25
**Roosevelt (18)**
11:10,21 12:6 110:21
110:22,24 111:4,15
111:19 125:23
126:22 128:9,17
129:4,8,20 130:12
137:14
**round (1)**
23:4
**Rule (6)**
91:5,13 114:20 115:2
181:20,22
**Rules (3)**
91:14,14,21
**ruling (1)**
95:7

**S**

**S (10)**
1:7,8 2:2 3:2,4 4:2,8
181:2 182:2 184:3
**sad (1)**
88:7
**sake (1)**
122:18
**salary (5)**
7:16,18 11:6 33:2
172:14
**sale (1)**
143:5
**Salsona (1)**
122:2
**Samserv (3)**
1:9 4:23 96:9
**Sanchez (3)**
118:19 119:4 122:2
**Sansone (16)**
9:24 10:13 11:18,20
12:21,22 110:6,7,9
110:10,12,16,20
129:22 130:8
169:17
**Saul (2)**
114:7,8
**savings (3)**
18:11 80:7 162:7
**saw (6)**
29:25 37:5 45:20
115:23 124:8
161:20
**saying (7)**
35:15,20 41:22
120:25 127:10
142:12 160:12

**says (29)**
33:9 54:7 57:11 60:14
61:3,17 64:23 65:2
66:9 69:17 75:5,7,8
77:11 116:2 119:18
119:23,25 120:2,7
120:11 153:9 155:7
158:21,23 162:10
169:19 171:22,24
**school (7)**
6:8,9,11,14 97:4,6,9
**sealing (1)**
3:5
**Sears (10)**
18:19 20:19 48:18,21
49:9,15 90:6,9,13
181:12
**second (26)**
13:21 14:4 71:16,19
77:4,11 86:16 92:13
111:17 117:4,13,24
117:25 118:2,5
120:11 121:24
125:2 143:23 150:5
155:3 158:15,18
159:11 181:16,24
**second-to-the-last (1)**
42:5
**secondary (3)**
6:13 97:6,8
**sections (1)**
3:22
**Security (2)**
68:10 69:2
**see (35)**
30:2 43:9,9,10 52:9
56:5 63:24,25 76:11
95:14 115:15
117:18,20 118:13
118:19,25 119:17
119:21 122:2,5
150:2 152:19 153:8
153:9,10 154:8
155:5,8 158:25
162:14 167:25
171:20 173:12
176:3 179:8
**seeing (1)**
72:22
**seen (12)**
28:19 29:24,25 30:3
91:11,25 93:17
115:6,16,21 145:20
165:11
**sees (1)**
73:21

**sell (2)**
137:2 143:7
**send (1)**
114:4
**sending (1)**
121:12
**sent (6)**
31:2 32:25 33:4,7
115:24 147:11
**sentences (2)**
69:15 91:10
**separate (2)**
82:20 135:17
**separated (1)**
93:12
**September (1)**
77:7
**sequential (1)**
120:19
**serious (1)**
54:23
**seriously (2)**
52:20 54:8
**served (6)**
115:5 116:3,14 120:5
120:8 122:22
**Service (4)**
95:2 120:6 122:19
155:23
**Services (6)**
76:17 77:20 154:21
155:7,18 181:18
**set (7)**
19:12,14 77:10,16
160:7 183:10,17
**settle (1)**
145:2
**settlement (7)**
17:6,14,16 92:20 93:3
144:22 145:2
**shake (1)**
5:13
**SHEET (1)**
184:2
**short (6)**
10:3,6 11:12 36:10
138:15 173:12
**shortcut (1)**
49:4
**show (13)**
28:3,7 41:11,16 71:15
115:12,13 117:3
120:16 152:16
155:2 171:15 179:2
**showed (1)**
34:14

