1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - - - - - - -x

5    JOSE GUZMAN,

6                    Plaintiff,

                                Case No.

7            -against-      1:16-cv-03499-GBD

8    MEL S. HARRIS AND ASSOCIATES, LLC

     LR CREDIT 13, LLC

9    MEL S. HARRIS

     DAVID WALDMAN

10   KERRY H. LUTZ

     TODD FABACHER

11   MICHAEL YOUNG

     SAMSERV, INC.

12   JOHN ANDINO

     WILLIAM MLOTOK,

13

                    Defendants.

14

     - - - - - - - - - - - - - - - - - - - - -x

15

16            DEPOSITION of LARA GUZMAN, the

17   Non-Party witness, taken by Defendants,

18   pursuant to Order, held at the offices of Law

19   Offices of Ahmad Keshavarz, 16 Court Street, 26th

20   Floor, Brooklyn, New York  11241 on June 16, 2017,

21   at 10:33 a.m., before Marva Clarke, a Shorthand

22   Reporter and Notary Public for the State of New

23   York.

24

25   JOB NO. 125288

## Page 2

1
2    APPEARANCES:
3
4        LAW OFFICES OF AHMAD KESHAVARZ
5        Attorneys for Plaintiff
6            16 Court Street
7            Brooklyn, New York  11241
8        BY:  AHMAD KESHAVARZ, ESQ.
9
10       HERBERT SMITH FREEHILLS
11       Attorneys for Defendant LR Credit 13, LLC
12           450 Lexington Avenue
13           New York, New York 10017
14       BY:  ROBERT GROSSMAN, ESQ.
15
16       O'HARE PARNAGIAN
17       Attorneys for Defendants Samserv, Inc.
18       William Mlotok
19           82 Wall Street
20           New York, New York  10005
21       BY:  JEFFREY LICHTMAN, ESQ.
22
23   Also Present:
24           NANAXHI CHAVEZ, Spanish interpreter
25           Morningside Translation

## Page 3

1
2
3        IT IS HEREBY STIPULATED AND AGREED,
4    by and among counsel for the respective parties
5    hereto, that the filing, sealing and certification
6    of the within deposition shall be and the same are
7    hereby waived.
8        IT IS FURTHER STIPULATED AND AGREED
9    that all objections, except as to form of the
10   question, shall be reserved to the time of the
11   trial.
12       IT IS FURTHER STIPULATED AND AGREED.
13   that the within deposition may be signed before
14   any Notary Public, with the same force and effect
15   as if signed and sworn to before the Court.
16                ~ oOo ~

## Page 4

1                    L. Guzman
2    N A N A X H I   C H A V E Z,
3            called as the official interpreter in
4            this matter, was duly sworn by a
5            Notary Public of the State of New York
6            to accurately and faithfully translate
7            the questions propounded to the
8            witness from English into Spanish and the
9            answers given by the witness from Spanish
10           into English.
11
12                -oOo-
13
14   L A U R A   G U Z M A N,
15           the witness herein, having been first
16           duly sworn by a Notary Public (Marva
17           Clarke) of the State of New York, was
18           examined and testified through the
19           interpreter as follows:
20   BY THE REPORTER:
21       Q.  Please state your name for the
22   record.
23       A.  Lara Guzman.
24       Q.  What is your current address?
25       A.  20 West Euclid Street, Valley

## Page 5

1                    L. Guzman
2    Stream, New York 11580.
3        BY MR. GROSSMAN:  Good morning,
4    Ms. Guzman.   Thank you very much for
5    coming in today.
6        THE WITNESS:  Good morning.
7        MR. GROSSMAN:  My name is Robert
8    Grossman.  I am an attorney for one
9    of the defendants in this case L.R.
10   Credit 13, and if the other attorneys
11   could please introduce themselves and
12   who they represent.
13       MR. LICHTMAN:  My name is
14   Jeffrey Lichtman, and I'm
15   representing Defendants Sam Serv,
16   Inc., and William Mlotok.
17       MR. KESHAVARZ:  I am Ahmad
18   Keshavarz, and I represent Jose
19   Guzman and Lara Guzman.
20   EXAMINATION
21   BY MR. GROSSMAN:
22       Q.  We will be asking a number of
23   questions today.  When I finish, the other
24   attorneys may have questions for you as
25   well.

L. Guzman

1
2  If at any point you don't
3  understand one of my questions, please tell
4  me and I can try and explain or rephrase it.
5      A.  Okay.
6      Q.  Counsel may object to the
7  questions that I ask.  Unless he directs you
8  not to answer, you should answer the
9  question if you can.
10     A.  Okay.
11     Q.  Ms. Guzman, you've taken an oath
12 to tell the truth today; do you understand
13 that?
14     A.  Yes.
15     Q.  Can you please state your full
16 name for the record.
17     A.  Yes.  Laura M. Comuzzi Guzman.
18     Q.  What is your current address?
19     A.  20 West Euclid Street, Valley
20 Stream, New York 11580.
21     Q.  Are you currently employed?
22     A.  Yes.
23     Q.  Where are you currently
24 employed?
25     A.  Siena Marble and Tile,

L. Guzman

1
2  S-I-E-N-A.
3      Q.  For how long have you worked at
4  Siena Marble and Tile?
5      A.  2015.
6      Q.  Do you recall when in 2015 you
7  started at Siena Marble and Tile?
8      A.  No, I don't remember.
9      Q.  Do you recall whether it was in
10 the spring or in the winter?
11     MR. KESHAVARZ:  Objection of
12 form.
13     A.  Let me think.
14     Q.  Take your time.
15     A.  2015.  It was toward the end of
16 the summer.
17     Q.  When you began working at Siena
18 Marble and Tiles was your husband employed
19 there?
20     A.  Yes.
21     Q.  When did you meet your husband?
22     A.  I met him in 2007.
23     Q.  Where did you meet him?
24     A.  We worked together at the
25 supermarket.  At that time it was called Sea

L. Guzman

1
2  Market.
3      Q.  Did you work together for a
4  period of time before you began seeing each
5  other or dating?
6      A.  Yes, but let's say just as
7  co-workers.
8      Q.  For how long did you work
9  together at Sea Market?
10     A.  Since 2007 until 2012.
11     Q.  You both worked together at Sea
12 Market throughout that entire period?
13     A.  Well, for example, the owner has
14 three supermarkets.  I'd go to all the
15 supermarkets because I was in the accounting
16 department.  Jose was part of the company,
17 but we weren't always in the same
18 supermarket.
19     Q.  What was your position in this
20 group of supermarkets at that time?
21     A.  Well, the title that they gave
22 me was bookkeeper, although I was an
23 accountant.
24     Q.  Did there come a time when you
25 married Mr. Guzman?

L. Guzman

1
2      A.  Yes.
3      Q.  When was that?
4      A.  December 2010.
5      Q.  Did you live together prior to
6  that time?
7      A.  No.
8      Q.  Did you live together after that
9  time --
10     A.  Yes.
11     Q.  -- beginning in December 2010?
12     A.  Yes.
13     Q.  In what location?
14     A.  In Long Island, Valley Stream.
15     Q.  Was that on Euclid Street, the
16 current address?
17     A.  Yes, we've always lived in the
18 same address.
19     Q.  Ms. Guzman, you sometimes review
20 your husband's bank account statements; is
21 that correct?
22     MR. KESHAVARZ:  Objection of
23 form.
24     Q.  Unless your counsel directs you
25 not to answer, you may answer the question.

L. Guzman

1
2   A.  Okay.  Well, we do it together.
3   Q.  Does your husband have a
4   checking account at Chase Bank?
5   A.  Yes.
6   Q.  Does he have a checking and
7   savings account at Citibank?
8   A.  Yes.
9   Q.  Does he have any other checking
10  or savings accounts currently?
11  A.  No.
12  Q.  Do you and your husband have any
13  joint accounts?
14  A.  No.
15  Q.  Do you have any checking or
16  savings accounts in your name?
17  MR. KESHAVARZ:   Objection of
18  form.
19  A.  Yes.
20  Q.  What checking or savings
21  accounts do you have?
22  MR. KESHAVARZ:   Objection of
23  form.
24  A.  Checking and savings; what do
25  you mean accounts?

L. Guzman

1
2   Q.  At which bank?
3   MR. KESHAVARZ:   Objection to
4   form.
5   A.  Chase.
6   Q.  Is it a checking account?
7   MR. KESHAVARZ:  Objection of
8   form.
9   A.  Yes.
10  Q.  Do you have any other checking
11  or savings accounts?
12  MR. KESHAVARZ:   Objection of
13  form.
14  A.  No.
15  Q.  For how long have you had a
16  checking account at Chase Bank?
17  MR. KESHAVARZ:   Objection of
18  form.
19  A.  2011.
20  Q.  I'm not asking for an exact
21  number, but do you have a sense
22  approximately how much money was in the
23  checking account at that time?
24  MR. KESHAVARZ:   Objection of
25  form.

L. Guzman

1
2   A.  Around a thousand.
3   Q.  Did there come a time in 2012
4   when you ceased working at Sea Market group
5   of grocery stores?
6   A.  Yes.
7   Q.  Were you employed somewhere else
8   immediately following that?
9   A.  Well, I left Sea Market because
10  I became pregnant.  So after I had my baby
11  it was about two months after that I got a
12  new job.
13  Q.  Where was that job?
14  A.  It was called Grabar.
15  Q.  And what kind of business is
16  that?
17  A.  It's a seafood distributor for
18  restaurants and hotels.
19  Q.  How long did you work at Grabar?
20  A.  Three years.
21  Q.  What was your position?
22  A.  Account payables.
23  Q.  Approximately what was your
24  annual salary?
25  MR. KESHAVARZ:   Objection of

L. Guzman

1
2   form.
3   A.  42,000.
4   Q.  When did you cease working at
5   Grabar?
6   A.  When I went to work for Siena.
7   Q.  That was around late summer
8   2015?
9   A.  I'm approximating.  I'm not
10  sure.
11  Q.  Understood.  Why did you leave
12  Grabar to work at Siena?
13  A.  They were offering me better
14  conditions, and the work environment was
15  more -- well, how can I explain -- the
16  distributor company always smelled like
17  fish.  It's the truth.
18  So sometimes after work - you
19  know how sometimes you're tight with time
20  and sometimes after work I have to leave a
21  little early you have an appointment, like
22  you have to go to the school or do
23  something.
24  I always have to leave a little
25  early, go home, change, bathe.  It was

Page 14

L. Guzman

something so horrible.
Q.   And what was your position at Siena?
A.   Bookkeeper.
Q.   Do you recall your approximate annual salary?
A.   42,000.
Q.   How did you find the job at Siena?
A.   I don't remember.
Q.   Did your husband help you find a job?
A.   It's possible.  No, no.  I don't remember exactly.
Q.   But your husband was already working at Siena Marble when you began working there; is that correct?
A.   Yes.
Q.   Is it fair to say that you learned about the existence of Siena Marble through your husband?
A.   Yes.
Q.   So you don't recall if he told you about the open position, but you learned

Page 15

L. Guzman

about the company through him?
MR. KESHAVARZ:   Objection to form.  Asked and answered.
A.   Yes.  I don't remember if I gave him a resume and he took it, yes.
Q.   Do you recall whether he recommended you?
A.   It was like a formal recommendation?
Q.   Formal or informal?
A.   Yes, probably.
Q.   Do you recall for how long your husband had been at Siena Marble before you joined the company?
A.   I think he started working there January or February 2015 until I started at the end of the summer.
Q.   Do you recall when he left Siena Marble?
A.   No, I don't remember.
Q.   Do you recall why he left?
A.   His job was to drive a truck. The deliveries were delicate because the merchandise was very expensive.

Page 16

L. Guzman

After he received a letter from his employer saying they were going to seize his salary he was stressed:  He didn't feel like he could drive a truck, like he could have an accident.  It just wasn't the right time.
Q.   Do you recall if this was a month after you started; six months after you started?
A.   Can you ask the question again.
Q.   Sure.  For how long had you been working at Siena Marble before your husband became aware of a letter sent to his employer?
A.   Very little.  That's why I was so embarrassed.
MR. LICHTMAN:  Can I hear that question one more time, please.
[The requested portion of the record was read back by the reporter.]
Q.   Did you see the letter that was sent to his employer?
A.   Yes.  It's in the -- no, just

Page 17

L. Guzman

leave it like that.
MR. KESHAVARZ:   Can you read back that last question.
[The requested portion of the record was read back by the reporter.]
Q.   When did you see the letter?
A.   I believe that the employer when he sent the letter he gave him a copy because he brought it home.
Q.   Your husband brought the letter home?
A.   Yes.
Q.   Did he say anything to you about the letter?
A.   He was very concerned.  We didn't know what to do.  We were afraid like what is going to happen now.  How are we going to pay the rent.
The greatest confusion was who are these people because we didn't know who they were.
Q.   Were you able to read the letter?

Page 18

L. Guzman
1
2    A.   Yes.
3    Q.   Are you able to read English?
4    A.   Yes.
5    Q.   What did your husband do after
6    receiving the letter?
7    A.   Well, he wanted to know what
8    that was about.  We knew that we needed to
9    go to court to look for the case because we
10   didn't know who it was.  He didn't know who
11   wanted to seize his salary because he didn't
12   remember ever going to that financial
13   institution.
14       He was very worried.  Where do I
15   go to court; are they going to take my case;
16   do I need an attorney.
17   Q.   Do you recall whether there was
18   the name of an attorney or a phone number
19   that was listed on the letter your husband
20   received?
21   A.   No.
22       MR. GROSSMAN:  Can we mark this
23   as Exhibit 16.
24       (Whereupon, Defendants'
25   Exhibit 16, document was hereby

Page 19

L. Guzman
1
2    marked for identification, as of this
3    date.)
4    A.   So even so if there had been the
5    name of an attorney and a phone number, I'm
6    not the type of person who would have called
7    whatever it said on the letter.  I would
8    have found the source of it, and gone to
9    court.
10       MR. KESHAVARZ:  So the record
11   is clear, it's Exhibit 16 because
12   we're continuing the numbers of
13   exhibits from Mr. Guzman's
14   deposition.
15       MR. GROSSMAN:  That's correct.
16   Q.   Take as much time as you need to
17   look at the document.
18   A.   I remember it well because all
19   the drama started with this.
20   Q.   Do you see the name of a law
21   firm listed at the bottom of the letter?
22   A.   Yes.
23   Q.   And there is a phone number
24   listed, correct?
25   A.   Yes.

Page 20

L. Guzman
1
2    Q.   Why didn't you contact the
3    attorney who is listed at the bottom of
4    this?
5    A.   Well, when I read this I went
6    into the computer to see who was Harris;
7    with all due respect I have to say I didn't
8    read very good things.
9        So I was not going to call these
10   people because we assumed immediately that
11   this was a fraud.
12   Q.   You said you wanted to get to
13   the source?
14   A.   Yes.
15   Q.   So what did you do next?
16   A.   My husband asked for a day off.
17   He went to court to try to look for this
18   index number.
19   Q.   Did you go with him?
20   A.   No, no, I had to work.
21   Q.   Did your husband tell you what
22   happened in court?
23   A.   Yes, he told me he requested the
24   index number, and that unfortunately they
25   couldn't give it to him at that moment.

Page 21

L. Guzman
1
2    That he had to come back, and they gave him
3    a date.
4    Q.   What did your husband do after
5    that?
6    A.   He had to ask for another
7    morning off, so he could go on that date --
8    so he can go on that date to look for the
9    index number.
10   Q.   Did you go with him on that
11   occasion?
12   A.   No.  I had to work.
13   Q.   Did he tell you what happened
14   when he went to court?
15       MR. KESHAVARZ:  Objection of
16   form.
17   A.   When he arrived they told him,
18   again, I'm sorry, we need more time but they
19   moved the files.
20       I don't remember what the
21   explanation was, and so the nightmare
22   continued because we still didn't know what
23   that was.
24   Q.   And what did your husband do
25   next?

Page 22

L. Guzman

A. He went a third time. So again, he had to request time off from work, he was able to obtain a copy.

Q. Did you go with him on that occasion?

A. No.

Q. What did he tell you about that time?

A. He told me that he read it. Well, it says here L.R. Credit but he was trying to look for who was suing him, which financial institution.

When he read U.S.A. First Bank, he confirmed what he already researched on the computer that these people were lying.

Q. What did he do next?

A. That same day while in court. Well, I don't know exactly who told him, but he went to one of those windows. I don't know if they call it an office number, and so he asked in his sort of English what to do because he just received a copy of this index number, and he didn't know what it was.

Page 23

L. Guzman

Q. And just to be clear you weren't with him at the courthouse when this happened?

A. No.

Q. Because he explained to you what happened at the courthouse?

A. He told me everything.

Q. What happened after your husband asked what to do?

A. That same person at court said oh, no, then can you ask the Judge to reopen the case. So then my husband said give me the papers, what do I need to do, what is the process.

Oh, and the other important thing was that my husband was asking why am I just finding out about this now, now that the case is supposedly closed and lost.

And that person said, okay, well fill out these papers and fill out the points, the items where it says you don't know U.S.A. Bank, and fill out the fact that you didn't receive the case, the papers for the case so you can defend yourself.

Page 24

L. Guzman

Q. Did you understand this paperwork was the process to reopen up the case?

A. Yes, because we had already checked it in the computer.

Q. I'm sorry, checked what in the computer?

A. I went into Google, and I typed "What do you do when you receive a garnishment, and you didn't receive anything about the case," and Google gave me some answers.

Q. And do you know whether your husband filed the papers to reopen the case?

A. Of course.

Q. Approximately when was this done?

A. Well, after the letter. I don't know what the date on it is. After he received the letter.

After the employer gave him a copy, taking the days to go to court to look for the file and then after the third time, it could have been a month.

Page 25

L. Guzman

Q. Did you help him complete the paperwork?

A. He brought the paperwork home. We reviewed it together. That's when I told him I understand everything, but I'm not an expert. It would be good if someone can review it. Also, to research it in the computer because I know all courts have something pro bono.

So I looked for the schedule that pro bono had at court. It's one day a week which is very few hours. Again, he asked for the afternoon off and he went to get in line.

It was hours because there are so many people, but finally someone saw him and that's where they helped him to make sure that what he had filled out was correct.

MR GROSSMAN: This was previously marked yesterday. You can mark this as 17. It's an affidavit and support of order to show cause to vacate default judgment.

L. Guzman

1    L. Guzman
2        (Whereupon, Defendants'
3    Exhibit 17, affidavit and support of
4    order to show cause to vacate default
5    judgment was hereby marked for
6    identification, as of this date.)
7        MR. LICHTMAN:  I believe this is
8    also Exhibit 4 in the deposition of
9    Mr. Guzman.
10       THE WITNESS:  Can I ask you if
11   you represent Mel Harris?
12       MR. GROSSMAN:  No, I do not
13   represent Mel Harris.
14       Here's the exhibit, if you want
15   to look at it first, Exhibit 17.
16       A.  Okay.
17       Q.  Have you seen this document
18   before; you can take as much time as you
19   need?
20       A.  Yes, I have seen it.
21       Q.  Is this the document that you
22   helped your husband prepare?
23       A.  This is the document where we
24   asked the judge to please reopen the case so
25   we can defend ourselves.

L. Guzman

1    L. Guzman
2        MR. LICHTMAN:  I think the
3    question was not to describe the
4    document, but whether you helped
5    prepare it.
6        MR. KESHAVARZ:  Objection,
7    vague.  It does not say what section
8    of the document.
9        A.  This is the document that we
10   tried to fill out, but we want to make sure
11   that we didn't make any errors.  And I
12   assume that this is the document that the
13   pro bono or the legal company helped him
14   prepare.
15       Q.  We'll try this again.  I'm not
16   sure that answered my colleagues question.
17   I understand this document was shown to
18   Claro.
19       Did you also help your husband
20   to fill it out?
21       MR. KESHAVARZ:  Objection,
22   vague.  It does not state which
23   section of the document.
24       Q.  Did you help your husband fill
25   out any section of this document?

L. Guzman

1    L. Guzman
2        A.  Yes, because I think it had a
3    lot of sections.  I think this is a shorter
4    one.
5        Q.  I'd like to draw your attention
6    to the third page, and take a minute to
7    review.
8        A.  Okay.
9        Q.  And there is a section that
10   reads I also have one or more meritorious
11   defenses; is that correct?
12       A.  Yes.
13       Q.  Did you help your husband fill
14   out this portion of the document?
15       A.  I read all of this, and I knew
16   what was true and that it didn't apply.  And
17   I'll tell you again pro bono helped him
18   correct, or see if there was something more
19   or less in there, because this has very
20   technical vocabulary.
21       MR. GROSSMAN:  Can you read
22   back my question.
23       [The requested portion of the
24   record was read back by the
25   reporter.]

L. Guzman

1    L. Guzman
2        MR. KESHAVARZ:  Objection of
3    form.
4        A.  No, I don't remember.
5        Q.  Do you see where a box is
6    checked:  I do not owe the money?
7        A.  Yes.
8        Q.  Do you know whether your husband
9    told you if he owed the money that was the
10   subject of the default judgment?
11       MR. KESHAVARZ:  Objection of
12   form.
13       MR. GROSSMAN:  That's the end
14   of your objection.
15       MR. KESHAVARZ:  I can say it.
16       MR. GROSSMAN:  No, you can't.
17       MR. LICHTMAN:  No, you can't.
18       MR. GROSSMAN:  You can answer.
19       A.  By this time we already had the
20   index, and my husband was already certain
21   that he had never opened an account at
22   U.S.A. First Bank.
23       MR. GROSSMAN:  Read it back.
24       [The requested portion of the
25   record was read back by the

Page 30

L. Guzman

reporter.]

MR. KESHAVARZ:  Objection of form, vague.  Does not define which debt you're referring to.  L.R. Credit or Reported Credit.

Q.  You can answer.

A.  Whatever the names of the companies are, the names in the lawsuit was U.S.A. First Bank.

And my husband definitely from the first moment he read that name he said this is not mine.  I do not owe this money.

Q.  Do you recall whether your husband filed this document at any point?

MR. KESHAVARZ:  Objection of form.

A.  Of course, he presented it to the Judge.

Q.  And what happened?

A.  First, when he presented it to the Judge, he had to get another date because first there's the date when the Judge says I accept hearing this.

Q.  Were you at that court

Page 31

L. Guzman

appearance?

A.  No.

Q.  This is what your husband told you?

A.  Yes.

Q.  Do you know what happened next?

A.  After the day that he went with the Judge?

Q.  Yes.  After the first court appearance?

A.  After the first appearance, the Judge gave him a traverse hearing.  I think that's the name of the hearing.

Q.  Do you recall what happened next?

A.  He wasn't able to make it to that traverse hearing because we received another letter.

Q.  What did that letter say?

A.  That letter again there was a fraud.

Q.  Because of that letter you didn't attend the next hearing?

A.  No, that letter said --

Page 32

L. Guzman

MR. KESHAVARZ:  She can answer.

