


✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

**Address Information From Department of City Planning**

Page: 1 of 1

Premises: 757 EAST 169 STREET BRONX   BIN: 2010169   Block: 2961   Lot: 15

| LOW NUMBER | HIGH NUMBER | STREET NAME | STCDE | BIN |
|---|---|---|---|---|
| 757 | 767 | EAST 169 STREET | 26730 | 2010169 |
| 1300 | 1304 | BOSTON ROAD | 13820 | 2010169 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

 

✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

**Zoning Documents at BIN: 2010169**

**NO JOBS FOUND WITH YOUR CRITERIA**

For more information on zoning document, click here.

**Premises: 757 EAST 169 STREET BRONX**         **BIN: 2010169   Block: 2961   Lot: 15**

| FILE DATE | JOB # | JOB TYPE | JOB STATUS | STATUS DATE | ZONING DOCUMENTS |
|---|---|---|---|---|---|

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.












**NYC Department of Buildings**
## Property Profile Overview

✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**757 EAST 169 STREET**     BRONX 10456     BIN# 2010169

| | | | | | |
|---|---|---|---|---|---|
| BOSTON ROAD | 1300 - 1304 | Health Area | : 2700 | Tax Block | : 2961 |
| EAST 169 STREET | 757 - 767 | Census Tract | : 151 | Tax Lot | : 15 |
| | | Community Board | : 203 | Condo | : NO |
| | | Buildings on Lot | : 1 | Vacant | : NO |

View DCP Addresses...   Browse Block

View Zoning Documents    View Challenge Results    Pre - BIS PA    View Certificates of Occupancy

| | |
|---|---|
| Cross Street(s): | BOSTON ROAD, TINTON AVENUE |
| DOB Special Place Name: | |
| DOB Building Remarks: | |
| Landmark Status: |     Special Status: N/A |
| Local Law: | NO     Loft Law: NO |
| SRO Restricted: | NO     TA Restricted: NO |
| UB Restricted: | NO |
| Environmental Restrictions: | N/A     Grandfathered Sign: NO |
| Legal Adult Use: | NO     City Owned: NO |
| Additional BINs for Building: | NONE |
| Special District: | UNKNOWN |

This property is not located in an area that may be affected by Tidal Wetlands, Freshwater Wetlands, Coastal Erosion Hazard Area, or Special Flood Hazard Area. Click here for more information

**Department of Finance Building Classification:**     C6-WALK-UP APARTMENT

Please Note: The Department of Finance's building classification information shows a building's tax status, which may not be the same as the legal use of the structure. To determine the legal use of a structure, research the records of the Department of Buildings.

| | Total | Open | |
|---|---|---|---|
| Complaints | 6 | 0 | Elevator Records |
| | | | Electrical Applications |
| Violations-DOB | 2 | 0 | Permits In-Process / Issued |
| Violations-ECB (DOB) | 6 | 4 | Illuminated Signs Annual Permits |

This property has 3 open ECB "Work Without A Permit" Violations and may be subject to DOB civil penalties upon application for a permit. After obtaining the permit, a certificate of correction must be filed on the ECB violations.

Plumbing Inspections
Open Plumbing Jobs / Work Types
Facades

| | | |
|---|---|---|
| Jobs/Filings | 3 | Marquee Annual Permits |
| ARA / LAA Jobs | 4 | Boiler Records |
| Total Jobs | 7 | DEP Boiler Information |
| Actions | 48 | Crane Information |
| | | After Hours Variance Permits |

OR Enter Action Type: 
OR Select from List: Select...
AND [ Show Actions ]

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

NYCProperty | Statements List | Select a B-B-L | NYC.GOV Home | DEP Home | DOF Home | NYCProperty Home

The Official New York City Web Site



NYC Finance
nyc.gov/finance

# NOTICE OF PROPERTY VALUE

View January 15, 2009 - NOTICE OF PROPERTY VALUE
View February 15, 2008 - NOTICE OF REVISED PROPERTY VALUE
View January 15, 2008 - NOTICE OF PROPERTY VALUE
View January 15, 2006 - NOTICE OF PROPERTY VALUE
View January 15, 2005 - NOTICE OF PROPERTY VALUE

What is the Notice of Value?
(A new window will open.)

**January 15, 2007**

#BWNFFBV
#4135362070115013#

DEL MAR MANAGEMENT SERVICES IN
500 METROPOLITAN AVE
BROOKLYN, NY 11211-3411

**Property Address:**
757 East 169 Street

| Borough | Block | Lot |
|---|---|---|
| Bronx | 2961 | 15 |

**Tax Class:** 2
**Units:** 24 Residential
         8 Non-Residential

|  | CURRENT TAX YEAR (7/1/06 - 6/30/07) | CHANGE | TAX YEAR 2007/08 (7/1/07 - 6/30/08) |
|---|---|---|---|
| The Department of Finance estimates the value of your property as follows: | | | |
| Market Value = | $612,000 | +212,000 | $824,000 |
| Actual Assessed Value = | $275,400 | +95,400 | $370,800 |
| Actual Exemption Value = | $0 | +0 | $0 |
| Transitional Assessed Value = | $239,040 | +33,570 | $272,610 |
| Transitional Exemption Value = | $0 | +0 | $0 |
| Taxable Value = | $239,040 | +33,570 | $272,610 |

**Market Value:** Finance estimates your market value in one of three ways - based on recent comparable sales; the income that your property generates; or the cost of constructing your property.

**Assessed Value:** Finance multiplied your property's market value by an assessment ratio of 45% in order to determine the assessed value. However, in some cases, this assessed value may be lower than the assessment ratio percentage because of legal limitations.

**Exemption Value:** Is the value of any exemptions currently on Finance's records.

**Taxable Value:** Is equal to the assessed value less any applicable exemptions.

**Exemption(s):** Describes the exemptions that you are currently entitled to according to Finance's records.

*If you wish to challenge these values, you must apply to the Tax Commission by March 1, 2007.*

## THIS IS NOT A BILL

## DETAILED VALUE INFORMATION

Building Class: C6 - Walk-Up Apartments

**Market Value:** Finance estimated your property's market value by dividing net operating income by the overall capitalization rate. Any difference between your calculation and that of the Department of Finance is due to rounding.

- The Department of Finance estimates that as of January 5, 2007, the market value for this property is $824,000. Finance will use this market value to determine your property taxes starting July 1, 2007.

- Finance estimated your property's market value using the income approach.

**Factors Used By Finance To Determine Market Value:**

- Building Gross Square Footage: We estimated building gross square footage at 26,347.

- Gross Income: We estimated gross income at $329,900.

- Expenses: We estimated expenses at $205,200.

- Net Operating Income: We subtracted estimated expenses from estimated gross income, resulting in a net operating income of $124,700.

- Base Cap Rate: We used a capitalization rate of 9.400% which is Finance's estimate of the rate of return that an ordinary investor would expect on their investment in this type of property.

- Overall Cap Rate: We added an effective tax rate of 5.732% to account for taxes due. Added together your overall capitalization rate is 15.132%.

Citywide Income Rating: Your estimated gross income falls into rating 6.
This rating was used to determine the base capitalization rate shown above.

Statements List | Select a BBL | Logon to NYCProperty

Google Maps  Boston Rd



Image capture: Sep 2007      © 2017 Google      United States

New York

Street View - Sep 2007



Currently shown: Sep 2007