# WebCivil Local - Case Detail

| | |
|---|---|
| Court: | **Bronx County Civil Court** |
| Index Number: | **CV-043405-07/BX** |
| Case Name: | **LR CREDIT 13, LLC vs. GUZMAN, JOSE** |
| Case Type: | **Civil** |
| Classification: | **Consumer Credit** |
| Filing Date: | **06/12/2007** |
| Disposition Date: | **09/21/2007** |
| Calendar Number: | |
| Jury Demand: | **No** |
| Judge Name: | |

Attorney/Firm(s) For Plaintiff - LR CREDIT 13, LLC:
**Mel S Harris & Associates LLC**          Attorney Type: **Firm**
**5 Hanover Square**
**8th Floor**
**New York, New York 10004-2614**
**(212) 571-4900 ext:**

Attorney/Firm(s) For Defendant - JOSE GUZMAN:
**Self-Represented Litigant**

[ Close ]  [ Show All Appearances ]  [ Show Motions ]  [ Add to eTrack ]

Guzman 68

| Home | New York State Unified Court System |
|---|---|

## WebCivil Local - Appearance Detail

| Court: | **Bronx County Civil Court** |
|---|---|
| Index Number: | **CV-043405-07/BX** |
| Case Name: | **LR CREDIT 13, LLC vs. GUZMAN, JOSE** |
| Case Type: | **Civil** |

**Appearance Information:**

| Appearance Date | Time | Purpose | Appearance Outcome | Judge / Part | Motion Seq |
|---|---|---|---|---|---|
| 10/15/2015 | 11:00 AM | Hearing: Traverse | Discontinued | Honorable Anthony Cannataro<br>Part 39 - Miscellaneous Hearings | |
| 08/13/2015 | 09:45 AM | Motion | Granted to Extent per Order | Honorable Paul L. Alpert<br>Part 34C - Procedural Motions - Self-Represented Litigant - Consumer | 001 |

Close

Guzman 69

Home | New York State Unified Court System

## WebCivil Local - Motion Detail

| | |
|---|---|
| Court: | **Bronx County Civil Court** |
| Index Number: | **CV-043405-07/BX** |
| Case Name: | **LR CREDIT 13, LLC vs. JOSE GUZMAN** |
| Case Type: | **Civil** |

**Motion Information:**

| Motion Number | Date Filed | Filed By | Relief Sought | Nature of Decision/Judge | Decision Date | Order Signed Date |
|---|---|---|---|---|---|---|
| 001 | 07/29/2015 | Defendant | Vacate Judgment | Granted to Extent per Order<br>Before Judge: Honorable Paul L. Alpert | | |

Close

Guzman 70