**New York City Civil** **COURT**      **COUNTY OF** Bronx      **Part:** 34C

LR Credit 13, LLC
                                           **Plaintiff(s)**

-against-   Jose Guzman

                                           **Defendant(s)**

**ORDER TO SHOW CAUSE**
To restore case to the calendar, and vacate any judgment, liens and income executions on this defendant, allow answer or dismissing the action

**Index Number:** CV-043405/07

**UPON** the annexed affidavit of Jose Guzman sworn to on and upon all papers and proceedings herein:

Let the Plaintiff(s) or Plaintiff(s) attorney(s) show cause at:

**Court Name:**          New York City Civil Court
**Court County:**          County of Bronx
**Court Address:**          851 Grand Concourse, Bronx, NY 10451
**Part:** 34C   **In Room** 504   on August 13, 24 at 9:30 ⊗AM ○PM

or as soon as counsel or parties may be heard, why an order should not be made:

1. **restoring the case to the calendar**
2. **vacating the Judgment, and all liens, income executions and restraining notices,**
3. **accepting the proposed answer as filed or allowing defendant to file an answer and/or**
4. **dismissing the action if warranted, and/or**
5. **granting such and further relief as may be just.**

**PENDING** the hearing of this Order to Show Cause and the entry of an Order, ALL proceedings on the part of Plaintiff(s), Plaintiff(s) attorney and agent(s) and any Marshal or Sheriff of the City of New York for the enforcement of said Judgment are stayed (stopped).

**Check only if applicable:**
☐ **PLAINTIFF** shall provide a copy of the summons and complaint and affidavit of service to the defendant on the return date of this order to show cause.

**SERVICE** of a copy of this Order to Show Cause, and attached Affidavit in Support, shall be made on the (check all that apply):

☐ Plaintiff(s) or named attorney(s) by:
  ☐ Personal Service by "In Hand Delivery"
  ☒ Certified Mail, Return Receipt Requested
  ☐ First Class Mail with official Post Office
     Certificate of Mailing

☐ Sheriff or Marshal by:
  ☐ Personal Service by "In Hand Delivery"
  ☐ Certified Mail, Return Receipt Requested
  ☐ First Class Mail with official Post Office
     Certificate of Mailing

on or before August 4, 2015 shall be deemed good and sufficient service.

**PROOF OF SUCH SERVICE** must be filed with the Clerk in the Part indicated above on the return date of this Order to Show Cause.

**Mail to Attorney or Party:**
**Name:** Mel S. Harris + Associates LLC
**Address 1:** 5 Hanover Square, 8th floor
**Address 2:** NY NY 10004-2614

**Mail to Sheriff or Marshal:**
**Name:**
**Address 1:**
**Address 2:**

**Dated:** 7-31-15

**Judge Signature**

UCS-CC-2

DONALD A. MILES
JUDGE, CIVIL COURT