MEL S. HARRIS
DAVID WALDMAN

MICHAEL A. BERGER
ROSEMARY S. ORTIONA

**Mel S. Harris and Associates, LLC**
**ATTORNEYS AT LAW**
**Tel (866) 414-7444 (212) 571-4900**
**Fax (212) 571-0965**

**Address for Correspondence:**
5 Hanover Square, 8th Floor
New York, NY 10004

**Address for Payments:**
LR CREDIT
PO BOX 30132 General Post Office
New York, NY 10087-0132

JOSE GUZMAN
20 W EUCLID ST APT 1
VALLEY STREAM, NY 11580

### ADDRESS SERVICE REQUESTED

Dated: 8/18/2015
ID. 750476-1
Re: LR CREDIT 13, LLC      v. JOSE GUZMAN
Index No: 43405BCV07

Original Creditor: FIRST USA BANK
Original Acct No:  XXXXXXXXXXXX4690

Dear JOSE GUZMAN:

Our office has decided not to go forward with the scheduled traverse hearing.

Enclosed, please find three (3) duplicate stipulations(s) to vacate judgment and discontinue action. Please review and execute two of the stipulations and keep an additional copy for your record.

Please transmit a fully executed copy to Rosemary Ortiona by her facsimile at (212) 660-1025 as soon as possible.

Very truly yours,

By:  Rosemary Ortiona, Esq.
Mel S Harris & Associates, LLC

This is a debt collection firm. This is an attempt to collect a debt. Any information obtained will be used for that purpose. If you have a complaint about the treatment you received from a staff member, please call our hot line, 212-660-1097.

CIVIL COURT OF THE CITY OF NEW YORK - COUNTY OF BRONX
COURT DATE: 10/15/2015

————————————————————————————————x

LR CREDIT 13, LLC

          Plaintiff                    Index No. 43405BCV07

    -AGAINST-

                             **STIPULATION TO VACATE JUDGMENT
                             AND DISCONTINUE ACTION**

JOSE GUZMAN

                Defendant.

————————————————————————————————x

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN the undersigned, MEL S. HARRIS AND ASSOCIATES, LLC, attorney for plaintiff, hereinafter ("MSH") and defendant that the matter is stipulated as follows:

1.    **Judgment entered on 9/21/2007 for $7,821.01 is hereby vacated.**

2.    UPON RECEIPT OF THIS STIPULATION, FULLY EXECUTED MSH shall request that any restraining notices issued, levies or property or income execution(s) in this matter be released and lifted.

3.    This matter is discontinued with prejudice and without costs to either party.

4.    Any counterclaims asserted herein or potentially asserted are similarly discontinued with prejudice. Additionally, any and all potential defenses defendant may have regarding this matter and any other claims defendant may have to date against plaintiff or its counsel related to this matter are hereby waived and released.

5.    Facsimile signatures shall have the same force and effect of original and shall otherwise be suitable for filing with the court.

6.    This matter concerns FIRST USA BANK account no. XXXXXXXXXXXX4690.

Dated: 8/18/2015

MEL S. HARRIS & ASSOCIATES, LLC
Attorney for Petitioner/Plaintiff
By: Rosemary Ortiona, Esq.
5 Hanover Square, 8th Floor
New York, NY 10004
(212)571-4900
*MSH FILE NO.* 750476-1

JOSE GUZMAN
DEFENDANT
20 W EUCLID ST APT 1
VALLEY STREAM, NY 11580

CIVIL COURT OF THE CITY OF NEW YORK - COUNTY OF BRONX
COURT DATE: 10/15/2015

—————————————————————————————————————x

LR CREDIT 13, LLC

        Plaintiff                Index No. 43405BCV07

-AGAINST-

                        **STIPULATION TO VACATE JUDGMENT
                        AND DISCONTINUE ACTION**

JOSE GUZMAN

        Defendant.

—————————————————————————————————————x

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN the undersigned, MEL S. HARRIS AND ASSOCIATES, LLC, attorney for plaintiff, hereinafter ("MSH") and defendant that the matter is stipulated as follows:

1.    **Judgment entered on 9/21/2007 for $7,821.01 is hereby vacated.**

2.    UPON RECEIPT OF THIS STIPULATION, FULLY EXECUTED MSH shall request that any restraining notices issued, levies or property or income execution(s) in this matter be released and lifted.

