STEPHEN EINSTEIN
ANTHONY POULIN *

ANN ABRASH *
ERIC CANALS
MICHAEL A. BERGER *
ROSEMARY S. ORTIONA
KIMBERLY DORNER *
* Admitted in N.Y. & N.J.

**Stephen Einstein & Associates, P.C.**
39 Broadway Suite 1250 New York, NY 10006

Tel 800-280-6205   212-267-3550
Fax 212-227-9656

MARCELLA SILVERMAN, ESQ.
LINCOLN SQUARE LEGAL SERVICES, INC.
150 WEST 62ND STREET, 9TH FLOOR
NEW YORK, NY 10023

Dated: 10/5/2015
SUBJECT: LR CREDIT 13, LLC    v. JOSE GUZMAN
INDEX #: 43405BCV07
MSH FILE #: 750476-1
Original Acct No:  XXXXXXXXXXXX4690
Original Creditor: FIRST USA BANK

Court Date: 10/15/2015

Dear  MARCELLA SILVERMAN, ESQ.:

Enclosed herewith is a fully executed Stipuation to Vacate Judgment and Discontinue Action.

Very truly yours,

Stephen Einstein & Associates, P.C.
By: Rosemary Ortiona, Esq.

This is a debt collection firm. This is an attempt to collect a debt. Any information obtained will be used for that purpose.
If you have a complaint about the treatment you received from a staff member, please call our hot line, 212-267-3550.

CIVIL COURT OF THE CITY OF NEW YORK –
COUNTY OF BRONX
COURT DATE: 10/15/2015

------------------------------------------------------------x

LR CREDIT 13, LLC,

          Plaintiff,          Index No. 43405BCV07

-AGAINST-

          **STIPULATION TO VACATE JUDGMENT AND DISCONTINUE ACTION**

JOSE GUZMAN,

          Defendant,

------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN the parties by their attorneys that this action is settled and discontinued as follows:

1. The judgment entered in this matter on 9/21/2007 for $7,821.01, and all resulting notices, restraints, levies and property or income execution(s), are hereby vacated and set aside.

2. This matter is discontinued with prejudice and without costs to either party.

3. Facsimile signatures shall have the same force and effect of original and shall otherwise be suitable for filing with the court.

4. This matter concerns FIRST USA BANK account no. XXXXXXXXXXXX4690.

Dated: 10/2/2015

| | |
|---|---|
| ROSEMARY ORTIONA | MARCELLA SILVERMAN |
| STEPHEN EINSTEIN & ASSOCIATES, P.C. | LINCOLN SQUARE LEGAL SERVICES, INC. |
| 39 Broadway, Suite 1250 | 150 West 62nd Street, 9th Floor |
| New York, NY 10006 | New York, NY 10023 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

750476-1