2726 Decatur Ave, Bronx, NY 10458 to 2342 Ryer Avenue, Bronx, NY ...    https://www.google.com/maps/dir/2726+Decatur+Ave,+Bronx,+NY+10...

Google Maps    2726 Decatur Ave, Bronx, NY 10458 to 2342 Ryer Avenue, Bronx, NY    Drive 1.4 miles, 8 min



Map data ©2017 Google     United States    1000 ft

**via Grand Concourse** — 8 min
Fastest route, lighter traffic than usual — 1.4 miles

**via Webster Ave** — 9 min
Some traffic, as usual — 1.2 miles

**via Webster Ave and E Fordham Rd** — 11 min
Heavy traffic, as usual — 1.0 mile

**2726 Decatur Ave, Bronx, NY 10458 to 2342 Ryer Avenue, Bronx, NY**

Walk 0.9 mile, 18 min



Map data ©2017 Google     United States     500 ft

**via Decatur Ave and Marion Ave**
Mostly flat

18 min
0.9 mile

**via Decatur Ave**

18 min
0.9 mile



**2726 Decatur Ave, Bronx, NY 10458 to 2342 Ryer Avenue, Bronx, NY**    7:56 PM - 8:14 PM (18 min)



Map data ©2017 Google     United States     1000 ft

7:56 PM—8:14 PM    18 min

8:07 PM from Kingsbridge Rd
15 min    every 12 min

via Decatur Ave and Marion Ave    18 min
0.9 mile

8:06 PM—8:23 PM    17 min

Bx12

8:05 PM—8:20 PM  15 min
Bx41

