Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 750476-1 ##




File Number   88627

## CIVIL COURT OF THE CITY OF NEW YORK - COUNTY OF BRONX

-----------------------------------------------------------X

LR CREDIT 13, LLC

        Plaintiff

  -against-

JOSE GUZMAN

        Defendant

-----------------------------------------------------------X

**Affidavit of Service**

Attorney: Mel S. Harris
IndexNumber: 43405 BCV07
Index Date: 6/12/2007

State of New York
County of Kings

JOHN ANDINO, residing in WESTCHESTER COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Monday, the 9th day of July, 2007, at approximately the time of 8:59 am deponent served the within Summons and Complaint at 1304 BOSTON RD, BRONX, NY, 10456 a Private Residence on defendant JOSE GUZMAN (herein after referred to as recipient)
by affixing a true copy of each to the door of said premises, which is recipient's last known actual place of Private Residence. Deponent was unable, with due diligence, to find recipient or a person of suitable age and discretion thereat, having called there 07/06/2007, 9:00 am 07/07/2007 3:12 pm, 07/09/2007 8:59 am and having verified the Private Residence with MR. RIVERA

On Monday, the 23rd day of July, 2007 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 1304 BOSTON RD, BRONX, NY, 10456. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person spoken to and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this
23rd day of July, 2007.

WILLIAM MLOTOK
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19 2011

JOHN ANDINO
DCA LIC # 1247729