DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK, FIRST DISTRICT, RONKONKOMA

-------------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES. LLC AS
ASSIGNEE OF CAVARLY SPV I, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

               Plaintiff,

               -against-

ANTHONY J MARMO

               Defendant.
-------------------------------------------------------------X

Index No. CEC 7028-10

AFFIRMATION IN REPLY
TO PLAINTIFF'S
AFFIRMATION IN
OPPOSITION TO
DEFENDANT'S MOTION
TO DISMISS

State of New York  )
                   ss.
County of Nassau  )

      JONATHAN A, SCHWARTZ, ESQ., an attorney admitted to the practice of law

in the Courts of the State of New York, hereby affirms pursuant to CPLR § 2106 and

under penalties of perjury that:

      1.      I am a staff attorney with Nassau/Suffolk Law Services Committee, Inc.,

attorneys for Defendant Anthony J. Marmo (hereinafter "Defendant") herein, and as such,

I am fully familiar with the facts and circumstances of this case, and the proceedings

heretofore had herein.

      2.      I submit this Affirmation in Reply to Plaintiff's Affirmation in Opposition

to Defendant's Motion to Dismiss (hereinafter "Plaintiff's Opposition") seeking to

dismiss the instant action as personal jurisdiction was not obtained over the Defendant

pursuant to CPLR 3211 (a)(8) and 308, and Plaintiff lacks legal capacity and/or standing

pursuant to CPLR 3211 (a)(3).  At this time your Affirmant requests leave of the Court to cite law in lieu of submitting a separate memorandum of law.

3.      The procedural posture of the instant action is as follows:  The instant case was commenced by Plaintiff with the filing of the Summons and Verified Complaint. Defendant filed a Motion to Dismiss the instant action due to lack of personal jurisdiction pursuant to CPLR (a)(8) and/or lack of legal capacity and/or standing pursuant to CPLR 3211 (a)(3).  Plaintiff's Counsel served an Affirmation in Opposition (Hereinafter referred to as "Plaintiff's Opposition").  This Affirmation is in reply to Plaintiff's Opposition.  It should be noted that Plaintiff's Counsel is incorrect with her assertion in paragraph 4 of Plaintiff's Opposition stating that Defendant's Motion seeks to vacate a judgment; no judgment exists at the present time, and accordingly, cannot be vacated. Defendant's instant Motion seeks to dismiss the instant action.

## PERSONAL JURISDICTION WAS NOT OBTAINED OVER THE DEFENDANT

4.      Plaintiff's Counsel predicates her argument that service was proper in the instant action even if the process server misstated the color of the skin of the person who alleged received service pursuant to CPLR § 308(2).  Plaintiff's Counsel also stated in paragraph 7 of Plaintiff's Opposition "...that individuals of every race can appear to have brown skin."  Defendant, in his Affidavit in Support of the instant Motion, affirmatively denied being told "that any legal papers were dropped off for [him]."  The Defendant also stated that the sole method whereby he became aware of the instant action was by receiving copies of the Summons and Verified Complaint in the mail.  This affirmative denial

triggers the necessity of a traverse hearing (See <u>Dime Sav. Bank of New York v.</u>
<u>Steinman</u>, 206 A.D.2d 404, 405, 613 N.Y.S.2d 945, 946 (N.Y.A.D. 2nd Dept, 1994,
holding that "The sworn denials of the appellants that they had been served with process
pursuant to CPLR 308(2), as alleged by the plaintiff's process server, requires a hearing
to determine whether they were in fact properly served..."). In addition, as discussed
below in paragraph 6, there are factual issues which raises serious concerns about this
process server which your Affirmant believes must be considered.

5.      I would like to reiterate a point made in the Memorandum of Law in support of
Defendant's Motion to Dismiss:  It is irrelevant that the Defendant received actual notice
of the instant action; if service was not made in accordance with statute, personal
jurisdiction has not been acquired over the Defendant (See <u>Macchia v. Russo</u>, 67 N.Y.2d
592, 505 N.Y.S.2d 591 (N.Y., 1986), holding "Notice received by means other than those
authorized by statute does not bring a defendant within the jurisdiction of the court."
[citing <u>Feinstein v Bergner</u>,48 NY2d 234, 241; <u>McDonald v Ames Supply Co.</u>,22 NY2d
111, 115]).  I would also like to note that in order for service to be completed via CPLR
308(2), the summons must be delivered "...to a person of suitable age and discretion ...
<u>and</u> by either mailing the summons to the person to be served at his or her last known
residence or by mailing the summons by first class mail to the person to be served at his
or her actual place of business..." (emphasis added).

6.      The process server utilized by Plaintiff (Nassar Atrash of Samserv) for service of
the Summons and Verified Complaint in the instant action has demonstrated a pattern of
alleged service of process which raises serious questions.  The attached sixty-five (65)
Affidavits of Service (all from Nassar Atrash) (copies attached as Exhibit "A") were

reviewed and copied by your Affirmant and another attorney on September 15, 2010 and September 16, 2010.  Your Affirmant believes that the annexed Affidavits raise questions serious enough to warrant at least a traverse hearing.

