

Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 5,837 bytes (5.7k)

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| | |
|---|---|
| Y Cb Cr Positioning | Centered |
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:05:11** 12:08:44<br>7 years, 2 months, 24 days, 19 minutes, 11 seconds ago |
| Create Date | **2010:05:11** 12:08:44<br>7 years, 2 months, 24 days, 19 minutes, 11 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 5,211 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| | |
|---|---|
| PrintIM Version | 0300 |

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 133 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (5,211 bytes binary data) |
| --- | --- |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13557492 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 501481
Batch: 20100422

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

----------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

                                    **Plaintiff**

-against-

JOHN C BECK

                                    **Defendant**

----------------------------------------------X

**Affidavit of Service**      ORIGINAL

**Attorney:** Thomas Law

**IndexNumber:** CEC10-7053

**Index Date:** 5/24/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 22nd day of June, 2010, at approximately the time of 6:34 am deponent served the within Summons and Complaint at 25 PLEASANTVIEW CT , COPIAGUE, NY, 117263917 a Private Residence on defendant JOHN C BECK (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8", 131-160 Lbs.

On Wednesday, the 30th day of June, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 25 PLEASANTVIEW CT , COPIAGUE, NY, 117263917. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____ 2010

William Mlotek
NOTARY PUBLIC, State of New York
No: 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
*(How to use)*

**Some of my other stuff**
· My Blog  · Lightroom plugins  · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:**  Choose File  No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

View Image Data

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required.  Send a gift via PayPal , or perhaps an Amazon gift certificate (to: `jfriedl@yahoo.com`), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG1478.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **June 22, 2010**  6:33:00AM (timezone not specified)<br>(7 years, 1 month, 12 days, 7 hours, 21 minutes, 46 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 40' 31.6" North, **73°** 23' 46.4" West<br>( 40.675450, -73.396217 )<br><br>Location guessed from coordinates:<br>*10 Brookside Ct, Copiague, NY 11726, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 49 meters (161 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>950,439 bytes (0.91 megabytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly**.<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 25-kilobyte `"Composite:ThumbnailImage"` JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

⟳ 🔍 🔍 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:


**EXIF** — this group of metadata is encoded in 26,875 bytes ( 26.2k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:06:22** 06:33:00<br>7 years, 1 month, 12 days, 5 hours, 21 minutes, 46 seconds ago |
| Create Date | **2010:06:22** 06:33:00<br>7 years, 1 month, 12 days, 5 hours, 21 minutes, 46 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.675450 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.396217 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 49 m |
| GPS Time Stamp | 06:32:36 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:06:22**<br>7 years, 1 month, 12 days, 11 hours, 54 minutes, 46 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 25,933 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 928 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.675450 degrees N |
|---|---|
| GPS Longitude | 73.396217 degrees W |
| GPS Altitude | 49 m Below Sea Level |
| GPS Date/Time | **2010:06:22** 06:32:36Z<br>7 years, 1 month, 12 days, 12 hours, 22 minutes, 10 seconds ago |
| GPS Position | 40.675450 degrees N, 73.396217 degrees W |
| Thumbnail Image | (25,933 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13636098 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 501477
Batch: 20100422

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

-----------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

**Affidavit of Service**

**ORIGINAL**

**Plaintiff**

-against-

MAYRA R RIVERA

**Defendant**

**Attorney:** Thomas Law

**Index Number:** CEC10-7049

**Index Date:** 5/24/2010

-----------------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 22nd day of June, 2010, at approximately the time of 7:25 am deponent served the within Summons and Complaint at 18 KENNETH LN , NORTH BABYLON, NY, 117032312 a Private Residence on defendant MAYRA R RIVERA (herein after referred to as recipient)

by delivering the at a true copy of each to MR. RIVERA, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",161-200 Lbs.

