# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

Some of my other stuff
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web

*or...*

**File:**  Choose File   No file chosen

I'm not a robot

View Image Data

reCAPTCHA
Privacy · Terms

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required.  Send a gift via PayPal , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0037 186501.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 1, 2010**   1:21:13PM (timezone not specified)<br>(7 years, 5 months, 1 day, 21 hours, 31 minutes, 54 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>236,105 bytes (231 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

 Extracted **208 × 320** 7.3-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 100% (6% the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 8,103 bytes (7.9k)

| Exif Image Size | 1,712 × 2,560 |
|---|---|
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| | |
|---|---|
| Y Cb Cr Positioning | Centered |
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:01** 13:21:13 <br> 7 years, 5 months, 1 day, 21 hours, 31 minutes, 54 seconds ago |
| Create Date | **2010:03:01** 13:21:13 <br> 7 years, 5 months, 1 day, 21 hours, 31 minutes, 54 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,477 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| | |
|---|---|
| PrintIM Version | 0300 |

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 231 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977006-1 ##

 

File Number: 186359

Batch: 37452

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

-------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

JOSE GONZALEZ

**Defendant**

-------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:** Mel S. Harris

**IndexNumber:** CEC10 / 001518

**Index Date:** 1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Monday, the 1st day of March, 2010, at approximately the time of 3:44 pm deponent served the within Summons and Complaint at 24 CASE AVE , PATCHOGUE, NY, 11772 a Private Residence on defendant JOSE GONZALEZ (herein after referred to as recipient)
by delivering therat a true copy of each to MR. PEDRO GONZALEZ, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 21-35 years old, 5'4"-5'8",161-200 Lbs.

On Friday, the 12th day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 24 CASE AVE , PATCHOGUE, NY, 11772. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___ day of _____ ,2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** Choose File No file chosen

I'm not a robot

View Image Data

reCAPTCHA
Privacy · Terms

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. Send a gift via PayPal , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0044 186359.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 1, 2010**  3:43:51PM (timezone not specified)<br>(7 years, 5 months, 1 day, 19 hours, 13 minutes, 50 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>194,191 bytes (190 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

⌦ 𝔓 ⊕ **1:1** Extracted **208 × 320** 6.5-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 7,266 bytes (7.1k)

| | |
|---|---|
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:01** 15:43:51 <br> 7 years, 5 months, 1 day, 19 hours, 13 minutes, 50 seconds ago |
| Create Date | **2010:03:01** 15:43:51 <br> 7 years, 5 months, 1 day, 19 hours, 13 minutes, 50 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 6,640 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 190 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 980017-1 ##



File Number: 186494

Batch: 37507

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

YESEENIA ARGIROS

**Defendant**

------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:** Mel S. Harris

**IndexNumber:** CEC10 / 001527

**Index Date:** 1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 3rd day of March, 2010, at approximately the time of 7:06 am deponent served the within Summons and Complaint at 89 BELLEROSE AVE , EAST NORTHPORT, NY, 11731 a Private Residence on defendant YESEENIA ARGIROS (herein after referred to as recipient)
by delivering there at a true copy of each to MR. ARGIROS, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and White skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Friday, the 12th day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 89 BELLEROSE AVE , EAST NORTHPORT, NY, 11731. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 16 day of march, 2010

_____
William Motor
NOTARY PUBLIC State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

Some of my other stuff
· My Blog  · Lightroom plugins  · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ]  No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0113.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 3, 2010**   7:05:57AM (timezone not specified)<br>(7 years, 5 months, 6 hours, 57 minutes, 22 seconds ago, assuming image timezone of US Pacific) |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>370,152 bytes (361 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

🐢 ⊖ ⊕ 1:1 Extracted **208 × 320** 9.8-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🕐 🔎 🔍 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram

Here's the full data:

## EXIF — this group of metadata is encoded in 10,710 bytes ( 10.5k )

| Exif Image Size | 1,712 × 2,560 |
| --- | --- |
| Make | HTC |
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |

| Y Cb Cr Positioning | Centered |
|---|---|
| ISO | 100 |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:03** 07:05:57<br>7 years, 5 months, 6 hours, 57 minutes, 22 seconds ago |
| Create Date | **2010:03:03** 07:05:57<br>7 years, 5 months, 6 hours, 57 minutes, 22 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Flashpix Version | 0100 |
| Color Space | sRGB |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 10,084 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 361 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

# Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| Thumbnail Image | (10,084 bytes binary data) |
|---|---|

