# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0433.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  7:21:11AM (timezone not specified)<br>(7 years, 4 months, 10 days, 8 hours, 28 minutes, 45 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 44' 49.7"** North,  **73°** 12' 42.4" West<br>( 40.747147, -73.211778 )<br><br>Location guessed from coordinates:<br>*16 Amherst St, Islip, NY 11751, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 35 meters (115 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>203,966 bytes (199 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 7.1-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% (¹/₁₆ the area of the original)



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 8,242 bytes (8.0k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 07:21:11<br>7 years, 4 months, 10 days, 6 hours, 28 minutes, 45 seconds ago |
| Create Date | **2010:03:24** 07:21:11<br>7 years, 4 months, 10 days, 6 hours, 28 minutes, 45 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.747147 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.211778 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 35 m |
| GPS Time Stamp | 07:20:45 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24** 7 years, 4 months, 10 days, 13 hours, 49 minutes, 56 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,300 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 199 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.747147 degrees N |
|---|---|
| GPS Longitude | 73.211778 degrees W |
| GPS Altitude | 35 m Below Sea Level |
| GPS Date/Time | **2010:03:24** 07:20:45Z 7 years, 4 months, 10 days, 13 hours, 29 minutes, 11 seconds ago |
| GPS Position | 40.747147 degrees N, 73.211778 degrees W |
| Thumbnail Image | (7,300 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13551875 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5677
License #: 0929611

File Number: 500470
Batch: 20100205

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

----------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

DAVID K BUXBAUM

**Defendant**

----------------------------------------------------X

**Affidavit of Service**

## ORIGINAL

**Attorney:** Thomas Law

**IndexNumber:** CEC10-3173

**Index Date:** 3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 7:38 am deponent served the within Summons and Complaint at 158 HELEN ST , HOLBROOK, NY, 117414608 a Private Residence on defendant DAVID K BUXBAUM (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MR. JOHN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and White skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 158 HELEN ST , HOLBROOK, NY, 117414608. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 1st day of April, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0434.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  7:38:30AM (timezone not specified) <br> (7 years, 4 months, 10 days, 8 hours, 14 minutes, 23 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 47' 10.7" North,  73° 4' 54.7" West** <br> ( 40.786317, -73.081861 ) <br><br> Location guessed from coordinates: <br> *148 Helen St, Holbrook, NY 11741, USA* <br><br> Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below) <br><br> Altitude: 1 meter (3 feet) <br> Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**) <br> 182,106 bytes (178 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.** <br> Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 5.1-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🕐 🔎 🔍 1:1 Main JPG image displayed here at 26% width ($\frac{1}{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

# EXIF — this group of metadata is encoded in 6,203 bytes (6.1k)

| Camera Model Name | Eris |
|---|---|
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 07:38:30<br>7 years, 4 months, 10 days, 6 hours, 14 minutes, 23 seconds ago |
| Create Date | **2010:03:24** 07:38:30<br>7 years, 4 months, 10 days, 6 hours, 14 minutes, 23 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.786317 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.081861 degrees |
|---|---|
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 1 m |
| GPS Time Stamp | 07:38:02 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 10 days, 13 hours, 52 minutes, 53 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 5,261 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 178 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.786317 degrees N |
|---|---|
| GPS Longitude | 73.081861 degrees W |
| GPS Altitude | 1 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 07:38:02Z<br>7 years, 4 months, 10 days, 13 hours, 14 minutes, 51 seconds ago |
| GPS Position | 40.786317 degrees N, 73.081861 degrees W |
| Thumbnail Image | (5,261 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13600173 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500479
Batch:   20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

