# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
- My Blog · Lightroom plugins · Pretty Photos
- "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0450.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 24, 2010** 10:40:31AM (timezone not specified)<br>(7 years, 4 months, 11 days, 3 hours, 17 minutes, 15 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude: **40° 46' 28.7"** North, **73° 14' 6.8"** West<br>( 40.774642, -73.235217 )<br><br>Location guessed from coordinates:<br>*157 American Blvd, Brentwood, NY 11717, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 54 meters (177 feet) below sea level<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>407,507 bytes (398 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly**.<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 8.7-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

⟲ 🔎 🔍 🔳 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 9,856 bytes (9.6k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 10:40:31<br>7 years, 4 months, 11 days, 1 hour, 17 minutes, 15 seconds ago |
| Create Date | **2010:03:24** 10:40:31<br>7 years, 4 months, 11 days, 1 hour, 17 minutes, 15 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.774642 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.235217 degrees |
|---|---|
| GPS Altitude Ref | Below Sea Level |
| GPS Altitude | 54 m |
| GPS Time Stamp | 10:40:06 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 11 days, 11 hours, 57 minutes, 46 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 8,914 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 398 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.774642 degrees N |
|---|---|
| GPS Longitude | 73.235217 degrees W |
| GPS Altitude | 54 m Below Sea Level |
| GPS Date/Time | **2010:03:24** 10:40:06Z<br>7 years, 4 months, 11 days, 8 hours, 17 minutes, 40 seconds ago |
| GPS Position | 40.774642 degrees N, 73.235217 degrees W |
| Thumbnail Image | (8,914 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick. Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13549909 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number:   500478
Batch:   20100205

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

# ORIGINAL

-----------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

                                    **Plaintiff**

          -against-

FAUSTINO R QUISPE

                                    **Defendant**
-----------------------------------------X

**Affidavit of Service**

**Attorney:**  Thomas Law

**IndexNumber:**  CEC10-3183

**Index Date:**  3/5/2010

State of New York
County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 10:49 am deponent served the within Summons and Complaint at 55 MORTON ST , BRENTWOOD, NY, 117172220 a Private Residence on defendant FAUSTINO R QUISPE (herein after referred to as recipient)

by delivering therat a true copy of each to REFUSED NAME, MR. JOHN, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Male with Black hair and Brown skin, 36-50 years old, 5'9"-6'0", 161-200 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly. addressed to the defendants last known address at: 55 MORTON ST , BRENTWOOD, NY, 117172220.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this _____ day of _____, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified In Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

Some of my other stuff
· My Blog · Lightroom plugins · Pretty Photos · "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0451.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**  10:48:54AM (timezone not specified)<br>(7 years, 4 months, 11 days, 3 hours, 10 minutes, 18 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:   **40° 47' 41.5"** North,  **73° 15' 8.2"** West<br>( 40.794875, -73.252272 )<br><br>Location guessed from coordinates:<br>*55 Morton St, Brentwood, NY 11717, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 14 meters (46 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>208,876 bytes (204 kilobytes) |
| Color Encoding: | WARNING: Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 7.1-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

⟳ 🔍 🔎 🔳 Main JPG image displayed here at 26% width ($\frac{1}{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## **EXIF** — this group of metadata is encoded in 8,258 bytes ( 8.1k )

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 10:48:54<br>7 years, 4 months, 11 days, 1 hour, 10 minutes, 18 seconds ago |
| Create Date | **2010:03:24** 10:48:54<br>7 years, 4 months, 11 days, 1 hour, 10 minutes, 18 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.794875 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.252272 degrees |
|---|---|
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 14 m |
| GPS Time Stamp | 10:48:32 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 11 days, 11 hours, 59 minutes, 12 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 7,316 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 204 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.794875 degrees N |
|---|---|
| GPS Longitude | 73.252272 degrees W |
| GPS Altitude | 14 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 10:48:32Z<br>7 years, 4 months, 11 days, 8 hours, 10 minutes, 40 seconds ago |
| GPS Position | 40.794875 degrees N, 73.252272 degrees W |
| Thumbnail Image | (7,316 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13545670 ##



Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 500477
Batch: 20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

------------------------------------X
CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Plaintiff**

-against-

DONNA BROWN

**Defendant**
------------------------------------X

**Affidavit of Service**          **ORIGINAL**

**Attorney:** Thomas Law

**IndexNumber:** CEC10-3184

**Index Date:** 3/5/2010

State of New York
County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Wednesday, the 24th day of March, 2010, at approximately the time of 10:53 am deponent served the within Summons and Complaint at 29 W WHITE ST , BRENTWOOD, NY, 117171334 a Private Residence on defendant DONNA BROWN (herein after referred to as recipient)

by delivering there a true copy of each to REFUSED NAME, MS. JANE, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.
The person served was Female with Black hair and Brown skin, 36-50 years old, 5'4"-5'8", 131-160 Lbs.

