

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Herbert Smith Freehills New York LLP
450 Lexington Avenue, 14th floor
New York, NY 10017
USA
T  +1 917 542 7600
F  +1 917 542 7601
D  +1 917 542 7810
E  scott.balber@hsf.com
www.herbertsmithfreehills.com

Our ref
30991826
Your ref

Date
April 25 2018

Via ECF

Re:   *Jose Guzman v. Mel S. Harris and Associates, LLC, et al.*,
       Case No. 1:16-cv-03499-GBD-RLE

Dear Judge Daniels:

We represent defendant LR Credit 13, LLC ("LRC") in the above-referenced matter.  We write to respectfully request an adjournment of the pre-trial conference currently scheduled for May 10, 2018.  LRC requests an adjournment because of a conflict with a previously scheduled deposition of an out-of-state non-party witness in another matter on May 10.  The witness is traveling to New York from California for the deposition, has already made his travel arrangements, and as such it would be very difficult to reschedule at this juncture.

There have been no previous requests to adjourn this pre-trial conference.  All parties to this action have consented to LRC's request for an adjournment.

Respectfully Submitted,

Herbert Smith Freehills New York LLP

             */s/ Scott S. Balber*

Scott S. Balber, Esq.
*Attorneys for Defendant LR Credit 13, LLC*

cc:  All Counsel of Record (via ECF)

Herbert Smith Freehills New York LLP and Herbert Smith Freehills, an Australian Partnership, are separate member firms of the international legal practice known as Herbert Smith Freehills.

Herbert Smith Freehills New York LLP is a limited liability partnership registered in England and Wales with registered number OC375072. Its registered office is at Exchange House, Primrose Street, London EC2A 2EG.