**showing (1)**
13:19
**shown (2)**
41:20 152:18
**shut (1)**
165:7
**side (5)**
37:9,15,20,21 44:21
**Siena (42)**
7:9,23,25 10:13,15,16
11:14 12:15 14:18
14:21,24 33:5,7
45:18 112:4,15,16
112:18,24 113:12
113:14,16,21
116:22 123:5,8,9,14
123:21 124:5
125:18,21,23,24,25
126:8,9,13 146:14
146:20 148:12
169:16
**sign (5)**
69:8 143:6 150:21,23
157:12
**signature (19)**
42:9 43:13,16,18,21
44:9,15 69:5,6,9
70:11 72:5,6,7,10
72:14,18,22,24
**signed (4)**
3:11,13 77:18 159:13
**significant (2)**
84:6 89:11
**signifies (1)**
140:23
**signify (1)**
34:16
**signing (3)**
43:22 153:7 174:2
**Silverman (3)**
77:19,21 155:6
**simple (2)**
75:4 170:22
**sir (26)**
15:13,15 17:23 18:12
18:16,20 25:6 26:18
26:22 37:6 48:4
66:3 94:13,15 115:7
131:3 141:10
145:21 146:8 147:8
151:18 152:4
159:16,24 166:2
171:5
**six (9)**
15:8 23:8,8 62:22
81:8,11 107:8,20

129:19
**sleep (3)**
148:14 165:4 168:5
**sleeping (1)**
131:12
**smaller (1)**
148:9
**Smith (2)**
2:8 91:16
**Social (2)**
68:10 69:2
**sold (3)**
137:6,8 143:21
**solemnly (1)**
4:3
**Solsona (2)**
118:19 119:4
**somebody (7)**
35:13 88:19 131:24
148:19,23 166:16
168:17
**soon (1)**
136:24
**sorry (22)**
5:18,21 8:4 16:4
20:14 21:21 35:16
42:4 62:9 63:2,3
74:21 77:12 85:3
103:9 104:9 110:9
116:10 118:4 133:4
139:16 175:11
**sought (1)**
42:13
**Sounds (1)**
95:24
**sources (1)**
84:7
**SOUTHERN (1)**
1:2
**Spanish (20)**
2:18 4:2,4,5 31:5
36:19 37:9,12,15,20
43:14 49:25 51:18
51:21,22,25 52:4,6
58:24 181:8
**Spanish-language (1)**
44:20
**speak (7)**
28:11 32:9 74:6
123:22 157:2,10
174:9
**speaking (7)**
29:16 57:6 60:19
62:18 63:14 102:9
152:10
**speaks (1)**

**specific (2)**
43:22 113:4
**specified (1)**
91:20
**spell (1)**
67:15
**spelled (1)**
128:12
**spelling (3)**
67:14 114:14 128:14
**spoke (1)**
82:20
**spot (1)**
134:14
**spouse (1)**
93:13
**Square (8)**
76:17 77:19 154:21
155:7,18,22 163:10
181:18
**SS (1)**
183:4
**Stamp (1)**
86:17
**Standard (1)**
69:18
**stands (4)**
39:3,14 59:8 63:13
**start (2)**
9:19 163:4
**started (8)**
9:6 12:18 55:16
125:19 141:5 144:3
152:10 161:20
**state (14)**
1:19 4:10 5:25 13:15
14:3 25:11 38:19
103:17 153:17,18
157:16 181:5 183:3
183:7
**statement (17)**
13:25 49:5,9 52:23
53:4,22 54:11,19
55:2,9,17 56:21
60:11 75:18 76:7,9
162:11
**statements (23)**
47:25 48:18,22 49:24
56:15 73:16 74:4,11
78:5,19 79:2,3,4,9
79:21 80:5,6 85:17
85:22 86:11 163:24
181:13,19
**states (3)**
1:2 6:24 171:17
**status (1)**

95:8
**stay (1)**
165:5
**stayed (1)**
124:23
**step (2)**
97:22,22
**steps (1)**
33:20
**sticker (2)**
41:21,25
**stipulate (7)**
58:14,16 87:22
119:25 120:8
122:10,22
**STIPULATED (4)**
3:3,10,15,19
**stipulation (2)**
58:19 153:21
**stop (5)**
62:13 95:12 123:9,14
123:16
**stopped (5)**
126:12 143:11,11
146:15,18
**store (33)**
10:24 11:2,24 24:3,4
24:6 108:11 127:4,5
127:25 133:17,18
133:21,23 134:2,7,9
134:11,16 135:12
135:15,17,23 136:9
136:15 137:2,2,12
140:19,22 143:11
167:15 168:10
**stores (3)**
140:21 141:8 170:6
**straight (1)**
151:6
**Stream (15)**
6:4 106:4,7 107:15,21
129:5,6,8 130:7,20
140:12 153:9,11
163:10 168:6
**street (17)**
1:15 2:5,14 6:3 14:10
44:3 98:13 105:13
105:18,25 106:4
138:23 140:7
141:17,22 156:3,5
**stress (1)**
22:19
**stressed (6)**
14:25 123:11 125:14
164:16,21,24
**stressful (1)**