MR. GROSSMAN:  If in fact it is an answer to the question.

MR. KESHAVARZ:  You can finish, and then you can make your objection to her answer.

A.  The letter said that we refuse to go to the traverse hearing, so if you sign these papers the case could be dismissed.  I don't know what the term is, but it would finish.

MR. GROSSMAN: Move to strike that portion of the answer that's not responsive.

MR. KESHAVARZ:  That's an objection like when I say objection to form.  You don't have to worry about that.

Q.  What happened next?

A.  My husband and I read the letter because it came home.  We were even surprised because we said, oh, they have our address so how come when it started they couldn't find me.

Page 33

L. Guzman

Q.  Can I draw your attention back to what's been marked as Exhibit 17.

Is there an address listed on the last page of that document?

A.  Yes, my address.  Yes, our house.

Q.  Is that the same address where you received a letter from the no Harris law firm that you were just described?

A.  Yes.

MR. GROSSMAN:  Can we mark this as 18.

(Whereupon, Defendants' Exhibit 18, two-page document, second page caption, "Stipulation to Vacate Judgment and Discontinue Action," October 2, 2013 was hereby marked for identification, as of this date.)

MR. GROSSMAN:  I believe that Exhibit 18 at this is identical as Exhibit 9 in the deposition of Jose Guzman.

For the record, this is a two-page document.  On the second

L. Guzman

1
2  page is a document with the caption
3  titled, "Stipulation to Vacate
4  Judgment and Discontinue Action,"
5  dated October 2, 2013.
6      MR. KESHAVARZ:   Just to be
7  clear, it's a letter addressed to
8  Lincoln Square.
9      Q.  Take as much time as you need.
10  My question is whether you recognize this
11  document?
12      (Witness reviews the document.)
13      A.  Yes, of course.
14      Q.  What is this document?
15      A.  This is the document that this
16  attorney on behalf of my husband is accepted
17  to dismiss the case.
18      Q.  Is it signed by the counsel that
19  was representing your husband?
20      A.  These are the Clara attornies.
21      Q.  Does it appear to be signed by
22  them?
23      A.  Well, they were representing my
24  husband.
25      Q.  Does it appear to be signed by

L. Guzman

1
2  them?
3      A.  I wouldn't know.  They are such
4  a technical thing.
5      Q.  But do you see two signatures on
6  the second page?
7      A.  Yes.
8      Q.  Do you understand what the
9  effect of this document was?
10      MR. KESHAVARZ:   Objection to
11      form.
12      A.  Of course, that they are going
13  to discontinue the action.  That we weren't
14  going to go to that traverse.
15      Q.  Do you understand what the
16  effects of this document was as to the
17  judgment that had been entered against your
18  husband?
19      MR. KESHAVARZ:   Objection of
20      form.
21      A.  I understand it, because when
22  they sent one that's similar to this one.
23  This wasn't the first one.  The one that we
24  didn't know whether to sign or not.
25      Q.  Ms. Guzman, I asked you about

L. Guzman

1
2  this document.  Do you understand what the
3  effect of this document was on the default
4  judgment that had been executed against your
5  husband?
6      MR. KESHAVARZ:   Objection of
7      form.
8      A.  That it's done.
9      Q.  That the default judgment was
10  vacated?
11      MR. KESHAVARZ:   Objection of
12      form.
13      A.  Yes.
14      Q.  That it no longer existed?
15      MR. KESHAVARZ:   Objection to
16      form.
17      A.  Yes.
18      Q.  Was your husband unemployed for
19  a time after he left Siena?
20      A.  No.
21      Q.  Where was he employed after
22  Siena?
23      A.  Well, he decided to go to the
24  supermarket which had been his activity his
25  whole life.  He went to a supermarket called

L. Guzman

1
2  A.C. Roosevelt Food.
3      Q.  Roosevelt Food?
4      A.  Yes.
5      Q.  Do you know how long he worked
6  in A. C. Roosevelt Food?
7      A.  I estimate about three months,
8  but I can't tell you exactly how long.
9      Q.  Do you know why his employment
10  ended?
11      A.  Yes.
12      Q.  Why was that?
13      A.  Should I tell the story.
14      Q.  Yes, if you know?
15      A.  The owner of the supermarket had
16  some freezers.  The mechanics had been there
17  many times to repair them, and the mechanic
18  said that there really wasn't much to be
19  done with the freezers.  That they needed to
20  be replaced until one day they just stopped
21  working.
22      So the owner who was upset about
23  the situation just took it out on my
24  husband.  He blamed him.  Like he hadn't
25  checked on them, something like that.

Page 38

```
1              L. Guzman
2         So my husband said no, you've
3  already known for a long time that they are
4  almost done.  Why are you blaming me.
5         So the ex-boss.  He had really a
6  short temper, so my husband said it would
7  just be best if we end things now.  I am
8  returning the keys, and I'll get another
9  job.
10     Q.  Did your husband feel he had
11 been wrongly accused about the damage to the
12 freezer?
13     A.  This man's frustration was so
14 great that he needed to take it out on
15 someone.
16     Q.  This man being your husband's
17 supervisor?
18     A.  He was the owner of the
19 supermarket.
20     Q.  Did your husband feel that he
21 had been wrongly accused?
22     A.  Yes, because if you know that
23 these freezers are at the end of their life
24 span you can't say it's because you didn't
25 call a mechanic or, of course, if you saw
```

Page 39

```
1              L. Guzman
2  that something was wrong why didn't you call
3  the mechanic sooner.
4     Q.  And was he upset by these
5  accusations?
6     A.  Because of the way he was
7  treated.
8     Q.  Do you own a car?
9     A.  Yes.
10    Q.  Who uses your car the most
11 often?
12    A.  I have two leases under my name.
13 I use one and my husband uses the other.
14    Q.  The car your husband uses, he
15 used to drive to work; is that right?
16    A.  Yes.
17    Q.  For how long has he used your
18 car to drive to work?
19    A.  No, I don't remember.
20    Q.  Was he using your car to drive
21 to work in 2016?
22    A.  Last year?
23    Q.  Yes.
24    A.  Yes.
25    Q.  Do you know in 2015 as well?
```

Page 40

```
1              L. Guzman
2     A.  Yes.
3     Q.  Do you ever drive with your
4  husband?
5     A.  If he drives, and I am with him?
6     Q.  Well, are you both ever in the
7  car at the same time?
8     A.  Yes.
9     Q.  Who usually drives?
10    A.  When he's very tired he asks me
11 to drive.
12    Q.  And if he's not tired?
13    A.  He drives.
14    Q.  Is your husband a good driver?
15    A.  Yes.
16    Q.  Do you worry about your safety
17 when he drives?
18    A.  No.
19    Q.  That's good.  Are you concerned
20 that he might get into an accident?
21    A.  Not because of the way he
22 drives.  Of course I worry, I'm his wife.
23    Q.  That's understandable.
24         Do you recall a time around 2010
25 when your husband was in a car accident?
```

Page 41

```
1              L. Guzman
2     A.  I don't think we were married
3  yet.
4     Q.  Did you know your husband in
5  2010?
6     A.  Yes.
7     Q.  Do you recall a time when Jose
8  Guzman was injured in a car accident around
9  2010?
10    A.  Yes.
11    Q.  What happened?
12    A.  He was stopped at a light, and I
13 think there was a van or a truck that hit
14 him.
15    Q.  Was your husband injured?
16    A.  Yes.
17    Q.  Can you describe the injury?
18    A.  Something in the back and he had
19 to undergo surgery.
20    Q.  Do you know what type of
21 surgery?
22    A.  Laparoscopic.
23    Q.  Does he still suffer any
24 negative effects from the injuries?
25    A.  Sometimes he complains yes, he
```

Page 42

1    L. Guzman
2  has pain here in the back, but everything is
3  within what the doctor said could happen.
4    Q.  The doctor said you could have
5  lingering back pain?
6    A.  That after the surgery it
7  improved a lot, but he could still feel
8  pains some time.
9    Q.  And do those pains still
10 continue until this day?
11   A.  Not as much that I know of.
12   Q.  Have you collected any bank or
13 credit cart statements in connection with
14 this case?
15   MR. KESHAVARZ:  Just to be
16   clear, he's not asking about any
17   communication as with us.  He's just
18   asking if you collected these things.
19   A.  Like collected for what?
20   MR. LICHTMAN:  For the purposes
21   of this lawsuit.
22   THE WITNESS:  I don't
23   understand.
24   Q.  That's okay.
25   MR. GROSSMAN:  Mark these.

Page 43

1    L. Guzman
2    (Whereupon, Defendants'
3  Exhibit 19, Citibank checking and
4  savings account statements of Jose
5  Guzman opened in November 2016 was
6  hereby marked for identification, as
7  of this date.)
8    MR. GROSSMAN:  I'm marking the
9  Citibank checking and savings account
10 statements of Jose Guzman.
11   This was also marked as
12 Exhibit 10 at the deposition of Jose
13 Guzman.
14   A.  Okay.
15   Q.  Do you recognize these
16 documents, Ms. Guzman?
17   A.  Yes.
18   Q.  Did there come a time when you
19 collected these documents for the purposes
20 of this lawsuit?
21   MR. KESHAVARZ:  Objection of
22   form.  I instruct her not to answer.
23   If you strike the last phrase, I
24   think you'll be fine.
25   Q.  Did there come a time when you

Page 44

1    L. Guzman
2  collected these bank statements?
3    MR. KESHAVARZ:  You can answer.
4    Q.  I'm not asking whether you gave
5  them to your counsel or when you gave them
6  to your counsel.
7    MR. KESHAVARZ:  Just if you
8    gathered them.
9    A.  Yes.
10   Q.  At the time you gathered these
11 bank statements, did you also gather other
12 bank statements?
13   A.  Yes.
14   Q.  The statements for Mr. Guzman's
15 Chase Bank account?
16   A.  Yes.
17   Q.  And the statements for Mr.
18 Guzman's credit cards?
19   A.  Yes.
20   Q.  You gathered all those documents
21 at the same time?
22   MR. KESHAVARZ:  Objection to
23   form.
24   A.  Are you referring to within the
25 same day?

Page 45

1    L. Guzman
2    Q.  Same week?
3    MR. KESHAVARZ:  Objection of
4    form.
5    A.  Yes.
6    Q.  When was that?
7    MR. KESHAVARZ:  Objection of
8    form.
9    A.  I don't remember.
10   Q.  Was it last week?
11   A.  No.
12   Q.  Was it over a month ago?
13   A.  Yes.  More than one month I
14 think.
15   Q.  More than two months?
16   A.  No.  I don't think so, no.
17   Q.  You collected all of these bank
18 statements in or around the same week; is
19 that correct?
20   MR. KESHAVARZ:  Objection of
21   form.
22   A.  I think it was within the same
23 week.
24   Q.  Was there any occasion when you
25 collected Mr. Guzman's banking statements?

L. Guzman

1
2       MR. KESHAVARZ:  Objection of
3   form.
4       A.  Are you referring to a different
5   occasion like something separate from this
6   lawsuit?
7       Q.  No, within this lawsuit.
8       A.  I don't remember exactly, but --
9   no, I don't remember dates.
10      Q.  Did there come a time in
11  November 2016 when your husband received a
12  significant deposit in his Citibank account?
13      MR. KESHAVARZ:  Just to be
14  clear, he's not asking the source,
15  he's just asking if.
16      A.  Yes.
17      Q.  How much was that payment to the
18  Citibank account?
19      A.  20,000.  This is what you're
20  asking about.
21      Q.  It is.  What was your reaction
22  when your husband received that?
23      A.  Mine?
24      Q.  Yes.
25      MR. KESHAVARZ:  Again, he's not

L. Guzman

1
2   asking where the money came from.
3       A.  Well, my reaction was well,
4   finally justice is being served.
5       Q.  You were pleased?
6       A.  Well, not so much on the figure.
7   On it's own it's like, okay, good.  Finally
8   they know you were speaking the truth.
9       Q.  Regardless of the reason?
10      MR. KESHAVARZ:  Objection to
11  form.
12      A.  I don't understand, what do you
13  mean.
14      Q.  If $20,000 was deposited in your
15  husband's account, were you pleased?
16      MR. KESHAVARZ:  Objection of
17  form.  Asked and answered.
18      Q.  You can answer.
19      A.  I was pleased, but I'll tell you
20  again it's not because of the amount that
21  was deposited.
22         It was finally justice was being
23  served that they believing what he was
24  saying was the truth.
25      MR. GROSSMAN:  Move to strike

L. Guzman

1
2   the nonresponsive portions of the
3   answer.
4       MR. KESHAVARZ:  You don't need
5   to worry about the objection.
6       I have a stipulation.  Can I use
7   this translator to talk to my client?
8   That doesn't waive any
9   attorney-client privilege.
10      MR. GROSSMAN:  That's fine.  I
11  just ask that you not discuss this
12  deposition.
13      MR. GROSSMAN:  I just have a
14  couple of questions and I'll wrap it
15  up.
16      Q.  I just have a couple of
17  questions about Exhibit 18 which we looked
18  at before the stipulation to vacate judgment
19  and discontinue action.
20      MR. KESHAVARZ:  This is the one
21  that's dated October 2, 2015.
22      Q.  We discussed before, and I
23  understood that you understood that this
24  document vacated the judgment and
25  discontinued the action in this case; is

L. Guzman

1
2   that correct?
3       MR. KESHAVARZ:  Objection of
4   form.
5       Q.  You can answer.
6       A.  Are you asking me if I
7   understand what this is?
8       Q.  It's the same thing we discussed
9   before.
10      A.  What it implies?
11      Q.  Exactly, yes, what it means.
12      MR. KESHAVARZ:  Objection, asked
13  already.
14      Q.  I'm not asking about --
15      MR. KESHAVARZ:  Wait until she
16  translates.
17      A.  You've not letting me mention
18  the first letter.  In order for me to
19  explain this, I have to answer the first
20  letter.
21      MR. KESHAVARZ:  Were you done
22  with what you were about to say?
23      THE WITNESS:  No.
24      Q.  Go ahead.
25      A.  I have to mention the first

L. Guzman

letter because the first letter --
    MR. GROSSMAN: I'd like to
instruct the witness to answer my
question.
    MR. KESHAVARZ: No, you asked a
question.
    You can answer.
    MR. KESHAVARZ: You can move to
say it's not responsive. You asked a
question, so she gets to answer how
she feel appropriate and then you get
to make your objection that you feel
appropriate.
    MR. GROSSMAN: It has to be an
answer to my question.
    MR. KESHAVARZ: That's why you
can make objections as
non-responsive.
    That's not proper. You can
finish your answer.
    A. Well, I'm going to describe it
from a different angle.
    This letter since you like it
when I talk about this letter. This letter,

L. Guzman

this is the right one.
    It means that this case is over,
but the one that filed the case against my
husband is still responsible for potential
future trials or judgments.
    Q. Those would be judgments brought
by your husband against the plaintiff in
this lawsuit, correct?
    MR. KESHAVARZ: Objection to
the form of the question.
    A. I don't know the technical
language, that's why the way that I can
explain it is when I compare it to the other
letter.
    Q. That's fine.
    MR. KESHAVARZ: Were you done
with your answer?
    MR. LICHTMAN: Are you coaching
the witness not to be done with her
answer?
    You asked her if she's done.
She's thinking if she's done with her
answer.
    MR. KESHAVARZ: Let me finish.

L. Guzman

    She answers the question the way
she thinks is appropriate, but it's
inappropriate when you're
interrupting.
    I don't think you're doing it
intentionally, so just so the record
is clear. There's no need to yell.
    I'm just asking her if she was
done with her answer.
    THE WITNESS: No.
    MR. KESHAVARZ: So finish your
answer.
    A. I insist I would like to respond
by comparing it to the other letter,
otherwise I have no way of explaining it
because I don't know the terminology.
    MR. GROSSMAN: There's no
question pending.
    MR. KESHAVARZ: There was a
question pending.
    MR. GROSSMAN: That question has
been answered.
    MR. KESHAVARZ: No, let me
finish.

L. Guzman

    You asked a question. She can
answer how she feels appropriate.
Then after she's done with her
answer, you can make an appropriate
objection, if you find it
unresponsive.
    I'm not saying you're doing it
on purpose, but it's inappropriate to
cut her off while she's talking.
    MR. GROSSMAN: She finished.
You instructed her to continue, and
that's what happened here.
    MR. KESHAVARZ: I think you
started interrupting her before she
was done.
    MR. GROSSMAN: I disagree. I
think you prompted her to continue.
    MR. KESHAVARZ: The record will
show.
    MR. GROSSMAN: It will and it
has.
    Can I finish with my next
question.
    MR. KESHAVARZ: Are you done

Page 54

1        L. Guzman
2   with your answer or not?
3        MR. LICHTMAN:  Can we just get
4   the question read back.
5        MR. KESHAVARZ:  No.  If she's
6   not done, you can't interrupt her.
7        Are you done with your answer or
8   not?  I don't have a feeling one way
9   or another, I'm just asking you if
10  you're done.
11       THE WITNESS:  No, I'm not done.
12       MR. KESHAVARZ:  Okay.  Please
13  finish.
14       A.  You asked me many times if I
15  understood what this meant, right?
16       Q.  I don't have to answer
17  questions.
18       MR. KESHAVARZ:  Just go ahead
19  and say whatever you want to say.
20       A.  You asked me if I understood
21  what the significance of this was.  My
22  answer is that I know because number 2 where
23  it says "with prejudice" that was the term
24  that we were trying to research along with
25  my husband, that it changes the whole

Page 55

1        L. Guzman
2   meaning.
3        MR. KESHAVARZ:  Are you done?
4        MR. GROSSMAN:  Are you going to
5   ask her each time she stops with a
6   sentence?
7        MR. KESHAVARZ:  No, because
8   you're jumping in before she's done.
9        MR. GROSSMAN:  That is not true.
10  Her voice went down.  She stopped
11  speaking.  It's a normal conversation
12  that is going on.
13       Her answer was done.  We are not
14  going to tolerate you asking her each
15  time she's finishes answering a
16  question, if she's done.  You've done
17  that now three or four times.
18       MR. KESHAVARZ:  It's just that
19  there is a translator, and there is a
20  pause and that's natural when there
21  is a translator.
22       So I think you pause when the
23  translator is done.  Just pause for a
24  moment.  Because I think I don't care
25  if she is done or not.  I just want

Page 56

1        L. Guzman
2   to make sure that she has the
3   opportunity.  Because there is a
4   translator, I think there is a lag
5   here so if you can just pause for a
6   moment, when they're done just pause.
7        MR. GROSSMAN:  I want to be
8   clear for the record that I think
9   what you're doing is improper, and
10  when the witness stops speaking and
11  is giving a responsive answer to the
12  question, you improperly prompted her
13  to speak more.
14       And I also want to reflect that
15  the questioner has been pausing and
16  has not been rushing to ask the next
17  question, and it is obvious to
18  everyone or at least obvious to me.
19       I won't speak for everyone but
20  that's to me that questions have had
21  a reasonable pause before we
22  continue.
23       MR. KESHAVARZ:  If you're done,
24  your done.  If you're not, please
25  finish the answer.

Page 57

1        L. Guzman
2        MR. GROSSMAN:  I have another
3   question.
4        MR. KESHAVARZ:  That you can
5   ask after she finishes answering.
6        A.  Once we were sure that this
7   document was correct that's when we
8   presented it.
9        So with this we knew that this
10  judgment was done, but that there was still
11  a possibility for another judgment.  No, not
12  that another judgment, but that they would
13  still be liable in case Guzman wanted to
14  proceed and file a lawsuit.
15       MR. GROSSMAN:  Can you read back
16  the last portion of the witness'
17  answer.
18       [The requested portion of the
19  record was read back by the
20  reporter.]
21       Q.  When you say we knew that this
22  judgment was done, do you mean you knew that
23  the judgment was vacated?
24       MR. KESHAVARZ:  Objection to
25  the form of the question.

1          L. Guzman
2          THE INTERPRETER:  Can you repeat
3   the question.
4      Q.   You had said we knew that the
5   judgment was done; I know you've answered
6   this before, I'm just trying to restate it
7   because it relates to my next question.
8      A.   Either way I'm not the party.
9   I'm not Jose Guzman.  I am his wife.
10     Q.   You testified that we knew that
11  the judgment was done, correct?
12         MR. KESHAVARZ:   Objection to
13     the form of question.
14         Answer if you know.
15     A.   Well, that it was done.  That we
16  didn't have to appear at that traverse
17  hearing.
18     Q.   Did you have an understanding
19  that the judgment was vacated?
20         MR. KESHAVARZ:   Objection to
21     the form.
22     A.   Yes.
23     Q.   When you say we, you mean you
24  and your husband Jose Guzman; is that
25  correct?

1          L. Guzman
2          MR. KESHAVARZ:   Objection to
3   the form.
4          MR. GROSSMAN:  Thank you.  No
5   further questions.
6   EXAMINATION
7   BY MR. LICHTMAN:
8      Q.   Good afternoon.
9      A.   Good afternoon.
10     Q.   Can I just have your name
11  spelled for me, please.
12     A.   L-A-U-R-A.
13     Q.   After that you have M?
14     A.   Yes.
15     Q.   What is the full name?
16     A.   Marcella with a C.
17     Q.   What was the next name?
18     A.   Guzman.
19     Q.   But there was a name in between
20  Guzman?
21     A.   My maiden name?
22     Q.   Yes.
23     A.   C-O-M-U-Z-Z-I, Guzman.
24         (The following portion deemed
25     confidential, under separate cover.)

1          Confidential-L. Comuzzi Guzman
2   BY MR. GROSSMAN:
3      Q.   What is your birth date?
4          MR. KESHAVARZ:  Move to
5      designate this sentence as
6      "Confidential."
7      A.   August 8, 1969.
8          (Continued in non-confidential
9      portion of transcript.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1          L. Guzman
2   BY MR. GROSSMAN:
3      Q.   Where were you born?
4      A.   Argentina.
5      Q.   When did you move from
6   Argentina?
7      A.   2002.
8      Q.   Where did you move to?
9      A.   Valley Stream.
10     Q.   Where in Valley Stream did you
11  first live?
12     A.   Do you want the address?
13     Q.   Yes.
14     A.   40 South Franklin Avenue, 11580.
15     Q.   How long did you live at that
16  address approximately?
17     A.   Seven years.
18     Q.   Where did you move to after you
19  left the South Franklin Avenue address?
20     A.   To my current address at 20 West
21  Euclid Street.
22     Q.   How many years of education have
23  you had?
24     A.   Many.
25     Q.   Tell us about them.