3.    This matter is discontinued with prejudice and without costs to either party.

4.    Any counterclaims asserted herein or potentially asserted are similarly discontinued with prejudice. Additionally, any and all potential defenses defendant may have regarding this matter and any other claims defendant may have to date against plaintiff or its counsel related to this matter are hereby waived and released.

5.    Facsimile signatures shall have the same force and effect of original and shall otherwise be suitable for filing with the court.

6.    This matter concerns FIRST USA BANK account no. XXXXXXXXXXXX4690.

Dated: 8/18/2015

_____        _____

MEL S. HARRIS & ASSOCIATES, LLC      JOSE GUZMAN
Attorney for Petitioner/Plaintiff           DEFENDANT
By: Rosemary Ortiona, Esq.              20 W EUCLID ST APT 1
5 Hanover Square, 8th Floor             VALLEY STREAM, NY 11580
New York, NY 10004
(212)571-4900
*MSH FILE NO.* 750476-1

CIVIL COURT OF THE CITY OF NEW YORK - COUNTY OF BRONX
COURT DATE: 10/15/2015

_____x

LR CREDIT 13, LLC

          Plaintiff                Index No. 43405BCV07

   -AGAINST-

                          **STIPULATION TO VACATE JUDGMENT
                          AND DISCONTINUE ACTION**

JOSE GUZMAN

          Defendant.

_____x

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN the undersigned, MEL S. HARRIS AND ASSOCIATES, LLC, attorney for plaintiff, hereinafter ("MSH") and defendant that the matter is stipulated as follows:

1. **Judgment entered on 9/21/2007 for $7,821.01 is hereby vacated.**

2. UPON RECEIPT OF THIS STIPULATION, FULLY EXECUTED MSH shall request that any restraining notices issued, levies or property or income execution(s) in this matter be released and lifted.

3. This matter is discontinued with prejudice and without costs to either party.

4. Any counterclaims asserted herein or potentially asserted are similarly discontinued with prejudice. Additionally, any and all potential defenses defendant may have regarding this matter and any other claims defendant may have to date against plaintiff or its counsel related to this matter are hereby waived and released.

5. Facsimile signatures shall have the same force and effect of original and shall otherwise be suitable for filing with the court.

6. This matter concerns FIRST USA BANK account no. XXXXXXXXXXXX4690.

Dated: 8/18/2015

MEL S. HARRIS & ASSOCIATES, LLC       JOSE GUZMAN
Attorney for Petitioner/Plaintiff           DEFENDANT
By: Rosemary Ortiona, Esq.             20 W EUCLID ST APT 1
5 Hanover Square, 8th Floor             VALLEY STREAM, NY 11580
New York, NY 10004
(212)571-4900
*MSH FILE NO.* 750476-1

CIVIL COURT OF THE CITY OF NEW YORK - COUNTY OF BRONX
COURT DATE: 10/15/2015

————————————————————————————x

LR CREDIT 13, LLC

        Plaintiff              Index No. 43405BCV07

    -AGAINST-

**STIPULATION TO VACATE JUDGMENT
AND DISCONTINUE ACTION**

JOSE GUZMAN

        Defendant.

————————————————————————————x

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN the undersigned, MEL S. HARRIS AND ASSOCIATES, LLC, attorney for plaintiff, hereinafter ("MSH") and defendant that the matter is stipulated as follows:

1. <u>**Judgment entered on 9/21/2007 for $7,821.01 is hereby vacated.**</u>
2. UPON RECEIPT OF THIS STIPULATION, FULLY EXECUTED MSH shall request that any restraining notices issued, levies or property or income execution(s) in this matter be released and lifted.
3. This matter is discontinued with prejudice and without costs to either party.
4. Any counterclaims asserted herein or potentially asserted are similarly discontinued with prejudice. Additionally, any and all potential defenses defendant may have regarding this matter and any other claims defendant may have to date against plaintiff or its counsel related to this matter are hereby waived and released.
5. Facsimile signatures shall have the same force and effect of original and shall otherwise be suitable for filing with the court.
6. This matter concerns FIRST USA BANK account no. XXXXXXXXXXXXX4690.

Dated: 8/18/2015

_____        _____

MEL S. HARRIS & ASSOCIATES, LLC    JOSE GUZMAN
Attorney for Petitioner/Plaintiff        DEFENDANT
By: Rosemary Ortiona, Esq.          20 W EUCLID ST APT 1
5 Hanover Square, 8th Floor         VALLEY STREAM, NY 11580
New York, NY 10004
(212)571-4900
*MSH FILE NO.* 750476-1