7.      Mr. Atrash, the process server, swore that he spoke with a person at the defendant's residence on every attempt made in all sixty-five (65) cases.  However, the process server only achieved personal service on two (2) cases, with the remaining sixty-three (63) being served on a person of suitable age and discretion.  In none of the sixty-five (65) cases was it stated that no one was home to accept service, which would have required "nail and mail" service.  Additionally, the process server claimed to have found an individual at home during the first service attempt on all of the cases  (emphasis added).  Mr. Atrash swore in fifty-seven (57) Affidavits that the person spoken to had black hair and swore in forty-five (45) Affidavits that the person spoken to had brown skin.  Additionally, he swore in fifty (50) cases that the person he spoke to either refused to divulge their name or he listed them as "Mr./Ms./Mrs. [last name of defendant]".  A review of the affidavits indicates that on March 24, 2010, Mr. Atrash swore to having served twenty-two (22) Affidavits in four (4) hours and forty-two (42) minutes, beginning at 6:11 A.M., travelled 84.7 miles (printout of Google Maps route information with times added by Affirmant attached as Exhibit "B"), and spoke with individuals at all of the residences, as well as presumably complying with requirements such as filling out a logbook.  On March 30, 2010, during rainy conditions (as indicated in Exhibit "D" for Shirley, NY), Mr. Atrash swore that he served six (6) defendants over three (3) hours and twelve (12) minutes, beginning at 6:33 A.M., travelled 74.4 miles (printout of Google Maps route information with times added by Affirmant and "Weather Underground"

(wunderground.com) weather history page with specific times noted by Affirmant for Shirley, NY attached as Exhibits "C" and "D", respectively), and spoke with individuals at all of the residences, as well as presumably complying with requirements such as filling out a logbook.  It raises concerns that not only the timing appears implausible, but that in sixty-three (63) of the sixty-five (65) cases, the defendant was not home; yet in none of the cases was the home empty requiring "nail and mail" service.  When combined with the other issues raised by names, description, etc., at the very minimum, should this matter not be dismissed outright, a traverse hearing is warranted. (emphasis added)

## PLAINTIFF HAS FAILED TO ATTACH DOCUMENTATION DEMONSTRATING LEGAL CAPACITY AND/OR STANDING TO COMMENCE THE INSTANT ACTION

8.      The documents attached by Plaintiff in attempt to demonstrate proper standing to commence the instant action fail to demonstrate same.  Plaintiff introduces an "Affidavit of Claim" allegedly executed by an employee of Plaintiff. Said Affidavit of Claim is irrelevant as it is virtually impossible, based on the information in said Affidavit, that she has any personal knowledge of any alleged account that she alleges that Defendant had with Plaintiff's alleged predecessor-in-interest. (See Rushmore Recoveries X, LLC v. Skolnick, 15 Misc.3d 1139(A), 841 N.Y.S.2d 823 (District Court, Nassau County, New York 2007), holding "While [Affiant] attempts to portray himself as one who is "personally familiar with, and hav[ing] knowledge of, the facts and proceedings relating

ATTY REF NO: ## 13546308 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:  500469
Batch:  20100205

---------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

                                   **Plaintiff**

          -against-

ROSEANN PROVISIERO

                                 **Defendant**

---------------------------------------------------------X

**Affidavit of Service**     **ORIGINAL**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-317

**Index Date:**  3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 30th day of March, 2010, at approximately the time of 8:05 am deponent served the within Summons and Complaint at 298 LAKE POINTE DR , MIDDLE ISLAND, NY, 119532041 a Private Residence on defendant ROSEANN PROVISIERO (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Thursday, the 8th day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 298 LAKE POINTE DR , MIDDLE ISLAND, NY, 119532041.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____ 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML6045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:**  [ Choose File ]  No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ] , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0482.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 30, 2010**  8:04:46AM (timezone not specified)<br>(7 years, 4 months, 5 days, 6 hours, 59 minutes, 26 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 52' 46.8" North,  **72°** 55' 53.4" West<br>( 40.879653, -72.931506 )<br><br>Location guessed from coordinates:<br>*381-485 Lake Pointe Dr, Middle Island, NY 11953, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 15 meters (49 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>167,305 bytes (163 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly**.<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

⊗ ℘ ℘ 1:1 Extracted **208 × 320** 5.5-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

&#9854; &#128270; &#128270; &#9635; Main JPG image displayed here at 26% width ($\frac{1}{14}$ the area of the original)

Jeffrey Friedl's Image Metadata Viewer



Click image to isolate; click this text to show histogram



Jeffrey Friedl's Image Metadata Viewer



Map data ©2017 Google Imagery ©2017 , DigitalGlobe, New York GIS, USDA Fa..Report a map error

Here's the full data:

## EXIF — this group of metadata is encoded in 6,606 bytes ( 6.5k )

| Camera Model Name | Eris |
|---|---|
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:30** 08:04:46<br>7 years, 4 months, 5 days, 4 hours, 59 minutes, 26 seconds ago |
| Create Date | **2010:03:30** 08:04:46<br>7 years, 4 months, 5 days, 4 hours, 59 minutes, 26 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.879653 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 72.931506 degrees |
|---|---|
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 15 m |
| GPS Time Stamp | 08:04:24 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:30**<br>7 years, 4 months, 5 days, 13 hours, 4 minutes, 12 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 5,664 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 163 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.879653 degrees N |
|---|---|
| GPS Longitude | 72.931506 degrees W |
| GPS Altitude | 15 m Above Sea Level |
| GPS Date/Time | **2010:03:30** 08:04:24Z<br>7 years, 4 months, 5 days, 11 hours, 59 minutes, 48 seconds ago |
| GPS Position | 40.879653 degrees N, 72.931506 degrees W |
| Thumbnail Image | (5,664 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13669825 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number:   500481
Batch:   20100205

-------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**

**ORIGINAL**

                                        **Plaintiff**

**Attorney:**  Thomas Law

-against-

WILLIAM C WUNSCH SR

**IndexNumber:**  CEC10-3189

**Index Date:**  3/5/2010

                                        **Defendant**

-------------------------------------------------------X

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 30th day of March, 2010, at approximately the time of 8:21 am deponent served the within Summons and Complaint at 145 MORICHES MIDDLE ISLAND RD , SHIRLEY, NY, 119671243 a Private Residence on defendant WILLIAM C WUNSCH SR (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Thursday, the 8th day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 145 MORICHES MIDDLE ISLAND RD , SHIRLEY, NY, 119671243.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 8 day of april , 2010

William Milotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** Choose File No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

View Image Data

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. Send a gift via PayPal , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0483.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 30, 2010**  8:20:20AM (timezone not specified)<br>(7 years, 4 months, 5 days, 6 hours, 53 minutes, 35 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 50' 7.2"** North,  **72° 52' 31.8"** West<br>( 40.835347, -72.875506 )<br><br>Location guessed from coordinates:<br>*145 Moriches-Middle Island Road, East Yaphank, NY 11967, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 7 meters (23 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>173,771 bytes (170 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

☺ ◑ ◔ 🔢 Extracted **208 × 320** 4.2-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram



Map data ©2017 Google Imagery ©2017 , DigitalGlobe, New York GIS, USDA Fa·Report a map error

Here's the full data:

## EXIF — this group of metadata is encoded in 5,249 bytes (5.1k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:30** 08:20:20<br>7 years, 4 months, 5 days, 4 hours, 53 minutes, 35 seconds ago |
| Create Date | **2010:03:30** 08:20:20<br>7 years, 4 months, 5 days, 4 hours, 53 minutes, 35 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.835347 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 72.875506 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 7 m |
| GPS Time Stamp | 08:19:56 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:30**<br>7 years, 4 months, 5 days, 13 hours, 13 minutes, 55 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 4,307 |

## PrintIM — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

## APP4

| Data Length | 264 |
|---|---|
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 41,862 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |
| Scalado CSPC | -2232593 |
| Scalado DATA | 26,624 |
| Scalado DATA | 15,220 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -51234 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -8004 |

| Scalado MAIN | 60 |
|---|---|
| Scalado CLEN | -1024 |

## File — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 170 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.835347 degrees N |
|---|---|
| GPS Longitude | 72.875506 degrees W |
| GPS Altitude | 7 m Below Sea Level |
| GPS Date/Time | **2010:03:30** 08:19:56Z<br>7 years, 4 months, 5 days, 11 hours, 53 minutes, 59 seconds ago |
| GPS Position | 40.835347 degrees N, 72.875506 degrees W |
| Thumbnail Image | (4,307 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13589151 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500490
Batch:   20100205

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

---------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**      **ORIGINAL**

                                    **Plaintiff**

-against-

WILLIAM C WUNSCH SR

                                    **Defendant**
---------------------------------------------------------X

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-3197

**Index Date:**  3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the  30th  day of  March, 2010, at approximately the time of 8:21 am deponent served the within Summons and Complaint at 145 MORICHES MIDDLE ISLAND RD , SHIRLEY, NY, 119671243 a Private Residence on defendant WILLIAM C WUNSCH SR (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Thursday, the  8th  day of  April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 145 MORICHES MIDDLE ISLAND RD , SHIRLEY, NY, 119671243.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  ___ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** Choose File No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

View Image Data

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. Send a gift via PayPal , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0483.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 30, 2010** 8:20:20AM (timezone not specified)<br>(7 years, 4 months, 5 days, 6 hours, 53 minutes, 35 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude: **40°** 50' 7.2" North, **72°** 52' 31.8" West<br>( 40.835347, -72.875506 )<br><br>Location guessed from coordinates:<br>*145 Moriches-Middle Island Road, East Yaphank, NY 11967, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 7 meters (23 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>173,771 bytes (170 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 4.2-kilobyte "Composite:ThumbnailImage" JPG Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)