On Wednesday, the 30th day of June, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 18 KENNETH LN , NORTH BABYLON, NY, 117032312. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 1 day of July , 2010

William Mrotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:**   Choose File   No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

View Image Data

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required.   Send a gift via PayPal , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG1483.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **June 22, 2010**  7:23:24AM (timezone not specified)<br>(7 years, 1 month, 12 days, 6 hours, 35 minutes, 31 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 44' 11" North,  73° 21' 42.6" West**<br>( 40.736392, -73.361839 )<br><br>Location guessed from coordinates:<br>*111 Centerwood St, West Babylon, NY 11704, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 15 meters (49 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>771,515 bytes (753 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 16-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

⟳ 🔍 🔍 1:1 Main JPG image displayed here at 26% width ($^{1}/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 16,929 bytes ( 16.5k )

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:06:22** 07:23:24<br>7 years, 1 month, 12 days, 4 hours, 35 minutes, 31 seconds ago |
| Create Date | **2010:06:22** 07:23:24<br>7 years, 1 month, 12 days, 4 hours, 35 minutes, 31 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.736392 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.361839 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 15 m |
| GPS Time Stamp | 07:14:25 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:06:22**<br>7 years, 1 month, 12 days, 11 hours, 58 minutes, 55 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 15,987 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 753 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.736392 degrees N |
|---|---|
| GPS Longitude | 73.361839 degrees W |
| GPS Altitude | 15 m Below Sea Level |
| GPS Date/Time | **2010:06:22** 07:14:25Z<br>7 years, 1 month, 12 days, 11 hours, 44 minutes, 30 seconds ago |
| GPS Position | 40.736392 degrees N, 73.361839 degrees W |
| Thumbnail Image | (15,987 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13643623 ##



Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #:  0929611

File Number:   501466
Batch:   20100422

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

---------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

**Affidavit of Service**

**ORIGINAL**

                                                    **Plaintiff**

            -against-

DEMETRIUS HOWARD

                                                    **Defendant**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-7059

**Index Date:**  5/24/2010

---------------------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 22nd day of June, 2010, at approximately the time of 9:18 am deponent served the within Summons and Complaint at 11 E SYCAMORE ST , CENTRAL ISLIP, NY, 117224701 a Private Residence on defendant DEMETRIUS HOWARD (herein after referred to as recipient)

by delivering therat a true copy of each to MR. HOWARD, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 30th day of June, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 11 E SYCAMORE ST , CENTRAL ISLIP, NY, 117224701.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _July_, 2010

William Mielok
NOTARY PUBLIC, State of New York
No. 0VML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** Choose File No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

View Image Data

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. Send a gift via PayPal , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG1492.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **June 22, 2010**  9:17:08AM (timezone not specified)<br>(7 years, 1 month, 12 days, 2 hours, 43 minutes, 31 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>935,262 bytes (0.89 megabytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

☼ ⚲ ⚲ 1:1 Extracted **208 × 320** 20-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🔄 🔍 ⊕ 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 20,752 bytes ( 20.3k )

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| | |
|---|---|
| Y Cb Cr Positioning | Centered |
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:06:22** 09:17:08<br>7 years, 1 month, 12 days, 2 hours, 43 minutes, 31 seconds ago |
| Create Date | **2010:06:22** 09:17:08<br>7 years, 1 month, 12 days, 2 hours, 43 minutes, 31 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 20,126 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| | |
|---|---|
| PrintIM Version | 0300 |

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 913 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

# Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (20,126 bytes binary data) |
| --- | --- |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13592761 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 501498
Batch: 20100422

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

**ORIGINAL**

-------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**

                                              Plaintiff

                    -against-

CHRISTINE L PARISI

                                              Defendant
-------------------------------------------------X

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-7027

**Index Date:**  5/24/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the  22nd  day of  June, 2010, at approximately the time of 9:26 am deponent served the within Summons and Complaint at 71 CASEMENT AVE , CENTRAL ISLIP, NY, 117225001 a  Private Residence on defendant CHRISTINE L PARISI (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and White skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Friday, the  2nd  day of  July, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 71 CASEMENT AVE , CENTRAL ISLIP, NY, 117225001. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____6____ day of ___July___, 2010