---

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5677
License #: 0929611

ATTY REF NO: ## 974815-1 ##



File Number: 186498

Batch: 37507

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

---------------------------------------------------------X

LR CREDIT 20, LLC

                                    **Plaintiff**

            -against-

JOSEPH J RUSCZYK

                                    **Defendant**

---------------------------------------------------------X

**Affidavit of Service**          **ORIGINAL**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001531

**Index Date:**  1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 3rd day of March, 2010, at approximately the time of 7:33 am deponent served the within Summons and Complaint at 6 PHYLLIS CT , KINGS PARK, NY, 11754 a Private Residence on defendant JOSEPH J RUSCZYK (herein after referred to as recipient)
by delivering there at a true copy of each to MR. DAVID, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Friday, the 12th day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 6 PHYLLIS CT , KINGS PARK, NY, 11754. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 16t day of march,2010

_____
William Wlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

---

**Some of my other stuff**
· My Blog  · Lightroom plugins  · Pretty Photos
· "Photo Tech"

---

**URL:**
URL of image on the web

*or...*

**File:** [ Choose File ]  No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

---

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0114.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 3, 2010**  7:32:23AM (timezone not specified)<br>(7 years, 5 months, 8 hours, 35 minutes, 1 second ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 53' 27.2"** North,  **73° 13' 22.3"** West<br>( 40.890900, -73.222861 )<br><br>Location guessed from coordinates:<br>*5 Phyllis Ct, Kings Park, NY 11754, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 20 meters (66 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>190,638 bytes (186 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

---

Extracted **208 × 320** 6.5-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% (¹/₁₆ the area of the original)



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram



| GPS Longitude | 73.222861 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 20 m |
| GPS Time Stamp | 07:31:55 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:03**<br>7 years, 5 months, 14 hours, 7 minutes, 24 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 6,609 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 186 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.890900 degrees N |
|---|---|
| GPS Longitude | 73.222861 degrees W |
| GPS Altitude | 20 m Below Sea Level |
| GPS Date/Time | **2010:03:03** 07:31:55Z<br>7 years, 5 months, 13 hours, 35 minutes, 29 seconds ago |
| GPS Position | 40.890900 degrees N, 73.222861 degrees W |
| Thumbnail Image | (6,609 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977015-1 ##



File Number: 186361

Batch: 37452

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

-------------------------------------------------------X
LR CREDIT 20, LLC

                     **Plaintiff**

       -against-

IRMA ROMERO

                   **Defendant**

-------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001520

**Index Date:**  1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 3rd day of March, 2010, at approximately the time of 8:31 am deponent served the within Summons and Complaint at 3 ADAMS AVE , SELDEN, NY, 11784 a Private Residence on defendant IRMA ROMERO (herein after referred to as recipient)
by delivering therat a true copy of each to MR. ROMERO, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and White skin, 51-65 years old, 5'9"-6'0",161-200 Lbs.

On Friday, the 12th day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 3 ADAMS AVE , SELDEN, NY, 11784.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____, 2010

_____
William Moran
NOTARY PUBLIC, State of New York
No. 01ML5045546
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0119.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 3, 2010**  8:30:21AM (timezone not specified)<br>(7 years, 5 months, 7 hours, 41 minutes, 24 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 52' 37" North,  **73°** 3' 27.8" West<br>( 40.876931, -73.057717 )<br><br>Location guessed from coordinates:<br>*3 Adams Ave, Selden, NY 11784, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 9 meters (30 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>408,244 bytes (399 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 9.0-kilobyte "Composite:ThumbnailImage" JPG Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

⟳ ⊖ ⊕ 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)

Jeffrey Fried's Image Metadata Viewer



2010/03/03 08:30

Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 10,192 bytes ( 10.0k )

| Camera Model Name | Eris |
|---|---|
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:03** 08:30:21<br>7 years, 5 months, 5 hours, 41 minutes, 24 seconds ago |
| Create Date | **2010:03:03** 08:30:21<br>7 years, 5 months, 5 hours, 41 minutes, 24 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.876931 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.057717 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 9 m |
| GPS Time Stamp | 08:29:59 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:03**<br>7 years, 5 months, 14 hours, 11 minutes, 45 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 9,250 |

## PrintIM — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

## APP4

| Data Length | 264 |
|---|---|
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 85,418 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |
| Scalado CSPC | -2232593 |
| Scalado DATA | 70,036 |
| Scalado DATA | 15,364 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -28360 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -60284 |

| Scalado MAIN | 60 |
| Scalado CLEN | -1024 |

## **File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 399 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.876931 degrees N |
|---|---|
| GPS Longitude | 73.057717 degrees W |
| GPS Altitude | 9 m Below Sea Level |
| GPS Date/Time | **2010:03:03** 08:29:59Z<br>7 years, 5 months, 12 hours, 41 minutes, 46 seconds ago |
| GPS Position | 40.876931 degrees N, 73.057717 degrees W |
| Thumbnail Image | (9,250 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 981311-1 ##