-----------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

DANIEL P GAYLARDO

**Defendant**
-----------------------------------------------X

**Affidavit of Service**         **ORIGINAL**

**Attorney:** Thomas Law

**IndexNumber:** CEC10-3188

**Index Date:** 3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 7:45 am deponent served the within Summons and Complaint at 1328 COATES AVE , HOLBROOK, NY, 117412424 a Private Residence on defendant DANIEL P GAYLARDO (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney.or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 1328 COATES AVE , HOLBROOK, NY, 117412424. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 1st day of aprl , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0435 (1).jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  7:43:12AM (timezone not specified)<br>(7 years, 4 months, 10 days, 8 hours, 12 minutes ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 47' 57.4"** North,  **73° 4' 49.1"** West<br>( 40.799289, -73.080306 )<br><br>Location guessed from coordinates:<br>*1336 Coates Ave N, Holbrook, NY 11741, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 15 meters (49 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>189,042 bytes (185 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

🔄 🔍 🔎 [1:1] Extracted **208 × 320** 7.1-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🕐 🔎 🔍 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 8,217 bytes (8.0k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 07:43:12<br>7 years, 4 months, 10 days, 6 hours, 12 minutes ago |
| Create Date | **2010:03:24** 07:43:12<br>7 years, 4 months, 10 days, 6 hours, 12 minutes ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.799289 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.080306 degrees |
|---|---|
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 15 m |
| GPS Time Stamp | 07:42:25 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 10 days, 13 hours, 55 minutes, 12 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,275 |

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 185 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.799289 degrees N |
|---|---|
| GPS Longitude | 73.080306 degrees W |
| GPS Altitude | 15 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 07:42:25Z<br>7 years, 4 months, 10 days, 13 hours, 12 minutes, 47 seconds ago |
| GPS Position | 40.799289 degrees N, 73.080306 degrees W |
| Thumbnail Image | (7,275 bytes binary data) |

## ExifTool

| Warning | Bad PrintIM size |
|---|---|

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13545633 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:  500465
Batch:  20100205

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

--------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

PAUL J PETTERSEN

**Defendant**
--------------------------------------------------------X

**Affidavit of Service**        ORIGINAL

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-3175

**Index Date:**  3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 7:56 am deponent served the within Summons and Complaint at 23 LAWRENCE AVE , HOLBROOK, NY, 117411008 a Private Residence on defendant PAUL J PETTERSEN (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Red hair and White skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 23 LAWRENCE AVE , HOLBROOK, NY, 117411008. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____,2010


William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0436 (1).jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  7:54:32AM (timezone not specified)<br>(7 years, 4 months, 10 days, 8 hours, 6 minutes, 45 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 49' 43.3" North,  **73°** 5' 15.4" West<br>( 40.828706, -73.087622 )<br><br>Location guessed from coordinates:<br>*23 Lawrence Ave, Holbrook, NY 11741, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 22 meters (72 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>171,399 bytes (167 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 5.6-kilobyte "Composite:ThumbnailImage" JPG Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



2010/03/24 07:54

Click image to isolate; click this text to show histogram



Here's the full data:

## EXIF — this group of metadata is encoded in 6,694 bytes (6.5k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 07:54:32 <br> 7 years, 4 months, 10 days, 6 hours, 6 minutes, 45 seconds ago |
| Create Date | **2010:03:24** 07:54:32 <br> 7 years, 4 months, 10 days, 6 hours, 6 minutes, 45 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.828706 degrees |
| GPS Longitude Ref | West |

| | |
|---|---|
| GPS Longitude | 73.087622 degrees |
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 22 m |
| GPS Time Stamp | 07:54:00 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 10 days, 14 hours, 1 minute, 17 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 5,752 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| | |
|---|---|
| PrintIM Version | 0300 |

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 167 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| | |
|---|---|
| GPS Latitude | 40.828706 degrees N |
| GPS Longitude | 73.087622 degrees W |
| GPS Altitude | 22 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 07:54:00Z<br>7 years, 4 months, 10 days, 13 hours, 7 minutes, 17 seconds ago |
| GPS Position | 40.828706 degrees N, 73.087622 degrees W |
| Thumbnail Image | (5,752 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13545015 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201·
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500483
Batch:   20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