On Wednesday, the 31st day of March, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 29 W WHITE ST , BRENTWOOD, NY, 117171334. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this 1 day of april, 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML6045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

Some of my other stuff
· My Blog  ·  Lightroom plugins  ·  Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0452.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 24, 2010**   10:52:54AM (timezone not specified)<br>(7 years, 4 months, 11 days, 3 hours, 14 minutes, 35 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:   **40° 48' 2.3" North,   73° 15' 50.7" West**<br>( 40.800644, -73.264089 )<br><br>Location guessed from coordinates:<br>*30 W White St, Brentwood, NY 11717, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 29 meters (95 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>279,379 bytes (273 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly**.<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 8.9-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

&#x21ba; &#x1f50d; &#x1f50e; 1:1 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 10,055 bytes (9.8k)

| Camera Model Name | Eris |
|---|---|
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:24** 10:52:54<br>7 years, 4 months, 11 days, 1 hour, 14 minutes, 35 seconds ago |
| Create Date | **2010:03:24** 10:52:54<br>7 years, 4 months, 11 days, 1 hour, 14 minutes, 35 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.800644 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.264089 degrees |
| --- | --- |
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 29 m |
| GPS Time Stamp | 10:52:32 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:24**<br>7 years, 4 months, 11 days, 12 hours, 7 minutes, 29 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 9,113 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
| --- | --- |

**File** — basic information derived from the file.

| File Type | JPEG |
| --- | --- |
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 273 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**
This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.800644 degrees N |
| --- | --- |
| GPS Longitude | 73.264089 degrees W |
| GPS Altitude | 29 m Above Sea Level |
| GPS Date/Time | **2010:03:24** 10:52:32Z<br>7 years, 4 months, 11 days, 8 hours, 14 minutes, 57 seconds ago |
| GPS Position | 40.800644 degrees N, 73.264089 degrees W |
| Thumbnail Image | (9,113 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13637430 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #:  0929611

File Number:  500474
Batch:  20100205

## DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS ASSIGNEE OF CAVALRY SPV I, LLC, AS ASSIGNEE OF RIVERWALK HOLDINGS, LTD, AS ASSIGNEE OF WASHINGTON MUTUAL BANK

**Plaintiff**

-against-

HERBERT HERNANDEZ

**Defendant**

------------------------------------------------X

**Affidavit of Service**            ORIGINAL

**Attorney:**  Thomas Law

**Index Number:**  CEC10-3181

**Index Date:**  3/5/2010

State of New York

County of Kings

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 30th day of March, 2010, at approximately the time of 6:33 am deponent served the within Summons and Complaint at 13 TIMON CT , HUNTINGTON, NY, 117345349 a  Private Residence on defendant HERBERT HERNANDEZ (herein after referred to as recipient)

by delivering therat a true copy of each to MS. MARIA HERNANDEZ, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Female with Black hair and Brown skin, 36-50 years old, 5'0"-5'3",131-160 Lbs.

On Thursday, the  8th  day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 13 TIMON CT , HUNTINGTON, NY, 117435349.  Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this  8  day of _____, 2010

William Motok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file: IMAG0478.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 30, 2010**  6:31:24AM (timezone not specified)<br>(7 years, 4 months, 5 days, 8 hours, 28 minutes, 36 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 50' 32.1" North,  **73°** 22' 17.8" West<br>( 40.842239, -73.371600 )<br><br>Location guessed from coordinates:<br>*13 Timon Ct, Huntington, NY 11743, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 33 meters (108 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>262,548 bytes (256 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 3.3-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

🕑 🔎 ⊕ 🔳 Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



2010/03/30  06 : 31

Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 4,301 bytes (4.2k)

| | |
|---|---|
| Camera Model Name | Eris |
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:30** 06:31:24<br>7 years, 4 months, 5 days, 6 hours, 28 minutes, 36 seconds ago |
| Create Date | **2010:03:30** 06:31:24<br>7 years, 4 months, 5 days, 6 hours, 28 minutes, 36 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.842239 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 73.371600 degrees |
|---|---|
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 33 m |
| GPS Time Stamp | 06:30:44 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:30**<br>7 years, 4 months, 5 days, 13 hours ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 3,359 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