22:11
**stressing (1)**
164:17
**strike (12)**
20:14 74:2 133:4
136:8 148:24
149:23 151:4,16
153:24 165:17
166:19,22
**studio (1)**
139:10
**Subscribed (1)**
180:15
**subtract (1)**
171:23
**suffered (1)**
91:24
**suggested (1)**
35:13
**suggests (1)**
92:19
**suing (1)**
165:22
**sum (2)**
61:18,19
**summons (14)**
36:19 37:12 56:10,14
56:24 57:9,21,23
58:3,6 60:12 61:15
64:19 181:8
**Sunnyside (2)**
129:2,3
**supermarket (7)**
8:3 52:13 83:9,11
111:7 127:6 167:13
**supermarkets (1)**
142:19
**Supplemental (3)**
71:17,19 181:16
**supposed (2)**
127:3 157:8
**supposedly (2)**
176:21,24
**sure (17)**
25:2 27:9 28:15 29:5
37:19 41:18 43:20
44:18 79:24 111:18
116:12,12 124:14
132:20 134:20
135:21 138:25
**surgery (2)**
144:17,18
**surprised (1)**
38:10
**suspend (1)**
167:21

**swore (1)**
4:3
**sworn (3)**
4:9 180:15 183:10

---

**T**

**T (8)**
3:2,2 4:2 181:2 182:2
182:2 183:2,2
**table (3)**
61:9 62:7 104:19
**take (26)**
24:24 28:24 33:20
36:23 43:8 47:9,13
58:20 90:19,23
97:22 106:10
114:16 118:13
124:20 131:6,8,10
131:13 132:7 149:4
151:9,22 153:19
168:3 173:11
**taken (12)**
1:13 5:22 16:9 25:3
61:4,18 71:11 90:25
106:15 131:18
149:5 173:14
**talk (3)**
7:6 82:24 157:11
**talked (6)**
47:19 73:4,10 93:21
131:23 177:18
**talking (4)**
38:22 73:6,8 147:7
**tax (4)**
25:23 170:10 171:10
182:7
**taxable (2)**
171:17,22
**taxes (3)**
170:12,25 171:4
**tell (17)**
5:23 21:21 42:10
45:23 50:20 51:2
60:17 74:18 88:8
124:7 125:6,10,15
128:6 148:5 168:24
178:11
**telling (2)**
156:14 168:21
**ten (2)**
105:22 168:12
**tense (5)**
124:8 125:13 148:15
165:8,10
**tension (2)**
165:12 168:14

**terminology (1)**
151:5
**testified (4)**
4:11 29:2 47:11
173:22
**testify (2)**
66:23 157:25
**testimony (10)**
36:5 61:15 105:2
106:13,14,19,23
166:20 174:3
183:12
**thank (16)**
4:15 32:3 49:21 52:21
73:3 96:25 100:7
119:20 123:3
146:21 148:5
155:24,25 165:14
167:8 169:18
**thing (3)**
102:15 147:15 175:19
**things (14)**
16:8 89:23 132:22,23
135:12 151:15
154:24 167:16,17
167:18 168:19,21
169:14 173:18
**think (35)**
4:25 31:15 32:16
38:21,24 58:7 68:17
69:14,15 79:11,15
80:4 87:15,17 92:22
106:9 111:3 112:20
114:11 129:2
133:11 140:6
142:16 145:5
148:23 149:3
153:12 167:9,9
170:22 172:20
174:22 176:19
178:7 179:20
**thinking (2)**
128:3 147:23
**third (10)**
118:24 132:17,20
142:3 150:16,22
152:7,9,12 177:4
**thought (2)**
35:19 52:13
**three (15)**
10:2 11:12 15:17
18:18 34:10 44:13
47:21 110:17
132:25 140:15,21
141:8 163:21 170:6
176:14