Page 62

L. Guzman

1   
2          What education level did you
3   have when you left Argentina?
4          A.  I'm a public accountant in
5   Argentina.
6          Q.  So you graduated high school,
7   correct?
8          A.  Yes.  I was at the university
9   for five years.  In my country that career
10  is five years.
11         Q.  So when you graduated the
12  university, you were already licensed as a
13  public accountant; is that correct?
14         A.  No, because I got married and
15  then I had children, my daughters.
16         Q.  So you were married to someone
17  other than Mr. Guzman?
18         A.  Yes.
19         Q.  So your marriage to Mr. Guzman
20  is your second marriage?
21         A.  Yes.
22         Q.  And it's his second marriage as
23  well, right?
24         A.  Yes.
25         Q.  So let me just go back to the

Page 63

L. Guzman

1   
2   university.
3          Which university did you attend
4   in Argentina?
5          A.  It's called Belgrano,
6   B-E-L-G-R-A-N-O, University.
7          Q.  What degree did you have when
8   you graduated from Belgrano University?
9          A.  It was a bachelor's degree in
10  accounting.
11         Q.  Did you take any other degree
12  while you were in Argentina?
13         A.  No, not while I was in
14  Argentina.
15         Q.  Did you have any full-time
16  employment when you were in Argentina?
17         A.  No, part time.
18         Q.  What was your part-time
19  employment starting with, from when you were
20  in the university?
21         A.  It was a shopping center in the
22  auditing department.
23         Q.  How long did you have that
24  part-time job?
25         A.  One.

Page 64

L. Guzman

1   
2          Q.  When did you graduate Belgrano
3   University, what year?
4          A.  '92.
5          Q.  So you were in Argentina for ten
6   years after you graduated the university; is
7   that right?
8          A.  Yes.
9          Q.  For that ten-year period you had
10  no full-time job; is that right?
11         A.  Not in a company because we
12  owned a bus.  It was a hardware store and we
13  sold materials for construction, so I don't
14  count that as a part-time job because we
15  owned it.
16         Q.  Tell me, please, what years you
17  worked in the family business of the
18  hardware store.
19         A.  Six, seven years.
20         Q.  What was your job there?
21         A.  To pay the bills.
22         Q.  Were you also in charge of the
23  collection of bills, accounts receivable?
24         MR. KESHAVARZ:  Objection of
25  form.

Page 65

L. Guzman

1   
2          A.  Let me remember.  Yes, but
3   there wasn't much because everything was
4   paid by check or credit card.
5          Q.  Did you have a specific title
6   when you were there?
7          A.  Working for the company?
8          Q.  Yes.
9          A.  No.
10         Q.  So it wasn't like a financial
11  officer?
12         A.  No, it was a family business.
13         Q.  Did you after graduating
14  Belgrano University take any further courses
15  related to accounting?
16         A.  In Argentina.
17         Q.  Anywhere in the United States?
18         A.  Here, yes; Argentina, no.
19         Q.  Where did you study?
20         A.  In H&R Block taxes.
21         Q.  What course or courses did you
22  take there?
23         A.  Personal taxes, not corporate.
24         Q.  How long was -- was this one
25  course or more than one course for personal

L. Guzman

taxes?

A.  Just one.

Q.  Sometimes you're answering in English, and sometimes you're waiting for the translator.

A.  Oh, sorry.

Q.  You've done it again, but that's okay.  I just want to make sure we end up with an accurate transcript.

Did you study English in Argentina?

A.  Yes.

Q.  How many years of English did you have in Argentina?

A.  My dad started sending me at a very young age, but I didn't pay attention until I was a little older.

Q.  And you work now at Siena Marble?

A.  Yes.

Q.  And you've been there since the middle of 2015?

MR. KESHAVARZ:  Objection of form.

L. Guzman

A.  Yeah, more or less.

Q.  I just want to fill in the timeline between the time you came to the United States, and the time you started working for Siena Marble.

So what was your first job in the United States?

A.  Well, I taught some music classes, and then I started working at the Siena markets.

Q.  When did you start working at the Sea Market?

A.  I don't remember if it was at the end of 2006, or at the beginning of 2007.

Q.  When you started working at Sea Market what was your job?

A.  Well, they trained me so I could be alone at the office.  The title was bookkeeper.

Q.  Who trained you?

A.  Another bookkeeper who had been there for many years.

Q.  But you already knew accounting

L. Guzman

from before, right?

A.  Yes, but the supermarket has it's specific things and they had to teach me.

Q.  When you got your BA in accounting was that because accounting was your major?

A.  I don't understand the question.

Q.  It might be because I'm thinking of the American system of my higher education.

How many courses did you take when you were going for your BA degree?

A.  Many.  Are you referring to the subjects?

Q.  Well, I'm just assuming you would enroll in courses that would give you credit towards your ultimate degree, and I'm asking how many of those courses were related to accounting?

A.  It's different, you don't choose.  The courses are already stipulated.  Accounting, 1, 2.  3 advanced.  Auditing.

Q.  Did you take more than 15

L. Guzman

courses in accounting?

A.  When you say courses, are you referring to credits?

Q.  Classes.

A.  How many classes did you say?

Q.  15 in the five years that you were there?

A.  Are you referring to everything like taxes, auditing, accounting, economics, commercial law, everything?

Q.  Just the accounting courses.

A.  In that case accounting 1, account 2, advanced accounting, auditing and also accounting of costs, so five.

Q.  And you took business law as well, right?

A.  Yes.

Q.  Now when you same to the United States, you said you took one course at H&R Block for accounting.

Did you take any other accounting classes in the United States?

A.  No.

Q.  When you came to the United

L. Guzman

States, did you take additional classes in English?

A.  Yes.

Q.  What classes did you take in English?

A.  I don't remember the name, but in Nassau Community College they have a program.  It's advanced, it's very fast and it's in English.

Q.  And you took one of those courses?

A.  The program had three courses.

Q.  Over how long a period of time?

A.  Three semesters.

Q.  In your job at Siena Market, do you regularly use English?

A.  All the time.

Q.  The documents that you have to read are in English in relation it that job?

A.  Yes.

Q.  The documents that you have to generate are written in English by you?

A.  Yes.

Q.  When you came to the United

L. Guzman

States, you went directly to Valley Stream?

A.  Yes.

Q.  Why did you choose Valley Stream?

A.  That's where my mom lived and my siblings live there.

Q.  These are people in the Comuzzi family?

A.  Yes.

Q.  The person who owns Siena Marble who is that?

A.  There are three partners.

Q.  Who are they?

A.  You want the names?

Q.  Yes.

A.  William, T-U-S-T-I-N.

Q.  Who else?

A.  There's Nancy Tustin and Pablo Comuzzi.

Q.  Are you related to Pablo Comuzzi?

A.  Yes.

Q.  How are you related to him?

A.  He's my brother.

L. Guzman

Q.  Does he live in Valley Stream?

A.  No.

Q.  So he's an owner.  Does he also work there, Pablo?

A.  Yes, of course.

Q.  What is his job?

A.  Well, he sells tiles and marble.

Q.  When you applied for the job at Siena Marble, did you speak to your brother Pablo before getting the job?

A.  In which sense?

Q.  Did you ask him if there was a job opening?

A.  No.  Because I never liked mixing his business with the family.

Q.  Did he tell you that he had a job opening?

A.  No, things didn't really work out that way.  I think I sent my resume for them to consider it at some point, whenever they needed help.

Q.  Well, let me ask you this.

You were married to Mr. Guzman in 2010; is that right?

L. Guzman

A.  Yes.

Q.  Do you know how it came about that Mr. Guzman started working at Siena Marble?

A.  Well, let me see if I remember.  No, I don't remember.

Q.  Were there any conversations between you and your brother Pablo Comuzzi about your husband Mr. Guzman working there before you was hired?

A.  We're not that type of family to have so many conversations about work and family.

Q.  How did your husband find out about the business at Siena Marble?

MR. KESHAVARZ:  Objection of form.

A.  I think it's because Pablo invited us for dinner and his partner was there William, and my husband approached him.  He's the ones who is making the decisions.

Q.  Which decisions does William make?

L. Guzman

1
2    A.  Well, I don't know much about
3    the financial area.  That's something
4    private amongst the partners, but I know
5    they consult each other when they have to
6    hire someone, and they have to be in
7    agreement to see if they want to employ that
8    person.
9    Q.  Are you related to anyone else
10   who works at Siena Marble?
11   A.  Directly, like direct family?
12   Q.  Let's start with directly, and
13   then we'll go to indirectly?
14   A.  No, directly.
15   Q.  Who are you indirectly related
16   to at?
17   A.  Nancy Tustin is Pablo Comuzzi's
18   wife.
19   Q.  Anyone else?
20   A.  No.
21   Q.  Is Mr. Guzman related to anyone
22   at Siena Marble?
23   A.  No.
24   Q.  Either directly or indirectly?
25   A.  No.  To me with the rest of

L. Guzman

1
2    them, no.
3    Q.  Are you or your husband personal
4    friends with anyone at Siena Marble?
5    A.  No.
6    Q.  Now, what is your specific job
7    at Siena Marble?
8    A.  Accountant.
9    Q.  What are your responsibilities
10   at Siena Marble as an accountant?
11   A.  Well, most, I make payment,
12   check bank statements reconcile.  Also, I
13   collect but really not that much because
14   they mostly pay with debit or check.  At the
15   end of the year they share the information
16   with the external accountants of the
17   company.
18   Q.  Let me just go back to one thing
19   before I forget.
20       You said Nancy is your brother's
21   wife; is that correct?
22   A.  Yes.
23   Q.  What is the relationship, if
24   any, between Nancy Tustin and William
25   Tustin?

L. Guzman

1
2    A.  They are siblings.
3    Q.  So is William Tustin Pablo
4    Comuzzi's brother-in law?
5    A.  Yes.
6    Q.  Is anyone employed at Siena
7    Marble directly related to William Tustin
8    other than Nancy and Pablo?
9    A.  No.
10   Q.  Is anyone at Siena Marble
11   related to Nancy Tustin other than Pablo and
12   William?
13   A.  No.
14   Q.  So your responsibilities at
15   Siena Marble it now includes accounts
16   payable; is that right?
17   A.  Yes.
18   Q.  When you said checking bank
19   statements, what do you mean by that?
20   A.  Well, every day I have to check
21   the balance.  I go into the computer and put
22   the information and make sure that the
23   checks are coming in.  That's what I'm
24   referring to.
25   Q.  In your accounting courses you

L. Guzman

1
2    learned about accounts payable; is that
3    right?
4    A.  Yes.
5    Q.  You also learned about accounts
6    receivable; is that right?
7    A.  Yes.
8    Q.  You know that there is an
9    accounts receivable?
10   A.  Yes.
11   Q.  And you know that in accounts
12   receivable, the situation of what's called
13   bad debt; is that right?
14   A.  Is that like debts that you
15   can't collect?
16   Q.  Yes.
17   A.  Yes.
18   Q.  You're familiar with that
19   happening?
20   A.  Yes.
21   Q.  It's not necessarily only debts
22   that you can't collect, but debts that are
23   difficult to collect; is that right?
24   A.  Yes.
25   Q.  You're familiar with the concept

L. Guzman

1  L. Guzman
2  of selling debt from one company to another
3  or factor?
4        MR. KESHAVARZ:  Objection to
5  the form of the question.
6        A.  I know, but it's not like I'm
7  familiar with it.
8        Q.  But you have learned about it,
9  even if you haven't had experience with it
10 personally?
11       MR. KESHAVARZ:  Objection of
12 form.
13       A.  I know the theory, but I was
14 never in the area.
15       Q.  What do you understand the
16 theory to be?
17       A.  For what?
18       Q.  For how a company might sell its
19 debt to another company, so that second
20 company would try to collect it.
21       A.  Yes, it could be done.  It's
22 legal.
23       Q.  Now, when you met your husband
24 Mr. Guzman, that was in 2007; is that right?
25       A.  Yes.

1  L. Guzman
2        Q.  Where was he living at that
3  time?
4        A.  In the Bronx.
5        Q.  Do you know where?
6        A.  No, I don't remember the
7  address.
8        Q.  Do you remember the street?
9        A.  I think it was 163rd Street.
10       Q.  Do you remember the time of year
11 or the date when you met him?
12       A.  It was March, April, March,
13 April; that's the fall right?
14       Q.  In the United States we consider
15 it the spring.
16       A.  March and April is the fall,
17 correct.
18       Q.  Well, I'm not an expert witness,
19 but I understand that the seasons are
20 reversed.
21       A.  I just wanted to think about it.
22       Q.  I just want to find out, was it
23 March or April?
24       A.  Yes.
25       Q.  Where was he working at the

1  L. Guzman
2  time, was it at the same C-Town chain of
3  stores?
4        A.  Yes.  That's where I met him.
5        Q.  What was his job then?
6        A.  Grocery manager or assistant
7  grocery manager.  I don't remember that
8  exactly.
9        Q.  Did he own any store apart from
10 working at the Sea Market?
11       MR. KESHAVARZ:  Objection to
12 the form of the question.
13       A.  My husband?
14       Q.  Yes.
15       A.  No.
16       Q.  Were you aware of him having
17 owned a store since 2001 up to a certain
18 point?
19       A.  Yes.
20       Q.  Where was that store located?
21       MR. KESHAVARZ:  Objection of
22 form.
23       A.  I don't remember the exact
24 address, but it was in the Bronx near where
25 he lived.

1  L. Guzman
2        Q.  Did you ever visit that store?
3        A.  No, never.
4        Q.  Did he tell you why he closed
5  that store or stopped owning it?
6        MR. KESHAVARZ:  Objection of
7  form.
8        A.  No.  No, he didn't specify.
9        Q.  Did he tell you when he sold the
10 store?
11       MR. KESHAVARZ:  Objection of
12 form.
13       A.  He told me in 2004, I think.
14       Q.  Do you know who he sold it to?
15       A.  No, I have no ideas.
16       Q.  Do you know if your husband has
17 any records from the time he owned that
18 store?
19       MR. KESHAVARZ:  Objection of
20 form.
21       A.  I wouldn't know, no.
22       Q.  When you pay invoices in your
23 job at Siena Marble, do you ever have a
24 circumstance where somebody asks you to pay
25 an invoice that you don't believe Siena

Page 82

L. Guzman
1
2   Marble should pay?
3       A.  I don't remember a situation
4   like that.
5       Q.  So you don't remember any
6   situation, for example, if there was someone
7   that made a mistake on an invoice that was
8   sent to you?
9       MR. KESHAVARZ:  Objection of
10  form.
11      A.  Yes.
12      Q.  What type of mistakes do you
13  remember?
14      A.  Many types of errors.  For
15  example, they wouldn't give the discounts
16  that were agreed on or the amount on the
17  invoice isn't exactly the same amount that
18  we received or we made a return and they
19  didn't apply the credit.  Situations like
20  that.
21      Q.  You normally would call them up
22  to straighten out the issue?
23      A.  The company?
24      Q.  Yes.
25      A.  Yes, immediately.

Page 83

L. Guzman
1
2       Q.  Did you ever get an invoice from
3   someone that you think you didn't owe the
4   money to because it was sent to the wrong
5   place?
6       MR. KESHAVARZ:  Objection of
7   form.
8       A.  It's very rare that that happens
9   when we get an invoice on paper, but it has
10  "owned" when we receive it in the e-mail,
11  but when I go to open up the e-mail I notice
12  it has the wrong name.
13      Q.  What do you do in response?
14      A.  Most of the times the person
15  that sends the e-mail realizes their mistake
16  about ten or 15 minutes later, and they'll
17  send an e-mail to apologize, like, I'm sorry
18  or my mistake.
19      Q.  And if not.  If they don't
20  recognize their mistake?
21      A.  They can't not recognize it
22  because when I open the e-mail I immediately
23  see where it should say Siena Marble it has
24  another name of another tile store.
25      Q.  You said most of the times they

Page 84

L. Guzman
1
2   would recognize it.  But on the occasions
3   that they don't, would you ever contact
4   them?
5       A.  First of all, if I don't
6   recognize the invoice, if I don't recognize
7   who it's coming from then the first thing I
8   do is I go to the warehouse and ask them did
9   you receive materials from this company.
10      Q.  And if they didn't?
11      A.  The last thing would be to call
12  the company and let them know it's a
13  mistake.
14      Q.  How many children do you and Mr.
15  Guzman have together?
16      A.  One girl.
17      Q.  How old is she?
18      A.  Five.
19      Q.  So she was born in 2012?
20      A.  Correct.
21      Q.  Do you from time to time go on
22  family trips in the car with Mr. Guzman?
23      A.  Yes.
24      Q.  How many children live with you
25  in Valley Stream?

Page 85

L. Guzman
1
2       A.  Only the five-year-old.
3       Q.  When you have been taking those
4   car trips together with your husband and
5   your daughter in the last two years has Mr.
6   Guzman driven the car?
7       A.  Sometimes he drives, sometimes I
8   drive.
9       Q.  Are there concerns that you
10  would have with him driving for your
11  daughter's safety?
12      A.  No.
13      Q.  Not ever, right?
14      A.  No.
15      Q.  Have you ever been deposed
16  before in a deposition?
17      MR. KESHAVARZ:  Objection of
18  form.
19      A.  I don't understand the question.
20      Q.  What we're doing today is what
21  we call a deposition, so that lawyers have
22  an opportunity outside of court to ask
23  questions of a witness with a Court Reporter
24  present.
25      Have you ever been involved in a

Page 86

L. Guzman

1 L. Guzman
2 deposition as a witness?
3     A.  No.
4     Q.  Have you ever been involved in a
5 lawsuit in the United States?
6     A.  No.
7     Q.  Has your husband ever been
8 involved in any lawsuit as a party?
9         MR. KESHAVARZ:  Objection, but
10 she can answer.
11     A.  I don't remember.
12     Q.  So you don't remember if he's
13 been sued by anybody other than the lawsuits
14 that we're talking about today?
15         MR. KESHAVARZ:  Objection of
16 form.
17     A.  I don't think so.
18     Q.  Your husband had some back
19 surgery in connection with the car accident,
20 correct?
21     A.  Yes.
22     Q.  And where was he treated for
23 that?
24     A.  What is this hospital called;
25 it's not like he received treatment there,

Page 87

L. Guzman

1 L. Guzman
2 but he underwent surgery.
3     Q.  Right.  So where was the
4 surgery?
5     A.  The name of the hospital is --
6 it's a hospital in Manhattan, it will come
7 to me.
8     Q.  That's okay.  That's fine.
9         Did your husband file a lawsuit
10 in connection with that car accident?
11     A.  Yes.
12     Q.  And has that lawsuit been
13 concluded?
14     A.  Can you ask me again.  What do
15 you mean by that?
16     Q.  Did it end, did it go to a
17 judgment, did it settle, is it finished?
18     A.  Yes, yes.
19     Q.  How did it finish?
20     A.  I think they reached a
21 settlement.  I don't know.  I don't know the
22 legal term.  I don't want to get involved
23 with that, but I think they agreed on
24 something in front of the Judge.
25     Q.  And a payment was made at the

Page 88

L. Guzman

1 L. Guzman
2 conclusion of the lawsuit?
3     A.  Yes.
4     Q.  How much was that?
5     A.  I don't know.
6     Q.  Was more than $100,000?
7     A.  No.
8     Q.  Was it less than $50,000?
9     A.  I don't remember the amount, but
10 it wasn't so large.
11     Q.  Had you already taken the course
12 on personal taxes by 2010?
13     A.  No.
14     Q.  When did you take the course on
15 personal taxes?
16     A.  Toward the end of 2011.
17     Q.  Who prepared your income tax
18 filings for the tax year 2016?
19     A.  H&R Block.
20     Q.  Did you file a joint return with
21 your husband or separate returns?
22     A.  Joint.
23     Q.  For the tax year of 2015, did
24 you also use H&R Block?
25     A.  2016?

Page 89

L. Guzman

1 L. Guzman
2     Q.  I think we already asked in
3 2016.  So now I'm asking in 2015.
4         For the calender year 2015 who
5 prepared your taxes?
6     A.  I did it with the H&R program.
7     Q.  Did you file your taxes for 2015
8 separately or jointly with Jose Guzman?
9     A.  Jointly.
10     Q.  In connection with this lawsuit,
11 did you sign an engagement letter retaining
12 Mr. Keshavarz?
13         MR. KESHAVARZ:  Objection to
14 the form.
15     A.  No.
16     Q.  Is there any document that you
17 signed that retained Mr. Keshavarz to be
18 your lawyer?
19         MR. KESHAVARZ:  Objection of
20 form.
21     A.  I would have to look at the
22 papers.  I don't know what the form looks
23 like.
24     Q.  But do you know whether your
25 husband signed any papers assigning Mr.

Page 90

1          L. Guzman
2    Keshavarz as his lawyer?
3          MR. KESHAVARZ:  Objection of
4    form.
5          A.  I don't know.
6          Q.  This lawsuit was filed on behalf
7    of Jose Guzman, right?
8          MR. KESHAVARZ:  Objection of
9    form.
10         A.  Yes.
11         Q.  And Mr. Keshavarz is your
12   husband's lawyer, right?
13         A.  Yes.
14         Q.  Do you remember yourself
15   personally retaining Mr. Keshavarz to be
16   your personal lawyer in connection with this
17   lawsuit?
18         MR. KESHAVARZ:  Objection to
19   the form of the question.
20         You may answer.
21         A.  Well, I'm the one who found him
22   in the computer, when we were looking for an
23   attorney to represent us.
24         Q.  But is it your understanding
25   that Mr. Keshavarz is representing only your

Page 91

1          L. Guzman
2    husband or you as well?
3          MR. KESHAVARZ:  Objection to
4    the form.
5          You can answer.
6          THE INTERPRETER:  Can you repeat
7    the question, I got lost.
8          MR. LICHTMAN:  Sure.  Read back
9    the question.
10         [The requested portion of the
11   record was read back by the
12   reporter.]
13         MR. KESHAVARZ:  Objection of
14   form.
15         A.  Both.
16         Q.  Let's get back to your husband's
17   court history.
18         So your husband has worked at
19   Fine Fare and the related stores now for how
20   long?
21         A.  Well, before I met him he had
22   already worked there.
23         Q.  So lets's talk about the time
24   before working for Siena Marble.  He had
25   already been working as a manager for those

Page 92

1          L. Guzman
2    Fine Fare stores for some time; is that
3    right?
4          MR. KESHAVARZ:  Objection of
5    form.
6          A.  Yes.
7          Q.  Approximately what years were
8    those?
9          MR. KESHAVARZ:  Objection of
10   form.
11         A.  In 2007.  And then he told me
12   about the past, but I don't know the dates.
13   He told me about the past dates, but I don't
14   know when he worked there but I know he
15   already worked there.
16         Q.  Let's just talk about the time
17   that you knew him, so 2007 and after.
18         He was already an assistant
19   manager or a manager when you met him,
20   right?
21         A.  Yes.
22         Q.  About how many hours a week was
23   he working then?
24         A.  Well, usually at the
25   supermarkets you have a schedule, but if

Page 93

1          L. Guzman
2    something happens you have to stay and solve
3    it, but in general it's nine hours.
4          Q.  Was that six days a week?
5          A.  Yes.
6          Q.  What were his responsibilities
7    at that time?
8          MR. KESHAVARZ:  Objection of
9    form.
10         A.  Number one, he had the keys so
11   you had to open or close the store.  Place
12   all the grocery orders, to make sure that
13   all the departments place the orders for
14   their departments, create the schedule,
15   whether it's dealing with the cashiers, the
16   front cashiers.
17         For example, if a customer comes
18   in and complains about the price of
19   something, or if the price isn't correct so
20   he deals with customer service.
21         Q.  And he deals with hiring and
22   firing employees?
23         A.  No.
24         Q.  Was that job stressful for him
25   at the time?