Jeffrey Friedl's Image Metadata Viewer



Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 5,249 bytes (5.1k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:30** 08:20:20<br>7 years, 4 months, 5 days, 4 hours, 53 minutes, 35 seconds ago |
| Create Date | **2010:03:30** 08:20:20<br>7 years, 4 months, 5 days, 4 hours, 53 minutes, 35 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.835347 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 72.875506 degrees |
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 7 m |
| GPS Time Stamp | 08:19:56 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:30**<br>7 years, 4 months, 5 days, 13 hours, 13 minutes, 55 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 4,307 |

## PrintIM — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |

## APP4

| Data Length | 264 |
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 41,862 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |
| Scalado CSPC | -2232593 |
| Scalado DATA | 26,624 |
| Scalado DATA | 15,220 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -51234 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -8004 |

| Scalado MAIN | 60 |
|---|---|
| Scalado CLEN | -1024 |

## File — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 170 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.835347 degrees N |
|---|---|
| GPS Longitude | 72.875506 degrees W |
| GPS Altitude | 7 m Below Sea Level |
| GPS Date/Time | **2010:03:30** 08:19:56Z<br>7 years, 4 months, 5 days, 11 hours, 53 minutes, 59 seconds ago |
| GPS Position | 40.835347 degrees N, 72.875506 degrees W |
| Thumbnail Image | (4,307 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13564335 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500488
Batch:   20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

---------------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

NICOLE LIVIGNI

**Defendant**

---------------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3196

**Index Date:**  3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 30th day of March, 2010, at approximately the time of 8:39 am deponent served the within Summons and Complaint at 19 HARRISON AVE, BELLPORT, NY, 117131115 a Private Residence on defendant NICOLE LIVIGNI (herein after referred to as recipient)

by delivering therat a true copy of each to MS. ITTY LIVIGNI, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Red hair and White skin, 51-65 years old, 5'9"-6'0",131-160 Lbs.

On Thursday, the 8th day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 19 HARRISON AVE, BELLPORT, NY, 117131115. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  8  day of april, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0485 (1).jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 30, 2010**  8:38:54AM (timezone not specified)<br>(7 years, 4 months, 5 days, 6 hours, 36 minutes, 58 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 47' 35.1" North,  **72°** 57' 9.4" West<br>( 40.793097, -72.952622 )<br><br>Location guessed from coordinates:<br>*19 Harrison Ave, Bellport, NY 11713, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 9 meters (30 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>213,892 bytes (209 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

☺ ℗ ℗ 🔍 Extracted **208 × 320** 7.8-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🕐 🔎 🔍 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 8,921 bytes (8.7k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:30** 08:38:54<br>7 years, 4 months, 5 days, 4 hours, 36 minutes, 58 seconds ago |
| Create Date | **2010:03:30** 08:38:54<br>7 years, 4 months, 5 days, 4 hours, 36 minutes, 58 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.793097 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 72.952622 degrees |
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 9 m |
| GPS Time Stamp | 08:38:29 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:30**<br>7 years, 4 months, 5 days, 13 hours, 15 minutes, 52 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,979 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |

**File** — basic information derived from the file.

| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 209 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.793097 degrees N |
| GPS Longitude | 72.952622 degrees W |
| GPS Altitude | 9 m Below Sea Level |
| GPS Date/Time | **2010:03:30** 08:38:29Z<br>7 years, 4 months, 5 days, 11 hours, 37 minutes, 23 seconds ago |
| GPS Position | 40.793097 degrees N, 72.952622 degrees W |
| Thumbnail Image | (7,979 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13550474 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #:  0929611

File Number:  500461
Batch:  20100205

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

# ORIGINAL

----------------------------------------------------------X

**Affidavit of Service**

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

                   **Plaintiff**

**Attorney:**  Thomas Law

        -against-

**IndexNumber:**  CEC10-3169

VENTRICIA V VICTOR

**Index Date:**  3/5/2010

                   **Defendant**

----------------------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the  30th  day of March, 2010, at approximately the time of 9:45 am deponent served the within Summons and Complaint at 17 YARDLEY DR , DIX HILLS, NY, 117466037 a  Private Residence on defendant VENTRICIA V VICTOR (herein after referred to as recipient)

by delivering therat a true copy of each to MR. VICTOR, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Thursday, the  8th  day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 17 YARDLEY DR , DIX HILLS, NY, 117466037.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  8  day of _____, 2010

**William Mlotok**
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. I295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: `jfriedl@yahoo.com`), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0488.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 30, 2010**   9:44:07AM (timezone not specified)<br>(7 years, 4 months, 5 days, 3 hours, 32 minutes, 21 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>237,936 bytes (232 kilobytes) |
| Color Encoding: | WARNING: Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