                                                                        NASSER ATRASH
                                                                        License No. 1295969

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

Some of my other stuff
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*                                          I'm not a robot                    View Image Data
**File:**  Choose File  No file chosen                                reCAPTCHA
                                                                     Privacy · Terms

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. Send a gift via PayPal , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG1493 (1).jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **June 22, 2010**  9:24:37AM (timezone not specified)<br>(7 years, 1 month, 12 days, 2 hours, 38 minutes, 21 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>737,422 bytes (720 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

⟲ 🔍 🔎 1:1 Extracted **208 × 320** 13-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🔍 🔍 🔍 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 14,363 bytes ( 14.0k )

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:06:22** 09:24:37<br>7 years, 1 month, 12 days, 3 hours, 5 minutes, 45 seconds ago |
| Create Date | **2010:06:22** 09:24:37<br>7 years, 1 month, 12 days, 3 hours, 5 minutes, 45 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 13,737 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 720 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

# Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| | |
|---|---|
| Thumbnail Image | (13,737 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13632691 ##



Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT
RONKONKOMA

File Number: 501484
Batch: 20100422

-------------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

**Affidavit of Service**

ORIGINAL

                                    **Plaintiff**

          -against-

CAROLYN B MEGUIN

                                    **Defendant**

**Attorney:** Thomas  Law

**IndexNumber:** CEC10-7055

**Index Date:** 5/24/2010

-------------------------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is  over the age
of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated
herein.

That on Tuesday, the  22nd  day of  June, 2010, at approximately the time of 9:48 am deponent served the
within Summons and Complaint at 19 STORM DR , HOLTSVILLE, NY, 117421905 a  Private Residence on
defendant CAROLYN B MEGUIN (herein after referred to as recipient)

by delivering therat a true copy of each to MR. MEGUIN, an individual of suitable age and discretion. That
individual was also asked by deponent whether said permises was the recipient's actual place of Private
Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the  30th  day of  June, 2010 I served a copy of the papers stated herein by mail in a first class
post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the
content was from an attorney or concerned an action against the recipient. The envelope was properly
addressed to the defendants last known address at: 19 STORM DR , HOLTSVILLE, NY, 117421905.  Said
envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal
Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service
and is not dependent on any person in the military service as that term is defined in either the State or Federal
Statutes.

Sworn to before me this  1  day of  July 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295269

JUL 2 4 03 PM '10
SUFFOLK COUNTY
DISTRICT COURT

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web                                    I'm not a robot                              View Image Data
*or...*                                                                            reCAPTCHA
**File:**  Choose File  No file chosen                                    Privacy · Terms

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. | Send a gift via PayPal |, or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG1494.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **June 22, 2010**   9:47:21AM (timezone not specified)<br>(7 years, 1 month, 12 days, 2 hours, 16 minutes, 56 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (4.4 megapixels)<br>1,085,337 bytes (1.0 megabytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

✎ ℗ ℗ **1:1** Extracted **208 × 320** 29-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

&#x263A; &#x2315; &#x2315; 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 29,860 bytes (29.2k)

| Exif Image Size | 1,712 × 2,560 |
|---|---|
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:06:22** 09:47:21<br>7 years, 1 month, 12 days, 2 hours, 16 minutes, 56 seconds ago |
| Create Date | **2010:06:22** 09:47:21<br>7 years, 1 month, 12 days, 2 hours, 16 minutes, 56 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 29,234 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 1060 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (29,234 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13646987 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:  501470
Batch:  20100422

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

**Affidavit of Service**

**ORIGINAL**

                                    **Plaintiff**

            -against-

DEBORAH JOHNSON

                                    **Defendant**

------------------------------------------------------X

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-7057

**Index Date:**  5/24/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age
of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated
herein.