File Number: 186499

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

Batch: 37507

-------------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

LARRY J SWEETSER

**Defendant**

-------------------------------------------------------X

**Affidavit of Service**        **ORIGINAL**

**Attorney:** Mel S. Harris

**IndexNumber:** CEC10 / 001532

**Index Date:** 1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 3rd day of March, 2010, at approximately the time of 9:33 am deponent served the within Summons and Complaint at 155 PATCHOGUE AVE , EAST PATCHOGUE, NY, 11772 a Private Residence on defendant LARRY J SWEETSER (herein after referred to as recipient)
by delivering therat a true copy of each to MR. SWEETSER, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Friday, the 12th day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 155 PATCHOGUE AVE , EAST PATCHOGUE, NY, 11772.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___ day of _____,2010

_____
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  · Lightroom plugins  · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ]  No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0123.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 3, 2010**  9:32:40AM (timezone not specified)<br>(7 years, 5 months, 6 hours, 43 minutes ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 46' 31.8" North,  **72°** 58' 4.7" West<br>( 40.775508, -72.967967 )<br><br>Location guessed from coordinates:<br>*155 Patchogue Ave, East Patchogue, NY 11772, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 29 meters (95 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>353,812 bytes (346 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 9.6-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🔄 🔍 🔎 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 10,780 bytes ( 10.5k )

| Camera Model Name | Eris |
|---|---|
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:03** 09:32:40<br>7 years, 5 months, 4 hours, 43 minutes ago |
| Create Date | **2010:03:03** 09:32:40<br>7 years, 5 months, 4 hours, 43 minutes ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.775508 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 72.967967 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 29 m |
| GPS Time Stamp | 09:32:15 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:03**<br>7 years, 5 months, 14 hours, 15 minutes, 40 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 9,838 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 346 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.775508 degrees N |
|---|---|
| GPS Longitude | 72.967967 degrees W |
| GPS Altitude | 29 m Below Sea Level |
| GPS Date/Time | **2010:03:03** 09:32:15Z<br>7 years, 5 months, 11 hours, 43 minutes, 25 seconds ago |
| GPS Position | 40.775508 degrees N, 72.967967 degrees W |
| Thumbnail Image | (9,838 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977030-1 ##





File Number: 186364

Batch: 37452

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

-------------------------------------------------X

LR CREDIT 20, LLC

                           **Plaintiff**

         -against-

JACKQUILIN SMITH

                          **Defendant**

-------------------------------------------------X

**Affidavit of Service**

## ORIGINAL

**Attorney:** Mel S. Harris

**IndexNumber:** CEC10 / 001523

**Index Date:** 1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 3rd day of March, 2010, at approximately the time of 11:19 am deponent served the within Summons and Complaint at 13 HILLTOP LN , WHEATLEY HEIGHTS, NY, 11798 a Private Residence on defendant JACKQUILIN SMITH (herein after referred to as recipient)
by delivering thereat a true copy of each to JACKQUILIN SMITH personally: deponent knew said person so served to be the person described as said recipient therein.
The person served was Female with Black hair and Black skin, 21-35 years old, 5'4"-5'8",131-160 Lbs.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 16th day of march 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ] , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0129.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 3, 2010**   11:19:23AM (timezone not specified)<br>(7 years, 5 months, 4 hours, 58 minutes, 2 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:   **40° 45' 41.9"** North,  **73° 21' 42.5"** West<br>( 40.761639, -73.361794 )<br><br>Location guessed from coordinates:<br>*10-12 Hilltop Ln, Wheatley Heights, NY 11798, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 70 meters (230 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>140,072 bytes (137 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 4.9-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🕲 🔎 ⊕ 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 5,997 bytes (5.9k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:03** 11:19:23<br>7 years, 5 months, 2 hours, 58 minutes, 2 seconds ago |
| Create Date | **2010:03:03** 11:19:23<br>7 years, 5 months, 2 hours, 58 minutes, 2 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.761639 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.361794 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 70 m |
| GPS Time Stamp | 11:19:01 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:03**<br>7 years, 5 months, 14 hours, 17 minutes, 25 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 5,055 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 137 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.761639 degrees N |
|---|---|
| GPS Longitude | 73.361794 degrees W |
| GPS Altitude | 70 m Below Sea Level |
| GPS Date/Time | **2010:03:03** 11:19:01Z<br>7 years, 5 months, 9 hours, 58 minutes, 24 seconds ago |
| GPS Position | 40.761639 degrees N, 73.361794 degrees W |
| Thumbnail Image | (5,055 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 974769-1 ##