----------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

RENEE W MORIN

**Defendant**

----------------------------------------------------X

**Affidavit of Service**   **ORIGINAL**

**Attorney:**  Thomas  Law

**IndexNumber:**   CEC10-3187

**Index Date:**   3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 8:08 am deponent served the within Summons and Complaint at 133 OVERLOOK DR APT 133 , FARMINGVILLE, NY, 117383109 apartment 133 a Residence on defendant RENEE W MORIN (herein after referred to as recipient)

by delivering there at a true copy of each to MR. MORIN, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 133 OVERLOOK DR APT 133 , FARMINGVILLE, NY, 117383109 apartment 133.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog  · Lightroom plugins  · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0437.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  8:08:19AM (timezone not specified)<br>(7 years, 4 months, 10 days, 7 hours, 56 minutes, 8 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 50' 52.3"** North,  **73° 1' 17.2"** West<br>( 40.847856, -73.021439 )<br><br>Location guessed from coordinates:<br>*111-175 Overlook Dr, Farmingville, NY 11738, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 29 meters (95 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>224,344 bytes (219 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 7.2-kilobyte "Composite:ThumbnailImage" JPG Displayed here at 200% (¹⁄₁₆ the area of the original)



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 8,366 bytes (8.2k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 08:08:19 <br> 7 years, 4 months, 10 days, 5 hours, 56 minutes, 8 seconds ago |
| Create Date | **2010:03:24** 08:08:19 <br> 7 years, 4 months, 10 days, 5 hours, 56 minutes, 8 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.847856 degrees |
| GPS Longitude Ref | West |

| | |
|---|---|
| GPS Longitude | 73.021439 degrees |
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 29 m |
| GPS Time Stamp | 08:07:50 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24** <br> 7 years, 4 months, 10 days, 14 hours, 4 minutes, 27 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,424 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0 k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 219 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| | |
|---|---|
| GPS Latitude | 40.847856 degrees N |
| GPS Longitude | 73.021439 degrees W |
| GPS Altitude | 29 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 08:07:50Z <br> 7 years, 4 months, 10 days, 12 hours, 56 minutes, 37 seconds ago |
| GPS Position | 40.847856 degrees N, 73.021439 degrees W |
| Thumbnail Image | (7,424 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the
service to function.

ATTY REF NO: ## 13600657 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500472
Batch:   20100205

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

------------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

                        **Plaintiff**

       -against-

COLLEEN MCKEEVER

                        **Defendant**

------------------------------------------------------X

**Affidavit of Service**        **ORIGINAL**

**Attorney:**   Thomas Law

**IndexNumber:**   CEC10-3...

**Index Date:**   3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 8:18 am deponent served the within Summons and Complaint at 16 LEHIGH LN , FARMINGVILLE, NY, 117381426 a Private Residence on defendant COLLEEN MCKEEVER (herein after referred to as recipient)

by delivering therat a true copy of each to MR. ALVERY MCKEEVER, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and White skin, 21-35 years old, 5'4"-5'8",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 16 LEHIGH LN , FARMINGVILLE, NY, 117381426. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

                     NASSER ATRASH
                     License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

| Some of my other stuff |
| --- |
| · My Blog · Lightroom plugins · Pretty Photos · "Photo Tech" |

**URL:**
URL of image on the web
*or...*
**File:** [Choose File] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[View Image Data]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [Send a gift via PayPal], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0438 (1).jpg

| | |
| --- | --- |
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  8:16:30AM (timezone not specified)<br>(7 years, 4 months, 10 days, 7 hours, 50 minutes, 2 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:   **40° 50' 38.1"** North,  **73° 2' 56.3"** West<br>( 40.843906, -73.048972 )<br><br>Location guessed from coordinates:<br>*16 Lehigh Ln, Farmingville, NY 11738, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 36 meters (118 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>279,958 bytes (273 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

🔍 🔎 🔎 1:1  Extracted **208 × 320** 8.3-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% (1/16 the area of the original)