## APP4

| Data Length | 264 |
|---|---|
| Scalado META | 24 |
| Scalado VERS | -131328 |
| Scalado SCX0 | 18 |
| Scalado SCX0 | 46,157 |
| Scalado SCX1 | 84 |
| Preview Image Width | 428 |
| Preview Image Height | 640 |
| Scalado WDEC | 0 |
| Scalado HDEC | 0 |
| Preview Quality | 85 |
| Scalado CSPC | -2232593 |
| Scalado DATA | 30,895 |
| Scalado DATA | 15,244 |
| Scalado SCI0 | 36 |
| Scalado CHKH | 0 |
| Scalado CHKH | -19606 |
| Scalado CHKL | -7060 |
| Scalado CHKL | -57695 |

| Scalado MAIN | 60 |
|---|---|
| Scalado CLEN | -1024 |

## File — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 256 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

## Composite

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.842239 degrees N |
|---|---|
| GPS Longitude | 73.371600 degrees W |
| GPS Altitude | 33 m Above Sea Level |
| GPS Date/Time | **2010:03:30** 06:30:44Z<br>7 years, 4 months, 5 days, 13 hours, 29 minutes, 16 seconds ago |
| GPS Position | 40.842239 degrees N, 73.371600 degrees W |
| Thumbnail Image | (3,359 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modified this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.

ATTY REF NO: ## 13551724 ##





Samserv, Inc.
140 Clinton Street
Brooklyn, NY 11201
Telephone: (718) 875-1133 Fax: (718) 875-5577
License #: 0929611

File Number: 500459
Batch: 20100205

# DISTRICT COURT OF THE COUNTY OF SUFFOLK, FIRST DISTRICT AT RONKONKOMA

## ORIGINAL

------------------------------------------------X

CAVALRY PORTFOLIO SERVICES, LLC, AS
ASSIGNEE OF CAVALRY INVESTMENTS, LLC, AS
ASSIGNEE OF HSBC BANK NEVADA, N.A.

**Affidavit of Service**

                                **Plaintiff**

-against-

**Attorney:**  Thomas Law

ERIN E ARGYRIS

**IndexNumber:**  CEC10-3162

                                **Defendant**

**Index Date:**  3/5/2010

------------------------------------------------X

**State of New York**

**County of Kings**

NASSER ATRASH, residing in KINGS COUNTY, being duly sworn, deposes and states that he is over the age of eighteen years, not a party to this action, and has personal and firsthand knowledge of all matters stated herein.

That on Tuesday, the 30th day of March, 2010, at approximately the time of 7:49 am deponent served the within Summons and Complaint at 7 BAYPORT RD , SOUND BEACH, NY, 117893112 a Private Residence on defendant ERIN E ARGYRIS (herein after referred to as recipient)

by delivering therat a true copy of each to MR. ARGYRIS, an individual of suitable age and discretion. That individual was also asked by deponent whether said permises was the recipient's actual place of Private Residence, reply was affirmative.

The person served was Male with Black hair and White skin, 36-50 years old, 5'9"-6'0",161-200 Lbs.

On Thursday, the 8th day of April, 2010 I served a copy of the papers stated herein by mail in a first class post paid envelope that bore the legend "Personal and Confidential" and did not indicate on the outside that the content was from an attorney or concerned an action against the recipient. The envelope was properly addressed to the defendants last known address at: 7 BAYPORT RD , SOUND BEACH, NY, 117893112. Said envelope was deposited in an official depository under the exclusive care and custody of the U.S. Postal Service.

I asked the person served and upon information and belief I aver that the defendant is not in the military service and is not dependent on any person in the military service as that term is defined in either the State or Federal Statutes.

Sworn to before me this   8   day of   April  , 2010

William Mlotok
NOTARY PUBLIC, State of New York
No. 01ML5045548
Qualified in Nassau County
Commission Expires June 19, 2011

NASSER ATRASH
License No. 1295969

# Jeffrey's Image Metadata Viewer

Jeffrey Friedl's Image Metadata Viewer
(How to use)

**Some of my other stuff**
· My Blog · Lightroom plugins · Pretty Photos
· "Photo Tech"

**URL:**
URL of image on the web
*or...*
**File:** [ Choose File ] No file chosen

I'm not a robot

reCAPTCHA
Privacy · Terms

[ View Image Data ]

This tool remains available so long as I can keep it free and the bandwidth doesn't cost me too much. A gift of thanks is always appreciated, but certainly not required. [ Send a gift via PayPal ], or perhaps an Amazon gift certificate (to: jfriedl@yahoo.com), or perhaps send me some good karma by doing something kind for a stranger.

If you have questions about this tool, please see the FAQ.