**Tile (9)**
7:9,23,25 10:14 11:15
   12:16 14:19,22,24
**time (78)**
3:8 5:8 6:21 7:8,11,19
   7:22 8:18,24 9:6
   11:12 16:6,7,16
   21:5,17,23 26:15,19
   28:24 32:19 34:8
   36:23 38:20 39:5
   47:9 76:21 78:5,13
   82:17 83:2 84:5
   88:15,16 98:24
   112:23 124:23,24
   125:18,18 129:5
   132:10,18,20
   135:18,23 137:12
   138:15 139:12
   142:25 143:3
   146:15 149:4,17,25
   150:5,16,22 151:20
   152:7,9,10,12,14
   156:23 158:15,18
   161:4,14 162:20,24
   163:25,25 165:24
   166:12 172:24
   173:5,16
**times (12)**
34:23 36:2 44:13
   50:11 62:22 103:17
   132:25 149:11,16
   152:2 163:18,21
**Tinton (1)**
140:7
**title (4)**
7:14 11:4 91:9 112:24
**today (13)**
4:16 30:4,8 55:15
   73:4 82:22 93:21
   115:3 145:14
   152:18 165:4,10
   166:3
**today's (1)**
166:10
**TODD (1)**
1:8
**told (17)**
19:8 21:18 31:12
   40:15 45:6,13,16
   46:15 102:20
   104:10 110:7
   124:17 125:8,12
   154:12 176:24
   178:14
**top (15)**
50:18 51:12 68:8,23

75:8 86:19 92:11,25
   167:15 176:8,16
   177:7 178:4,19
   179:16
**topic (1)**
96:22
**TOPO (1)**
95:20
**transaction (1)**
86:21
**transactions (1)**
162:7
**transcript (2)**
3:11 5:21
**transferred (1)**
143:20
**translate (19)**
4:3 21:16 28:13 29:8
   29:10,12 52:23 53:6
   53:22 55:25 65:10
   84:23 86:19,19 88:4
   92:14 102:7,8 121:6
**translated (8)**
65:14 84:25 85:5
   86:25 88:5 92:16
   95:17 121:7
**translates (6)**
45:12 53:3,7,23 54:4
   56:3
**translating (3)**
9:19 18:7 136:20
**translation (3)**
31:5 35:25 52:16
**translator (2)**
9:15 18:6 57:13
   135:20 150:11,14
**travel (1)**
109:17
**treat (2)**
126:18 174:25
**treated (7)**
145:25 146:5 157:6
   173:24 174:20
   175:4,6
**treating (2)**
174:14,15
**trial (3)**
3:7,9,16
**trick (1)**
174:2
**tried (3)**
137:6 157:11 169:13
**truck (10)**
7:15 14:25 112:17
   113:2,6,8 123:10
   124:19,21 148:9

**true (2)**
51:20 183:11
**truth (3)**
5:23 88:8 178:11
**try (6)**
18:10 22:7 96:17
   152:2 154:15
   169:13
**trying (8)**
46:5 50:24 79:20 88:2
   102:21,22 132:20
   173:25
**turn (6)**
50:16 75:9 77:4 86:16
   121:23,24
**Turnpike (2)**
129:24,25
**TV (2)**
165:5,7
**two (21)**
24:9 52:19 59:3 69:13
   69:14 80:3 82:20
   91:10 93:20 111:10
   124:13,14,17
   137:25 139:8,22
   141:14 153:10
   157:7 165:2 175:24
**type (8)**
97:12 110:8,11
   111:14,18 127:5
   131:3 168:19
**types (1)**
36:14

_____
**U**
**U (3)**
3:2 4:8 182:2
**U.S (2)**
94:19 95:2
**ugly (2)**
147:24 174:13
**Um-hum (2)**
118:21 156:4
**unable (1)**
53:14
**underlying (1)**
165:20
**underneath (1)**
155:6
**understand (47)**
5:9,23 9:12,16,16
   18:7 29:14 36:8
   58:8,9,13 62:24
   63:8 64:9 66:12
   74:14 75:7 76:25
   77:15 90:11 92:10

92:24 96:13,16
   97:23 102:14 124:3
   128:15 150:12
   154:4,10,17,18,19
   155:10,11 159:16
   159:24 160:4,18,21
   161:2,8 175:11
   178:21,25 179:12
**understanding (4)**
153:25 159:17 160:16
   175:15
**understood (2)**
37:17 64:5
**undertake (1)**
81:2
**undertook (1)**
82:8
**unemployed (1)**
12:25
**Unemployment (3)**
13:6,8 14:15
**United (2)**
1:2 6:23
**university (1)**
6:7
**unpaid (3)**
56:20 57:8 60:10
**upset (7)**
38:9,13 39:6,10,13
   40:2 45:21
**USA (6)**
38:5,7 64:6,11,12
   65:2
**use (6)**
51:5 135:3,5,11,13
   171:3
**usually (1)**
22:7
**utilized (1)**
3:17