1                L. Guzman
2          MR. KESHAVARZ:   Objection to
3     the form of the question.
4          A.   Like every job.  There are times
5     that you can be relaxed, but there are other
6     times when you have to be on, like, how do
7     you say, it keeps the battery going.
8          Q.   Is his job at this time the same
9     as it was then --
10         MR. KESHAVARZ:   Objection to
11    the form.
12         You can answer.
13         Q.   -- or his responsibilities?
14         MR. KESHAVARZ:   Objection of
15    form.
16         A.   I believe that as they started
17    knowing him more, they started giving him
18    more responsibilities.
19         Q.   How do you understand his
20    performances at work now?
21         MR. KESHAVARZ:  Objection of
22    form.
23         A.   I consider that it's really very
24    good.
25         Q.   Is that your understanding from

1                L. Guzman
2     what he tells you also?
3          A.   It's my understanding because I
4     know the business, and there really isn't
5     space to make errors.  Either you're good or
6     what are you doing here.
7          Q.   Has your husband since his back
8     operation been taking any medications?
9          MR. KESHAVARZ:   Objection to
10    form.
11         A.   No.
12         Q.   Has he taken any medications for
13    any reason that you know of in 2017?
14         MR. KESHAVARZ:   Objection of
15    form.
16         A.   No.
17         Q.   By that I mean either
18    over-the-counter medicine or prescription
19    medicine.
20         MR. KESHAVARZ:   Objection of
21    form.
22         A.   Maybe not Tylenol, he likes
23    Aleve.
24         Q.   How about in 2016, did he take
25    any over-the-counter or prescription

1                L. Guzman
2     medications?
3          A.   No.
4          Q.   And in 2015?
5          A.   No.
6          Q.   From time to time, did your
7     husband see a doctor in the last three
8     years?
9          MR. KESHAVARZ:   Objection of
10    form.
11         A.   Every year he sees his primary
12    doctor.
13         Q.   Who is his primary doctor?
14         A.   The same one as mine.  Let me
15    look at the name.  If you would like the
16    name.
17         MR. KESHAVARZ:  If you remember,
18    you can testify.
19         A.   Daniel Sackolik.
20         Q.   Can you spell the last name?
21         A.   S-A-C-K-O-L-I-K.
22         Q.   He's your doctor as well?
23         A.   Yes.
24         Q.   Where is he located?
25         A.   Hewlett, New York.  It's very

1                L. Guzman
2     close to Valley Stream.  Broadway Avenue.
3          Q.   Do you know the number?
4          A.   No.
5          Q.   It's not really Broadway Avenue
6     is it; it's really just Broadway?
7          A.   No, it's Broadway Avenue.  I
8     think it's avenue.
9          Q.   Does he have a specialty or is
10    he just a general practicer?
11         A.   General.
12         Q.   Has he gone to see Dr. Sackolik
13    this year?
14         A.   Yes.
15         Q.   When was that?
16         A.   At the beginning of the year,
17    because he was supposed to go and he kept
18    postponing it.
19         Q.   So he went in January 27th?
20         A.   Yes.
21         Q.   For a general check-up?
22         MR. KESHAVARZ:   Objection to
23    form.
24         Q.   Do you know if he had any
25    complaints at that time that he told you he

Page 98

L. Guzman

1
2  wanted to raise with the doctor?
3      Q.   No, he always goes and he's
4  scared that his cholesterol is going to be
5  high.
6      Q.   Did he have any other complaints
7  that you know of in January 2017 that he
8  would relay to his doctor?
9          MR. KESHAVARZ:   Objection of
10     form.
11     A.   That he was embarrassed, but he
12 felt that he needed to wear glasses.
13     Q.   In 2016 did he go to Dr.
14 Sackolik?
15     A.   Yes.
16     Q.   When was that?
17     A.   I can't tell you the date, but
18 my estimate is a year before the one he
19 went, too, because he receives a letter that
20 reminds him that it's time to go.
21     Q.   The letter is from Dr.
22 Sackolik's office?
23     A.   It's a clinic, and they have a
24 lot of different doctors and specialties.
25 So we receive the letter from the clinic,

Page 99

L. Guzman

1
2  but it mentions this doctor.
3      Q.   Does your husband take any
4  medication for cholesterol?
5          MR. KESHAVARZ:   Objection of
6      form.
7      A.   Not now.
8      Q.   Did he before?
9      A.   The doctor gave them to him at
10 some point, but he didn't like taking them,
11 but then when he went back everything was
12 fine.
13     Q.   Has your husband had any problem
14 with sleep?
15         MR. KESHAVARZ:   Objection to
16     the form.
17     A.   No.
18     Q.   In the last year, has your
19 husband had any problem with sleep?
20     A.   Yes.
21     Q.   What was that problem?
22     A.   He tosses and is turning a lot
23 at night.  He tells me he's very worried, a
24 lot of it is because of this case.
25         When he does fall asleep he has

Page 100

L. Guzman

1
2  to leave the TV on, and I have to stay up to
3  make sure I turn the TV off.
4      Q.   He said that a lot of it is
5  because of this case?
6      A.   All of it because I've never
7  seen him like this in the past.
8      Q.   When you say this case, you mean
9  the case that he is bringing now against the
10 people who are in this case?
11         MR. KESHAVARZ:   Objection of
12     form.
13     A.   No.  I'm referring to ever since
14 the day that his employer received this
15 letter.
16     Q.   Did he explain to you why he's
17 worried about that case from his employer
18 sending the letter?
19     A.   The main thing is because of the
20 lies of the fraud that they did to start
21 this case.
22         They created a case where they
23 said they had given him the Court papers by
24 hand, and that's not true and he can't
25 believe how these people could lie so

Page 101

L. Guzman

1
2  shamelessly.
3      Q.   Did you see any paper that says
4  he was given this in his hands?
5          MR. KESHAVARZ:   Objection of
6      form.
7      A.   Supposedly, they gave it to him
8  to go to court and defend it.
9      Q.   Have you ever seen a piece of
10 paper relating to the case that was brought
11 against your husband that says that he was
12 given the summons and complaint in his
13 hands?
14         MR. KESHAVARZ:   Objection of
15     form.
16     A.   No.  It said that they had tried
17 to give him the papers three times, and that
18 they ended up giving them to a complete
19 unknown person.
20         So how is it possible that they
21 can go with these papers and go to a judge
22 and have him believe that he was notified of
23 the situation.
24     Q.   Those papers say that his
25 location was at 1304 Boston Road in the

1            L. Guzman
2    Bronx, as far as you remember?
3        A.  Yes.
4        Q.  Did you understand at that time
5    that your husband had a store that he owned
6    at 1304 Boston Road in the Bronx?
7            MR. KESHAVARZ:   Objection to
8    the form.
9        A.  Not by that time.  By that time
10   he had already left that place a long time
11   ago.
12       Q.  But he had one time worked at
13   1304 Boston Road, correct?
14       A.  Yes, but not at the time they
15   brought the letter.
16       Q.  Right.  But he had previously
17   worked at that address, right?
18       A.  Yes.
19       Q.  And he had actually owned the
20   store at that address, correct?
21       A.  It's my understanding that he
22   was, yes.
23       Q.  Has your husband ever seen a
24   psychologist?
25           MR. KESHAVARZ:   Objection to

1            L. Guzman
2    form.
3        A.  No.
4        Q.  Has he ever been treated by a
5    psychiatrist or a psychologist?
6            MR. KESHAVARZ:   Objection to
7    form.
8        A.  No.
9        Q.  Does your husband go by any
10   names other than Jose Guzman?
11       A.  No.
12       Q.  What's his mother's maiden name?
13       A.  Lara.
14       Q.  Does he ever go by that name
15   Jose Guzman Lara?
16       A.  No.
17       Q.  Does he have any nickname?
18       A.  At home, no.
19       Q.  How about at work?
20       A.  No, I don't know.
21           MR. LICHTMAN:  Let's take a
22   five-minute break.  I might be done.
23           (Whereupon, a short recess was
24   taken.)
25           MR. LICHTMAN:  Back on the

1            L. Guzman
2    record.
3        Q.  We had talked before the break
4    about your husband's sleeping patterns.
5        Has there been any other way in
6    which you believe your husband has been
7    affected in the last two years by the
8    lawsuit that was started against him?
9            MR. KESHAVARZ:   Objection.
10       A.  Well, besides the fact that he
11   can't sleep very well he also seems
12   over-alert.  Like when I try to talk to him
13   about a problem, he thinks it's going to be
14   about this case.
15       Q.  Anything else?
16           MR. KESHAVARZ:   Objection of
17   form.
18       A.  Well, he always talks about how
19   this case changed his life.  How they tried
20   to ruin his life with such a big lie,
21   because if he had known about the existence
22   of this case he would have gone to court to
23   defend himself.
24       He would have never allowed for
25   a Judge to make a decision without him being

1            L. Guzman
2    there, and having a chance to defend
3    himself.
4        So he's always remembering that.
5    He's really not well at all.  He wasn't like
6    this before.
7        Q.  Has it affected him in any other
8    way in the last two years?
9            MR. KESHAVARZ:   Objection.
10       A.  Well, he's always afraid that
11   he's going to lose his job because there
12   were so many days that he had to take off.
13       The kind of work that he has
14   they don't give us that many personal days.
15   We don't have that kind of benefits where
16   his boss would always ask how many days are
17   you going to ask for; how long is this going
18   to go for.
19       So he's afraid that he's going
20   to lose his job.  This is not something, we
21   cannot afford it.
22       Q.  The days off from the job, you
23   understand it included him coming for the
24   deposition this week?
25       A.  Of course, he's not going to get

Page 106

L. Guzman

1  paid for that.
2      Q.  Now, when your husband talks
3  about the lawsuit and him wanting to have
4  been notified about the lawsuit, does he
5  also tell you that had he been notified he
6  would have won the case?
7          MR. KESHAVARZ:   Objection of
8      form.
9      A.  Of course, because he never, he
10  affirms that he never opened an account with
11  U.S.A. First Bank.
12      Q.  Had he been notified of the
13  lawsuit originally, has he said to you that
14  he would have won because he never owed that
15  debt?
16          MR. KESHAVARZ:   Objection of
17      form.
18      A.  Exactly that he would have
19  appeared in court the day of the
20  appointment, and he would have said I do not
21  have that debt.  I do not know that bank.  I
22  do not have an account with them.  And he
23  would have won because that was the truth of
24  it.

Page 107

L. Guzman

1          MR. LICHTMAN:  That's it.  I
2  have nothing further.
3          MR. KESHAVARZ:  I have a few
4      follow-up questions.
5  EXAMINATION
6  BY MR. KESHAVARZ:
7      Q.  I want to go back to Exhibit
8  Number 10, the Citibank bank account that
9  was opened up in the name of Jose Guzman was
10  opened up in November 2016, is that about
11  right, which is Exhibit 19 in this case, and
12  it's Exhibit 10 of the deposition of Mr.
13  Guzman?
14          MR. GROSSMAN:   Objection to the
15      form of the question.
16      Q.  Did you ever e-mail Exhibit 19
17  to anyone?
18      A.  Yes.
19      Q.  When did you do that
20  approximately?
21      A.  Less than a week ago.
22      Q.  Did you ever give a copy of the
23  bank statements that are Exhibit 19 to
24  anyone prior to e-mailing them in the last

Page 108

L. Guzman

1  week?
2      A.  No.
3      Q.  Do you know why you did not send
4  a copy of the statements of Exhibit 19 to
5  anyone before within the last week?
6      A.  I forgot that he had this
7  account because it's a very new account.
8  Jose also did not remind me, and I just
9  forgot.
10          The other reason is that we
11  didn't have it set up online yet, so we
12  always had to wait for it to come in the
13  mail in paper.  And when the mail comes in
14  Jose grabs his letters, and I grab mine.  He
15  grabs them and places them in the drawer and
16  I forgot but it wasn't because of anything.
17  I wasn't trying to hide anything.
18      Q.  Do you remember the testimony
19  before about an issue about Mr. Guzman
20  driving a truck at Siena?
21      A.  Yes.
22      Q.  What was the issue about him
23  driving the truck?
24          MR. LICHTMAN:  Objection of

Page 109

L. Guzman

1  form.
2      A.  He was so frustrated by this
3  case.  He couldn't understand how it was
4  possible that people could ruin his life
5  like that way just lying.  Lying, like
6  saying that they delivered the letter, when
7  they didn't deliver it.
8          And to create such a case to
9  make the Judge believe that they have all
10  the proof to win a case when someone owes
11  money.
12          He was so frustrated by that,
13  and the material that he carries in that
14  truck is so delicate that he was afraid of
15  having an accident.
16      Q.  Now, there is a discussion about
17  whether you felt safe about Mr. Guzman
18  driving you in the car with your daughter,
19  and I think you said you felt safe about him
20  driving the car?
21      A.  Yes, because it's very different
22  to drive a car than it is to drive a truck
23  that is full of all that material that's so
24  expensive.

L. Guzman

1        L. Guzman
2      Q.  In what other way other than the
3  price of the marble, did he express to you
4  about why he was concerned about driving the
5  truck?
6      A.  He had to remain very focussed,
7  and sometimes his mind would just wander,
8  thinking how am I going to solve this
9  problem.  How many times do I have to appear
10 in court.  I have to prove that I am
11 innocent.  That I didn't open this account.
12 All of this had him worried.
13     Q.  What did he do, if anything,
14 about driving the truck?
15     A.  He started thinking about
16 finding another job.
17     Q.  Do you know why?
18     A.  Because, for example, this type
19 of truck when it's loaded with this type of
20 material, you have to drive slowly-slowly,
21 you have to stop very slowly.
22       Many times the cars behind him
23 would honk at him asking him to drive
24 faster, and he was worried about that, and
25 he thought no, no for me to keep a clear

L. Guzman

1        L. Guzman
2  mind to think of a way to solve my problem,
3  I need to find another job.
4      Q.  Is that what he did?
5      A.  Yes.
6      Q.  How long after you found out
7  that L.R. Credit, and Mel Harris were trying
8  to garnish his wages how long was that?
9      MR. GROSSMAN:  Objection to
10    form.
11     A.  I don't understand the question.
12     Q.  At some point Mr. Guzman found
13 out his employer got a copy of the letter
14 that is Exhibit 16; is that right?
15     A.  Yes.
16     Q.  What concerns, if any, did he
17 tell you arose from getting Exhibit 16?
18     MR. LICHTMAN:  Objection of
19    form.
20     A.  He started to get concerned
21 about all the times he had to go to court to
22 find the records; then to go present the
23 papers to the Judge and then go to the
24 hearing; then to go to Claro to ask for
25 help.

L. Guzman

1        L. Guzman
2      He was saying at some point his
3  boss was going to come and say, you know
4  what, take all the days off you need.
5      Q.  What do you mean by that?
6      A.  That he was dismissed.
7      Q.  Let me ask a more specific
8  question.  Do you know about how long
9  between when Mr. Guzman's employer got
10 Exhibit 16, and when Mr. Guzman left his
11 job?  Do you know approximately how long
12 that was?
13     A.  Yes.  This was in the summer,
14 2015, and he left his job from Siena Marble
15 to go to work at AC Food in March 2016, so
16 it must have been seven months.
17     MR. LICHTMAN:  Let the record
18    show the witness is asking counsel
19    whether her answer is correct.
20     Q.  There is no correct answer or
21 incorrect answer.  All you have to do is
22 listen to the question and if you don't know
23 the answer, just say that.
24     A.  I want to clarify that when I
25 say an approximate I don't know the time,

L. Guzman

1        L. Guzman
2  that it's just approximate.
3      MR. LICHTMAN:  Move to strike.
4      Q.  Let me ask the question, again,
5  legal reasons.  You don't have to worry
6  about it.
7      Do you remember one way or
8  another how much time passed between when
9  Mr. Guzman got the court letter, that's
10 Exhibit 16, and when he left working at
11 Siena?
12     MR. LICHTMAN:  Objection, asked
13    and answered.
14     A.  No, I don't know.
15     Q.  Let's go back to the truck.
16     What is the difference between
17 driving the truck and driving your family
18 car?
19     A.  The family car is a small car.
20 We're not carrying any material.  It's not
21 loaded with anything.  You have full
22 visibility in a car.
23     In a truck you can't look back.
24 You can't see back.  It has mirrors, and
25 added to that you have to drive slowly; you

L. Guzman

1  have to drive a specific way so that the
2  merchandise doesn't slide.
3      Q.   After Mr. Guzman got the letter
4  of Exhibit 16, did you feel safe driving in
5  the truck with him?
6          MR. LICHTMAN:  Objection to
7      form.
8          MR. GROSSMAN:   Objection to
9      form.
10      A.   I wouldn't know because I never
11  got in the truck with him.
12      Q.   So in a nutshell, what was the
13  reason you felt safe driving with him in
14  your family car, even though Mr. Guzman
15  expressed the concerns he did about driving
16  the truck?
17          MR. GROSSMAN:   Objection to
18      form.
19      A.   Because many times we're in the
20  car and he's driving and he's just very,
21  very good.  He's a good driver.
22      Q.   And is the size of the vehicle
23  one of the seasons why you feel safe --
24          MR. LICHTMAN:  Objection of

L. Guzman

1  form.
2          MR. GROSSMAN:   Objection of
3      form.
4      Q.   -- as opposed to how you feel in
5  the truck?
6          Mr. GROSSMAN:  Objection to
7      form.
8      A.   Yes.
9      Q.   There's a point in time that
10  both you and Mr. Guzman saw the letter to
11  the employer that's Exhibit 16; is that
12  correct?
13      A.   Yes.
14      Q.   Now, when the two of you got
15  this letter, at that point in time did you
16  know who the debt collector was claiming the
17  original credit card was with?
18          MR. GROSSMAN:   Objection of
19      form.
20      A.   That's exactly what the headache
21  was.  We didn't know what it was.  The
22  financial institution was unknown, the one
23  he had the debt with.
24      Q.   Okay.  You talked before about

L. Guzman

1  going on the internet after you got
2  Exhibit 16; do you remember that?
3      A.   Yes.
4      Q.   Which names, if any, that are in
5  Exhibit 16 did you search for?
6      A.   My apologies.  L.R. Credit 13
7  and Mr. Mel Harris.
8      Q.   What did you find in that
9  search?
10      A.   Apologies again, but everything
11  was really bad.
12      Q.   You don't have to apologize.
13      What did you find out when you
14  searched for L.R. Credit 13 and Mel Harris
15  on the internet, after you got it?
16          MR. GROSSMAN:   Objection of
17      form.
18          MR. LICHTMAN:  Objection of
19      form.
20      A.   I found that L.R. Credit 13 and
21  Mel Harris, they do a lot of fictitious
22  things or send fraud and a lot of people
23  have actually countersued them, because they
24  also start by saying they send these letters

L. Guzman

1  to the people when they really don't.
2      Q.   And by the letters to the
3  people, what do you mean?
4      A.   I think it's called a subpoena,
5  when they inform them they have a case.
6      Q.   What was the relationship
7  between what you found out on the internet
8  about L.R. Credit and Mel Harris; what was
9  that relationship like to you, what happened
10  to your husband?
11          MR. GROSSMAN:   Objection of
12      form.
13          MR. LICHTMAN:  Objection of
14      form.
15      A.   He experienced the exact same
16  things that all these people experience in
17  the internet.  They said they commit a lot
18  of fraud.
19      I don't know how they even make
20  this legal.  They commit fraud by saying
21  they sent this to the people, and they
22  really don't.
23      Then they go to the Judge and
24  say you see this person is in debt and they

Page 118

L. Guzman

1  
2 didn't even come, and then the Judge says,
3 okay, the verdict is in their favor.
4        So when we read that, my husband
5 says is this possible that this happened to
6 me.  I never had any problems.
7        You always think, well, it
8 happens to other people who knows why, but
9 then it happens to you.  And you think is it
10 possible that this can happen to me.  I have
11 to get help to defend myself.
12        Q.   Now you used the phrase
13 "subpoena"; do you know if that's also a
14 lawsuit if you know?
15        MR. LICHTMAN:  Objection of
16 form.
17        MR. GROSSMAN:   Objection of
18 form.
19        Q.   When I use that word, I'm
20 referring to the fact that they have to take
21 the case to the person to notify them that
22 there is a case?  What do you mean when you
23 say case?
24        A.   When these people L.R. Credit
25 and Mel Harris create a case, a ghost case,

Page 119

L. Guzman

1  
2 but they have to notify the person and say,
3 look, you have this case.
4        MR. KESHAVARZ:  Off the record.
5        (Whereupon, an off-the-record
6 discussion was held.)
7        MR. KESHAVARZ:  Mark this
8 Exhibit 20.
9        (Whereupon, Defendants'
10 Exhibit 20, consumer credit
11 transaction was hereby marked for
12 identification, as of this date.)
13        (Whereupon, Defendants'
14 Exhibit 21, summons and complaint in
15 the collection lawsuit was hereby
16 marked for identification, as of this
17 date.)
18        Q.   Before our break you said there
19 was something you want to get off your
20 chest; what was that?
21        MR. LICHTMAN:  Objection of
22 form.
23        A.   I just wanted to say as a
24 personal comment, you can go and tell your
25 bosses or whoever you represent if they have

Page 120

L. Guzman

1  
2 any idea of how they can ruin a person with
3 a lie like this.
4        MR. KESHAVARZ:  Do you want to
5 take a quick break?
6        THE WITNESS:  Yes.
7        (Whereupon, a short recess was
8 taken.)
9        MR. KESHAVARZ:  Back on the
10 record.
11        Q.   So I'm showing you what is
12 called Exhibit 21, which is the summons and
13 complaint in the collection lawsuit.
14        Look at the first page.  The
15 document, the summons.  Is there anything on
16 that document that makes you want to clarify
17 your testimony?
18        MR. GROSSMAN:   Objection of
19 form.
20        MR. LICHTMAN:  Objection of
21 form.
22        Q.   Go ahead, you can answer.
23        A.   What I'm saying is that he
24 wasn't given the letter or the papers in
25 this case I'm referring to this, this thing

Page 121

L. Guzman

1  
2 here.  It's very technical.
3        Q.   You were putting a circle around
4 something, what was that?
5        A.   This word here "summons."
6        Q.   Was summons the word you were
7 thinking about when you said subpoena?
8        MR. LICHTMAN:  Objection of
9 form.
10        MR. GROSSMAN:   Objection of
11 form.
12        A.   Yes.
13        Q.   Now, let me show you what's been
14 marked as Exhibit Number 20.
15        Take a chance to look at it and
16 look at the second page and let me know when
17 you're done.
18        A.   Okay.
19        Q.   Who is that letter addressed to?
20        A.   Jose Guzman.
21        Q.   Did Mr. Guzman get a copy of
22 this letter in the mail?
23        A.   Yes.
24        Q.   Okay.
25        MR. LICHTMAN:  What is the date

Page 122

L. Guzman

1  on this letter?
2
3        THE WITNESS:  August 18, 2015.
4        Q.  Let me just read this into the
5  record.
6        "Dear Jose Guzman:  Our office
7  has decided not to go forward with
8  the scheduled traverse hearings.
9  Enclosed please find three duplicate
10  stipulations to vacate the judgment
11  and discontinue action.
12        "Please review and execute two
13  of the stipulations and keep an
14  additional copy for your record.
15  Please transmit a fully executed copy
16  to Rosemary Orkina, her facsimille
17  number is 212-660-1025 as soon as
18  possible."
19        Signed, Rosemary Orkina, Mel
20  Harris and Associates.
21        MR. GROSSMAN:  Motion to
22  strike.
23        MR. LICHTMAN:  Motion to strike.
24        MR. KESHAVARZ:  The reason to
25  strike was?