☺ ⌕ ⌕ **1:1** Extracted **208 × 320** 7.8-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

&#9872; &#128269; &#128270; &#9636; Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 8,620 bytes (8.4k)

| Exif Image Size | 1,712 × 2,560 |
|---|---|
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:30** 09:44:07<br>7 years, 4 months, 5 days, 3 hours, 32 minutes, 21 seconds ago |
| Create Date | **2010:03:30** 09:44:07<br>7 years, 4 months, 5 days, 3 hours, 32 minutes, 21 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,994 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 232 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (7,994 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13541652 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500482
Batch:   20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

--------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

                                    **Plaintiff**

          -against-

RACHEL D MANGANO

                                    **Defendant**

--------------------------------------------------------X

**Affidavit of Service**

ORIGINAL

**Attorney:**  Thomas Law

**Index Number:**  CEC10-3188

**Index Date:**  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Friday, the 9th day of April, 2010, at approximately the time of 9:32 am deponent served the within Summons and Complaint at 138 E LA BONNE VIE DR W , EAST PATCHOGUE, NY, 11772 a Private Residence on defendant RACHEL D MANGANO (herein after referred to as recipient)
by delivering therat a true copy of each to MR. MANGANO, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 14th day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 138 E LA BONNE VIE DR W , EAST PATCHOGUE, NY, 11772.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** Choose File No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

View Image Data

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. Send a gift via PayPal , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0585.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **April 9, 2010** 9:28:47AM (timezone not specified)<br>(7 years, 3 months, 25 days, 2 hours, 43 minutes, 40 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>139,392 bytes (136 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

☺ ℗ ℗ 1:1 Extracted **208 × 320** 3.4-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

&#9737; &#9866; &#9865; &#9638;&#9638; Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 4,063 bytes (4.0k)

| Exif Image Size | 1,712 × 2,560 |
|---|---|
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| | |
|---|---|
| Y Cb Cr Positioning | Centered |
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:04:09** 09:28:47<br>7 years, 3 months, 25 days, 2 hours, 43 minutes, 40 seconds ago |
| Create Date | **2010:04:09** 09:28:47<br>7 years, 3 months, 25 days, 2 hours, 43 minutes, 40 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 3,437 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| | |
|---|---|
| PrintIM Version | 0300 |

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 136 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (3,437 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977718-1 ##




File Number: 187493

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

Batch: 37884

--------------------------------------------------------X

LR CREDIT 20, LLC

                      **Plaintiff**

      -against-

BRITTANY CUIFFO

                    **Defendant**

--------------------------------------------------------X

**Affidavit of Service**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 005585

**Index Date:**  4/21/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 7:45 am deponent served the within Summons and Complaint at 303 15TH AVE , WEST BABYLON, NY, 11704 a Private Residence on defendant BRITTANY CUIFFO (herein after referred to as recipient)
by delivering therat a true copy of each to MR. CUIFFO, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 303 15TH AVE , WEST BABYLON, NY, 11704. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _may_ 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0824.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **May 11, 2010**  7:45:17AM (timezone not specified)<br>(7 years, 2 months, 24 days, 4 hours, 29 minutes, 11 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>230,077 bytes (225 kilobytes) |
| Color Encoding: | WARNING: Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly**.<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

🕐 👁 👁 🈁 Extracted **208 × 320** 8.5-kilobyte "Composite:ThumbnailImage" JPG Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($\frac{1}{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 9,322 bytes (9.1k)

| Exif Image Size | 1,712 × 2,560 |
| --- | --- |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:05:11** 07:45:17 <br> 7 years, 2 months, 24 days, 4 hours, 29 minutes, 11 seconds ago |
| Create Date | **2010:05:11** 07:45:17 <br> 7 years, 2 months, 24 days, 4 hours, 29 minutes, 11 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 8,696 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 225 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

# Composite
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (8,696 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 982957-1 ##





File Number: 187591

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

Batch: 37888

## ORIGINAL

----------------------------------------------------X

NORTH STAR CAPITAL ACQUISITIONS LLC

     **Plaintiff**

  -against-

JACKIE D TAYLOR

     **Defendant**

----------------------------------------------------X

**Affidavit of Service**

**Attorney:** Mel S. Harris

**IndexNumber:** CEC10 / 005569

**Index Date:** 4/21/2010

*(SUFFOLK COUNTY DISTRICT COURT   May 28   12 04 PM '10)*

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 8:36 am deponent served the within Summons and Complaint at 43 LOUIS AV, PATCHOGUE, NY, 11772 a Private Residence on defendant JACKIE D TAYLOR (herein after referred to as recipient)
by delivering thereat a true copy of each to JACKIE D TAYLOR personally: deponent knew said person so served to be the person described as said recipient therein.
The person served was Female with Black hair and White skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ⸺ day of ⸺, 2010