That on Wednesday, the 23rd day of June, 2010, at approximately the time of 6:05 am deponent served the
within Summons and Complaint at 15 GRAND PL , HUNTINGTON STATION, NY, 117462408 a Private
Residence on defendant DEBORAH JOHNSON (herein after referred to as recipient)

by delivering therat a true copy of each to MS. TINA JOHNSON, an individual of suitable age and discretion.
That individual was also asked by deponent whether said permises was the recipient's actual place of Private
Residence, reply was affirmative.
The person served was Female with Black hair and Black skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 30th day of June, 2010 I served a copy of the papers stated herein by mail in a first class
post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the
content was from an attorney or concerned an action against the recipient. The envelope was properly
addressed to the defendants last known address at: 15 GRAND PL , HUNTINGTON STATION, NY,
117462408.  Said envelope was deposited in an official depository under the exclusive care and custody of the
U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service
and is not dependent on any person in the military service as that term is defined in either the State or Federal
Statutes.

Sworn to before me this ___ day of _July_, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

| Some of my other stuff |
| --- |
| · My Blog  ·  Lightroom plugins  ·  Pretty Photos · "Photo Tech" |

**URL:**
URL of image on the web

*or...*

**File:**  Choose File   No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

View Image Data

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required.  Send a gift via PayPal , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG1502.jpg

| | |
| --- | --- |
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **June 23, 2010**  6:04:30AM (timezone not specified)<br>(7 years, 1 month, 11 days, 6 hours, 1 minute, 7 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>792,751 bytes (774 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

⊙ ⊘ ⊕ 1:1 Extracted **208 × 320** 16-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

↺ ⚲ ⚲ 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 17,329 bytes ( 16.9k )

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:06:23** 06:04:30<br>7 years, 1 month, 11 days, 6 hours, 1 minute, 7 seconds ago |
| Create Date | **2010:06:23** 06:04:30<br>7 years, 1 month, 11 days, 6 hours, 1 minute, 7 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 16,703 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 774 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

# Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (16,703 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13642002 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

26

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   501510
Batch:   20100422

---------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

**Affidavit of Service**

ORIGINAL

                          **Plaintiff**

            -against-

MICHAEL VALLONE

                          **Defendant**

---------------------------------------------X

**Attorney:** Thomas Law

**IndexNumber:** CEC10-7020

**Index Date:** 5/24/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 23rd day of June, 2010, at approximately the time of 8:18 am deponent served the within Summons and Complaint at 21 GARDEN ST , NESCONSET, NY, 117673217 a Private Residence on defendant MICHAEL VALLONE (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 30th day of June, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 21 GARDEN ST , NESCONSET, NY, 117673217.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____, 2010

William Miller
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** Choose File  No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

View Image Data

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. Send a gift via PayPal , or perhaps an Amazon gift certificate (to: `jfriedl@yahoo.com`), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG1512.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **June 23, 2010**  8:17:47AM (timezone not specified)<br>(7 years, 1 month, 11 days, 3 hours, 49 minutes, 21 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>1,594,902 bytes (1.5 megabytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

⊗ ⊘ ⊕ 1:1 Extracted **208 × 320** 37-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

# EXIF — this group of metadata is encoded in 38,842 bytes (37.9k)

| Exif Image Size | 1,712 × 2,560 |
|---|---|
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:06:23** 08:17:47<br>7 years, 1 month, 11 days, 4 hours, 14 minutes, 44 seconds ago |
| Create Date | **2010:06:23** 08:17:47<br>7 years, 1 month, 11 days, 4 hours, 14 minutes, 44 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 38,216 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

## APP4

| Data Length | 264 |
|---|---|
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 97,804 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |

| Scalado CSPC | -2232593 |
|---|---|
| Scalado DATA | 82,398 |
| Scalado DATA | 15,388 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -17927 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -6184 |
| Scalado MAIN | 60 |
| Scalado CLEN | -1024 |

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 1558 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (38,216 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13642806 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:  501483
Batch:  20100422

------------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

         **Plaintiff**

    -against-

MICHAEL ROLLERO

         **Defendant**

------------------------------------------------------------X

**Affidavit of Service**

ORIGINAL

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-7047

**Index Date:**  5/24/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 23rd day of June, 2010, at approximately the time of 9:21 am deponent served the within Summons and Complaint at 43 WEBSTER AVE , RONKONKOMA, NY, 117791623 a Private Residence on defendant MICHAEL ROLLERO (herein after referred to as recipient)

by delivering therat a true copy of each to MR ROLLERO, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and White skin, 21-35 years old, 5'4"-5'8",161-200 Lbs.