File Number: 186497

Batch: 37507

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

------------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

MARIE SPITZER AKA MARIE MURPHY

**Defendant**

------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001530

**Index Date:**  1/29/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Friday, the 12th  day of March, 2010, at approximately the time of 7:50 am deponent served the within Summons and Complaint at 59 ELLIOT ST , ISLIP, NY, 11751 a Private Residence on defendant MARIE SPITZER AKA MARIE MURPHY (herein after referred to as recipient)
by delivering there at a true copy of each to MS. MURPHY, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and Brown skin, 21-35 years old, 5'4"-5'8",100-130 Lbs.

On Tuesday, the  23rd  day of  March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 59 ELLIOT ST , ISLIP, NY, 11751. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____ 2010

_____
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0300.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 12, 2010**  7:49:26AM (timezone not specified)<br>(7 years, 4 months, 22 days, 8 hours, 30 minutes, 41 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 44' 31.4" North,  **73°** 13' 25.6" West<br>( 40.742047, -73.223772 )<br><br>Location guessed from coordinates:<br>*59 Elliot St, Islip, NY 11751, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 34 meters (112 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>190,688 bytes (186 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 7.3-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🕐 🔎 🔎 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## **EXIF** — this group of metadata is encoded in 8,459 bytes (8.3k)

| Camera Model Name | Eris |
|---|---|
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:12** 07:49:26<br>7 years, 4 months, 22 days, 6 hours, 30 minutes, 41 seconds ago |
| Create Date | **2010:03:12** 07:49:26<br>7 years, 4 months, 22 days, 6 hours, 30 minutes, 41 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.742047 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.223772 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 34 m |
| GPS Time Stamp | 07:49:06 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:12**<br>7 years, 4 months, 22 days, 14 hours, 20 minutes, 7 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,517 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 186 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.742047 degrees N |
|---|---|
| GPS Longitude | 73.223772 degrees W |
| GPS Altitude | 34 m Below Sea Level |
| GPS Date/Time | **2010:03:12** 07:49:06Z<br>7 years, 4 months, 22 days, 13 hours, 31 minutes, 1 second ago |
| GPS Position | 40.742047 degrees N, 73.223772 degrees W |
| Thumbnail Image | (7,517 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977001-1 ## 



File Number: 186358

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

Batch: 37452

------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

DAVE L PHAFF

**Defendant**

------------------------------------------------X

**Affidavit of Service**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001517

**Index Date:**  1/29/2010

ORIGINAL

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Monday, the 15th day of March, 2010, at approximately the time of 7:48 am deponent served the within Summons and Complaint at 35 CLEVELAND ST , NESCONSET, NY, 11767 a Private Residence on defendant DAVE L PHAFF (herein after referred to as recipient)
by delivering there at a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and White skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Tuesday, the 23rd day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 35 CLEVELAND ST , NESCONSET, NY, 11767. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____,2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [Choose File] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[View Image Data]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [Send a gift via PayPal], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0326.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 15, 2010**  7:47:40AM (timezone not specified)<br>(7 years, 4 months, 19 days, 7 hours, 36 minutes, 35 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 48' 23.1"** North,  **73°** 11' 41.6" West<br>( 40.806419, -73.194894 )<br><br>Location guessed from coordinates:<br>*15 Bridge Rd, Hauppauge, NY 11788, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 30 meters (98 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>153,253 bytes (150 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

⚅ 🔍 🔍 🔢 Extracted **208 × 320** 6.1-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% (¹/₁₆ the area of the original)



Click image to isolate; click this text to show histogram

🕐 🔍 🔎 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



2010/03/15 07:47

Click image to isolate; click this text to show histogram





Here's the full data:

## **EXIF** — this group of metadata is encoded in 7,215 bytes (7.0k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:15** 07:47:40<br>7 years, 4 months, 19 days, 5 hours, 36 minutes, 35 seconds ago |
| Create Date | **2010:03:15** 07:47:40<br>7 years, 4 months, 19 days, 5 hours, 36 minutes, 35 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.806419 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.194894 degrees |
|---|---|
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 30 m |
| GPS Time Stamp | 07:34:05 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:15**<br>7 years, 4 months, 19 days, 13 hours, 24 minutes, 15 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 6,273 |