Jeffrey Friedl's Image Metadata Viewer



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 9,472 bytes (9.2k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 08:16:30<br>7 years, 4 months, 10 days, 5 hours, 50 minutes, 2 seconds ago |
| Create Date | **2010:03:24** 08:16:30<br>7 years, 4 months, 10 days, 5 hours, 50 minutes, 2 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.843906 degrees |
| GPS Longitude Ref | West |

| | |
|---|---|
| GPS Longitude | 73.048972 degrees |
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 36 m |
| GPS Time Stamp | 08:16:11 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 10 days, 14 hours, 6 minutes, 32 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 8,530 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| | |
|---|---|
| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 273 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| | |
|---|---|
| GPS Latitude | 40.843906 degrees N |
| GPS Longitude | 73.048972 degrees W |
| GPS Altitude | 36 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 08:16:11Z<br>7 years, 4 months, 10 days, 12 hours, 50 minutes, 21 seconds ago |
| GPS Position | 40.843906 degrees N, 73.048972 degrees W |
| Thumbnail Image | (8,530 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13547491 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   500480
Batch:   20100205

-----------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**

ORIGINAL

                                    **Plaintiff**

              -against-

DEBRA ANNESSA

                                    **Defendant**

-----------------------------------------------X

**Attorney:**   Thomas Law

**IndexNumber:**   CEC10-3190

**Index Date:**   3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 8:28 am deponent served the within Summons and Complaint at 246 WOODYCREST DR , HOLTSVILLE, NY, 117421763 a Private Residence on defendant DEBRA ANNESSA (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Red hair and White skin, 21-35 years old, 5'4"-5'8", 161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 246 WOODYCREST DR , HOLTSVILLE, NY, 117421763.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML6045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0439.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  8:28:21AM (timezone not specified)<br>(7 years, 4 months, 10 days, 7 hours, 40 minutes, 13 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 49' 11"** North,  **73°** 1' 36.3" West<br>( 40.819714, -73.026739 )<br><br>Location guessed from coordinates:<br>*231 Woodycrest Dr, Holtsville, NY 11742, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 40 meters (131 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>303,880 bytes (297 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Ⓤ ℗ ℘ [1:1] Extracted **208 × 320** 8.8-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% (¹/₁₆ the area of the original)



Click image to isolate; click this text to show histogram

🕲 🔎 🔎 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



2010/03/24 08:28

Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 9,905 bytes (9.7k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 08:28:21<br>7 years, 4 months, 10 days, 5 hours, 40 minutes, 13 seconds ago |
| Create Date | **2010:03:24** 08:28:21<br>7 years, 4 months, 10 days, 5 hours, 40 minutes, 13 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.819714 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.026739 degrees |
|---|---|
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 40 m |
| GPS Time Stamp | 08:27:37 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 10 days, 14 hours, 8 minutes, 34 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 8,963 |

## PrintIM — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

## APP4

| Data Length | 264 |
|---|---|
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 70,275 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |
| Scalado CSPC | -2232593 |
| Scalado DATA | 54,941 |
| Scalado DATA | 15,316 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -36903 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -59092 |

| Scalado MAIN | 60 |
| Scalado CLEN | -1024 |

**File** — basic information derived from the file.

| File Type | JPEG |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 297 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.819714 degrees N |
| GPS Longitude | 73.026739 degrees W |
| GPS Altitude | 40 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 08:27:37Z<br>7 years, 4 months, 10 days, 12 hours, 40 minutes, 57 seconds ago |
| GPS Position | 40.819714 degrees N, 73.026739 degrees W |
| Thumbnail Image | (8,963 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13551682 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   500458
Batch:   20100205

```
----------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.
                                    Plaintiff

            -against-

JENNIFER A SMITH

                                    Defendant
----------------------------------------------X
```

Affidavit of Service **ORIGINAL**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-31632

**Index Date:**  3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 8:53 am deponent served the within Summons and Complaint at 2804 KANE AVE , MEDFORD, NY, 117631905 a Private Residence on defendant JENNIFER A SMITH (herein after referred to as recipient)

by delivering therat a true copy of each to MR. SMITH, an individual of suitable age and discretion. That individual was also asked by deponent whether said premises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 2804 KANE AVE , MEDFORD, NY, 117631905.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___ day of _april_, 2010