## Basic Image Information

Target file:  IMAG0481.jpg

| Camera: | Htc Eris |
|---|---|
| Exposure: | ISO 100 |
| Date: | **March 30, 2010**  7:48:34AM (timezone not specified)<br>(7 years, 4 months, 5 days, 7 hours, 12 minutes, 51 seconds ago, assuming image timezone of 5 hours behind GMT) |
| Location: | Latitude/longitude:  **40°** 56' 47.9" North,  **72°** 58' 0" West<br>( 40.946647, -72.966672 )<br><br>Location guessed from coordinates:<br>*7 Bayport Rd, Sound Beach, NY 11789, USA*<br><br>Map via embedded coordinates at: Google, Yahoo, WikiMapia, OpenStreetMap, Bing (also see the Google Maps pane below)<br><br>Altitude: 33 meters (108 feet)<br>Timezone guess from earthtools.org: 5 hours behind GMT |
| File: | **1,712 × 2,560** JPEG (**4.4 megapixels**)<br>250,415 bytes (245 kilobytes) |
| Color Encoding: | **WARNING:** Color space tagged as sRGB, without an embedded color profile. **Windows and Mac browsers and apps treat the colors randomly.**<br><br>Images for the web are most widely viewable when in the sRGB color space and with an embedded color profile. See my Introduction to Digital-Image Color Spaces for more information. |

Extracted **208 × 320** 5.4-kilobyte "Composite:ThumbnailImage" JPG
Displayed here at 200% ($^1/_{16}$ the area of the original)



Click image to isolate; click this text to show histogram

Main JPG image displayed here at 26% width ($^1/_{14}$ the area of the original)



Click image to isolate; click this text to show histogram





Here's the full data:

## EXIF — this group of metadata is encoded in 6,425 bytes (6.3k)

| Camera Model Name | Eris |
|---|---|
| Orientation | Horizontal (normal) |
| Software | Android 1.5 |
| Y Cb Cr Positioning | Centered |
| Exif Version | 0220 |
| Date/Time Original | **2010:03:30** 07:48:34<br>7 years, 4 months, 5 days, 5 hours, 12 minutes, 51 seconds ago |
| Create Date | **2010:03:30** 07:48:34<br>7 years, 4 months, 5 days, 5 hours, 12 minutes, 51 seconds ago |
| Components Configuration | Y, Cb, Cr, - |
| Color Space | sRGB |
| Exif Image Size | 1,712 × 2,560 |
| Make | HTC |
| ISO | 100 |
| Flashpix Version | 0100 |
| Interoperability Index | R98 - DCF basic file (sRGB) |
| Interoperability Version | 0100 |
| File Source | Digital Camera |
| Scene Type | Directly photographed |
| White Balance | Auto |
| Print Image Matching | (16 bytes binary data) |
| GPS Version ID | 2.2.0.0 |
| GPS Latitude Ref | North |
| GPS Latitude | 40.946647 degrees |
| GPS Longitude Ref | West |

| GPS Longitude | 72.966672 degrees |
|---|---|
| GPS Altitude Ref | Above Sea Level |
| GPS Altitude | 33 m |
| GPS Time Stamp | 07:48:14 |
| GPS Map Datum | WGS-84 |
| GPS Processing Method | HYBRID-FIX |
| GPS Date Stamp | **2010:03:30**<br>7 years, 4 months, 5 days, 13 hours, 1 minute, 25 seconds ago |
| Compression | JPEG (old-style) |
| Resolution | 72 pixels/inch |
| Thumbnail Length | 5,483 |

**PrintIM** — this group of metadata is encoded in 16 bytes (0.0k)

| PrintIM Version | 0300 |
|---|---|

**File** — basic information derived from the file.

| File Type | JPEG |
|---|---|
| MIME Type | image/jpeg |
| Exif Byte Order | Big-endian (Motorola, MM) |
| Encoding Process | Baseline DCT, Huffman coding |
| Bits Per Sample | 8 |
| Color Components | 3 |
| File Size | 245 kB |
| Image Size | 1,712 × 2,560 |
| Y Cb Cr Sub Sampling | YCbCr4:2:0 (2 2) |

**Composite**

This block of data is computed based upon other items. Some of it may be wildly incorrect, especially if the image has been resized.

| GPS Latitude | 40.946647 degrees N |
|---|---|
| GPS Longitude | 72.966672 degrees W |
| GPS Altitude | 33 m Above Sea Level |
| GPS Date/Time | **2010:03:30** 07:48:14Z<br>7 years, 4 months, 5 days, 12 hours, 13 minutes, 11 seconds ago |
| GPS Position | 40.946647 degrees N, 72.966672 degrees W |
| Thumbnail Image | (5,483 bytes binary data) |

This application uses Phil Harvey's most excellent Image::ExifTool library, version 9.46. Histograms created with ImageMagick.
Jeffrey last modifed this viewer on June 13, 2017.
Photos and data viewed with this service are not shared with anyone else, nor are they saved beyond the temporary period needed for the service to function.