_____
**V**
**v (1)**
184:3
**vacate (3)**
40:19 42:13 181:10
**vacated (6)**
42:18,22 76:23 77:2
   77:10 160:2
**vacations (1)**
16:10
**Valley (15)**
6:3 106:3,7 107:14,21
   129:5,6,7 130:7,20
   140:12 153:9,11
   163:10 168:6

**various (1)**
169:17
**vegetables (1)**
128:2
**verbal (2)**
5:11 47:2
**versus (1)**
95:20
**view (1)**
44:25
**Visa (1)**
69:17
**visited (2)**
16:17 163:18
**visits (1)**
35:4

_____
**W**
**wages (5)**
151:9,22 172:4,11
   173:7
**wait (26)**
18:6,10 29:9 61:16,21
   61:22,22 65:3,7,13
   84:24 85:4 92:13
   95:15 100:3,3 102:6
   103:21 135:19
   147:19 149:14
   150:10,13,25
   156:19 157:17
**waiting (2)**
88:20 168:12
**waived (2)**
3:7,21
**WALDMAN (1)**
1:8
**Wall (1)**
2:14
**want (42)**
5:18 15:24 18:8 29:11
   29:20 37:7,18 49:4
   50:23 53:10 54:9
   55:14 57:12 60:4,5
   60:15 63:4,9 64:20
   65:4 69:17 79:13,17
   79:18 90:19,20
   104:17 114:17
   116:11 117:3
   149:21,22 150:13
   152:16 153:5 155:2
   158:22 167:23
   168:15 169:8 171:6
   179:7
**wanted (12)**
39:15 40:2,3,10 66:5
   116:7 125:2,7,10

147:12 151:22
161:23
**wasn't (9)**
24:9 40:2 41:24 68:17
88:7,7 147:3 158:20
161:25
**watching (1)**
165:5
**way (6)**
50:25 79:8 148:15
153:14 177:8
183:15
**ways (1)**
79:10
**we'll (8)**
13:12 28:18 52:15,17
53:16 121:16
136:23 173:12
**we're (15)**
38:21 58:18,19 60:20
61:5 63:5,14 79:20
102:10 106:10
121:9 136:18
145:13 173:12
174:17
**we've (9)**
17:2 19:3 21:25 62:16
62:18,20,21 73:6
93:20
**week (7)**
15:3,7,8 81:11 86:8
86:12 173:7
**weekly (2)**
11:8 172:16
**weeks (5)**
9:25 10:2 11:13,13
110:17
**welcome (1)**
100:9
**went (27)**
12:20 33:17 34:8,14
35:22 97:19 98:5
109:21 130:12,16
130:19,23 140:12
149:10,16,17,25
150:5,16 151:25
152:14 154:8 158:6
158:14 163:8
169:16,21
**weren't (1)**
38:13
**West (6)**
6:3 14:10 44:2 98:13
105:18 156:2
**Westchester (1)**
141:12

**WHEREOF (1)**
183:17
**White (4)**
141:6,9 142:16,20
**wife (19)**
19:19 20:5 41:7 45:18
50:2,8 70:21 73:15
73:21 74:5 94:19
99:18,25 101:3
102:3 140:14
142:22 161:20
165:6
**wife's (11)**
15:12 67:7,9,15 69:9
70:12,16 99:21
107:24 109:16
129:11
**William (2)**
1:9 4:24
**willing (1)**
87:22
**wish (1)**
13:23
**withdraw (4)**
21:6 87:23 159:22
179:11
**witness (27)**
4:8 9:22 14:7 36:6,12
36:25 41:5,16 50:17
53:20 58:20 59:14
59:19 94:5 106:24
107:3,8,12 157:19
157:23 173:19
179:3 180:4,10
183:9,12,17
**wondering (1)**
74:25
**word (3)**
35:17,24 36:3
**words (3)**
119:14,17 153:11
**work (48)**
7:7 8:2,11,15,16 15:4
15:25 24:8 51:9
52:13 54:9 55:14
83:5,15 85:8,9,10
85:11,14 103:6
108:9,10,20,25
109:15,21 110:11
110:15,19 111:5,8
111:14,18,24
112:18 123:16
125:22 129:14,21
133:8 165:8 166:10
168:3,20 169:17
173:4,6 177:24