Page 123

L. Guzman

1
2        MR. GROSSMAN:  There was no
3  question.  She reads English, so I
4  don't understand why you're reading
5  this document.
6        Q.  Did I read this correctly,
7  ma'am?
8        A.  Yes.
9        Q.  So I'm showing you the last page
10  of Exhibit 17, that's entitled "Affidavit
11  and Support and Order to Show Cause and
12  Vacate Judgment and Default Judgment and To
13  Dismiss For Lack of Personal Jurisdiction,
14  No File of It."
15        Did I read that correctly?
16        A.  Yes.
17        MR. GROSSMAN:  Objection of
18  form.
19        MR. LICHTMAN:  Objection of
20  form.
21        Q.  Going to the last page, what is
22  the date that the document is signed?
23        A.  July 23, 2015.
24        Q.  Compare that to the date of the
25  letter that Mel Harris sent to you which is

Page 124

L. Guzman

1
2  Exhibit 20?
3        A.  August 18, 2015.
4        Q.  What did you and Mr. Guzman do,
5  if anything, after receiving the letter
6  that's Exhibit 20?
7        MR. LICHTMAN:  Objection of
8  form.
9        A.  When we received it and read it,
10  we both thought this is too good to be true.
11  There must be something.  Jose told me these
12  people are such liars that may be they just
13  don't want me to appear at the traverse
14  hearings where I can defend myself.  So they
15  can again tell it the Judge you see Jose
16  Guzman didn't show.  That was the first
17  thing we thought.
18        The second thing is that we
19  didn't understand the paragraph in the
20  middle that says "vacate judgment and
21  discontinue action."  We didn't know because
22  we're not attornies the total implication of
23  discontinue action.
24        Q.  Now earlier in the deposition,
25  opposing counsel asked you about the phrase

Page 125

L. Guzman

1
2  "vacate judgment"; do you remember that?
3        A.  Yes.
4        Q.  Did you have an issue with the
5  translation of that phrase at that point?
6        MR. GROSSMAN:  Objection of
7  form.
8        MR. LICHTMAN:  Objection of
9  form.
10        A.  Well, the translator's words
11  confused me a little bit.
12        Q.  In what way?
13        A.  That I'm not an attorney to
14  understand the terminology.  So when it's
15  translated in a way that I could understand,
16  maybe it's not the same thing.
17        Q.  In what way did you understand
18  it?  What were the phrases used and how did
19  you understand that?
20        MR. LICHTMAN:  Objection of
21  form.
22        MR. GROSSMAN:  Objection of
23  form.
24        A.  What I thought -- and I don't
25  know if I'm correct but it's what I

1           L. Guzman
2 thought -- I don't know if it's correct that
3 this word in Spanish sounds like a vacancy.
4 Vacancy in Spanish means open.
5       Q.   Okay.  So what did you do after
6 you got Exhibit 20.  Did you see anyone
7 after you got Exhibit 20?
8           MR. LICHTMAN:  Objection of
9 form.
10          MR. GROSSMAN:   Objection of
11 form.
12       A.   No, I didn't.  Jose went to
13 court, and he went to Claro to show this to
14 him.
15       Q.   What did Mr. Guzman tell you
16 happened after he went to see Claro?
17       A.   They told him, no, don't sign
18 that because it's missing a clause.  It says
19 here item 4 it says "Discontinued with
20 prejudice" and everything that goes after
21 that additionally all potential defenses.
22          THE INTERPRETER:  Do I have to
23 read it in English?
24          MR. KESHAVARZ:  You can read it
25 in Spanish and translate.  Whatever

1           L. Guzman
2 you feel more comfortable.
3       A.   Well, this paragraph says that:
4       "Discontinue with prejudice
5 additionally any and all potential
6 defenses Defendant may have regarding
7 this matter, and any other claims
8 Defendant may have to date against
9 plaintiff or its counsel related to
10 this matter are hereby waived and
11 released."
12       Q.   So when Mr. Guzman went to
13 Claro, did they explain to him whether he
14 should sign it, and if so, why or why not?
15          MR. LICHTMAN:  Objection of
16 form.
17          MR. GROSSMAN:   Objection of
18 form.
19       A.   Well, of course, they explained
20 how this document could change with or
21 without this clause.
22       Q.   Did they express any concerns,
23 and if so, what concerns about signing this
24 stipulation that was mailed to you that's
25 Exhibit 20?

1           L. Guzman
2          MR. LICHTMAN:  Objection of
3 form.
4          MR. GROSSMAN:  Objection of
5 form.
6       A.   They explained that this
7 document was in their favor, but that it
8 wouldn't benefit my husband.
9       Q.   Did they say why?
10          MR. LICHTMAN:  Objection of
11 form.
12          MR. GROSSMAN:   Objection of
13 form.
14       A.   Because with this letter it was
15 just discontinue action period.  And with
16 this, now you have another opportunity open.
17       Q.   So let's go back to what you
18 read on the internet.  Has your husband
19 expressed any concerns to you about what
20 L.R. Credit might do?
21          MR. GROSSMAN:  Objection of
22 form.
23          MR. LICHTMAN:  Objection of
24 form.
25       A.   Of course, because since we're

1           L. Guzman
2 not attorneys and we see that people with a
3 license to practice can commit these frauds
4 then what's left for us.  They can lie
5 again, they can create documents.  We're
6 completely concerned.
7       Q.   Has Mr. Guzman expressed a
8 continued concern, even though this lawyer
9 signed Exhibit 18, the stipulation?
10          MR. LICHTMAN:  Objection of
11 form.
12          MR. GROSSMAN:   Objection of
13 form.
14       A.   My husband believes -- and I
15 don't know if it's right or not because I
16 I'm not an attorney -- but he thinks that if
17 these people who have a professional license
18 are not in prison that they're just free
19 like business people.
20          So if they can create these
21 lies, why can't they continue fabricating
22 lies and continue to harm us.
23          MR. GROSSMAN:  Thank you, ma'am.
24 I'm done with questions.  The other
25 attorneys might have follow up.

## Page 130

```
1              L. Guzman
2         We'll find out.
3         MR. LICHTMAN:  I have nothing
4    further.
5         MR. GROSSMAN:   Thank you very
6    much.
7         THE WITNESS:  All right.  Thank
8    you.
9         (Time noted:  3:35 p.m.)
10
11   _____
12        LAURA GUZMAN
13
     Sworn and Subscribed
14
     This_____day of _____, 2017.
15
16   _____
        Notary Public
17
18
19
20
21
22
23
24
25
```

## Page 131

```
1
2    -------------- I N D E X -----------------
3    WITNESS          EXAMINATION BY   PAGE
4    Laura M. Comuzzi Guzman   Mr. Grossman   5
5                      Mr. Lichtman   59
6                      Mr. Keshavarz   107
7    ----------------- EXHIBITS -------------------
8    DEFENDANTS'                FOR ID.
9     Exhibit 16, document            18
10    Exhibit 17, affidavit and support of    26
11   order to show cause to vacate default
12   judgment
13    Exhibit 18, two-page document, second   33
14   page caption, "Stipulation to Vacate
15   Judgment and Discontinue Action,"
16   October 2, 2013
17    Exhibit 19, Citibank checking and      43
18   savings account statements of Jose
19   Guzman, opened in November 2016
20    Exhibit 20, consumer credit transaction
21   letter addressed to Jose Guzman, dated
22   August 18, 2015            119
23    Exhibit 21, summons and complaint in    119
24   the collection lawsuit
25
```

## Page 132

```
1
2
3         C E R T I F I C A T E
4
5
6    STATE OF NEW YORK   )
7               : ss.
8
9    COUNTY OF NEW YORK  )
10
11       I, MARVA CLARKE, a Shorthand Reporter and
12   Notary Public within and for the State of New York,
13   do hereby certify:
14       That LAURA GUZMAN, the witness
15   whose deposition is hereinbefore set forth, was
16   sworn and that such deposition is a true record of
17   the testimony given by such witness.
18       I further certify that I am not related
19   to any of the parties to this action by blood or
20   marriage; and that I am in no way interested in the
21   outcome of this matter.
22       IN WITNESS WHEREOF, I have hereunto set
23   my hand this 21st day of June, 2017.
24
         _____
25        MARVA CLARKE
```

## Page 133

```
1              ERRATA SHEET
2    Case Name:
3    Deposition Date:
4    Deponent:
5    Pg. No. Now Reads   Should Read  Reason
6    ___ ___ _____  _____  _____
7    ___ ___ _____  _____  _____
8    ___ ___ _____  _____  _____
9    ___ ___ _____  _____  _____
10   ___ ___ _____  _____  _____
11   ___ ___ _____  _____  _____
12   ___ ___ _____  _____  _____
13   ___ ___ _____  _____  _____
14   ___ ___ _____  _____  _____
15   ___ ___ _____  _____  _____
16   ___ ___ _____  _____  _____
17   ___ ___ _____  _____  _____
18   ___ ___ _____  _____  _____
19   ___ ___ _____  _____  _____
20
             _____
21
           Signature of Deponent
22
     SUBSCRIBED AND SWORN BEFORE ME
23   THIS ____ DAY OF _____, 2017.
24   _____
25   (Notary Public)  MY COMMISSION EXPIRES:_____
```

**A**

**A.C (1)**
37:2
**a.m (1)**
1:21
**able (4)**
17:24 18:3 22:4 31:17
**AC (1)**
112:15
**accept (1)**
30:24
**accepted (1)**
34:16
**accident (7)**
16:6 40:20,25 41:8
86:19 87:10 109:16
**account (22)**
9:20 10:4,7 11:6,16
11:23 12:22 29:21
43:4,9 44:15 46:12
46:18 47:15 69:14
106:11,23 107:9
108:8,8 110:11
131:18
**accountant (5)**
8:23 62:4,13 75:8,10
**accountants (1)**
75:16
**accounting (17)**
8:15 63:10 65:15
67:25 68:7,7,21,24
69:2,10,12,13,14,15
69:21,23 76:25
**accounts (12)**
10:10,13,16,21,25
11:11 64:23 76:15
77:2,5,9,11
**accurate (1)**
66:10
**accurately (1)**
4:6
**accusations (1)**
39:5
**accused (2)**
38:11,21
**action (11)**
33:17 34:4 35:13
48:19,25 122:11
124:21,23 128:15
131:15 132:19
**activity (1)**
36:24
**added (1)**
113:25
**additional (2)**
70:2 122:14

**additionally (2)**
126:21 127:5
**address (16)**
4:24 6:18 9:16,18
32:24 33:4,6,8
61:12,16,19,20 79:7
80:24 102:17,20
**addressed (3)**
34:7 121:19 131:21
**advanced (3)**
68:24 69:14 70:9
**affidavit (4)**
25:23 26:3 123:10
131:10
**affirms (1)**
106:11
**afford (1)**
105:21
**afraid (4)**
17:18 105:10,19
109:15
**afternoon (3)**
25:14 59:8,9
**against- (1)**
1:7
**age (1)**
66:17
**ago (3)**
45:12 102:11 107:22
**agreed (5)**
3:3,8,12 82:16 87:23
**agreement (1)**
74:7
**ahead (3)**
49:24 54:18 120:22
**Ahmad (4)**
1:19 2:4,8 5:17
**Aleve (1)**
95:23
**allowed (1)**
104:24
**American (1)**
68:11
**amount (4)**
47:20 82:16,17 88:9
**ANDINO (1)**
1:12
**angle (1)**
50:23
**annual (2)**
12:24 14:7
**answer (46)**
6:8,8 9:25,25 29:18
30:7 32:2,4,7,14
43:22 44:3 47:18
48:3 49:5,19 50:4,8

50:11,16,21 51:18
51:21,24 52:10,13
53:3,5 54:2,7,16,22
55:13 56:11,25
57:17 58:14 86:10
90:20 91:5 94:12
112:19,20,21,23
120:22
**answered (6)**
15:4 27:16 47:17
52:23 58:5 113:13
**answering (3)**
55:15 57:5 66:4
**answers (3)**
4:9 24:13 52:2
**anybody (1)**
86:13
**apart (1)**
80:9
**apologies (2)**
116:7,11
**apologize (2)**
83:17 116:13
**appear (5)**
34:21,25 58:16 110:9
124:13
**appearance (3)**
31:2,11,12
**APPEARANCES (1)**
2:2
**appeared (1)**
106:20
**applied (1)**
72:9
**apply (2)**
28:16 82:19
**appointment (2)**
13:21 106:21
**approached (1)**
73:21
**appropriate (5)**
50:12,14 52:3 53:3,5
**approximate (3)**
14:6 112:25 113:2
**approximately (7)**
11:22 12:23 24:17
61:16 92:7 107:21
112:11
**approximating (1)**
13:9
**April (4)**
79:12,13,16,23
**area (2)**
74:3 78:14
**Argentina (13)**
61:4,6 62:3,5 63:4,12

63:14,16 64:5 65:16
65:18 66:12,15
**arose (1)**
111:17
**arrived (1)**
21:17
**asked (18)**
15:4 20:16 22:22
23:10 25:14 26:24
35:25 47:17 49:12
50:6,10 51:22 53:2
54:14,20 89:2
113:12 124:25
**asking (19)**
5:22 11:20 23:17
42:16,18 44:4 46:14
46:15,20 47:2 49:6
49:14 52:9 54:9
55:14 68:20 89:3
110:23 112:18
**asks (2)**
40:10 81:24
**asleep (1)**
99:25
**assigning (1)**
89:25
**assistant (2)**
80:6 92:18
**Associates (2)**
1:8 122:20
**assume (1)**
27:12
**assumed (1)**
20:10
**assuming (1)**
68:17
**attend (2)**
31:24 63:3
**attention (3)**
28:5 33:2 66:17
**attorney (9)**
5:8 18:16,18 19:5
20:3 34:16 90:23
125:13 129:16
**attorney-client (1)**
48:9
**attorneys (7)**
2:5,11,17 5:10,24
129:2,25
**attornies (2)**
34:20 124:22
**auditing (4)**
63:22 68:24 69:10,14
**August (4)**
60:7 122:3 124:3
131:22

63:14,16 64:5 65:16
65:18 66:12,15
**avenue (7)**
2:12 61:14,19 97:2,5
97:7,8
**aware (2)**
16:14 80:16

**B**

**B-E-L-G-R-A-N-O ...**
63:6
**BA (2)**
68:6,14
**baby (1)**
12:10
**bachelor's (1)**
63:9
**back (30)**
16:21 17:4,6 21:2
28:22,24 29:23,25
33:2 41:18 42:2,5
54:4 57:15,19 62:25
75:18 86:18 91:8,11
91:16 95:7 99:11
103:25 107:8
113:15,23,24 120:9
128:17
**bad (2)**
77:13 116:12
**balance (1)**
76:21
**bank (20)**
9:20 10:4 11:2,16
22:14 23:23 29:22
30:10 42:12 44:2,11
44:12,15 45:17
75:12 76:18 106:12
106:22 107:9,24
**banking (1)**
45:25
**bathe (1)**
13:25
**battery (1)**
94:7
**began (3)**
7:17 8:4 14:17
**beginning (3)**
9:11 67:15 97:16
**behalf (2)**
34:16 90:6
**Belgrano (4)**
63:5,8 64:2 65:14
**believe (9)**
17:9 26:7 33:20 81:25
94:16 100:25
101:22 104:6
109:10
**believes (1)**

129:14
**believing (1)**
47:23
**benefit (1)**
128:8
**benefits (1)**
105:15
**best (1)**
38:7
**better (1)**
13:13
**big (1)**
104:20
**bills (2)**
64:21,23
**birth (1)**
60:3
**bit (1)**
125:11
**blamed (1)**
37:24
**blaming (1)**
38:4
**Block (4)**
65:20 69:21 88:19,24
**blood (1)**
132:19
**bono (4)**
25:10,12 27:13 28:17
**bookkeeper (4)**
8:22 14:5 67:21,23
**born (2)**
61:3 84:19
**boss (2)**
105:16 112:3
**bosses (1)**
119:25
**Boston (3)**
101:25 102:6,13
**bottom (2)**
19:21 20:3
**box (1)**
29:5
**break (4)**
103:22 104:3 119:18
120:5
**bringing (1)**
100:9
**Broadway (4)**
97:2,5,6,7
**Bronx (4)**
79:4 80:24 102:2,6
**Brooklyn (2)**
1:20 2:7
**brother (3)**
71:25 72:10 73:9

**brother's (1)**
75:20
**brother-in (1)**
76:4
**brought (6)**
17:11,12 25:4 51:7
101:10 102:15
**bus (1)**
64:12
**business (8)**
12:15 64:17 65:12
69:16 72:16 73:16
95:4 129:19

---
**C**

**C (5)**
4:2 37:6 59:16 132:3
132:3
**C-O-M-U-Z-Z-I (1)**
59:23
**C-Town (1)**
80:2
**calender (1)**
89:4
**call (7)**
20:9 22:21 38:25 39:2
82:21 84:11 85:21
**called (10)**
4:3 7:25 12:14 19:6
36:25 63:5 77:12
86:24 117:5 120:12
**caption (3)**
33:16 34:2 131:14
**car (22)**
39:8,10,14,18,20 40:7
40:25 41:8 84:22
85:4,6 86:19 87:10
109:19,21,23
113:18,19,19,22
114:15,21
**card (2)**
65:4 115:18
**cards (1)**
44:18
**care (1)**
55:24
**career (1)**
62:9
**carries (1)**
109:14
**carrying (1)**
113:20
**cars (1)**
110:22
**cart (1)**
42:13

**case (46)**
1:6 5:9 18:9,15 23:13
23:19,24,25 24:4,12
24:15 26:24 32:10
34:17 42:14 48:25
51:3,4 57:13 69:13
99:24 100:5,8,9,10
100:17,21,22
104:22 106:7
107:12 109:4,9,11
117:6 118:21,22,23
118:25,25 119:3
120:25 133:2
**cashiers (2)**
93:15,16
**cause (4)**
25:24 26:4 123:11
131:11
**cease (1)**
13:4
**ceased (1)**
12:4
**center (1)**
63:21
**certain (2)**
29:20 80:17
**certification (1)**
3:5
**certify (2)**
132:13,18
**chain (1)**
80:2
**chance (2)**
105:2 121:15
**change (2)**
13:25 127:20
**changed (1)**
104:19
**changes (1)**
54:25
**charge (1)**
64:22
**Chase (4)**
10:4 11:5,16 44:15
**CHAVEZ (1)**
2:24
**check (4)**
65:4 75:12,14 76:20
**check-up (1)**
97:21
**checked (4)**
24:6,7 29:6 37:25
**checking (14)**
10:4,6,9,15,20,24
11:6,10,16,23 43:3

43:9 76:18 131:17
**checks (1)**
76:23
**chest (1)**
119:20
**children (3)**
62:15 84:14,24
**cholesterol (2)**
98:4 99:4
**choose (2)**
68:23 71:4
**circle (1)**
121:3
**circumstance (1)**
81:24
**Citibank (7)**
10:7 43:3,9 46:12,18
107:9 131:17
**claiming (1)**
115:17
**claims (1)**
127:7
**Clara (1)**
34:20
**clarify (2)**
112:24 120:16
**Clarke (4)**
1:21 4:17 132:11,25
**Claro (5)**
27:18 111:24 126:13
126:16 127:13
**classes (6)**
67:10 69:5,6,23 70:2
70:5
**clause (2)**
126:18 127:21
**clear (8)**
19:11 23:2 34:7 42:16
46:14 52:8 56:8
110:25
**client (1)**
48:7
**clinic (2)**
98:23,25
**close (2)**
93:11 97:2
**closed (2)**
23:19 81:4
**co-workers (1)**
8:7
**coaching (1)**
51:19
**colleagues (1)**
27:16
**collect (5)**
75:13 77:15,22,23

78:20
**collected (7)**
42:12,18,19 43:19
44:2 45:17,25
**collection (4)**
64:23 119:15 120:13
131:24
**collector (1)**
115:17
**College (1)**
70:8
**come (11)**
8:24 12:3 21:2 32:24
43:18,25 46:10 87:6
108:13 112:3 118:2
**comes (2)**
93:17 108:14
**comfortable (1)**
127:2
**coming (4)**
5:5 76:23 84:7 105:23
**comment (1)**
119:24
**commercial (1)**
69:11
**COMMISSION (1)**
133:25
**commit (3)**
117:18,21 129:3
**communication (1)**
42:17
**Community (1)**
70:8
**companies (1)**
30:9
**company (15)**
8:16 13:16 15:2,15
27:13 64:11 65:7
75:17 78:2,18,19,20
82:23 84:9,12
**compare (2)**
51:14 123:24
**comparing (1)**
52:15
**complains (2)**
41:25 93:18
**complaint (4)**
101:12 119:14 120:13
131:23
**complaints (2)**
97:25 98:6
**complete (2)**
25:2 101:18
**completely (1)**
129:6
**computer (7)**

Page  3

20:6 22:16 24:6,8
25:9 76:21 90:22
**Comuzzi (7)**
6:17 60:1 71:8,20,22
73:9 131:4
**Comuzzi's (2)**
74:17 76:4
**concept (1)**
77:25
**concern (1)**
129:8
**concerned (5)**
17:17 40:19 110:4
111:20 129:6
**concerns (6)**
85:9 111:16 114:16
127:22,23 128:19
**concluded (1)**
87:13
**conclusion (1)**
88:2
**conditions (1)**
13:14
**confidential (2)**
59:25 60:6
**Confidential-L (1)**
60:1
**confirmed (1)**
22:15
**confused (1)**
125:11
**confusion (1)**
17:21
**connection (5)**
42:13 86:19 87:10
89:10 90:16
**consider (3)**
72:21 79:14 94:23
**construction (1)**
64:13
**consult (1)**
74:5
**consumer (2)**
119:10 131:20
**contact (2)**
20:2 84:3
**continue (6)**
42:10 53:12,18 56:22
129:21,22
**continued (3)**
21:22 60:8 129:8
**continuing (1)**
19:12
**conversation (1)**
55:11
**conversations (2)**