⸺⸺⸺⸺⸺⸺⸺
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

⸺⸺⸺⸺⸺⸺⸺
NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [Choose File] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[View Image Data]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [Send a gift via PayPal], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0827.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **May 11, 2010**  8:35:29AM (timezone not specified)<br>(7 years, 2 months, 24 days, 3 hours, 40 minutes, 14 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>133,865 bytes (131 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly**.<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

🐝 🔎 🔎 1:1 Extracted **208 × 320** 3.8-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)

Jeffrey Friedl's Image Metadata Viewer



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 4,559 bytes (4.5k)

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| | |
|---|---|
| Y Cb Cr Positioning | Centered |
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:05:11** 08:35:29<br>7 years, 2 months, 24 days, 3 hours, 40 minutes, 14 seconds ago |
| Create Date | **2010:05:11** 08:35:29<br>7 years, 2 months, 24 days, 3 hours, 40 minutes, 14 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 3,933 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k)

| | |
|---|---|
| PrintIM Version | 0300 |

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 131 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (3,933 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 987810-1 ##





File Number: 187557

Batch: 37886

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

ORIGINAL

------------------------------------------------X

LR CREDIT 21, LLC

                        **Plaintiff**

      -against-

JAMES M MILTON

                        **Defendant**

------------------------------------------------X

**Affidavit of Service**

**Attorney:** Mel S. Harris

**IndexNumber:** CEC10 / 005557

**Index Date:** 4/21/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 9:25 am deponent served the within Summons and Complaint at 50 PATCHOGUE AVE , MASTIC, NY, 11950 a Private Residence on defendant JAMES M MILTON (herein after referred to as recipient)
by delivering therat a true copy of each to MR. MIGUEL MILTON, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Black skin, 21-35 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 50 PATCHOGUE AVE , MASTIC, NY, 11950. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 28th day of may, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  · Lightroom plugins  · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0830.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **May 11, 2010**  9:23:58AM (timezone not specified)<br>(7 years, 2 months, 24 days, 2 hours, 53 minutes, 4 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>154,672 bytes (151 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly**.<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 3.6-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🔄 🔍 🔍 🖼 Main JPG image displayed here at 26% width ($\frac{1}{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 4,267 bytes (4.2k)

| Exif Image Size | 1,712 × 2,560 |
|---|---|
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:05:11** 09:23:58<br>7 years, 2 months, 24 days, 2 hours, 53 minutes, 4 seconds ago |
| Create Date | **2010:05:11** 09:23:58<br>7 years, 2 months, 24 days, 2 hours, 53 minutes, 4 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 3,641 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 151 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

# Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (3,641 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 987812-1 ##





File Number: 187556

Batch: 37886

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

ORIGINAL

--------------------------------------------------X

LR CREDIT 21, LLC

**Plaintiff**

-against-

DEMETRA L ACCINNI

**Defendant**

--------------------------------------------------X

**Affidavit of Service**

**Attorney:**  Mel S. Harris

**Index Number:**  CEC10 / 005578

**Index Date:**  4/21/2010

SUFFOLK COUNTY DISTRICT COURT   May 28  12 04 PM '10

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 9:36 am deponent served the within Summons and Complaint at 223 PAWNEE AVE , MASTIC, NY, 11950 a Private Residence on defendant DEMETRA L ACCINNI (herein after referred to as recipient)
by delivering the rat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Blonde hair and White skin, 36-50 years old, 5'4"-5'8", 131-160 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 223 PAWNEE AVE , MASTIC, NY, 11950. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___ day of ____, 2010

William Miotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0832.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **May 11, 2010**  9:35:24AM (timezone not specified)<br>(7 years, 2 months, 24 days, 2 hours, 42 minutes, 28 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>338,674 bytes (331 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly**.<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Ⓦ 🔎 🔎 📊 Extracted **208 × 320** 8.6-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

☼ 🔍 🔍 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 9,454 bytes (9.2k)

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:05:11** 09:35:24<br>7 years, 2 months, 24 days, 2 hours, 42 minutes, 28 seconds ago |
| Create Date | **2010:05:11** 09:35:24<br>7 years, 2 months, 24 days, 2 hours, 42 minutes, 28 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 8,828 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 331 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

# Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (8,828 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 987759-1 ##





File Number: 187554

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

Batch: 37886

-------------------------------------------------X

LR CREDIT 21, LLC

**Plaintiff**

-against-

MARK WALSHIN

**Defendant**

-------------------------------------------------X

**Affidavit of Service**       ORIGINAL

Attorney:  Mel S. Harris

IndexNumber:  CEC10 / 005580

Index Date:  4/21/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 10:06 am deponent served the within Summons and Complaint at 15 MADISON ST APT 2 , ROCKY POINT, NY, 11778 apartment 2 a Residence on defendant MARK WALSHIN (herein after referred to as recipient)
by delivering there at a true copy of each to REFUSED NAME, MR. JOHN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 51-65 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 15 MADISON ST APT 2 , ROCKY POINT, NY, 11778 apartment 2.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  ⟨⟩  day of may, 2010