On Wednesday, the 30th day of June, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 43 WEBSTER AVE , RONKONKOMA, NY, 117791623. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____ 2010

William Mielok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASE
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  · Lightroom plugins  · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:**   Choose File | No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

View Image Data

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. | Send a gift via PayPal |, or perhaps an Amazon gift certificate (to: `jfriedl@yahoo.com`), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG1516 (1).jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **June 23, 2010**  9:20:06AM (timezone not specified)<br>(7 years, 1 month, 11 days, 2 hours, 48 minutes, 25 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>831,601 bytes (812 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

🔲 🔎 🔎 1:1  Extracted **208 × 320** 20-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($\frac{1}{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 20,891 bytes (20.4k)

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:06:23** 09:20:06<br>7 years, 1 month, 11 days, 3 hours, 14 minutes, 39 seconds ago |
| Create Date | **2010:06:23** 09:20:06<br>7 years, 1 month, 11 days, 3 hours, 14 minutes, 39 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 20,265 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

## APP4

| Data Length | 264 |
|---|---|
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 54,524 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |

| Scalado CSPC | -2232593 |
| Scalado DATA | 39,238 |
| Scalado DATA | 15,268 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -48268 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -5930 |
| Scalado MAIN | 60 |
| Scalado CLEN | -1024 |

**File** — basic information derived from the file.

| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 812 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (20,265 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13640006 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   501474
Batch:   20100422

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

----------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

                              **Plaintiff**

                     -against-

JOHN FRANCIS

                              **Defendant**
----------------------------------------------------------X

**Affidavit of Service**        ORIGINAL

**Attorney:**  Thomas Law

**Index Number:**  CEC10-7065?

**Index Date:**  5/24/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 29th day of June, 2010, at approximately the time of 12:53 pm deponent served the within Summons and Complaint at 186 PARKWAY BLVD , WYANDANCH, NY, 117984306 a Private Residence on defendant JOHN FRANCIS (herein after referred to as recipient)

by delivering therat a true copy of each to MS. LISA FRANCIS, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Black skin, 36-50 years old, 5'4"-5'8", Over 200 Lbs.

On Friday, the 2nd day of July, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 186 PARKWAY BLVD , WYANDANCH, NY, 117984306.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this    6    day of  July  , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML6045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web                                    I'm not a robot                View Image Data
*or...*
                                                                        reCAPTCHA
**File:**  Choose File  No file chosen                        Privacy · Terms

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required.  Send a gift via PayPal , or perhaps an Amazon gift certificate (to: `jfriedl@yahoo.com`), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG1598.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **June 29, 2010**  12:51:06PM (timezone not specified)<br>(7 years, 1 month, 4 days, 23 hours, 18 minutes, 30 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (4.4 megapixels)<br>908,732 bytes (0.87 megabytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

⟲ ↻ ↺ 1:1 Extracted **208 × 320** 21-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 22,108 bytes (21.6k)

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| | |
|---|---|
| Y Cb Cr Positioning | Centered |
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:06:29** 12:51:06<br>7 years, 1 month, 4 days, 23 hours, 45 minutes, 34 seconds ago |
| Create Date | **2010:06:29** 12:51:06<br>7 years, 1 month, 4 days, 23 hours, 45 minutes, 34 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 21,482 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| | |
|---|---|
| PrintIM Version | 0300 |

## APP4

| | |
|---|---|
| Data Length | 264 |
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 61,822 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |

| | |
|---|---|
| Scalado CSPC | -2232593 |
| Scalado DATA | 46,512 |
| Scalado DATA | 15,292 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -22469 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -8222 |
| Scalado MAIN | 60 |
| Scalado CLEN | -1024 |

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 887 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| | |
|---|---|
| Thumbnail Image | (21,482 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13644624 ##




Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 501473
Batch: 20100422

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

-------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

**Affidavit of Service**

ORIGINAL

**Plaintiff**

-against-

TEOFILO DELGADO

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-7064

**Index Date:**  5/24/2010

**Defendant**

-------------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is  over the age
of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated
herein.