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 150 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.806419 degrees N |
|---|---|
| GPS Longitude | 73.194894 degrees W |
| GPS Altitude | 30 m Above Sea Level |
| GPS Date/Time | **2010:03:15** 07:34:05Z<br>7 years, 4 months, 19 days, 12 hours, 50 minutes, 10 seconds ago |
| GPS Position | 40.806419 degrees N, 73.194894 degrees W |
| Thumbnail Image | (6,273 bytes binary data) |

## ExifTool

| Warning | Bad PrintIM size |
|---|---|

Case 1:16-cv-03499-GBD-RLE   Document 207-4   Filed 08/09/17   Page 55 of 105

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the
service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 977017-1 ##





File Number: 186362

Batch: 37452

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

------------------------------------------------------X

LR CREDIT 20, LLC

**Plaintiff**

-against-

JOHN R MEYER

**Defendant**

------------------------------------------------------X

**Affidavit of Service**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001521

**Index Date:**  1/29/2010

ORIGINAL

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Monday, the 15th day of March, 2010, at approximately the time of 8:48 am deponent served the within Summons and Complaint at 106 ADIRONDACK DR APT B , SELDEN, NY, 11784 apartment B a Residence on defendant JOHN R MEYER (herein after referred to as recipient)
by delivering therat a true copy of each to MR. MEYER, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 51-65 years old, 5'9"-6'0",161-200 Lbs.

On Tuesday, the 23rd day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 106 ADIRONDACK DR APT B , SELDEN, NY, 11784 apartment B. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___ day of _____ 2010

_____
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

| Some of my other stuff |
| --- |
| · My Blog  ·  Lightroom plugins  ·  Pretty Photos |
| · "Photo Tech" |

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0330.jpg

| Camera: | Htc Eris |
| --- | --- |
| Exposure: | ISO 100 |
| Date: | **March 15, 2010**  8:47:20AM (timezone not specified)<br>(7 years, 4 months, 19 days, 6 hours, 40 minutes, 6 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 51' 37.6" North,  **73°** 1' 43.8" West<br>( 40.860439, -73.028844 )<br><br>Location guessed from coordinates:<br>*106 Adirondack Dr, Selden, NY 11784, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 1 meter (3 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>202,914 bytes (198 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Ⓤ 𝒫 𝒫 [1:1] Extracted **208 × 320** 5.7-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% (¹/₁₆ the area of the original)



Click image to isolate; click this text to show histogram

🔄 🔍 🔍 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 6,736 bytes (6.6k)

| Camera Model Name | Eris |
|---|---|
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:15** 08:47:20<br>7 years, 4 months, 19 days, 4 hours, 40 minutes, 6 seconds ago |
| Create Date | **2010:03:15** 08:47:20<br>7 years, 4 months, 19 days, 4 hours, 40 minutes, 6 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.860439 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.028844 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 1 m |
| GPS Time Stamp | 08:47:02 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:15**<br>7 years, 4 months, 19 days, 13 hours, 27 minutes, 26 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 5,794 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 198 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.860439 degrees N |
|---|---|
| GPS Longitude | 73.028844 degrees W |
| GPS Altitude | 1 m Below Sea Level |
| GPS Date/Time | **2010:03:15** 08:47:02Z<br>7 years, 4 months, 19 days, 11 hours, 40 minutes, 24 seconds ago |
| GPS Position | 40.860439 degrees N, 73.028844 degrees W |
| Thumbnail Image | (5,794 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

ATTY REF NO: ## 974747-1 ##





File Number: 186502

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

Batch: 37507

-------------------------------------------------------X

LR CREDIT 20, LLC

                          **Plaintiff**

        -against-

JENNIFER M MORIARTY

                        **Defendant**

-------------------------------------------------------X

**Affidavit of Service**

**Attorney:**  Mel S. Harris

**IndexNumber:**  CEC10 / 001535

**Index Date:**  1/29/2010

**ORIGINAL**

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Monday, the 15th day of March, 2010, at approximately the time of 10:31 am deponent served the within Summons and Complaint at 31 BROADWAY , SHIRLEY, NY, 11967 a Private Residence on defendant JENNIFER M MORIARTY (herein after referred to as recipient)
by delivering therat a true copy of each to MS. MARIA, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Tuesday, the 23rd day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 31 BROADWAY , SHIRLEY, NY, 11967. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.
I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

_____
William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0335.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 15, 2010**   10:30:32AM (timezone not specified)<br>(7 years, 4 months, 19 days, 4 hours, 59 minutes, 21 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:   **40°** 47' 36" North,   **72°** 51' 42.8" West<br>( 40.793336, -72.861894 )<br><br>Location guessed from coordinates:<br>*31 Broadway, Shirley, NY 11967, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 19 meters (62 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>173,689 bytes (170 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 6.3-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