William Muto
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web

*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0441.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**   8:53:03AM (timezone not specified)<br>(7 years, 4 months, 10 days, 7 hours, 17 minutes, 56 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:   **40°** 49' 39.1" North,   **72°** 58' 31.9" West<br>( 40.827533, -72.975539 )<br><br>Location guessed from coordinates:<br>*2804 Kane Ave, Medford, NY 11763, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 6 meters (20 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>214,387 bytes (209 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

✋ 🔍 🔎 [1:1] Extracted **208 × 320** 6.8-kilobyte "`Composite:ThumbnailImage`" JPG
Displayed here at 200% (¹⁄₁₆ the area of the original)



Click image to isolate; click this text to show histogram

🕐 🔍 🔎 **1:1** Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 7,945 bytes (7.8k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 08:53:03<br>7 years, 4 months, 10 days, 5 hours, 17 minutes, 56 seconds ago |
| Create Date | **2010:03:24** 08:53:03<br>7 years, 4 months, 10 days, 5 hours, 17 minutes, 56 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.827533 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 72.975539 degrees |
| --- | --- |
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 6 m |
| GPS Time Stamp | 08:52:41 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 10 days, 14 hours, 10 minutes, 59 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,003 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
| --- | --- |

**File** — basic information derived from the file.

| File Type | JPEG |
| --- | --- |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 209 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.827533 degrees N |
| --- | --- |
| GPS Longitude | 72.975539 degrees W |
| GPS Altitude | 6 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 08:52:41Z<br>7 years, 4 months, 10 days, 12 hours, 18 minutes, 18 seconds ago |
| GPS Position | 40.827533 degrees N, 72.975539 degrees W |
| Thumbnail Image | (7,003 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13547097 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

File Number:   500471
Batch:   20100205

ORIGINAL

------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**

                                        **Plaintiff**

**Attorney:**  Thomas Law

          -against-

**IndexNumber:**  CEC10-3176

LYNNE S SCIORTINO

**Index Date:**  3/5/2010

                                        **Defendant**
------------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 9:02 am deponent served the within Summons and Complaint at 33 REDPINE DR , MEDFORD, NY, 117634326 a Private Residence on defendant LYNNE S SCIORTINO (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MR. JOHN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 33 REDPINE DR , MEDFORD, NY, 117634326. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

Some of my other stuff
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0443.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**   9:02:09AM (timezone not specified)<br>(7 years, 4 months, 10 days, 7 hours, 11 minutes, 49 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:   **40° 48' 7.4"** North,   **72° 57' 52.2"** West<br>( 40.802053, -72.964506 )<br><br>Location guessed from coordinates:<br>*33 Redpine Rd, Medford, NY 11763, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 1 meter (3 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>255,925 bytes (250 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

🄯 ⊙ 🔎 ⊕ [1:1] Extracted **208 × 320** 7.0-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 8,079 bytes (7.9k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 09:02:09<br>7 years, 4 months, 10 days, 5 hours, 11 minutes, 49 seconds ago |
| Create Date | **2010:03:24** 09:02:09<br>7 years, 4 months, 10 days, 5 hours, 11 minutes, 49 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.802053 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 72.964506 degrees |
|---|---|
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 1 m |
| GPS Time Stamp | 09:01:10 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 10 days, 14 hours, 13 minutes, 58 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,137 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 250 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.802053 degrees N |
|---|---|
| GPS Longitude | 72.964506 degrees W |
| GPS Altitude | 1 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 09:01:10Z<br>7 years, 4 months, 10 days, 12 hours, 12 minutes, 48 seconds ago |
| GPS Position | 40.802053 degrees N, 72.964506 degrees W |
| Thumbnail Image | (7,137 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the
service to function.