**worked (35)**
8:19,24 9:9,23 10:12
10:22 11:9,17 15:5
23:23 82:21,25 83:2
83:6,8,11 109:19
110:5 111:6,25
112:2,3 116:22
125:20 126:7,9
127:14,21 130:5
133:2,5 140:16
154:14 172:20
173:4
**workers (4)**
45:20 167:14 168:24
174:18
**working (26)**
7:22 8:17 11:19 15:22
15:24 16:2,3,5
83:23 111:19 123:9
123:13,16 124:9
125:19 126:12
132:9,11 140:18
141:4,6 154:20
162:2 169:15
172:23 177:25
**works (1)**
121:11
**worried (2)**
147:3 167:25
**worry (1)**
167:4
**wouldn't (2)**
19:23 20:5
**written (5)**
29:4 44:9 51:22 52:16
153:12
**wrong (12)**
46:3 142:13 161:25
162:3 167:16,17
168:19,22,25 177:3
177:3,5
**wrote (1)**
153:15

---

**X**

**X (5)**
1:3,11 181:2 182:2,9

---

**Y**

**yeah (60)**
11:11 12:5 27:24 30:8
30:15 31:2,6,11,11
33:8,17,22 35:13,22
40:10 45:19 48:7
49:7 50:5 52:12
64:2,21 65:18 67:2

69:6 73:10,10 75:20
80:24,25 89:4 95:13
97:6 105:6 112:7
114:15 119:3
126:25 127:22
135:24 144:11,16
146:17 147:2,11
148:8,19 151:12
152:12 155:23
161:19,23 163:6
165:14 172:21
173:2 174:7,17,25
176:3
**year (14)**
7:12 105:20 109:22
112:20 140:14
143:14,15,15
162:21 170:11
172:5,18,24 173:10
**years (29)**
8:18,19,22 23:8,9
24:9 78:6,20 83:17
93:10 94:17 97:8,10
99:14 100:13,14,23
101:6 105:22 107:8
107:18,20 131:17
139:8,22 140:15
165:2 169:12 170:8
**Yep (1)**
125:12
**York (24)**
1:2,16,19 2:5,10,10
2:14,14 4:11 6:4 7:2
13:15 14:3 68:13
91:17 97:18,21
98:13,14 105:13,18
181:5 183:3,7
**YOUNG (1)**
1:9

---

**Z**

**Z (1)**
4:8

---

**0**

**04 (1)**
138:6
**04/05/68 (1)**
99:5

---

**1**

**1 (7)**
13:13,17,20 14:10
75:13 77:5 181:5
**1,500 (1)**
23:4

**10 (4)**
85:18 86:11 162:5
181:19
**10005 (1)**
2:14
**10017 (1)**
2:10
**1040 (1)**
171:19
**11 (6)**
71:17,20 91:3,6
181:17,20
**11:44 (1)**
115:5
**11241 (2)**
1:16 2:5
**114 (1)**
181:22
**117 (1)**
181:24
**12 (18)**
114:18,22 116:13
117:18,23 118:5
145:4,5 175:21
176:6,16,19 177:7
178:4,20,22 179:9
181:22
**12:30 (1)**
1:17
**121 (1)**
182:5
**125287 (1)**
1:25
**13 (10)**
1:8 91:15,23 117:8,15
118:23 145:4
176:13 181:5,24
**1304 (14)**
23:10,13,16,25 24:11
24:14,19 51:8 133:3
133:6 134:12
137:12 142:9,12
**132 (3)**
141:16,18,20
**132nd (2)**
141:17,22
**1339 (4)**
68:12 137:16,17
138:4
**14 (8)**
116:14 120:20,21
121:7,10,20,23
182:5
**14th (1)**
1:16
**15 (8)**

7:20 15:19 94:17
123:18 158:24
171:8,11 182:7
**150 (1)**
156:2
**15th (1)**
159:4
**16 (4)**
1:15 2:5 7:13 56:5
**16-cv-03499(GBD) ...**
1:6
**16-digit (3)**
56:13 64:17,18
**161 (1)**
35:3
**162 (1)**
35:2
**162nd (4)**
98:13 105:13,18,25
**163rd (2)**
138:23 139:18
**171 (1)**
182:7
**173 (1)**
182:13
**18 (1)**
15:19
**1968 (4)**
99:8,10,12,13
**1990 (9)**
6:25,25 97:25 99:2,11
99:14 100:2,22
103:18
**1993 (1)**
97:21
**19th (1)**
183:18