73:8,13
**copy (10)**
17:10 22:4,23 24:23
107:23 108:5
111:13 121:21
122:14,15
**corporate (1)**
65:23
**correct (27)**
9:21 14:18 19:15,24
25:20 28:11,18
45:19 49:2 51:9
57:7 58:11,25 62:7
62:13 75:21 79:17
84:20 86:20 93:19
102:13,20 112:19
112:20 115:13
125:25 126:2
**correctly (2)**
123:6,15
**costs (1)**
69:15
**counsel (9)**
3:4 6:6 9:24 34:18
44:5,6 112:18
124:25 127:9
**count (1)**
64:14
**countersued (1)**
116:24
**country (1)**
62:9
**COUNTY (1)**
132:9
**couple (2)**
48:14,16
**course (17)**
24:16 30:18 34:13
35:12 38:25 40:22
65:21,25,25 69:20
72:6 88:11,14
105:25 106:10
127:19 128:25
**courses (12)**
65:14,21 68:13,18,20
68:23 69:2,3,12
70:12,13 76:25
**court (27)**
1:2,19 2:6 3:15 18:9
18:15 19:9 20:17,23
21:14 22:18 23:11
24:23 25:12 30:25
31:10 85:22,23
91:17 100:23 101:8
104:22 106:20
110:10 111:21

113:9 126:13
**courthouse (2)**
23:3,7
**courts (1)**
25:9
**cover (1)**
59:25
**create (5)**
93:14 109:9 118:25
129:5,20
**created (1)**
100:22
**credit (21)**
1:8 2:11 5:10 22:11
30:6,6 42:13 44:18
65:4 68:19 82:19
111:7 115:18 116:7
116:15,21 117:9
118:24 119:10
128:20 131:20
**credits (1)**
69:4
**current (4)**
4:24 6:18 9:16 61:20
**currently (3)**
6:21,23 10:10
**customer (2)**
93:17,20
**cut (1)**
53:10

———————————
**D**

**D (1)**
131:2
**dad (1)**
66:16
**damage (1)**
38:11
**Daniel (1)**
96:19
**date (20)**
19:3 21:3,7,8 24:20
26:6 30:22,23 33:19
43:7 60:3 79:11
98:17 119:12,17
121:25 123:22,24
127:8 133:3
**dated (3)**
34:5 48:21 131:21
**dates (3)**
46:9 92:12,13
**dating (1)**
8:5
**daughter (2)**
85:5 109:19
**daughter's (1)**

85:11
**daughters (1)**
62:15
**DAVID (1)**
1:9
**day (13)**
20:16 22:18 25:12
31:8 37:20 42:10
44:25 76:20 100:14
106:20 130:14
132:23 133:23
**days (7)**
24:23 93:4 105:12,14
105:16,22 112:4
**dealing (1)**
93:15
**deals (2)**
93:20,21
**Dear (1)**
122:6
**debit (1)**
75:14
**debt (9)**
30:5 77:13 78:2,19
106:16,22 115:17
115:24 117:25
**debts (3)**
77:14,21,22
**December (2)**
9:4,11
**decided (2)**
36:23 122:7
**decision (1)**
104:25
**decisions (2)**
73:23,24
**deemed (1)**
59:24
**default (7)**
25:25 26:4 29:10 36:3
36:9 123:12 131:11
**defend (7)**
23:25 26:25 101:8
104:23 105:2
118:11 124:14
**Defendant (3)**
2:11 127:6,8
**defendants (5)**
1:13,17 2:17 5:9,15
**Defendants' (7)**
18:24 26:2 33:14 43:2
119:9,13 131:8
**defenses (3)**
28:11 126:21 127:6
**define (1)**
30:4

**definitely (1)**
30:11
**degree (5)**
63:7,9,11 68:14,19
**delicate (2)**
15:24 109:15
**deliver (1)**
109:8
**delivered (1)**
109:7
**deliveries (1)**
15:24
**department (2)**
8:16 63:22
**departments (2)**
93:13,14
**Deponent (2)**
133:4,21
**deposed (1)**
85:15
**deposit (1)**
46:12
**deposited (2)**
47:14,21
**deposition (17)**
1:16 3:6,13 19:14
26:8 33:22 43:12
48:12 85:16,21 86:2
105:24 107:13
124:24 132:15,16
133:3
**describe (3)**
27:3 41:17 50:22
**described (1)**
33:10
**designate (1)**
60:5
**difference (1)**
113:16
**different (5)**
46:4 50:23 68:22
98:24 109:22
**difficult (1)**
77:23
**dinner (1)**
73:20
**direct (1)**
74:11
**directly (6)**
71:2 74:11,12,14,24
76:7
**directs (2)**
6:7 9:24
**disagree (1)**
53:17
**discontinue (10)**

33:17 34:4 35:13
48:19 122:11
124:21,23 127:4
128:15 131:15
**discontinued (2)**
48:25 126:19
**discounts (1)**
82:15
**discuss (1)**
48:11
**discussed (2)**
48:22 49:8
**discussion (2)**
109:17 119:6
**dismiss (2)**
34:17 123:13
**dismissed (2)**
32:11 112:6
**distributor (2)**
12:17 13:16
**DISTRICT (2)**
1:2,3
**doctor (10)**
42:3,4 96:7,12,13,22
98:2,8 99:2,9
**doctors (1)**
98:24
**document (37)**
18:25 19:17 26:17,21
26:23 27:4,8,9,12
27:17,23,25 28:14
30:15 33:5,15,25
34:2,11,12,14,15
35:9,16 36:2,3
48:24 57:7 89:16
120:15,16 123:5,22
127:20 128:7 131:9
131:13
**documents (6)**
43:16,19 44:20 70:19
70:22 129:5
**doing (5)**
52:6 53:8 56:9 85:20
95:6
**Dr (3)**
97:12 98:13,21
**drama (1)**
19:19
**draw (2)**
28:5 33:2
**drawer (1)**
108:16
**drive (14)**
15:23 16:5 39:15,18
39:20 40:3,11 85:8
109:23,23 110:20

110:23 113:25
114:2
**driven (1)**
85:6
**driver (2)**
40:14 114:22
**drives (6)**
40:5,9,13,17,22 85:7
**driving (13)**
85:10 108:21,24
109:19,21 110:4,14
113:17,17 114:5,14
114:16,21
**due (1)**
20:7
**duly (2)**
4:4,16
**duplicate (1)**
122:9

_____
E
_____
**E (4)**
4:2 131:2 132:3,3
**e-mail (6)**
83:10,11,15,17,22
107:17
**e-mailing (1)**
107:25
**earlier (1)**
124:24
**early (2)**
13:21,25
**economics (1)**
69:10
**education (3)**
61:22 62:2 68:12
**effect (3)**
3:14 35:9 36:3
**effects (2)**
35:16 41:24
**either (4)**
58:8 74:24 95:5,17
**embarrassed (2)**
16:17 98:11
**employ (1)**
74:7
**employed (6)**
6:21,24 7:18 12:7
36:21 76:6
**employees (1)**
93:22
**employer (10)**
16:3,15,24 17:9 24:22
100:14,17 111:13
112:9 115:12
**employment (3)**

37:9 63:16,19
**Enclosed (1)**
122:9
**ended (2)**
37:10 101:18
**engagement (1)**
89:11
**English (15)**
4:8,10 18:3 22:22
66:5,11,14 70:3,6
70:10,17,20,23
123:3 126:23
**enroll (1)**
68:18
**entered (1)**
35:17
**entire (1)**
8:12
**entitled (1)**
123:10
**environment (1)**
13:14
**ERRATA (1)**
133:1
**errors (3)**
27:11 82:14 95:5
**ESQ (3)**
2:8,14,21
**estimate (2)**
37:7 98:18
**Euclid (4)**
4:25 6:19 9:15 61:21
**ex-boss (1)**
38:5
**exact (3)**
11:20 80:23 117:16
**exactly (9)**
14:15 22:19 37:8 46:8
49:11 80:8 82:17
106:19 115:21
**EXAMINATION (4)**
5:20 59:6 107:6 131:3
**examined (1)**
4:18
**example (5)**
8:13 82:6,15 93:17
110:18
**execute (1)**
122:12
**executed (2)**
36:4 122:15
**exhibit (46)**
18:23,25 19:11 26:3,8
26:14,15 33:3,15,21
33:22 43:3,12 48:17
107:8,12,13,17,24

108:5 111:14,17
112:10 113:10
114:5 115:12 116:3
116:6 119:8,10,14
120:12 121:14
123:10 124:2,6
126:6,7 127:25
129:9 131:9,10,13
131:17,20,23
**exhibits (2)**
19:13 131:7
**existed (1)**
36:14
**existence (2)**
14:21 104:21
**expensive (2)**
15:25 109:25
**experience (2)**
78:9 117:17
**experienced (1)**
117:16
**expert (2)**
25:7 79:18
**EXPIRES (1)**
133:25
**explain (6)**
6:4 13:15 49:19 51:14
100:16 127:13
**explained (3)**
23:6 127:19 128:6
**explaining (1)**
52:16
**explanation (1)**
21:21
**express (2)**
110:3 127:22
**expressed (3)**
114:16 128:19 129:7
**external (1)**
75:16

_____
F
_____
**F (1)**
132:3
**FABACHER (1)**
1:10
**fabricating (1)**
129:21
**facsimille (1)**
122:16
**fact (4)**
23:23 32:3 104:10
118:20
**factor (1)**
78:3
**fair (1)**

14:20
**faithfully (1)**
4:6
**fall (3)**
79:13,16 99:25
**familiar (3)**
77:18,25 78:7
**family (11)**
64:17 65:12 71:9
72:16 73:12,14
74:11 84:22 113:17
113:19 114:15
**far (1)**
102:2
**Fare (2)**
91:19 92:2
**fast (1)**
70:9
**faster (1)**
110:24
**favor (2)**
118:3 128:7
**February (1)**
15:17
**feel (10)**
16:4 38:10,20 42:7
50:12,13 114:5,24
115:5 127:2
**feeling (1)**
54:8
**feels (1)**
53:3
**felt (4)**
98:12 109:18,20
114:14
**fictitious (1)**
116:22
**figure (1)**
47:6
**file (6)**
24:24 57:14 87:9
88:20 89:7 123:14
**filed (4)**
24:15 30:15 51:4 90:6
**files (1)**
21:19
**filing (1)**
3:5
**filings (1)**
88:18
**fill (8)**
23:21,21,23 27:10,20
27:24 28:13 67:3
**filled (1)**
25:19
**finally (4)**

25:17 47:4,7,22
**financial (5)**
18:12 22:13 65:10
74:3 115:23
**find (12)**
14:9,12 32:25 53:6
73:15 79:22 111:3
111:22 116:9,14
122:9 130:2
**finding (2)**
23:18 110:16
**fine (7)**
43:24 48:10 51:16
87:8 91:19 92:2
99:12
**finish (11)**
5:23 32:5,12 50:21
51:25 52:12,25
53:23 54:13 56:25
87:19
**finished (2)**
53:11 87:17
**finishes (2)**
55:15 57:5
**firing (1)**
93:22
**firm (2)**
19:21 33:10
**first (22)**
4:15 22:14 26:15
29:22 30:10,12,21
30:23 31:10,12
35:23 49:18,19,25
50:2 61:11 67:7
84:5,7 106:12
120:14 124:16
**fish (1)**
13:17
**five (5)**
62:9,10 69:7,15 84:18
**five-minute (1)**
103:22
**five-year-old (1)**
85:2
**Floor (1)**
1:20
**focussed (1)**
110:6
**follow (1)**
129:25
**follow-up (1)**
107:5
**following (2)**
12:8 59:24
**follows (1)**
4:19

**Food (4)**
37:2,3,6 112:15
**force (1)**
3:14
**forget (1)**
75:19
**forgot (3)**
108:7,10,17
**form (124)**
3:9 7:12 9:23 10:18
10:23 11:4,8,13,18
11:25 13:2 15:4
21:16 29:3,12 30:4
30:17 32:18 35:11
35:20 36:7,12,16
43:22 44:23 45:4,8
45:21 46:3 47:11,17
49:4 51:11 57:25
58:13,21 59:3 64:25
66:25 73:18 78:5,12
80:12,22 81:7,12,20
82:10 83:7 85:18
86:16 89:14,20,22
90:4,9,19 91:4,14
92:5,10 93:9 94:3
94:11,15,22 95:10
95:15,21 96:10
97:23 98:10 99:6,16
100:12 101:6,15
102:8 103:2,7
104:17 106:9,18
107:16 109:2
111:10,19 114:8,10
114:19 115:2,4,8,20
116:18,20 117:13
117:15 118:16,18
119:22 120:19,21
121:9,11 123:18,20
124:8 125:7,9,21,23
126:9,11 127:16,18
128:3,5,11,13,22,24
129:11,13
**formal (2)**
15:9,11
**forth (1)**
132:15
**forward (1)**
122:7
**found (6)**
19:8 90:21 111:6,12
116:21 117:8
**four (1)**
55:17
**Franklin (2)**
61:14,19
**fraud (6)**

20:11 31:22 100:20
116:23 117:19,21
**frauds (1)**
129:3
**free (1)**
129:18
**FREEHILLS (1)**
2:10
**freezer (1)**
38:12
**freezers (3)**
37:16,19 38:23
**friends (1)**
75:4
**front (2)**
87:24 93:16
**frustrated (2)**
109:3,13
**frustration (1)**
38:13
**full (4)**
6:15 59:15 109:24
113:21
**full-time (2)**
63:15 64:10
**fully (1)**
122:15
**further (7)**
3:8,12 59:5 65:14
107:3 130:4 132:18
**future (1)**
51:6

**G**

**G (1)**
4:14
**garnish (1)**
111:8
**garnishment (1)**
24:11
**gather (1)**
44:11
**gathered (3)**
44:8,10,20
**general (4)**
93:3 97:10,11,21
**generate (1)**
70:23
**getting (2)**
72:11 111:17
**ghost (1)**
118:25
**girl (1)**
84:16
**give (7)**
20:25 23:13 68:18

82:15 101:17
105:14 107:23
**given (6)**
4:9 100:23 101:4,12
120:24 132:17
**giving (3)**
56:11 94:17 101:18
**glasses (1)**
98:12
**go (45)**
8:14 13:22,25 18:9,15
20:19 21:7,8,10
22:5 24:23 32:9
35:14 36:23 49:24
54:18 62:25 74:13
75:18 76:21 83:11
84:8,21 87:16 97:17
98:13,20 101:8,21
101:21 103:9,14
105:18 107:8
111:21,22,23,24
112:15 113:15
117:24 119:24
120:22 122:7
128:17
**goes (2)**
98:3 126:20
**going (25)**
16:3 17:19,20 18:12
18:15 20:9 35:12,14
50:22 55:4,12,14
68:14 94:7 98:4
104:13 105:11,17
105:17,19,25 110:8
112:3 116:2 123:21
**good (14)**
5:3,6 20:8 25:7 40:14
40:19 47:7 59:8,9
94:24 95:5 114:22
114:22 124:10
**Google (2)**
24:9,12
**grab (1)**
108:15
**Grabar (4)**
12:14,19 13:5,12
**grabs (2)**
108:15,16
**graduate (1)**
64:2
**graduated (4)**
62:6,11 63:8 64:6
**graduating (1)**
65:13
**great (1)**
38:14

**greatest (1)**
17:21
**grocery (4)**
12:5 80:6,7 93:12
**Grossman (64)**
2:14 5:3,7,8,21 18:22
19:15 25:21 26:12
28:21 29:13,16,18
29:23 32:3,13 33:12
33:20 42:25 43:8
47:25 48:10,13 50:3
50:15 52:18,22
53:11,17,21 55:4,9
56:7 57:2,15 59:4
60:2 61:2 107:15
111:9 114:9,18
115:3,7,19 116:17
117:12 118:17
120:18 121:10
122:21 123:2,17
125:6,22 126:10
127:17 128:4,12,21
129:12,23 130:5
131:4
**group (2)**
8:20 12:4
**Guzman (188)**
1:5,16 4:1,23 5:1,4,19
5:19 6:1,11,17 7:1
8:1,25 9:1,19 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1
26:9 27:1 28:1 29:1
30:1 31:1 32:1 33:1
33:23 34:1 35:1,25
36:1 37:1 38:1 39:1
40:1 41:1,8 42:1
43:1,5,10,13,16
44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1
56:1 57:1,13 58:1,9
58:24 59:1,18,20,23
60:1 61:1 62:1,17
62:19 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
72:24 73:1,4,10
74:1,21 75:1 76:1
77:1 78:1,24 79:1
80:1 81:1 82:1 83:1
84:1,15,22 85:1,6
86:1 87:1 88:1 89:1
89:8 90:1,7 91:1

92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1,10,15 104:1
105:1 106:1 107:1
107:10,14 108:1,20
109:1,18 110:1
111:1,12 112:1,10
113:1,9 114:1,4,15
115:1,11 116:1
117:1 118:1 119:1
120:1 121:1,20,21
122:1,6 123:1 124:1
124:4,16 125:1
126:1,15 127:1,12
128:1 129:1,7 130:1
130:12 131:4,19,21
132:14
**Guzman's (5)**
19:13 44:14,18 45:25
112:9

_____

**H**

**H (3)**
1:10 4:2,2
**H&R (5)**
65:20 69:20 88:19,24
89:6
**hand (2)**
100:24 132:23
**hands (2)**
101:4,13
**happen (3)**
17:19 42:3 118:10
**happened (14)**
20:22 21:13 23:4,7,9
30:20 31:7,15 32:20
41:11 53:13 117:10
118:5 126:16
**happening (1)**
77:19
**happens (4)**
83:8 93:2 118:8,9
**hardware (2)**
64:12,18
**harm (1)**
129:22
**Harris (14)**
1:8,9 20:6 26:11,13
33:9 111:7 116:8,15
116:22 117:9
118:25 122:20
123:25
**headache (1)**
115:21
**hear (1)**

16:18
**hearing (8)**
30:24 31:13,14,18,24
32:9 58:17 111:24
**hearings (2)**
122:8 124:14
**held (2)**
1:18 119:6
**help (8)**
14:12 25:2 27:19,24
28:13 72:22 111:25
118:11
**helped (5)**
25:18 26:22 27:4,13
28:17
**HERBERT (1)**
2:10
**hereinbefore (1)**
132:15
**hereto (1)**
3:5
**hereunto (1)**
132:22
**Hewlett (1)**
96:25
**hide (1)**
108:18
**high (2)**
62:6 98:5
**higher (1)**
68:11
**hire (1)**
74:6
**hired (1)**
73:11
**hiring (1)**
93:21
**history (1)**
91:17
**hit (1)**
41:13
**home (6)**
13:25 17:11,13 25:4
32:22 103:18
**honk (1)**
110:23
**horrible (1)**
14:2
**hospital (3)**
86:24 87:5,6
**hotels (1)**
12:18
**hours (4)**
25:13,16 92:22 93:3
**house (1)**
33:7

**husband (85)**
7:18,21 10:3,12 14:12
14:16,22 15:14
16:13 17:12 18:5,19
20:16,21 21:4,24
23:9,13,17 24:15
26:22 27:19,24
28:13 29:8,20 30:11
30:15 31:4 32:21
34:16,19,24 35:18
36:5,18 37:24 38:2
38:6,10,20 39:13,14
40:4,14,25 41:4,15
46:11,22 51:5,8
54:25 58:24 73:10
73:15,21 75:3 78:23
80:13 81:16 85:4
86:7,18 87:9 88:21
89:25 91:2,18 95:7
96:7 99:3,13,19
101:11 102:5,23
103:9 104:6 106:3
117:11 118:4 128:8
128:18 129:14
**husband's (6)**
9:20 38:16 47:15
90:12 91:16 104:4

_____

**I**

**ID (1)**
131:8
**idea (1)**
120:2
**ideas (1)**
81:15
**identical (1)**
33:21
**identification (6)**
19:2 26:6 33:19 43:6
119:12,16
**immediately (4)**
12:8 20:10 82:25
83:22
**implication (1)**
124:22
**implies (1)**
49:10
**important (1)**
23:16
**improper (1)**
56:9
**improperly (1)**
56:12
**improved (1)**
42:7
**inappropriate (2)**

52:4 53:9
**included (1)**
105:23
**includes (1)**
76:15
**income (1)**
88:17
**incorrect (1)**
112:21
**index (5)**
20:18,24 21:9 22:24
29:20
**indirectly (3)**
74:13,15,24
**inform (1)**
117:6
**informal (1)**
15:11
**information (2)**
75:15 76:22
**injured (1)**
41:8,15
**injuries (1)**
41:24
**injury (1)**
41:17
**innocent (1)**
110:11
**insist (1)**
52:14
**institution (3)**
18:13 22:13 115:23
**instruct (2)**
43:22 50:4
**instructed (1)**
53:12
**intentionally (1)**
52:7
**interested (1)**
132:20
**internet (5)**
116:2,16 117:8,18
128:18
**interpreter (6)**
2:24 4:3,19 58:2 91:6
126:22
**interrupt (1)**
54:6
**interrupting (2)**
52:5 53:15
**introduce (1)**
5:11
**invited (1)**
73:20
**invoice (6)**
81:25 82:7,17 83:2,9

84:6
**invoices (1)**
81:22
**involved (4)**
85:25 86:4,8 87:22
**Island (1)**
9:14
**issue (4)**
82:22 108:20,23
125:4
**item (1)**
126:19
**items (1)**
23:22

_____

**J**

**January (3)**
15:17 97:19 98:7
**Jeffrey (2)**
2:21 5:14
**job (33)**
1:25 12:12,13 14:9,13
15:23 38:9 63:24
64:10,14,20 67:7,18
70:16,20 72:7,9,11
72:14,18 75:6 80:5
81:23 93:24 94:4,8
105:11,20,22
110:16 111:3
112:11,14
**JOHN (1)**
1:12
**joined (1)**
15:15
**joint (3)**
10:13 88:20,22
**jointly (2)**
89:8,9
**Jose (24)**
1:5 5:18 8:16 33:22
41:7 43:4,10,12
58:9,24 89:8 90:7
103:10,15 107:10
108:9,15 121:20
122:6 124:11,15
126:12 131:18,21
**judge (15)**
23:12 26:24 30:19,22
30:24 31:9,13 87:24
101:21 104:25
109:10 111:23
117:24 118:2
124:15
**judgment (26)**
25:25 26:5 29:10
33:17 34:4 35:17

36:4,9 48:18,24
57:10,11,12,22,23
58:5,11,19 87:17
122:10 123:12,12
124:20 125:2
131:12,15
**judgments (2)**
51:6,7
**July (1)**
123:23
**jumping (1)**
55:8
**June (2)**
1:20 132:23
**Jurisdiction (1)**
123:13
**justice (2)**
47:4,22