_____
(William Mlotok)
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0833.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **May 11, 2010**  10:05:19AM (timezone not specified)<br>(7 years, 2 months, 24 days, 2 hours, 17 minutes, 17 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>263,219 bytes (257 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

⚆ ᵽ ᵽ 🔳 Extracted **208 × 320** 6.8-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

&#9850; &#128270; &#128270; Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

---

Here's the full data:

## EXIF — this group of metadata is encoded in 7,610 bytes (7.4k)

| Exif Image Size | 1,712 × 2,560 |
|---|---|
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| | |
|---|---|
| Y Cb Cr Positioning | Centered |
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:05:11** 10:05:19<br>7 years, 2 months, 24 days, 2 hours, 17 minutes, 17 seconds ago |
| Create Date | **2010:05:11** 10:05:19<br>7 years, 2 months, 24 days, 2 hours, 17 minutes, 17 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 6,984 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| | |
|---|---|
| PrintIM Version | 0300 |

## APP4

| | |
|---|---|
| Data Length | 264 |
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 60,628 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |

| Scalado CSPC | -2232593 |
|---|---|
| Scalado DATA | 45,342 |
| Scalado DATA | 15,268 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -16333 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -35163 |
| Scalado MAIN | 60 |
| Scalado CLEN | -1024 |

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 257 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (6,984 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 987756-1 ##





File Number: 187553

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

Batch: 37886

------------------------------------------------X

LR CREDIT 21, LLC

        **Plaintiff**

    -against-

JAMIE L KEMP

        **Defendant**

------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:** Mel S. Harris

**IndexNumber:** CEC10 / 0055

**Index Date:** 4/21/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 11:07 am deponent served the within Summons and Complaint at 673 HIGH ST , PORT JEFFERSON, NY, 11777 a Private Residence on defendant JAMIE L KEMP (herein after referred to as recipient)
by delivering therat a true copy of each to MR. KEMP, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 673 HIGH ST , PORT JEFFERSON, NY, 11777. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

Jeffrey's Image Metadata Viewer      (How to use)

# Jeffrey's Image Metadata Viewer

**Some of my other stuff**
· My Blog  · Lightroom plugins  · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0835.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **May 11, 2010**   11:05:23AM (timezone not specified)<br>(7 years, 2 months, 24 days, 3 hours, 18 minutes, 15 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 56' 23"** North,  **73° 3' 33.7"** West<br>( 40.939717, -73.059350 )<br><br>Location guessed from coordinates:<br>*207-213 Maiden Ln, Port Jefferson, NY 11777, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 157 meters (515 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>235,547 bytes (230 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

🔄 🔍 🔎 1:1  Extracted **208 × 320** 7.4-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🖐 🔍 ⊕ **1:1** Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)

Jeffrey Friedl's Image Metadata Viewer



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 8,488 bytes (8.3k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:05:11** 11:05:23<br>7 years, 2 months, 24 days, 1 hour, 18 minutes, 15 seconds ago |
| Create Date | **2010:05:11** 11:05:23<br>7 years, 2 months, 24 days, 1 hour, 18 minutes, 15 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.939717 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.059350 degrees |
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 157 m |
| GPS Time Stamp | 11:05:00 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:05:11**<br>7 years, 2 months, 24 days, 12 hours, 23 minutes, 38 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,546 |

## PrintIM — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |

## File — basic information derived from the file.

| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 230 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.939717 degrees N |
| GPS Longitude | 73.059350 degrees W |
| GPS Altitude | 157 m Below Sea Level |
| GPS Date/Time | **2010:05:11** 11:05:00Z<br>7 years, 2 months, 24 days, 8 hours, 18 minutes, 38 seconds ago |
| GPS Position | 40.939717 degrees N, 73.059350 degrees W |
| Thumbnail Image | (7,546 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #:  0929611

ATTY REF NO: ## 987764-1 ##





File Number:  187555

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

Batch:  37886

ORIGINAL

------------------------------------------------------X

   LR CREDIT 21, LLC

                            **Plaintiff**

           -against-

   LASZLO G KOLLATH

                           **Defendant**

------------------------------------------------------X

**Affidavit of Service**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 005529

**Index Date:**  4/21/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 11:51 am deponent served the within Summons and Complaint at 236 SPRINGDALE DR , RONKONKOMA, NY, 11779 a Private Residence on defendant LASZLO G KOLLATH (herein after referred to as recipient)
by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 236 SPRINGDALE DR , RONKONKOMA, NY, 11779. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 25 day of May , 2010

William Milotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0839.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **May 11, 2010** 11:50:58AM (timezone not specified)<br>(7 years, 2 months, 24 days, 34 minutes, 8 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>170,403 bytes (166 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

⚅ ⌨ ⌨ ⊞ Extracted **208 × 320** 6.0-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 6,757 bytes (6.6k)