That on Wednesday, the  30th  day of  June, 2010, at approximately the time of 8:18 am deponent served the
within Summons and Complaint at 9 COLBY DR , CORAM, NY, 117272245  a  Private Residence on
defendant TEOFILO DELGADO (herein after referred to as recipient)

by delivering there at a true copy of each to REFUSED NAME, MR. JOHN, an individual of suitable age and
discretion. That individual was also asked by deponent whether said premises was the recipient's actual place
of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0", 161-200 Lbs.

On Friday, the  2nd  day of  July, 2010 I served a copy of the papers stated herein by mail in a first class post
paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the
content was from an attorney or concerned an action against the recipient. The envelope was properly
addressed to the defendants last known after at: 9 COLBY DR , CORAM, NY, 117272245.  Said envelope
was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service
and is not dependent on any person in the military service as that term is defined in either the State or Federal
Statutes.

Sworn to before me this 6 day of July, 2010

William Milotok
NOTARY PUBLIC, State of New York
No. 01MI5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [Choose File] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[View Image Data]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [Send a gift via PayPal], or perhaps an Amazon gift certificate (to: `jfriedl@yahoo.com`), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG1604.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **June 30, 2010**  8:17:48AM (timezone not specified)<br>(7 years, 1 month, 4 days, 4 hours, 15 minutes, 41 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>918,689 bytes (0.88 megabytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

☻ ⊖ ⊕ 1:1 Extracted **208 × 320** 18-kilobyte `"Composite:ThumbnailImage"` JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

⟲ ⊖ ⊕ 🔢 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 19,540 bytes ( 19.1k)

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:06:30** 08:17:48<br>7 years, 1 month, 4 days, 4 hours, 15 minutes, 41 seconds ago |
| Create Date | **2010:06:30** 08:17:48<br>7 years, 1 month, 4 days, 4 hours, 15 minutes, 41 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 18,914 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

## APP4

| Data Length | 264 |
|---|---|
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 59,224 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |

| Scalado CSPC | -2232593 |
| Scalado DATA | 43,938 |
| Scalado DATA | 15,268 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -14766 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -41011 |
| Scalado MAIN | 60 |
| Scalado CLEN | -1024 |

**File** — basic information derived from the file.

| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 897 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (18,914 bytes binary data) |

---

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13593187 ##



Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 501505
Batch: 20100422

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

-------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

MARIA T ZAFFARESE

**Defendant**

-------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-7036

**Index Date:**  5/24/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 30th day of June, 2010, at approximately the time of 8:30 am deponent served the within Summons and Complaint at 8 HOLLINGWOOD DR , CORAM, NY, 117273028 a  Private Residence on defendant MARIA T ZAFFARESE (herein after referred to as recipient)

by delivering thereat a true copy of each to MARIA T ZAFFARESE  personally: deponent knew said person so served to be the person described as said recipient therein.

The person served was Female with Black hair and White skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  6ᵗʰ day of  July 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5046548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  · Lightroom plugins  · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** Choose File | No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

View Image Data

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. Send a gift via PayPal , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG1605.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **June 30, 2010**  8:29:31AM (timezone not specified)<br>(7 years, 1 month, 4 days, 4 hours, 4 minutes, 41 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>1,422,959 bytes (1.4 megabytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 38-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)

Jeffrey Friedl's Image Metadata Viewer



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

### EXIF — this group of metadata is encoded in 39,744 bytes (38.8k)

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
| --- | --- |
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:06:30** 08:29:31<br>7 years, 1 month, 4 days, 4 hours, 4 minutes, 41 seconds ago |
| Create Date | **2010:06:30** 08:29:31<br>7 years, 1 month, 4 days, 4 hours, 4 minutes, 41 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 39,118 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
| --- | --- |