⟲ 🔍 🔎 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:


**EXIF** — this group of metadata is encoded in 7,405 bytes (7.2k)

| Camera Model Name | Eris |
|---|---|
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:15** 10:30:32<br>7 years, 4 months, 19 days, 2 hours, 59 minutes, 21 seconds ago |
| Create Date | **2010:03:15** 10:30:32<br>7 years, 4 months, 19 days, 2 hours, 59 minutes, 21 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.793336 degrees |
| GPS Longitude Ref | West |

| | |
|---|---|
| GPS Longitude | 72.861894 degrees |
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 19 m |
| GPS Time Stamp | 10:30:13 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:15** <br> 7 years, 4 months, 19 days, 13 hours, 29 minutes, 53 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 6,463 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 170 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| | |
|---|---|
| GPS Latitude | 40.793336 degrees N |
| GPS Longitude | 72.861894 degrees W |
| GPS Altitude | 19 m Below Sea Level |
| GPS Date/Time | **2010:03:15** 10:30:13Z <br> 7 years, 4 months, 19 days, 9 hours, 59 minutes, 40 seconds ago |
| GPS Position | 40.793336 degrees N, 72.861894 degrees W |
| Thumbnail Image | (6,463 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13548352 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:  500476
Batch:   20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

ORIGINAL

------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**

                          **Plaintiff**

**Attorney:**  Thomas Law

-against-

**IndexNumber:**  CEC10 385

JOSE GUZMAN

**Index Date:**  3/5/2010

                         **Defendant**
------------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 6:11 am deponent served the within Summons and Complaint at 24 SUNSHINE LN , AMITYVILLE, NY, 117011625 a Private Residence on defendant JOSE GUZMAN (herein after referred to as recipient)
by delivering there at a true copy of each to MR. RAMON GUZMAN, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0", 161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 24 SUNSHINE LN , AMITYVILLE, NY, 117011625. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

Some of my other stuff
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or..*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0427.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  6:06:29AM (timezone not specified)<br>(7 years, 4 months, 11 days, 7 hours, 41 minutes, 54 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 42' 17.3" North,  **73°** 24' 32.1" West<br>( 40.704803, -73.408928 )<br><br>Location guessed from coordinates:<br>*24 Sunshine Ln, Amityville, NY 11701, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 22 meters (72 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>242,844 bytes (237 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 3.6-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



2010/03/24  06 : 06

Click image to isolate; click this text to show histogram





Here's the full data:

**EXIF** — this group of metadata is encoded in 4,644 bytes (4.5k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 06:06:29<br>7 years, 4 months, 11 days, 5 hours, 41 minutes, 54 seconds ago |
| Create Date | **2010:03:24** 06:06:29<br>7 years, 4 months, 11 days, 5 hours, 41 minutes, 54 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.704803 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.408928 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 22 m |
| GPS Time Stamp | 06:06:11 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 11 days, 11 hours, 48 minutes, 23 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 3,702 |

## PrintIM — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

## File — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 237 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.704803 degrees N |
|---|---|
| GPS Longitude | 73.408928 degrees W |
| GPS Altitude | 22 m Below Sea Level |
| GPS Date/Time | **2010:03:24** 06:06:11Z<br>7 years, 4 months, 11 days, 12 hours, 42 minutes, 12 seconds ago |
| GPS Position | 40.704803 degrees N, 73.408928 degrees W |
| Thumbnail Image | (3,702 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13545554 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500484
Batch:   20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

ORIGINAL

----------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

MARK A MAURICE

**Defendant**

----------------------------------------X

**Affidavit of Service**

Attorney:  Thomas  Law

IndexNumber:  CEC10-3191

Index Date:   3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the  24th  day of  March, 2010, at approximately the time of 6:40 am deponent served the within Summons and Complaint at 297 LAFAYETTE RD , WEST BABYLON, NY, 117044056 a Private Residence on defendant MARK A MAURICE (herein after referred to as recipient)

by delivering there at a true copy of each to MS. MARK, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the  31st  day of  March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 297 LAFAYETTE RD , WEST BABYLON, NY, 117044056.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____ ,2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something helpful for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0428.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  6:40:05AM (timezone not specified)<br>(7 years, 4 months, 10 days, 8 hours, 56 minutes, 50 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 43' 26.3"** North,  **73° 20' 18.9"** West<br>( 40.723969, -73.338578 )<br><br>Location guessed from coordinates:<br>*294 Lafayette Rd, West Babylon, NY 11704, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 35 meters (115 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>348,968 bytes (341 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly**.<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 8.4-kilobyte "Composite:ThumbnailImage" JPG Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🕐 🔍 🔎 1:1 Main JPG image displayed here at 26% width ($^{1}/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 9,529 bytes (9.3k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 06:40:05<br>7 years, 4 months, 10 days, 6 hours, 56 minutes, 50 seconds ago |
| Create Date | **2010:03:24** 06:40:05<br>7 years, 4 months, 10 days, 6 hours, 56 minutes, 50 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.723969 degrees |
| GPS Longitude Ref | West |