ATTY REF NO: ## 13673410 ##



Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 500487
Batch: 20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

**ORIGINAL**

-----------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**

**Plaintiff**

-against-

KRISTEN DESIDERI

**Defendant**

**Attorney:** Thomas Law

**IndexNumber:** CEC10-3192

**Index Date:** 3/5/2010

-----------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 9:21 am deponent served the within Summons and Complaint at 30 HOLLY HILL LN , CORAM, NY, 117271824 a Private Residence on defendant KRISTEN DESIDERI (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 30 HOLLY HILL LN , CORAM, NY, 117271824. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML6045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy - Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0444.jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  9:21:18AM (timezone not specified)<br>(7 years, 4 months, 10 days, 6 hours, 54 minutes, 35 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 52' 37.9"** North,  **73°** 1' 26.4" West<br>( 40.877206, -73.024000 )<br><br>Location guessed from coordinates:<br>*27 Holly Hill Ln, Coram, NY 11727, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 17 meters (56 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>219,211 bytes (214 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

🔃 🔍 🔎 🔳 Extracted **208 × 320** 7.8-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% (¹⁄₁₆ the area of the original)



Click image to isolate; click this text to show histogram

⟳ 🔍 🔍 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## **EXIF** — this group of metadata is encoded in 8,963 bytes (8.8k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 09:21:18<br>7 years, 4 months, 10 days, 4 hours, 54 minutes, 35 seconds ago |
| Create Date | **2010:03:24** 09:21:18<br>7 years, 4 months, 10 days, 4 hours, 54 minutes, 35 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.877206 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.024000 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 17 m |
| GPS Time Stamp | 09:20:59 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 10 days, 14 hours, 15 minutes, 53 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 8,021 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 214 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.877206 degrees N |
|---|---|
| GPS Longitude | 73.024000 degrees W |
| GPS Altitude | 17 m Below Sea Level |
| GPS Date/Time | **2010:03:24** 09:20:59Z<br>7 years, 4 months, 10 days, 11 hours, 54 minutes, 54 seconds ago |
| GPS Position | 40.877206 degrees N, 73.024000 degrees W |
| Thumbnail Image | (8,021 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13538840 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500489
Batch:   20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

```
-------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.
                                    Plaintiff

            -against-
KATHERINE A FLOOD
                                    Defendant
-------------------------------------------------X
```

**Affidavit of Service**

**ORIGINAL**

Attorney:  Thomas Law

IndexNumber:  CEC10-3195

Index Date:  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 9:31 am deponent served the within Summons and Complaint at 105 MARSHALL DR , SELDEN, NY, 11784 a Private Residence on defendant KATHERINE A FLOOD (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 105 MARSHALL DR , SELDEN, NY, 11784. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ___1___ day of ___april___, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML6045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0445 (1).jpg

| | |
|---|---|
| Camera: | Htc Eris |
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  9:31:05AM (timezone not specified)<br>(7 years, 4 months, 11 days, 4 hours, 20 minutes, 55 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 52' 9" North**, **73° 3' 35.3" West**<br>( 40.869172, -73.059817 )<br><br>Location guessed from coordinates:<br>*101 Marshall Dr, Selden, NY 11784, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 22 meters (**72 feet**)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>349,087 bytes (341 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

🐦 🔍 🔎 [1:1] Extracted **208 × 320** 8.1-kilobyte "Composite:ThumbnailImage" JPG Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

⟳ 🔍 🔍 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 9,223 bytes (9.0k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 09:31:05<br>7 years, 4 months, 11 days, 2 hours, 20 minutes, 55 seconds ago |
| Create Date | **2010:03:24** 09:31:05<br>7 years, 4 months, 11 days, 2 hours, 20 minutes, 55 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.869172 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.059817 degrees |
|---|---|
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 22 m |
| GPS Time Stamp | 09:30:30 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 11 days, 11 hours, 52 minutes ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 8,281 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 341 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.869172 degrees N |
|---|---|
| GPS Longitude | 73.059817 degrees W |
| GPS Altitude | 22 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 09:30:30Z<br>7 years, 4 months, 11 days, 9 hours, 21 minutes, 30 seconds ago |
| GPS Position | 40.869172 degrees N, 73.059817 degrees W |
| Thumbnail Image | (8,281 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13304914 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500456
Batch:   20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

# ORIGINAL

-------------------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF FIA CARD SERVICES, N.A.