___

**2**

**2 (13)**
28:19,22 121:23
175:21 176:6,16,19
177:7 178:4,20,22
179:9 181:7
**20 (7)**
6:3 14:10 44:2 116:3
116:15 120:7
122:20
**20,000 (1)**
86:24
**2001 (4)**
68:15,16 133:11
136:15
**2004 (17)**
53:25 54:12,20 55:3
55:10,18 65:22

66:25 67:22 71:7
133:11 136:15,25
138:7 143:6,10,19
**2005 (7)**
138:5,8,18,19,21
140:9,11
**2007 (12)**
8:25 77:7 83:3,12,19
83:24 140:9 141:3
142:9,16 170:7,9
**2008 (6)**
83:3,12,19,24 87:3
89:8
**2010 (10)**
88:17,18 89:6 108:4,5
132:5,6 140:11,11
146:10
**2011 (2)**
107:22 145:4
**2013 (1)**
169:13
**2014 (9)**
16:9,18 78:6,20 93:17
93:24 94:6,9 95:3
**2015 (20)**
7:12 9:4 12:13,24
13:3,10 14:12,16
16:24 17:9 25:19
44:3 78:6 111:12
116:24 151:20
154:6 158:24 159:5
164:25
**2016 (46)**
8:9 9:7 10:4 12:13,19
17:13,17 25:15 78:6
84:6 86:22 89:9
90:6,10,13 109:25
111:2,11 116:4,7,15
117:6 120:5,7,9,9
120:13,25 121:15
122:14,20,23
123:18 162:17
170:11,13,25
171:10,18 172:5,11
172:14,18,24 173:6
182:7
**2017 (7)**
1:16 78:10,14,20
116:14 180:16
183:18
**20th (1)**
120:9
**21 (1)**
77:7
**210 (2)**
95:19,20

**22 (1)**
99:13
**23 (1)**
44:3
**24th (1)**
55:10
**25 (2)**
53:25 55:18
**25th (1)**
54:12
**26(a)(1) (3)**
114:20 115:2 181:22
**26th (2)**
54:20 55:3
**28 (1)**
181:7

___

**3**

**3 (6)**
36:17,21 44:19 56:9
165:6 181:8
**30 (1)**
49:2
**31 (5)**
78:13,20 120:25
121:15 122:23
**339-8116 (1)**
44:6
**34 (1)**
171:22
**3471 (4)**
8:4 109:6,20 142:15
**36 (1)**
181:8
**372 (1)**
49:12
**3771 (1)**
8:3
**379 (1)**
137:14

___

**4**

**4 (6)**
40:20 41:12 78:10
152:17 181:10
182:11
**4/5/68 (1)**
99:5
**40 (1)**
181:10
**41 (2)**
171:23,24
**42 (2)**
171:23,24
**43 (1)**
171:18

**450 (1)**
2:9
**47 (1)**
181:11
**48 (1)**
181:12
**4th (1)**
99:6

___

**5**

**5 (4)**
47:6 50:16 75:9
181:11
**5-E (1)**
98:21
**517 (1)**
86:17
**547 (1)**
44:5
**580 (1)**
98:13
**598 (1)**
68:8
**5th (3)**
99:6,7,8

___

**6**

**6 (3)**
48:23 49:14 181:12
**6/14/17 (1)**
184:5
**62nd (1)**
156:5
**65th (1)**
156:2
**68 (6)**
91:5,13,14,21 181:14
181:20

___

**7**

**7 (9)**
67:25 68:4 72:6,10,18
72:25 117:6 120:5
181:14
**7:22 (1)**
180:9
**71 (1)**
181:16
**735 (1)**
138:23
**73500 (1)**
139:18
**76 (3)**
95:19,20 181:18
**7th (2)**
120:9,13

**8**

**8 (13)**
42:7,7 43:8,8 71:13
71:21 72:23 86:22
152:20,20 162:12
162:17 181:16
**82 (1)**
2:14
**85 (1)**
181:19
**8th (1)**
89:8

___

**9**

**9 (7)**
76:15,18 153:20
155:4 158:22,23
181:18
**91 (1)**
181:20
**93 (1)**
7:2
**96 (1)**
182:12