**K**

**keep (2)**
110:25 122:13
**keeps (1)**
94:7
**kept (1)**
97:17
**KERRY (1)**
1:10
**Keshavarz (143)**
1:19 2:4,8 5:17,18
7:11 9:22 10:17,22
11:3,7,12,17,24
12:25 15:3 17:3
19:10 21:15 27:6,21
29:2,11,15 30:3,16
32:2,5,16 34:6
35:10,19 36:6,11,15
42:15 43:21 44:3,7
44:22 45:3,7,20
46:2,13,25 47:10,16
48:4,20 49:3,12,15
49:21 50:6,9,17
51:10,17,25 52:12
52:20,24 53:14,19
53:25 54:5,12,18
55:3,7,18 56:23
57:4,24 58:12,20
59:2 60:4 64:24
66:24 73:17 78:4,11
80:11,21 81:6,11,19
82:9 83:6 85:17
86:9,15 89:12,13,17
89:19 90:2,3,8,11
90:15,18,25 91:3,13
92:4,9 93:8 94:2,10
94:14,21 95:9,14,20

96:9,17 97:22 98:9
99:5,15 100:11
101:5,14 102:7,25
103:6 104:9,16
105:9 106:8,17
107:4,7 119:4,7
120:4,9 122:24
126:24 131:6
**keys (2)**
38:8 93:10
**kind (3)**
12:15 105:13,15
**knew (9)**
18:8 28:15 57:9,21,22
58:4,10 67:25 92:17
**know (80)**
13:19 17:18,22 18:7
18:10,10 21:22
22:19,21,24 23:23
24:14,20 25:9 29:8
31:7 32:11 35:3,24
37:5,9,14 38:22
39:25 41:4,20 42:11
47:8 51:12 52:17
54:22 58:5,14 73:3
74:2,4 77:8,11 78:6
78:13 79:5 81:14,16
81:21 84:12 87:21
87:21 88:5 89:22,24
90:5 92:12,14,14
95:4,13 97:3,24
98:7 103:20 106:22
108:4 110:17 112:3
112:8,11,22,25
113:14 114:11
115:17,22 117:20
118:13,14 121:16
124:21 125:25
126:2 129:15
**knowing (1)**
94:17
**known (2)**
38:3 104:21
**knows (1)**
118:8

**L**

**L (127)**
4:1,14 5:1 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1

37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
**L-A-U-R-A (1)**
59:12
**L.R (10)**
5:9 22:11 30:5 111:7
116:7,15,21 117:9
118:24 128:20
**Lack (1)**
123:13
**lag (1)**
56:4
**language (1)**
51:13
**Laparoscopic (1)**
41:22
**Lara (5)**
1:16 4:23 5:19 103:13
103:15
**large (1)**
88:10
**late (1)**
13:7
**Laura (4)**
6:17 130:12 131:4
132:14
**law (7)**
1:18 2:4 19:20 33:9
69:11,16 76:4
**lawsuit (23)**
30:9 42:21 43:20 46:6
46:7 51:9 57:14

86:5,8 87:9,12 88:2
89:10 90:6,17 104:8
106:4,5,14 118:14
119:15 120:13
131:24
**lawsuits (1)**
86:13
**lawyer (5)**
89:18 90:2,12,16
129:8
**lawyers (1)**
85:21
**learned (5)**
14:21,25 77:2,5 78:8
**leases (1)**
39:12
**leave (5)**
13:11,20,24 17:2
100:2
**left (11)**
12:9 15:19,22 36:19
61:19 62:3 102:10
112:10,14 113:10
129:4
**legal (5)**
27:13 78:22 87:22
113:5 117:21
**let's (7)**
8:6 74:12 91:16 92:16
103:21 113:15
128:17
**let's's (1)**
91:23
**letter (53)**
16:2,14,23 17:8,10,12
17:16,25 18:6,19
19:7,21 24:19,21
31:19,20,21,23,25
32:8,21 33:9 34:7
49:18,20 50:2,2,24
50:25,25 51:15
52:15 89:11 98:19
98:21,25 100:15,18
102:15 109:7
111:13 113:9 114:4
115:11,16 120:24
121:19,22 122:2
123:25 124:5
128:14 131:21
**letters (3)**
108:15 116:25 117:3
**letting (1)**
49:17
**level (1)**
62:2
**Lexington (1)**

2:12
**liable (1)**
57:13
**liars (1)**
124:12
**license (2)**
129:3,17
**licensed (1)**
62:12
**Lichtman (42)**
2:21 5:13,14 16:18
26:7 27:2 29:17
42:20 51:19 54:3
59:7 91:8 103:21,25
107:2 108:25
111:18 112:17
113:3,12 114:7,25
116:19 117:14
118:15 119:21
120:20 121:8,25
122:23 123:19
124:7 125:8,20
126:8 127:15 128:2
128:10,23 129:10
130:3 131:5
**lie (4)**
100:25 104:20 120:3
129:4
**lies (3)**
100:20 129:21,22
**life (5)**
36:25 38:23 104:19
104:20 109:5
**light (1)**
41:12
**liked (1)**
72:15
**likes (1)**
95:22
**Lincoln (1)**
34:8
**line (1)**
25:15
**lingering (1)**
42:5
**listed (5)**
18:19 19:21,24 20:3
33:4
**listen (1)**
112:22
**little (5)**
13:21,24 16:16 66:18
125:11
**live (7)**
9:5,8 61:11,15 71:7
72:2 84:24

**lived (3)**
9:17 71:6 80:25
**living (1)**
79:2
**LLC (3)**
1:8,8 2:11
**loaded (2)**
110:19 113:21
**located (2)**
80:20 96:24
**location (2)**
9:13 101:25
**long (22)**
7:3 8:8 9:14 11:15
12:19 15:13 16:12
37:5,8 38:3 39:17
61:15 63:23 65:24
70:14 91:20 102:10
105:17 111:6,8
112:8,11
**longer (1)**
36:14
**look (14)**
18:9 19:17 20:17 21:8
22:12 24:23 26:15
89:21 96:15 113:23
119:3 120:14
121:15,16
**looked (2)**
25:11 48:17
**looking (1)**
90:22
**looks (1)**
89:22
**lose (2)**
105:11,20
**lost (2)**
23:19 91:7
**lot (9)**
28:3 42:7 98:24 99:22
99:24 100:4 116:22
116:23 117:18
**LR (2)**
1:8 2:11
**LUTZ (1)**
1:10
**lying (3)**
22:16 109:6,6

_____
**M**

**M (4)**
4:14 6:17 59:13 131:4
**ma'am (2)**
123:7 129:23
**maiden (2)**
59:21 103:12

**mail (3)**
108:14,14 121:22
**mailed (1)**
127:24
**main (1)**
100:19
**major (1)**
68:8
**making (1)**
73:22
**man (1)**
38:16
**man's (1)**
38:13
**manager (5)**
80:6,7 91:25 92:19,19
**Manhattan (1)**
87:6
**marble (30)**
6:25 7:4,7,18 14:17
14:21 15:14,20
16:13 66:20 67:6
71:11 72:8,10 73:5
73:16 74:10,22 75:4
75:7,10 76:7,10,15
81:23 82:2 83:23
91:24 110:3 112:14
**Marcella (1)**
59:16
**March (5)**
79:12,12,16,23
112:15
**mark (5)**
18:22 25:23 33:12
42:25 119:7
**marked (10)**
19:2 25:22 26:5 33:3
33:18 43:6,11
119:11,16 121:14
**Market (9)**
8:2,9,12 12:4,9 67:13
67:18 70:16 80:10
**markets (1)**
67:11
**marking (1)**
43:8
**marriage (4)**
62:19,20,22 132:20
**married (5)**
8:25 41:2 62:14,16
72:24
**Marva (4)**
1:21 4:16 132:11,25
**material (4)**
109:14,24 110:20
113:20

**materials (2)**
64:13 84:9
**matter (4)**
4:4 127:7,10 132:21
**mean (11)**
10:25 47:13 57:22
58:23 76:19 87:15
95:17 100:8 112:5
117:4 118:22
**meaning (1)**
55:2
**means (3)**
49:11 51:3 126:4
**meant (1)**
54:15
**mechanic (3)**
37:17 38:25 39:3
**mechanics (1)**
37:16
**medication (1)**
99:4
**medications (3)**
95:8,12 96:2
**medicine (2)**
95:18,19
**meet (2)**
7:21,23
**Mel (12)**
1:8,9 26:11,13 111:7
116:8,15,22 117:9
118:25 122:19
123:25
**mention (2)**
49:17,25
**mentions (1)**
99:2
**merchandise (2)**
15:25 114:3
**meritorious (1)**
28:10
**met (6)**
7:22 78:23 79:11 80:4
91:21 92:19
**MICHAEL (1)**
1:11
**middle (2)**
66:23 124:20
**mind (2)**
110:7 111:2
**mine (4)**
30:13 46:23 96:14
108:15
**minute (1)**
28:6
**minutes (1)**
83:16

**mirrors (1)**
113:24
**missing (1)**
126:18
**mistake (5)**
82:7 83:15,18,20
84:13
**mistakes (1)**
82:12
**mixing (1)**
72:16
**Mlotok (3)**
1:12 2:18 5:16
**mom (1)**
71:6
**moment (4)**
20:25 30:12 55:24
56:6
**money (7)**
11:22 29:6,9 30:13
47:2 83:4 109:12
**month (4)**
16:9 24:25 45:12,13
**months (5)**
12:11 16:9 37:7 45:15
112:16
**morning (3)**
5:3,6 21:7
**Morningside (1)**
2:25
**mother's (1)**
103:12
**Motion (2)**
122:21,23
**move (8)**
32:13 47:25 50:9 60:4
61:5,8,18 113:3
**moved (1)**
21:19
**music (1)**
67:9

_____
**N**

**N (4)**
4:2,2,14 131:2
**name (27)**
4:21 5:7,13 6:16
10:16 18:18 19:5,20
30:12 31:14 39:12
59:10,15,17,19,21
70:7 83:12,24 87:5
96:15,16,20 103:12
103:14 107:10
133:2
**names (5)**
30:8,9 71:15 103:10

116:5
**NANAXHI (1)**
2:24
**Nancy (6)**
71:19 74:17 75:20,24
76:8,11
**Nassau (1)**
70:8
**natural (1)**
55:20
**near (1)**
80:24
**necessarily (1)**
77:21
**need (10)**
18:16 19:16 21:18
23:14 26:19 34:9
48:4 52:8 111:3
112:4
**needed (5)**
18:8 37:19 38:14
72:22 98:12
**negative (1)**
41:24
**never (11)**
29:21 72:15 78:14
81:3 100:6 104:24
106:10,11,15
114:11 118:6
**new (18)**
1:3,20,22 2:7,13,13
2:20,20 4:5,17 5:2
6:20 12:12 96:25
108:8 132:6,9,12
**nickname (1)**
103:17
**night (1)**
99:23
**nightmare (1)**
21:21
**nine (1)**
93:3
**non-confidential (1)**
60:8
**Non-Party (1)**
1:17
**non-responsive (1)**
50:19
**nonresponsive (1)**
48:2
**normal (1)**
55:11
**normally (1)**
82:21
**Notary (7)**
1:22 3:14 4:5,16

130:16 132:12
133:25
**noted (1)**
130:9
**notice (1)**
83:11
**notified (4)**
101:22 106:5,6,13
**notify (2)**
118:21 119:2
**November (4)**
43:5 46:11 107:11
131:19
**number (16)**
5:22 11:21 18:18 19:5
19:23 20:18,24 21:9
22:21,24 54:22
93:10 97:3 107:9
121:14 122:17
**numbers (1)**
19:12
**nutshell (1)**
114:13

**O**

**O'HARE (1)**
2:16
**oath (1)**
6:11
**object (1)**
6:6
**objection (135)**
7:11 9:22 10:17,22
11:3,7,12,17,24
12:25 15:3 21:15
27:6,21 29:2,11,14
30:3,16 32:6,17,17
35:10,19 36:6,11,15
43:21 44:22 45:3,7
45:20 46:2 47:10,16
48:5 49:3,12 50:13
51:10 53:6 57:24
58:12,20 59:2 64:24
66:24 73:17 78:4,11
80:11,21 81:6,11,19
82:9 83:6 85:17
86:9,15 89:13,19
90:3,8,18 91:3,13
92:4,9 93:8 94:2,10
94:14,21 95:9,14,20
96:9 97:22 98:9
99:5,15 100:11
101:5,14 102:7,25
103:6 104:9,16
105:9 106:8,17
107:15 108:25

111:9,18 113:12
114:7,9,18,25 115:3
115:7,19 116:17,19
117:12,14 118:15
118:17 119:21
120:18,20 121:8,10
123:17,19 124:7
125:6,8,20,22 126:8
126:10 127:15,17
128:2,4,10,12,21,23
129:10,12
**objections (2)**
3:9 50:18
**obtain (1)**
22:4
**obvious (2)**
56:17,18
**occasion (4)**
21:11 22:6 45:24 46:5
**occasions (1)**
84:2
**October (4)**
33:18 34:5 48:21
131:16
**off-the-record (1)**
119:5
**offering (1)**
13:13
**office (4)**
22:21 67:20 98:22
122:6
**officer (1)**
65:11
**offices (3)**
1:18,19 2:4
**official (1)**
4:3
**oh (4)**
23:12,16 32:23 66:7
**okay (17)**
6:5,10 10:2 23:20
26:16 28:8 42:24
43:14 47:7 54:12
66:9 87:8 115:25
118:3 121:18,24
126:5
**old (1)**
84:17
**older (1)**
66:18
**Once (1)**
57:6
**ones (1)**
73:22
**online (1)**
108:12

**oOo (1)**
3:16
**oOo- (1)**
4:12
**open (7)**
14:25 83:11,22 93:11
110:11 126:4
128:16
**opened (6)**
29:21 43:5 106:11
107:10,11 131:19
**opening (2)**
72:14,18
**operation (1)**
95:8
**opportunity (3)**
56:3 85:22 128:16
**opposed (1)**
115:5
**opposing (1)**
124:25
**order (6)**
1:18 25:24 26:4 49:18
123:11 131:11
**orders (2)**
93:12,13
**original (1)**
115:18
**originally (1)**
106:14
**Orkina (2)**
122:16,19
**outcome (1)**
132:21
**outside (1)**
85:22
**over-alert (1)**
104:12
**over-the-counter (2)**
95:18,25
**owe (3)**
29:6 30:13 83:3
**owed (2)**
29:9 106:15
**owes (1)**
109:11
**owned (7)**
64:12,15 80:17 81:17
83:10 102:5,19
**owner (5)**
8:13 37:15,22 38:18
72:4
**owning (1)**
81:5
**owns (1)**
71:11

**P**

**p.m (1)**
130:9
**Pablo (10)**
71:19,21 72:5,11 73:9
73:19 74:17 76:3,8
76:11
**page (11)**
28:6 33:5,16 34:2
35:6 120:14 121:16
123:9,21 131:3,14
**paid (2)**
65:4 106:2
**pain (2)**
42:2,5
**pains (2)**
42:8,9
**paper (4)**
83:9 101:3,10 108:14
**papers (13)**
23:14,21,24 24:15
32:10 89:22,25
100:23 101:17,21
101:24 111:23
120:24
**paperwork (3)**
24:3 25:3,4
**paragraph (2)**
124:19 127:3
**PARNAGIAN (1)**
2:16
**part (2)**
8:16 63:17
**part-time (3)**
63:18,24 64:14
**parties (2)**
3:4 132:19
**partner (1)**
73:20
**partners (2)**
71:13 74:4
**party (2)**
58:8 86:8
**passed (1)**
113:8
**patterns (1)**
104:4
**pause (6)**
55:20,22,23 56:5,6,21
**pausing (1)**
56:15
**pay (7)**
17:20 64:21 66:17
75:14 81:22,24 82:2
**payable (2)**
76:16 77:2

**payables (1)**
12:22
**payment (3)**
46:17 75:11 87:25
**pending (2)**
52:19,21
**people (19)**
17:22 20:10 22:16
25:17 71:8 100:10
100:25 109:5
116:23 117:2,4,17
117:22 118:8,24
124:12 129:2,17,19
**performances (1)**
94:20
**period (5)**
8:4,12 64:9 70:14
128:15
**person (11)**
19:6 23:11,20 71:11
74:8 83:14 101:19
117:25 118:21
119:2 120:2
**personal (9)**
65:23,25 75:3 88:12
88:15 90:16 105:14
119:24 123:13
**personally (2)**
78:10 90:15
**Pg (1)**
133:5
**phone (3)**
18:18 19:5,23
**phrase (4)**
43:23 118:12 124:25
125:5
**phrases (1)**
125:18
**piece (1)**
101:9
**place (4)**
83:5 93:11,13 102:10
**places (1)**
108:16
**plaintiff (4)**
1:6 2:5 51:8 127:9
**please (13)**
4:21 5:11 6:3,15
16:19 26:24 54:12
56:24 59:11 64:16
122:9,12,15
**pleased (3)**
47:5,15,19
**point (10)**
6:2 30:15 72:21 80:18
99:10 111:12 112:2

115:10,16 125:5
**points (1)**
23:22
**portion (11)**
16:20 17:5 28:14,23
    29:24 32:14 57:16
    57:18 59:24 60:9
    91:10
**portions (1)**
48:2
**position (4)**
8:19 12:21 14:3,25
**possibility (1)**
57:11
**possible (6)**
14:14 101:20 109:5
    118:5,10 122:18
**postponing (1)**
97:18
**potential (3)**
51:5 126:21 127:5
**practice (1)**
129:3
**practicer (1)**
97:10
**pregnant (1)**
12:10
**prejudice (3)**
54:23 126:20 127:4
**prepare (3)**
26:22 27:5,14
**prepared (2)**
88:17 89:5
**prescription (2)**
95:18,25
**present (3)**
2:23 85:24 111:22
**presented (3)**
30:18,21 57:8
**previously (2)**
25:22 102:16
**price (3)**
93:18,19 110:3
**primary (2)**
96:11,13
**prior (2)**
9:5 107:25
**prison (1)**
129:18
**private (1)**
74:4
**privilege (1)**
48:9
**pro (4)**
25:10,12 27:13 28:17
**probably (1)**

15:12
**problem (6)**
99:13,19,21 104:13
    110:9 111:2
**problems (1)**
118:6
**proceed (1)**
57:14
**process (2)**
23:15 24:3
**professional (1)**
129:17
**program (3)**
70:9,13 89:6
**prompted (2)**
53:18 56:12
**proof (1)**
109:11
**proper (1)**
50:20
**propounded (1)**
4:7
**prove (1)**
110:10
**psychiatrist (1)**
103:5
**psychologist (2)**
102:24 103:5
**public (9)**
1:22 3:14 4:5,16 62:4
    62:13 130:16
    132:12 133:25
**purpose (1)**
53:9
**purposes (2)**
42:20 43:19
**pursuant (1)**
1:18
**put (1)**
76:21
**putting (1)**
121:3

_____

**Q**

**question (45)**
3:10 6:9 9:25 16:11
    16:19 17:4 27:3,16
    28:22 32:4 34:10
    50:5,7,11,16 51:11
    52:2,19,21,22 53:2
    53:24 54:4 55:16
    56:12,17 57:3,25
    58:3,7,13 68:9 78:5
    80:12 85:19 90:19
    91:7,9 94:3 107:16
    111:11 112:8,22

113:4 123:3
**questioner (1)**
56:15
**questions (13)**
4:7 5:23,24 6:3,7
    48:14,17 54:17
    56:20 59:5 85:23
    107:5 129:24
**quick (1)**
120:5

_____

**R**

**R (2)**
4:14 132:3
**raise (1)**
98:2
**rare (1)**
83:8
**reached (1)**
87:20
**reaction (2)**
46:21 47:3
**read (31)**
16:21 17:3,6,24 18:3
    20:5,8 22:10,14
    28:15,21,24 29:23
    29:25 30:12 32:21
    54:4 57:15,19 70:20
    91:8,11 118:4 122:4
    123:6,15 124:9
    126:23,24 128:18
    133:5
**reading (1)**
123:4
**reads (3)**
28:10 123:3 133:5
**realizes (1)**
83:15
**really (12)**
37:18 38:5 72:19
    75:13 94:23 95:4
    97:5,6 105:5 116:12
    117:2,23
**reason (6)**
47:9 95:13 108:11
    114:14 122:24
    133:5
**reasonable (1)**
56:21
**reasons (1)**
113:5
**recall (14)**
7:6,9 14:6,24 15:7,13
    15:19,22 16:8 18:17
    30:14 31:15 40:24
    41:7

**receivable (4)**
64:23 77:6,9,12
**receive (6)**
23:24 24:10,11 83:10
    84:9 98:25
**received (12)**
16:2 18:20 22:23
    24:21 31:18 33:9
    46:11,22 82:18
    86:25 100:14 124:9
**receives (1)**
98:19
**receiving (2)**
18:6 124:5
**recess (2)**
103:23 120:7
**recognize (7)**
34:10 43:15 83:20,21
    84:2,6,6
**recommendation (1)**
15:10
**recommended (1)**
15:8
**reconcile (1)**
75:12
**record (20)**
4:22 6:16 16:21 17:6
    19:10 28:24 29:25
    33:24 52:7 53:19
    56:8 57:19 91:11
    104:2 112:17 119:4
    120:10 122:5,14
    132:16
**records (2)**
81:17 111:22
**referring (3)**
30:5 44:24 46:4 68:15
    69:4,9 76:24 100:13
    118:20 120:25
**reflect (2)**
56:14
**refuse (1)**
32:8
**regarding (1)**
127:6
**Regardless (1)**
47:9
**regularly (1)**
70:17
**related (12)**
65:15 68:21 71:21,24
    74:9,15,21 76:7,11
    91:19 127:9 132:18
**relates (1)**
58:7
**relating (1)**

101:10
**relation (1)**
70:20
**relationship (3)**
75:23 117:7,10
**relaxed (1)**
94:5
**relay (1)**
98:8
**released (1)**
127:11
**remain (1)**
110:6
**remember (36)**
7:8 14:11,15 15:5,21
    18:12 19:18 21:20
    29:4 39:19 45:9
    46:8,9 65:2 67:14
    70:7 73:6,7 79:6,8
    79:10 80:7,23 82:3
    82:5,13 86:11,12
    88:9 90:14 96:17
    102:2 108:19 113:7
    116:3 125:2
**remembering (1)**
105:4
**remind (1)**
108:9
**reminds (1)**
98:20
**rent (1)**
17:20
**reopen (4)**
23:12 24:3,15 26:24
**repair (1)**
37:17
**repeat (2)**
58:2 91:6
**rephrase (1)**
6:4
**replaced (1)**
37:20
**Reported (1)**
30:6
**reporter (10)**
1:22 4:20 16:22 17:7
    28:25 30:2 57:20
    85:23 91:12 132:11
**represent (6)**
5:12,18 26:11,13
    90:23 119:25
**representing (4)**
5:15 34:19,23 90:25
**request (1)**
22:3
**requested (7)**