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| | |
|---|---|
| Y Cb Cr Positioning | Centered |
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:05:11** 11:50:58 <br> 7 years, 2 months, 24 days, 34 minutes, 8 seconds ago |
| Create Date | **2010:05:11** 11:50:58 <br> 7 years, 2 months, 24 days, 34 minutes, 8 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 6,131 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| | |
|---|---|
| PrintIM Version | 0300 |

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 166 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (6,131 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 978009-1 ##





File Number: 187496

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

Batch: 37884

------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

DINA ALVARADO

**Defendant**

------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 005582

**Index Date:**  4/21/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is  over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the  11th  day of  May, 2010, at approximately the time of 12:22 pm deponent served the within Summons and Complaint at 36 RIDGEWOOD AVE , BRENTWOOD, NY, 11717 a  Private Residence on defendant DINA ALVARADO (herein after referred to as recipient)
by delivering therat a true copy of each to MS. ALVARADO, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the  19th  day of  May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 36 RIDGEWOOD AVE , BRENTWOOD, NY, 11717.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ⟨25th⟩ day of ⟨may⟩, 2010

_____
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  · Lightroom plugins  · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0841.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **May 11, 2010**   12:21:42PM (timezone not specified)<br>(7 years, 2 months, 24 days, 4 minutes, 23 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>174,814 bytes (171 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 7.5-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% (¹/₁₆ the area of the original)

Jeffrey Friedl's Image Metadata Viewer



Click image to isolate; click this text to show histogram

⟳ 🔍 🔍 📊 Main JPG image displayed here at 26% width ($\frac{1}{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 8,305 bytes ( 8.1k )

| Exif Image Size | 1,712 × 2,560 |
|---|---|
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
| --- | --- |
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:05:11** 12:21:42<br>7 years, 2 months, 24 days, 4 minutes, 23 seconds ago |
| Create Date | **2010:05:11** 12:21:42<br>7 years, 2 months, 24 days, 4 minutes, 23 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,679 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
| --- | --- |

**File** —— basic information derived from the file.

| File Type | JPEG |
| --- | --- |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 171 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (7,679 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modified this viewer on June 13, 2017.

Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977934-1 ##





File Number: 187495

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

Batch: 37884

---------------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

DARIO ACOSTA

**Defendant**

---------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 005583

**Index Date:**  4/21/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 12:28 pm deponent served the within Summons and Complaint at 14 ARTHUR ST , BRENTWOOD, NY, 11717 a Private Residence on defendant DARIO ACOSTA (herein after referred to as recipient)
by delivering therat a true copy of each to MR. ACOSTA, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 14 ARTHUR ST , BRENTWOOD, NY, 11717. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____ 2010

_____
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0842.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **May 11, 2010**  12:28:19PM (timezone not specified)<br>(7 years, 2 months, 23 days, 23 hours, 58 minutes, 41 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>249,129 bytes (243 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

☺ ♀ ♂ ▦ Extracted **208 × 320** 6.5-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)

Jeffrey Friedl's Image Metadata Viewer



Click image to isolate; click this text to show histogram

⟳ 🔍 🔎 1:1 Main JPG image displayed here at 26% width ($^{1}/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 7,240 bytes (7.1k)

| Exif Image Size | 1,712 × 2,560 |
|---|---|
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:05:11** 12:28:19<br>7 years, 2 months, 23 days, 23 hours, 58 minutes, 41 seconds ago |
| Create Date | **2010:05:11** 12:28:19<br>7 years, 2 months, 23 days, 23 hours, 58 minutes, 41 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 6,614 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 243 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (6,614 bytes binary data) |
| --- | --- |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13274752 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   501584
Batch:   Manual 200

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

----------------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF NAVY FEDERAL CREDIT UNION

                            **Plaintiff**

            -against-

KARLA CARMONA

                          **Defendant**

----------------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:** Thomas Law

**Index Number:** CEC10-3167

**Index Date:** 3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 11th day of May, 2010, at approximately the time of 1:21 pm deponent served the within SUMMONS AND VERIFIED COMPLAINT at 137 HAWTHORNE AVE APT 285, CENTRAL ISLIP, NY, 11722 apartment 285 a Residence on defendant KARLA CARMONA (herein after referred to as recipient)

by delivering therat a true copy of each to MR. CARMONA, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 21-35 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 19th day of May, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 137 HAWTHORNE AVE APT 285, CENTRAL ISLIP, NY, 11722 apartment 285. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

| Some of my other stuff |
| --- |
| · My Blog · Lightroom plugins · Pretty Photos · "Photo Tech" |

**URL:**
URL of image on the web
*or..*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0840.jpg

| Camera: | Htc Eris |
| --- | --- |
| Exposure: | ISO 100 |
| Date: | **May 11, 2010**   12:08:44PM (timezone not specified)<br>(7 years, 2 months, 24 days, 19 minutes, 11 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>135,899 bytes (133 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

☺ ℗ ℗ [1:1] Extracted **208 × 320** 5.1-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% (¹⁄₁₆ the area of the original)

Jeffrey Friedl's Image Metadata Viewer



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)