## APP4

| Data Length | 264 |
| --- | --- |
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 90,404 |
| Scalado SCXI | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |

| Scalado CSPC | -2232593 |
|---|---|
| Scalado DATA | 75,022 |
| Scalado DATA | 15,364 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -16293 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -2472 |
| Scalado MAIN | 60 |
| Scalado CLEN | -1024 |

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 1390 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (39,118 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13594105 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 501507
Batch: 20100422

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

                                    **Plaintiff**

            -against-
SCOTT V CACOPARDO

                                    **Defendant**
------------------------------------------------------X

**Affidavit of Service**

ORIGINAL

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-7022

**Index Date:**  5/24/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 30th day of June, 2010, at approximately the time of 9:36 am deponent served the within Summons and Complaint at 78 VALLEY DR , SOUND BEACH, NY, 117891739 a Private Residence on defendant SCOTT V CACOPARDO (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Friday, the 2nd day of July, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 78 VALLEY DR , SOUND BEACH, NY, 117891739.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  6  day of  July , 2010

William Milotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG1610.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **June 30, 2010**   9:35:52AM (timezone not specified)<br>(7 years, 1 month, 4 days, 4 hours, 59 minutes, 15 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 57' 37"** North,  **72° 58' 16.5"** West<br>( 40.960281, -72.971239 )<br><br>Location guessed from coordinates:<br>*150 Lower Rocky Point Rd, Sound Beach, NY 11789, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 20 meters (66 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>1,619,360 bytes (1.5 megabytes) |
| Color Encoding: | WARNING: Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Ⓢ 🔎 🔍 ᵇⁱᵗ Extracted **208 × 320** 40-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^{1}/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🔄 🔍 🔎 [1:1] Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 41,788 bytes ( 40.8k )

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:06:30** 09:35:52<br>7 years, 1 month, 4 days, 2 hours, 59 minutes, 15 seconds ago |
| Create Date | **2010:06:30** 09:35:52<br>7 years, 1 month, 4 days, 2 hours, 59 minutes, 15 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.960281 degrees |
| GPS Longitude Ref | West |

Jeffrey Friedl's Image Metadata Viewer

| | |
|---|---|
| GPS Longitude | 72.971239 degrees |
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 20 m |
| GPS Time Stamp | 09:35:36 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:06:30**<br>7 years, 1 month, 4 days, 12 hours, 35 minutes, 7 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 40,846 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

## APP4

| | |
|---|---|
| Data Length | 264 |
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 99,485 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |
| Scalado CSPC | -2232593 |
| Scalado DATA | 84,079 |
| Scalado DATA | 15,388 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -50353 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -9568 |

| Scalado MAIN | 60 |
| Scalado CLEN | -1024 |

## File — basic information derived from the file.

| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 1581 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.960281 degrees N |
| GPS Longitude | 72.971239 degrees W |
| GPS Altitude | 20 m Above Sea Level |
| GPS Date/Time | **2010:06:30** 09:35:36Z<br>7 years, 1 month, 4 days, 9 hours, 59 minutes, 31 seconds ago |
| GPS Position | 40.960281 degrees N, 72.971239 degrees W |
| Thumbnail Image | (40,846 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13636207 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:  501487
Batch:  20100422

----------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

**Affidavit of Service**

**ORIGINAL**

**Plaintiff**

-against-

CHRISTOPHER P MURRAY

**Attorney:** Thomas Law

**IndexNumber:** CEC10-7038

**Index Date:** 5/24/2010

**Defendant**

----------------------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 7th day of July, 2010, at approximately the time of 6:56 am deponent served the within Summons and Complaint at 12 RAILROAD AVE , EASTPORT, NY, 119411101 a  Private Residence on defendant CHRISTOPHER P MURRAY (herein after referred to as recipient)

by delivering therat a true copy of each to MS. MURRAY, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Blonde hair and White skin, 36-50 years old, 5'4"-5'8", 131-160 Lbs.