| | |
|---|---|
| GPS Longitude | 73.338578 degrees |
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 35 m |
| GPS Time Stamp | 06:39:44 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 10 days, 13 hours, 36 minutes, 55 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 8,587 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| | |
|---|---|
| PrintIM Version | 0300 |

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 341 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| | |
|---|---|
| GPS Latitude | 40.723969 degrees N |
| GPS Longitude | 73.338578 degrees W |
| GPS Altitude | 35 m Below Sea Level |
| GPS Date/Time | **2010:03:24** 06:39:44Z<br>7 years, 4 months, 10 days, 13 hours, 57 minutes, 11 seconds ago |
| GPS Position | 40.723969 degrees N, 73.338578 degrees W |
| Thumbnail Image | (8,587 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13544161 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   500468
Batch:   20100205

--------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

SANDY MURATORE

**Defendant**

--------------------------------------------------------X

**Affidavit of Service**

ORIGINAL

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3172

**Index Date:**  3/5/2010

SUFFOLK COUNTY
DISTRICT COURT
APR 7  3 04 PM '10

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 6:49 am deponent served the within Summons and Complaint at 46 PAPROCKI AVE , WEST ISLIP, NY, 117952923 a Private Residence on defendant SANDY MURATORE (herein after referred to as recipient)

by delivering thereat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8", 131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 46 PAPROCKI AVE , WEST ISLIP, NY, 117952923. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotek
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

_____
NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web

*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0429.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  6:48:42AM (timezone not specified)<br>(7 years, 4 months, 10 days, 8 hours, 51 minutes, 33 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 42' 31.6" North,  **73°** 18' 10.9" West<br>( 40.708769, -73.303022 )<br><br>Location guessed from coordinates:<br>*46 Paprocki Ave, West Islip, NY 11795, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 20 meters (66 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>224,934 bytes (220 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 7.7-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% (¹⁄₁₆ the area of the original)



Click image to isolate; click this text to show histogram

🔄 🔍 🔎 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)

Jeffrey Fried's Image Metadata Viewer



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 8,875 bytes (8.7k)

| Camera Model Name | Eris |
|---|---|
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 06:48:42<br>7 years, 4 months, 10 days, 6 hours, 51 minutes, 33 seconds ago |
| Create Date | **2010:03:24** 06:48:42<br>7 years, 4 months, 10 days, 6 hours, 51 minutes, 33 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.708769 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.303022 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 20 m |
| GPS Time Stamp | 06:48:18 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 10 days, 13 hours, 40 minutes, 15 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,933 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 220 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.708769 degrees N |
|---|---|
| GPS Longitude | 73.303022 degrees W |
| GPS Altitude | 20 m Below Sea Level |
| GPS Date/Time | **2010:03:24** 06:48:18Z<br>7 years, 4 months, 10 days, 13 hours, 51 minutes, 57 seconds ago |
| GPS Position | 40.708769 degrees N, 73.303022 degrees W |
| Thumbnail Image | (7,933 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13546534 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5677
License #: 0929611

File Number:   500475
Batch:   20100205

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

-----------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

CHARLOTTE MEYERS

**Defendant**

-----------------------------------------------------X

**Affidavit of Service**    **ORIGINAL**

**Attorney:** Thomas Law

**Index Number:** CEC10-3186

**Index Date:** 3/5/2010

State of New York
County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 6:57 am deponent served the within Summons and Complaint at 6 HANSEN ST , BAY SHORE, NY, 117064115 a  Private Residence on defendant CHARLOTTE MEYERS (herein after referred to as recipient)

by delivering therat a true copy of each to MR. MEYERS, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 6 HANSEN ST , BAY SHORE, NY, 117064115.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Milotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web

*or...*

**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0430.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**   6:57:23AM (timezone not specified)<br>(7 years, 4 months, 10 days, 8 hours, 44 minutes, 32 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:   **40° 44' 6"** North,   **73° 15' 42.2"** West<br>( 40.735006, -73.261728 )<br><br>Location guessed from coordinates:<br>*6 Hansen St, Bay Shore, NY 11706, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 15 meters (49 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>234,885 bytes (229 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