**Affidavit of Service**

                                    **Plaintiff**

            -against-

LAUREN HIRSCH

                                    **Defendant**
-------------------------------------------------------X

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3164

**Index Date:**  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 9:49 am deponent served the within Summons and Complaint at 32 COMMONWEALTH AVE # 1 , LAKE GROVE, NY, 117551723 a Private Residence on defendant LAUREN HIRSCH (herein after referred to as recipient)

by delivering therat a true copy of each to MR. HIRSCH, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 32 COMMONWEALTH AVE # 1 , LAKE GROVE, NY, 117551723.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Miotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ]  No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0446.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  9:48:05AM (timezone not specified)<br>(7 years, 4 months, 11 days, 4 hours, 7 minutes, 4 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40° 52' 27.6" North,  73° 6' 55.1" West**<br>( 40.874333, -73.115317 )<br><br>Location guessed from coordinates:<br>*32 Commonwealth Ave, Lake Grove, NY 11755, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 5 meters (16 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>163,884 bytes (160 kilobytes) |
| Color Encoding: | WARNING: Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

☺ ✎ ✐ [1:1]  Extracted **208 × 320** 6.6-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% (¹/₁₆ the area of the original)



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 7,705 bytes (7.5k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 09:48:05<br>7 years, 4 months, 11 days, 2 hours, 7 minutes, 4 seconds ago |
| Create Date | **2010:03:24** 09:48:05<br>7 years, 4 months, 11 days, 2 hours, 7 minutes, 4 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.874333 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.115317 degrees |
|---|---|
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 5 m |
| GPS Time Stamp | 09:47:47 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 11 days, 11 hours, 55 minutes, 9 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 6,763 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 160 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.874333 degrees N |
|---|---|
| GPS Longitude | 73.115317 degrees W |
| GPS Altitude | 5 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 09:47:47Z<br>7 years, 4 months, 11 days, 9 hours, 7 minutes, 22 seconds ago |
| GPS Position | 40.874333 degrees N, 73.115317 degrees W |
| Thumbnail Image | (6,763 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13542633 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-6577
License #: 0929611

File Number:   500462
Batch:   20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

PIERRE R ELIACIN

**Defendant**

------------------------------------------------X

**Affidavit of Service**

# ORIGINAL

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3168

**Index Date:**  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years,  not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the  24th  day of  March, 2010, at approximately the time of 10:13 am deponent served the within Summons and Complaint at 196 SERPENTINE LN , ISLANDIA, NY, 117491621 a  Private Residence on defendant PIERRE R ELIACIN (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 21-35 years old, 5'0"-5'3",131-160 Lbs.

On Wednesday, the  31st  day of  March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 196 SERPENTINE LN , ISLANDIA, NY, 117491621.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

Some of my other stuff
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** Choose File  No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

View Image Data

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. Send a gift via PayPal , or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0447.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  10:12:05AM (timezone not specified)<br>(7 years, 4 months, 11 days, 3 hours, 44 minutes, 3 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 48' 24.8" North,  **73°** 10' 11.9" West<br>( 40.806886, -73.169961 )<br><br>Location guessed from coordinates:<br>*192 Serpentine Ln, Islandia, NY 11749, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 15 meters (49 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4** megapixels)<br>197,438 bytes (193 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

☺ ☌ ☏ 1:1 Extracted **208 × 320** 6.9-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% (¹⁄₁₆ the area of the original)