16:20 17:5 20:23
28:23 29:24 57:18
91:10
**research (2)**
25:8 54:24
**researched (1)**
22:15
**reserved (1)**
3:10
**respect (1)**
20:7
**respective (1)**
3:4
**respond (1)**
52:14
**response (1)**
83:13
**responsibilities (5)**
75:9 76:14 93:6 94:13
94:18
**responsible (1)**
51:5
**responsive (3)**
32:15 50:10 56:11
**rest (1)**
74:25
**restate (1)**
58:6
**restaurants (1)**
12:18
**resume (2)**
15:6 72:20
**retained (1)**
89:17
**retaining (2)**
89:11 90:15
**return (2)**
82:18 88:20
**returning (1)**
38:8
**returns (1)**
88:21
**reversed (1)**
79:20
**review (4)**
9:19 25:8 28:7 122:12
**reviewed (1)**
25:5
**reviews (1)**
34:12
**right (29)**
16:6 39:15 51:2 54:15
62:23 64:7,10 68:2
69:17 72:25 76:16
77:3,6,13,23 78:24
79:13 85:13 87:3

90:7,12 92:3,20
102:16,17 107:12
111:14 129:15
130:7
**Road (3)**
101:25 102:6,13
**Robert (2)**
2:14 5:7
**Roosevelt (3)**
37:2,3,6
**Rosemary (2)**
122:16,19
**ruin (3)**
104:20 109:5 120:2
**rushing (1)**
56:16

_____
**S**
**S (2)**
1:8,9
**S-A-C-K-O-L-I-K (1)**
96:21
**S-I-E-N-A (1)**
7:2
**Sackolik (3)**
96:19 97:12 98:14
**Sackolik's (1)**
98:22
**safe (5)**
109:18,20 114:5,14
114:24
**safety (2)**
40:16 85:11
**salary (4)**
12:24 14:7 16:4 18:11
**Sam (1)**
5:15
**Samserv (2)**
1:11 2:17
**savings (9)**
10:7,10,16,20,24
11:11 43:4,9 131:18
**saw (3)**
25:17 38:25 115:11
**saying (8)**
16:3 47:24 53:8 109:7
112:2 116:25
117:21 120:23
**says (12)**
22:11 23:22 30:24
54:23 101:3,11
118:2,5 124:20
126:18,19 127:3
**scared (1)**
98:4
**schedule (3)**

25:11 92:25 93:14
**scheduled (1)**
122:8
**school (2)**
13:22 62:6
**Sea (8)**
7:25 8:9,11 12:4,9
67:13,17 80:10
**seafood (1)**
12:17
**sealing (1)**
3:5
**search (2)**
116:6,10
**searched (1)**
116:15
**seasons (2)**
79:19 114:24
**second (9)**
33:15,25 35:6 62:20
62:22 78:19 121:16
124:18 131:13
**section (4)**
27:7,23,25 28:9
**sections (1)**
28:3
**see (19)**
16:23 17:8 19:20 20:6
28:18 29:5 35:5
73:6 74:7 83:23
96:7 97:12 101:3
113:24 117:25
124:15 126:6,16
129:2
**seeing (1)**
8:4
**seen (5)**
26:17,20 100:7 101:9
102:23
**sees (1)**
96:11
**seize (2)**
16:3 18:11
**sell (1)**
78:18
**selling (1)**
78:2
**sells (1)**
72:8
**semesters (1)**
70:15
**send (4)**
83:17 108:4 116:23
116:25
**sending (2)**
66:16 100:18

**sends (1)**
83:15
**sense (2)**
11:21 72:12
**sent (9)**
16:14,24 17:10 35:22
72:20 82:8 83:4
117:22 123:25
**sentence (2)**
55:6 60:5
**separate (3)**
46:5 59:25 88:21
**separately (1)**
89:8
**Serv (1)**
5:15
**served (2)**
47:4,23
**service (1)**
93:20
**set (3)**
108:12 132:15,22
**settle (1)**
87:17
**settlement (1)**
87:21
**seven (3)**
61:17 64:19 112:16
**shamelessly (1)**
101:2
**share (1)**
75:15
**SHEET (1)**
133:1
**shopping (1)**
63:21
**short (3)**
38:6 103:23 120:7
**shorter (1)**
28:3
**Shorthand (2)**
1:21 132:11
**show (9)**
25:24 26:4 53:20
112:18 121:13
123:11 124:16
126:13 131:11
**showing (2)**
120:11 123:9
**shown (1)**
27:17
**siblings (2)**
71:7 76:2
**Siena (38)**
6:25 7:4,7,17 13:6,12
14:4,10,17,21 15:14

15:19 16:13 36:19
36:22 66:19 67:6,11
70:16 71:11 72:10
73:4,16 74:10,22
75:4,7,10 76:6,10
76:15 81:23,25
83:23 91:24 108:21
112:14 113:11
**sign (5)**
32:10 35:24 89:11
126:17 127:14
**Signature (1)**
133:21
**signatures (1)**
35:5
**signed (10)**
3:13,15 34:18,21,25
89:17,25 122:19
123:22 129:9
**significance (1)**
54:21
**significant (1)**
46:12
**signing (1)**
127:23
**similar (1)**
35:22
**situation (5)**
37:23 77:12 82:3,6
101:23
**Situations (1)**
82:19
**six (3)**
16:9 64:19 93:4
**size (1)**
114:23
**sleep (3)**
99:14,19 104:11
**sleeping (1)**
104:4
**slide (1)**
114:3
**slowly (2)**
110:21 113:25
**slowly-slowly (1)**
110:20
**small (1)**
113:19
**smelled (1)**
13:16
**SMITH (1)**
2:10
**sold (3)**
64:13 81:9,14
**solve (3)**
93:2 110:8 111:2

**somebody (1)**
81:24
**soon (1)**
122:17
**sooner (1)**
39:3
**sorry (4)**
21:18 24:7 66:7 83:17
**sort (1)**
22:22
**sounds (1)**
126:3
**source (3)**
19:8 20:13 46:14
**South (2)**
61:14,19
**SOUTHERN (1)**
1:3
**space (1)**
95:5
**span (1)**
38:24
**Spanish (6)**
2:24 4:8,9 126:3,4,25
**speak (3)**
56:13,19 72:10
**speaking (3)**
47:8 55:11 56:10
**specialties (1)**
98:24
**specialty (1)**
97:9
**specific (5)**
65:5 68:4 75:6 112:7
114:2
**specify (1)**
81:8
**spell (1)**
96:20
**spelled (1)**
59:11
**spring (2)**
7:10 79:15
**Square (1)**
34:8
**ss (1)**
132:7
**start (4)**
67:12 74:12 100:20
116:25
**started (18)**
7:7 15:16,17 16:9,10
19:19 32:24 53:15
66:16 67:5,10,17
73:4 94:16,17 104:8
110:15 111:20

**starting (1)**
63:19
**state (8)**
1:22 4:5,17,21 6:15
27:22 132:6,12
**statements (16)**
9:20 42:13 43:4,10
44:2,11,12,14,17
45:18,25 75:12
76:19 107:24 108:5
131:18
**States (10)**
1:2 65:17 67:5,8
69:20,23 70:2 71:2
79:14 86:5
**stay (2)**
93:2 100:2
**stipulated (4)**
3:3,8,12 68:23
**stipulation (7)**
33:16 34:3 48:6,18
127:24 129:9
131:14
**stipulations (2)**
122:10,13
**stop (1)**
110:21
**stopped (2)**
37:20 41:12 55:10
81:5
**stops (2)**
55:5 56:10
**store (13)**
64:12,18 80:9,17,20
81:2,5,10,18 83:24
93:11 102:5,20
**stores (4)**
12:5 80:3 91:19 92:2
**story (1)**
37:13
**straighten (1)**
82:22
**Stream (10)**
5:2 6:20 9:14 61:9,10
71:2,5 72:2 84:25
97:2
**street (9)**
1:19 2:6,19 4:25 6:19
9:15 61:21 79:8,9
**stressed (1)**
16:4
**stressful (1)**
93:24
**strike (7)**
32:13 43:23 47:25
113:3 122:22,23,25

**study (2)**
65:19 66:11
**subject (1)**
29:10
**subjects (1)**
68:16
**subpoena (3)**
117:5 118:13 121:7
**Subscribed (2)**
130:13 133:22
**sued (1)**
86:13
**suffer (1)**
41:23
**suing (1)**
22:12
**summer (4)**
7:16 13:7 15:18
112:13
**summons (7)**
101:12 119:14 120:12
120:15 121:5,6
131:23
**supermarket (7)**
7:25 8:18 36:24,25
37:15 38:19 68:3
**supermarkets (4)**
8:14,15,20 92:25
**supervisor (1)**
38:17
**support (4)**
25:24 26:3 123:11
131:10
**supposed (1)**
97:17
**supposedly (2)**
23:19 101:7
**sure (12)**
13:10 16:12 25:19
27:10,16 56:2 57:6
66:9 76:22 91:8
93:12 100:3
**surgery (6)**
41:19,21 42:6 86:19
87:2,4
**surprised (1)**
32:23
**sworn (6)**
3:15 4:4,16 130:13
132:16 133:22
**system (1)**
68:11

_____
**T**
_____
**T (2)**
132:3,3

**T-U-S-T-I-N (1)**
71:17
**take (24)**
7:14 18:15 19:16
26:18 28:6 34:9
38:14 63:11 65:14
65:22 68:13,25
69:22 70:2,5 88:14
95:24 99:3 103:21
105:12 112:4
118:20 120:5
121:15
**taken (6)**
1:17 6:11 88:11 95:12
103:24 120:8
**talk (5)**
48:7 50:25 91:23
92:16 104:12
**talked (2)**
104:3 115:25
**talking (2)**
53:10 86:14
**talks (2)**
104:18 106:3
**taught (1)**
67:9
**tax (3)**
88:17,18,23
**taxes (8)**
65:20,23 66:2 69:10
88:12,15 89:5,7
**teach (1)**
68:4
**technical (4)**
28:20 35:4 51:12
121:2
**tell (20)**
6:3,12 20:21 21:13
22:8 28:17 37:8,13
47:19 61:25 64:16
72:17 81:4,9 98:17
106:6 111:17
119:24 124:15
126:15
**tells (2)**
95:2 99:23
**temper (1)**
38:6
**ten (2)**
64:5 83:16
**ten-year (1)**
64:9
**term (3)**
32:11 54:23 87:22
**terminology (2)**
52:17 125:14

**testified (2)**
4:18 58:10
**testify (1)**
96:18
**testimony (3)**
108:19 120:17 132:17
**Thank (5)**
5:4 59:4 129:23 130:5
130:7
**theory (2)**
78:13,16
**thing (11)**
23:17 35:4 49:8 75:18
84:7,11 100:19
120:25 124:17,18
125:16
**things (7)**
20:8 38:7 42:18 68:4
72:19 116:23
117:17
**think (35)**
7:13 15:16 27:2 28:2
28:3 31:13 41:2,13
43:24 45:14,16,22
52:6 53:14,18 55:22
55:24 56:4,8 72:20
73:19 79:9,21 81:13
83:3 86:17 87:20,23
89:2 97:8 109:20
111:2 117:5 118:7,9
**thinking (5)**
51:23 68:10 110:8,15
121:7
**thinks (3)**
52:3 104:13 129:16
**third (3)**
22:2 24:24 28:6
**thought (5)**
110:25 124:10,17
125:24 126:2
**thousand (1)**
12:2
**three (10)**
8:14 12:20 37:7 55:17
70:13,15 71:13 96:7
101:17 122:9
**tight (1)**
13:19
**tile (4)**
6:25 7:4,7 83:24
**tiles (2)**
7:18 72:8
**time (67)**
3:10 7:14,25 8:4,20
8:24 9:6,9 11:23
12:3 13:19 16:7,19

19:16 21:18 22:2,3
22:9 24:24 26:18
29:19 34:9 36:19
38:3 40:7,24 41:7
42:8 43:18,25 44:10
44:21 46:10 55:5,15
63:17 67:4,5 70:14
70:18 79:3,10 80:2
81:17 84:21,21
91:23 92:2,16 93:7
93:25 94:8 96:6,6
97:25 98:20 102:4,9
102:9,10,12,14
112:25 113:8
115:10,16 130:9
**timeline (1)**
67:4
**times (12)**
37:17 54:14 55:17
83:14,25 94:4,6
101:17 110:9,22
111:21 114:20
**tired (2)**
40:10,12
**title (3)**
8:21 65:5 67:20
**titled (1)**
34:3
**today (5)**
5:5,23 6:12 85:20
86:14
**TODD (1)**
1:10
**told (15)**
14:24 20:23 21:17
22:10,19 23:8 25:5
29:9 31:4 81:13
92:11,13 97:25
124:11 126:17
**tolerate (1)**
55:14
**tosses (1)**
99:22
**total (1)**
124:22
**trained (2)**
67:19,22
**transaction (2)**
119:11 131:20
**transcript (1)**
60:9 66:10
**translate (2)**
4:6 126:25
**translated (1)**
125:15
**translates (1)**

49:16
**translation (2)**
2:25 125:5
**translator (6)**
48:7 55:19,21,23 56:4
66:6
**translator's (1)**
125:10
**transmit (1)**
122:15
**traverse (7)**
31:13,18 32:9 35:14
58:16 122:8 124:13
**treated (3)**
39:7 86:22 103:4
**treatment (1)**
86:25
**trial (1)**
3:11
**trials (1)**
51:6
**tried (3)**
27:10 101:16 104:19
**trips (2)**
84:22 85:4
**truck (17)**
15:23 16:5 41:13
108:21,24 109:15
109:23 110:5,14,19
113:15,17,23 114:6
114:12,17 115:6
**true (5)**
28:16 55:9 100:24
124:10 132:16
**truth (5)**
6:12 13:17 47:8,24
106:24
**try (5)**
6:4 20:17 27:15 78:20
104:12
**trying (5)**
22:12 54:24 58:6
108:18 111:7
**turn (1)**
100:3
**turning (1)**
99:22
**Tustin (7)**
71:19 74:17 75:24,25
76:3,7,11
**TV (2)**
100:2,3
**two (9)**
12:11 35:5 39:12
45:15 85:5 104:7
105:8 115:15

122:12
**two-page (3)**
33:15,25 131:13
**Tylenol (1)**
95:22
**type (6)**
19:6 41:20 73:12
82:12 110:18,19
**typed (1)**
24:9
**types (1)**
82:14

_____
**U**
**U (2)**
4:14,14
**U.S.A (5)**
22:14 23:23 29:22
30:10 106:12
**ultimate (1)**
68:19
**undergo (1)**
41:19
**understand (27)**
6:3,12 24:2 25:6
27:17 35:8,15,21
36:2 42:23 47:12
49:7 68:9 78:15
79:19 85:19 94:19
102:4 105:23 109:4
111:11 123:4
124:19 125:14,15
125:17,19
**understandable (1)**
40:23
**understanding (5)**
58:18 90:24 94:25
95:3 102:21
**understood (5)**
13:11 48:23,23 54:15
54:20
**underwent (1)**
87:2
**unemployed (1)**
36:18
**unfortunately (1)**
20:24
**United (10)**
1:2 65:17 67:5,8
69:19,23,25 70:25
79:14 86:5
**university (10)**
62:8,12 63:2,3,6,8,20
64:3,6 65:14
**unknown (2)**
101:19 115:23

**unresponsive (1)**
53:7
**upset (2)**
37:22 39:4
**use (5)**
39:13 48:6 70:17
88:24 118:19
**uses (3)**
39:10,13,14
**usually (2)**
40:9 92:24

_____
**V**
**V (1)**
4:2
**vacancy (2)**
126:3,4
**vacate (11)**
25:25 26:4 33:16 34:3
48:18 122:10
123:12 124:20
125:2 131:11,14
**vacated (4)**
36:10 48:24 57:23
58:19
**vague (3)**
27:7,22 30:4
**Valley (10)**
4:25 6:19 9:14 61:9
61:10 71:2,4 72:2
84:25 97:2
**van (1)**
41:13
**vehicle (1)**
114:23
**verdict (1)**
118:3
**visibility (1)**
113:22
**visit (1)**
81:2
**vocabulary (1)**
28:20
**voice (1)**
55:10

_____
**W**
**wages (1)**
111:8
**wait (2)**
49:15 108:13
**waiting (1)**
66:5
**waive (1)**
48:8
**waived (2)**

3:7 127:10
**WALDMAN (1)**
1:9
**Wall (1)**
2:19
**wander (1)**
110:7
**want (19)**
26:14 27:10 54:19
55:25 56:7,14 61:12
66:9 67:3 71:15
74:7 79:22 87:22
107:8 112:24
119:19 120:4,16
124:13
**wanted (7)**
18:7,11 20:12 57:13
79:21 98:2 119:23
**wanting (1)**
106:4
**warehouse (1)**
84:8
**wasn't (11)**
16:6 31:17 35:23
37:18 65:3,10 88:10
105:5 108:17,18
120:24
**way (19)**
39:6 40:21 51:13 52:2
52:16 54:8 58:8
72:20 104:5 105:8
109:6 110:2 111:2
113:7 114:2 125:12
125:15,17 132:20
**we'll (3)**
27:15 74:13 130:2
**we're (9)**
19:12 73:12 85:20
86:14 113:20
114:20 124:22
128:25 129:5
**we've (1)**
9:17
**wear (1)**
98:12
**week (11)**
25:13 45:2,10,18,23
92:22 93:4 105:24
107:22 108:2,6
**went (19)**
13:6 20:5,17 21:14
22:2,20 24:9 25:14
31:8 36:25 55:10
71:2 97:19 98:19
99:11 126:12,13,16
127:12

**weren't (3)**
8:17 23:2 35:13
**West (3)**
4:25 6:19 61:20
**WHEREOF (1)**
132:22
**wife (4)**
40:22 58:9 74:18
75:21
**William (10)**
1:12 2:18 5:16 71:17
73:21,24 75:24 76:3
76:7,12
**win (1)**
109:11
**windows (1)**
22:20
**winter (1)**
7:10
**witness (25)**
1:17 4:8,9,15 5:6
26:10 34:12 42:22
49:23 50:4 51:20
52:11 54:11 56:10
79:18 85:23 86:2
112:18 120:6 122:3
130:7 131:3 132:14
132:17,22
**witness' (1)**
57:16
**won (3)**
106:7,15,24
**word (4)**
118:19 121:5,6 126:3
**words (1)**
125:10
**work (22)**
8:3,8 12:19 13:6,12
13:14,18,20 20:20
21:12 22:3 39:15,18
39:21 66:19 72:5,19
73:13 94:20 103:19
105:13 112:15
**worked (11)**
7:3,24 8:11 37:5
64:17 91:18,22
92:14,15 102:12,17
**working (21)**
7:17 12:4 13:4 14:17
14:18 15:16 16:13
37:21 65:7 67:6,10
67:12,17 73:4,10
79:25 80:10 91:24
91:25 92:23 113:10
**works (1)**
74:10

**worried (5)**
18:14 99:23 100:17
110:12,24
**worry (5)**
32:18 40:16,22 48:5
113:5
**wouldn't (5)**
35:3 81:21 82:15
114:11 128:8
**wrap (1)**
48:14
**written (1)**
70:23
**wrong (3)**
39:2 83:4,12
**wrongly (2)**
38:11,21

_____
**X**
**x (4)**
1:4,14 4:2 131:2

_____
**Y**
**Yeah (1)**
67:2
**year (12)**
39:22 64:3 75:15
79:10 88:18,23 89:4
96:11 97:13,16
98:18 99:18
**years (16)**
12:20 61:17,22 62:9
62:10 64:6,16,19
66:14 67:24 69:7
85:5 92:7 96:8
104:7 105:8
**yell (1)**
52:8
**yesterday (1)**
25:22
**York (16)**
1:3,20,23 2:7,13,13
2:20,20 4:5,17 5:2
6:20 96:25 132:6,9
132:12
**young (2)**
1:11 66:17

_____
**Z**
**Z (2)**
4:2,14

_____
**0**

_____
**1**
**1 (2)**

68:24 69:13
**1:16-cv-03499-GB...**
1:7
**10 (3)**
43:12 107:9,13
**10:33 (1)**
1:21
**100,000 (1)**
88:6
**10005 (1)**
2:20
**10017 (1)**
2:13
**107 (1)**
131:6
**11241 (2)**
1:20 2:7
**11580 (3)**
5:2 6:20 61:14
**119 (2)**
131:22,23
**125288 (1)**
1:25
**13 (6)**
1:8 2:11 5:10 116:7
116:15,21
**1304 (3)**
101:25 102:6,13
**15 (3)**
68:25 69:7 83:16
**16 (15)**
1:19,20 2:6 18:23,25
19:11 111:14,17
112:10 113:10
114:5 115:12 116:3
116:6 131:9
**163rd (1)**
79:9
**17 (6)**
25:23 26:3,15 33:3
123:10 131:10
**18 (10)**
33:13,15,21 48:17
122:3 124:3 129:9
131:9,13,22
**19 (6)**
43:3 107:12,17,24
108:5 131:17
**1969 (1)**
60:7

_____
**2**
**2 (7)**
33:18 34:5 48:21
54:22 68:24 69:14
131:16

**20 (12)**
4:25 6:19 61:20 119:8
119:10 121:14
124:2,6 126:6,7
127:25 131:20
**20,000 (2)**
46:19 47:14
**2001 (1)**
80:17
**2002 (1)**
61:7
**2004 (1)**
81:13
**2006 (1)**
67:15
**2007 (6)**
7:22 8:10 67:16 78:24
92:11,17
**2010 (7)**
9:4,11 40:24 41:5,9
72:25 88:12
**2011 (2)**
11:19 88:16
**2012 (3)**
8:10 12:3 84:19
**2013 (3)**
33:18 34:5 131:16
**2015 (18)**
7:5,6,15 13:8 15:17
39:25 48:21 66:23
88:23 89:3,4,7 96:4
112:14 122:3
123:23 124:3
131:22
**2016 (11)**
39:21 43:5 46:11
88:18,25 89:3 95:24
98:13 107:11
112:15 131:19
**2017 (6)**
1:20 95:13 98:7
130:14 132:23
133:23
**21 (3)**
119:14 120:12 131:23
**212-660-1025 (1)**
122:17
**21st (1)**
132:23
**23 (1)**
123:23
**26 (1)**
131:10
**26th (1)**
1:19
**27th (1)**

97:19

_____
**3**
**3 (1)**
68:24
**3:35 (1)**
130:9
**33 (1)**
131:13

_____
**4**
**4 (2)**
26:8 126:19
**40 (1)**
61:14
**42,000 (2)**
13:3 14:8
**43 (1)**
131:17
**450 (1)**
2:12

_____
**5**
**5 (1)**
131:4
**50,000 (1)**
88:8
**59 (1)**
131:5

_____
**6**

_____
**7**

_____
**8**
**8 (1)**
60:7
**82 (1)**
2:19

_____
**9**
**9 (1)**
33:22
**92 (1)**
64:4