On Thursday, the  15th  day of July, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 12 RAILROAD AVE , EASTPORT, NY, 119411101. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  15  day of  July, 2010

William Mlotok

NOTARY PUBLIC, State of New York
No. 01ML6045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

Some of my other stuff
· My Blog  · Lightroom plugins  · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG1768.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **July 7, 2010**  6:55:01AM (timezone not specified)<br>(7 years, 28 days, 5 hours, 41 minutes, 14 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>1,049,571 bytes (1.0 megabytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

⟲ 🔍 🔎 📇 Extracted **208 × 320** 28-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🕃 ⊝ ⊕ 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 28,813 bytes (28.1k)

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| | |
|---|---|
| Y Cb Cr Positioning | Centered |
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:07:07** 06:55:01<br>7 years, 28 days, 5 hours, 41 minutes, 14 seconds ago |
| Create Date | **2010:07:07** 06:55:01<br>7 years, 28 days, 5 hours, 41 minutes, 14 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 28,187 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| | |
|---|---|
| PrintIM Version | 0300 |

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 1025 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

# Composite
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (28,187 bytes binary data) |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13630343 ##




Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 501467
Batch: 20100422

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

---------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF
WASHINGTON MUTUAL BANK

                                        **Plaintiff**

              -against-

VARIOLA ARISTILDE

                                        **Defendant**

---------------------------------------------------------X

**Affidavit of Service**

## ORIGINAL

**Attorney:** Thomas Law
**IndexNumber:** CEC10-7060
**Index Date:** 5/24/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 7th day of July, 2010, at approximately the time of 9:02 am deponent served the within Summons and Complaint at 475 LAKE POINTE DR , MIDDLE ISLAND, NY, 119532044 a Private Residence on defendant VARIOLA ARISTILDE (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Thursday, the 15th day of July, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 475 LAKE POINTE DR , MIDDLE ISLAND, NY, 119532044. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 15 day of July 2010

William Miotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: `jfriedl@yahoo.com`), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG1776.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **July 7, 2010**   9:00:57AM (timezone not specified)<br>(7 years, 28 days, 3 hours, 36 minutes, 27 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>881,740 bytes (0.84 megabytes) |
| Color Encoding: | WARNING: Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

🕭 🔎 🔎 ⊞ Extracted **208 × 320** 17-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🔄 🔍 🔎 📊 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

**EXIF** — this group of metadata is encoded in 18,198 bytes ( 17.8k)

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:07:07** 09:00:57<br>7 years, 28 days, 3 hours, 36 minutes, 27 seconds ago |
| Create Date | **2010:07:07** 09:00:57<br>7 years, 28 days, 3 hours, 36 minutes, 27 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 17,572 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

## APP4

| Data Length | 264 |
|---|---|
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 48,320 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |
| | |

| Scalado CSPC | -2232593 |
| Scalado DATA | 33,058 |
| Scalado DATA | 15,244 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -45000 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -6881 |
| Scalado MAIN | 60 |
| Scalado CLEN | -1024 |

**File** — basic information derived from the file.

| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 861 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (17,572 bytes binary data) |

---

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 979366-1 ##




File Number:  186501

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

Batch:  37507

```
------------------------------------------------X
   LR CREDIT 20, LLC
                                 Plaintiff

                  -against-

   PAT AMMIRATI
                                 Defendant
------------------------------------------------X
```

**Affidavit of Service**          ORIGINAL

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001534

**Index Date:**  1/29/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Monday, the 1st day of March, 2010, at approximately the time of 1:22 pm deponent served the within Summons and Complaint at 1 WHEELRIGHT WAY , SMITHTOWN, NY, 11787 a Private Residence on defendant PAT AMMIRATI (herein after referred to as recipient)
by delivering therat a true copy of each to MS. PAT, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Brown hair and White skin, 51-65 years old, 5'4"-5'8", 131-160 Lbs.

On Friday, the 12th day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 1 WHEELRIGHT WAY , SMITHTOWN, NY, 11787. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 16th day of mench, 2010

_____
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969