⚉ ⌕ ⊕ [1:1] Extracted **208 × 320** 7.6-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% ($\frac{1}{16}$ the area of the original)



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^{1}/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 8,754 bytes (8.5k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 06:57:23<br>7 years, 4 months, 10 days, 6 hours, 44 minutes, 32 seconds ago |
| Create Date | **2010:03:24** 06:57:23<br>7 years, 4 months, 10 days, 6 hours, 44 minutes, 32 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.735006 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.261728 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 15 m |
| GPS Time Stamp | 06:57:04 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24** 7 years, 4 months, 10 days, 13 hours, 41 minutes, 55 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,812 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 229 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.735006 degrees N |
|---|---|
| GPS Longitude | 73.261728 degrees W |
| GPS Altitude | 15 m Below Sea Level |
| GPS Date/Time | **2010:03:24** 06:57:04Z 7 years, 4 months, 10 days, 13 hours, 44 minutes, 51 seconds ago |
| GPS Position | 40.735006 degrees N, 73.261728 degrees W |
| Thumbnail Image | (7,812 bytes binary data) |

Jeffrey Friedl's Image Metadata Viewer

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the
service to function.

ATTY REF NO: ## 13545210 ##



Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 500460
Batch: 20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

------------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

SABRINA MCCANN

**Defendant**

------------------------------------------------------------X

Affidavit of Service    ORIGINAL

Attorney:  Thomas Law

IndexNumber:  CEC10-3170

Index Date:  3/5/2010

State of New York

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 7:12 am deponent served the within Summons and Complaint at 53 NEWBROOK LN , BAY SHORE, NY, 117064416 a Private Residence on defendant SABRINA MCCANN (herein after referred to as recipient)

by delivering therat a true copy of each to MR. MCCANN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 53 NEWBROOK LN , BAY SHORE, NY, 117064416. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____, 2010

William Miotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: `jfriedl@yahoo.com`), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0432.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  7:10:51AM (timezone not specified)<br>(7 years, 4 months, 10 days, 8 hours, 32 minutes, 32 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 44' 57.3"** North,  **73° 14' 45.4"** West<br>( 40.749256, -73.245933 )<br><br>Location guessed from coordinates:<br>*66-86 Newbrook Ln, Bay Shore, NY 11706, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 13 meters (43 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>371,804 bytes (363 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly**.<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 7.7-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)

Jeffrey Friedl's Image Metadata Viewer



Click image to isolate; click this text to show histogram

 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)

Jeffrey Friedl's Image Metadata Viewer



Click image to isolate; click this text to show histogram





Here's the full data:

**EXIF** — this group of metadata is encoded in 8,852 bytes ( 8.6k )

| Camera Model Name | Eris |
|---|---|
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 07:10:51<br>7 years, 4 months, 10 days, 6 hours, 32 minutes, 32 seconds ago |
| Create Date | **2010:03:24** 07:10:51<br>7 years, 4 months, 10 days, 6 hours, 32 minutes, 32 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.749256 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.245933 degrees |
|---|---|
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 13 m |
| GPS Time Stamp | 07:10:18 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 10 days, 13 hours, 43 minutes, 23 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,910 |

## PrintIM — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

## APP4

| Data Length | 264 |
|---|---|
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 69,690 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |
| Scalado CSPC | -2232593 |
| Scalado DATA | 54,356 |
| Scalado DATA | 15,316 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -60435 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -60322 |

| Scalado MAIN | 60 |
| Scalado CLEN | -1024 |

## File — basic information derived from the file.

| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 363 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.749256 degrees N |
| GPS Longitude | 73.245933 degrees W |
| GPS Altitude | 13 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 07:10:18Z<br>7 years, 4 months, 10 days, 13 hours, 33 minutes, 5 seconds ago |
| GPS Position | 40.749256 degrees N, 73.245933 degrees W |
| Thumbnail Image | (7,910 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13547559 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

File Number:  500464
Batch:  20100205

-----------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

                                      **Plaintiff**

           -against-

EDWARD CLARK

                                    **Defendant**

-----------------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

Apr 7  3 04 PM '10
SUFFOLK COUNTY
DISTRICT COURT

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3171

**Index Date:**  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 7:22 am deponent served the within Summons and Complaint at 20 AMHERST ST , ISLIP, NY, 117511402 a Private Residence on defendant EDWARD CLARK (herein after referred to as recipient)

by delivering therat a true copy of each to MR. CLARK, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 20 AMHERST ST , ISLIP, NY, 117511402. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _April_, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969