Click image to isolate; click this text to show histogram

⟲ 🔍 🔎 ⊞ Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 7,988 bytes (7.8k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 10:12:05<br>7 years, 4 months, 11 days, 1 hour, 44 minutes, 4 seconds ago |
| Create Date | **2010:03:24** 10:12:05<br>7 years, 4 months, 11 days, 1 hour, 44 minutes, 4 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.806886 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.169961 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 15 m |
| GPS Time Stamp | 10:11:47 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 11 days, 11 hours, 56 minutes, 9 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,046 |

## PrintIM — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

## File — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 193 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.806886 degrees N |
|---|---|
| GPS Longitude | 73.169961 degrees W |
| GPS Altitude | 15 m Below Sea Level |
| GPS Date/Time | **2010:03:24** 10:11:47Z<br>7 years, 4 months, 11 days, 8 hours, 44 minutes, 22 seconds ago |
| GPS Position | 40.806886 degrees N, 73.169961 degrees W |
| Thumbnail Image | (7,046 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modifed this viewer on June 13, 2017.

Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 12194817 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:  500455
Batch:  20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

-------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF CITIFINANCIAL

**Plaintiff**

-against-

WILLIAM A POINTER

**Defendant**

-------------------------------------------------X

**Affidavit of Service**

**ORIGINAL**

**Attorney:**  Thomas  Law

**IndexNumber:**  CEC10-3166

**Index Date:**  3/5/2010

APR 7  3 03 PM '10
SUFFOLK COUNTY
DISTRICT COURT

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 10:28 am deponent served the within Summons and Complaint at 36 CRANBERRY ST , CENTRAL ISLIP, NY, 11722 a  Private Residence on defendant WILLIAM A POINTER (herein after referred to as recipient)

by delivering therat a true copy of each to MS. POINTER, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8",131-160 Lbs.

On Wednesday, the  31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 36 CRANBERRY ST , CENTRAL ISLIP, NY, 11722.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this ____ day of _____, 2010

William Mistok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

Some of my other stuff
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0449.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 24, 2010** 10:27:38AM (timezone not specified)<br>(7 years, 4 months, 11 days, 3 hours, 29 minutes, 22 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude: **40°** 46' 25.9" North, **73°** 11' 0.2" West<br>( 40.773853, -73.183394 )<br><br>Location guessed from coordinates:<br>*36 Cranberry St, Central Islip, NY 11722, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 79 meters (259 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>177,101 bytes (173 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 5.8-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🔄 🔍 🔎 1:1  Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 6,881 bytes (6.7k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 10:27:38<br>7 years, 4 months, 11 days, 1 hour, 29 minutes, 22 seconds ago |
| Create Date | **2010:03:24** 10:27:38<br>7 years, 4 months, 11 days, 1 hour, 29 minutes, 22 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.773853 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.183394 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 79 m |
| GPS Time Stamp | 10:27:12 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 11 days, 11 hours, 57 minutes ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 5,939 |

**PrintIM** — this group of metadata is encoded in 16 bytes ( 0.0k )

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 173 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.773853 degrees N |
|---|---|
| GPS Longitude | 73.183394 degrees W |
| GPS Altitude | 79 m Below Sea Level |
| GPS Date/Time | **2010:03:24** 10:27:12Z<br>7 years, 4 months, 11 days, 8 hours, 29 minutes, 48 seconds ago |
| GPS Position | 40.773853 degrees N, 73.183394 degrees W |
| Thumbnail Image | (5,939 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the
service to function.

ATTY REF NO: ## 13566056 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500467
Batch:   20100205

**DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA**

# ORIGINAL

-----------------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE
OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**

                                    **Plaintiff**

          -against-

CARLOS M RODRIGUEZ

                                    **Defendant**
-----------------------------------------------X

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3173

**Index Date:**  3/5/2010

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 10:40 am deponent served the within Summons and Complaint at 157 AMERICAN BLVD , BRENTWOOD, NY, 117175628 a Private Residence on defendant CARLOS M RODRIGUEZ (herein after referred to as recipient)

by delivering therat a true copy of each to MS. MARIA RODRIGUEZ, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'0"-5'3",100-130 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 157 AMERICAN BLVD , BRENTWOOD, NY, 117175628.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969